Scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 APR 22 PM 3: 13
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| Compression Labs, Incorporated, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| v. | ) | C.A. No. 2-04 CV-158 |
| | ) | |
| 1. Adobe Systems Incorporated, | ) | JURY |
| 2. Agfa Corporation, | ) | |
| 3. Apple Computer, Incorporated, | ) | |
| 4. Axis Communications, Incorporated, | ) | |
| 5. Canon, USA, Incorporated, | ) | |
| 6. Concord Camera Corporation, | ) | |
| 7. Creative Labs, Incorporated, | ) | |
| 8. Eastman Kodak Company, | ) | |
| 9. Fuji Photo Film U.S.A., | ) | |
| 10. Fujitsu Computer Products of America, | ) | |
| 11. Gateway, Incorporated, | ) | |
| 12. Hewlett-Packard Company, | ) | |
| 13. JASC Software, | ) | |
| 14. JVC Americas Corporation, | ) | |
| 15. Kyocera Wireless Corporation, | ) | |
| 16. Macromedia, Incorporated, | ) | |
| 17. Matsushita Electric Corporation of America, | ) | **CORPORATE DISCLOSURE STATEMENT** |
| 18. Mitsubishi Digital Electronics America, Incorporated, | ) | |
| 19. Océ North America, Incorporated, | ) | |
| 20. Onkyo U.S.A. Corporation, | ) | |
| 21. PalmOne, Incorporated, | ) | |
| 22. Panasonic Communications Corporation of America, | ) | |
| 23. Panasonic Mobile Communications Development Corporation of USA, | ) | |
| 24. Ricoh Corporation, | ) | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), | ) | |
| 26. Savin Corporation, | ) | |
| 27. Thomson S.A., | ) | |
| 28. Xerox Corporation, | ) | |
| | ) | |
| *Defendants*. | ) | |

1

CHICAGO 284027v1 22768-00143

**PLAINTIFF COMPRESSION LABS, INCORPORATED'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the Plaintiff Compression Labs, Inc. ("CLI") discloses that it is a wholly owned subsidiary of Forgent Networks, Inc..

Respectfully submitted,

Dated: April 22, 2004

By: *Stephen G Rudisill (by perm)*
Stephen G. Rudisill (*attorney-in-charge*)
(*attorney to be noticed*)
   Illinois Bar No.: 2417049
   Texas Bar No.: 17376050
   srudisill@jenkens.com
John C. Gatz (*attorney to be noticed*)
   Illinois Bar No.: 6237140
   jgatz@jenkens.com
Russell J. Genet (*attorney to be noticed*)
   Illinois Bar No.:6255982
   rgenet @jenkens.com
Justin D. Swindells (*attorney to be noticed*)
   Illinois Bar No.: 6257291
   jswindells@jenkens.com
JENKENS & GILCHRIST
225 West Washington St., Suite 2600
Chicago, Illinois 60606
Tel. 312-425-3900
Fax 312-425-3909

Carl R. Roth (*attorney to be noticed*)
   Texas Bar No.: 17312000
   cr@rothfirm.com
Michael S. Smith (*attorney to be noticed*)
   Texas Bar No.: 18650410
   ms@rothfirm.com
THE ROTH LAW FIRM
115 North Wellington, Suite 200
Marshall, Texas 75670
Tel. (903) 935-1665
Fax (903) 935-1797

CHICAGO 284027v1 22768-00143