```
                                           F I L E D
                                        U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF TEXAS
```

UNITED STATES DISTRICT COURT          APR 2 2 2004
EASTERN DISTRICT OF TEXAS      DAVID J. MALAND, CLERK
                               BY
                               DEPUTY _____

REPORT ON THE FILING OR DETERMINATION
OF AN ACTION
REGARDING A PATIENT OR TRADEMARK

Commissioner of Patents and Trademarks
Washington, DC 20231

In compliance with U.S.C. Sec. 290 and/or 15 U.S.C. Sec. 1116 you are hereby advised of the following:

[✓]   that a court action has been filed on a patent or trademark.
      A copy of the compliance is attached.

[ ]   that a final decision or judgment has been rendered in a case concerning a patent or a trademark.
      A copy of the order or judgment is attached

                                    DAVID J. MALAND
                                    CLERK OF COURT

                              by _____, Deputy