**Appendix K**  Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2-04CV-158
Style: Compression Labs, Inc., v. Adobe Systems Inc., et al.
2. Applicant is representing the following party/ies: Compression Labs, Inc.
3. Applicant was admitted to practice in Illinois (state) on December 22, 1998 (date)
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant=s conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: Northern District of Illinois; Eastern District of Michigan
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the AStandards of Practice to be Observed by Attorneys.@
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Justin D. Swindells do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 4/21/04    Signature _____

FILED-CLERK
U.S. DISTRICT COURT
04 APR 22 PM 4:12
TX EASTERN-MARSHALL
BY_____

CHICAGO 284060v1 22768-00143

dockets.Justia.com

Name (please print) __Justin D. Swindells__
State Bar Number __IL 6257291__
Firm Name: __Jenkens & Gilchrist, P.C.__
Address/P.O. Box: __225 West Washington Street, Suite 2600__
City/State/Zip: __Chicago, IL 60606__
Telephone #: __312-425-3900__
Fax #: __312-425-3909__
E-mail Address: __jswindells@jenkens.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 22nd day of __April__, 20__04__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By ___Mae Velvin___
Deputy Clerk

CHICAGO 284060v1 22768-00143