IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 MAY -6 PM 3: 18

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| Compression Labs, Incorporated § § *Plaintiff*, § § V. § § 1. Adobe Systems Incorporated, § 2. Agfa Corporation, § 3. Apple Computer, Incorporated, § 4. Axis Communications, Incorporated § 5. Cannon, USA, Incorporated § 6. Concord Camera Corporation, § 7. Creative Labs, Incorporated, § 8. Eastman Kodak Company, § 9. Fuji Photo Film U.S.A., § 10. Fujitsu Computer Products of America, § 11. Gateway, Incorporated, § 12. Hewlett-Packard Company, § 13. JASC Software, § 14. JVC Americas Corporation, § 15. Kyocera Wireless Corporation, § 16. Macromedia, Incorporated, § 17. Matsushita Electric Corporation of § America § 18. Mitsubishi Digital Electronics America, § Incorporated, § 19. Oce North America, Incorporated, § 20. Onkyo U.S.A. Corporation, § 21. PalmOne, Incorporated, § 22. Panasonic Communications Corporation § of America § 23. Panasonic Mobile Communications § Development Corporation of USA, § 24. Ricoh Corporation, § 25. Riverdeep, Incorporated (d.b.a. § Broderbund), § 26. Savin Corporation, § 27. Thomson S.A., § 28. Xerox Corporation, § § DEFENDANTS § | CIVIL ACTION NO. 2:04-CV-158 JURY **UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT OF COMPRESSION LABS, INCORPORATED** |

TO THE HONORABLE JUDGE OF SAID COURT:

I.

Defendant Apple Computer, Inc., (Apple), without waving any defenses described or referred to in Rule 12 F.R.C.P., but relying upon and asserting all those defenses, moves the Court to enlarge the time within which Defendant Apple is required to move, answer or otherwise respond to Plaintiff's Complaint to and including July 2, 2004.

II.

Defendant Apple seeks this extension of time not for delay but for good cause and that justice may be served.

III.

WHEREFORE, Apple respectfully prays that the time to answer, move or otherwise respond to Compression Labs, Incorporated Complaint be enlarged to and including July 2, 2004

Respectfully submitted,

By: _____
Tracy Crawford (Attorney in Charge)
State Bar No. 05024000
Eric H. Findlay
State Bar No. 00789886
RAMEY & FLOCK, P. C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
903/597-3301
903/597-2413 (Facsimile)

COUNSEL FOR APPLE COMPUTER, INC.

## **CERTIFICATE OF CONFERENCE**

Counsel for Apple has discussed the above Motion with Elizabeth L. DeRieux, counsel for Compression Labs, Incorporated, who indicated they are unopposed to this Motion.

_____
Eric H. Findlay

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of May, 2004, a true and correct copy of the foregoing instrument was placed in the United States certified mail, return receipt requested, with proper postage affixed thereon, to the following:

Stephen G. Rudisill  *Certified Mail/RRR: 7002 0860 0004 5565 1735*
Jenkens & Gilchrist
225 W. Washington St.
Suite 2600
Chicago, IL 60606-3418

Carl R. Roth  *Certified Mail/RRR: 7002 0860 0004 5565 1728*
Law Offices of Carl R. Roth
115 N. Wellington Suite 200
P.O. Box 876
Marshall, TX 75670

_____
TRACY CRAWFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:04-CV-158 |
| | § | |
| 1. Adobe Systems Incorporated, | § | JURY |
| 2. Agfa Corporation, | § | |
| 3. Apple Computer, Incorporated, | § | |
| 4. Axis Communications, Incorporated | § | |
| 5. Cannon, USA, Incorporated | § | |
| 6. Concord Camera Corporation, | § | |
| 7. Creative Labs, Incorporated, | § | |
| 8. Eastman Kodak Company, | § | |
| 9. Fuji Photo Film U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America | § | **ORDER** |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § | |
| 19. Oce North America, Incorporated, | § | |
| 20. Onkyo U.S.A. Corporation, | § | |
| 21. PalmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America | § | |
| 23. Panasonic Mobile Communications Development Corporation of USA, | § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), | § | |
| 26. Savin Corporation, | § | |
| 27. Thomson S.A., | § | |
| 28. Xerox Corporation, | § | |
| | § | |
| DEFENDANTS | § | |

On this the ____ day of _____, 2004, came on to be presented Defendant Apple Computer Inc.'s Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Complaint of Compression Labs, Incorporated, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Complaint of Compression Labs, Incorporated be granted and that the deadline for Apple Computer Inc., to file a response to Plaintiff's Complaint has been extended to July 2, 2004.

SIGNED this ____ day of _____, 2004.

_____
JUDGE PRESIDING