IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 MAY -6 PM 3: 18

TX EASTERN-MARSHALL

BY_____

| | | |
|---|---|---|
| Compression Labs, Incorporated | § § | |
| *Plaintiff,* | § § | |
| V. | § § | CIVIL ACTION NO. 2:04-CV-158 |
| 1.  Adobe Systems Incorporated, | § | JURY |
| 2.  Agfa Corporation, | § | |
| 3.  Apple Computer, Incorporated, | § | |
| 4.  Axis Communications, Incorporated | § | |
| 5.  Cannon, USA, Incorporated | § | |
| 6.  Concord Camera Corporation, | § | |
| 7.  Creative Labs, Incorporated, | § | |
| 8.  Eastman Kodak Company, | § | |
| 9.  Fuji Photo Film U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America | § § | **NOTICE OF APPEARANCE** |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § § | |
| 19. Oce North America, Incorporated, | § | |
| 20. Onkyo U.S.A. Corporation, | § | |
| 21. PalmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America | § § | |
| 23. Panasonic Mobile Communications Development Corporation of USA, | § § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), | § § | |
| 26. Savin Corporation, | § | |
| 27. Thomson S.A., | § | |
| 28. Xerox Corporation, | § § | |
| DEFENDANTS | § | |

Dockets.Justia.com

Defendant, Apple Computer, Inc., here notifies the Court that Tracy Crawford and Eric Findlay of the firm RAMEY & FLOCK, P.C., 100 E. Ferguson, Suite 500, P.O. Box 629, Tyler, Texas, 75710, Phone (903) 597-3301, Fax (903) 597-2413, E-mail: tcrawford@rameyflock.com and efindlay@rameyflock.com have entered this action as counsel on its behalf. In connection with this notice, Mr. Crawford and Mr. Findlay request that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on them at the above address and contact information.

          Respectfully submitted,

          */s/ Tracy Crawford*
          Tracy Crawford (Attorney in Charge)
          State Bar No. 05024000
          Eric H. Findlay
          State Bar No. 00789886
          RAMEY & FLOCK, PC
          100 E. Ferguson, Suite 500
          P.O. Box 62902
          (903) 597-3301
          Fax: (903) 597-2413

## Certificate of Service

This is to certify that a true copy of this document has been forwarded, via the indicated method, to the following on this 30th day of April, 2004:

Stephen G. Rudisill
Jenkens & Gilchrist
225 W. Washington St.
Suite 2600
Chicago, IL 60606-3418

*Certified Mail/RRR: 7002 0860 0004 5565 1735*

Carl R. Roth
Law Offices of Carl R. Roth
115 N. Wellington Suite 200
P.O. Box 876
Marshall, TX 75670

*Certified Mail/RRR: 7002 0860 0004 5565 1728*

_____
Tracy Crawford