IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U S. DISTRICT COURT
04 MAY 10 PM 3: 15
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| Compression Labs, Incorporated | § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 2:04-CV-158 |
| | § | |
| 1. Adobe Systems Incorporated, | § | JURY |
| 2. Agfa Corporation, | § | |
| 3. Apple Computer, Incorporated, | § | |
| 4. Axis Communications, Incorporated | § | |
| 5. Cannon, USA, Incorporated | § | |
| 6. Concord Camera Corporation, | § | |
| 7. Creative Labs, Incorporated, | § | |
| 8. Eastman Kodak Company, | § | |
| 9. Fuji Photo Film U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America | § § | **ORDER** |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § § | |
| 19. Oce North America, Incorporated, | § | |
| 20. Onkyo U.S.A. Corporation, | § | |
| 21. PalmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America | § § | |
| 23. Panasonic Mobile Communications Development Corporation of USA, | § § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), | § § | |
| 26. Savin Corporation, | § | |
| 27. Thomson S.A., | § | |
| 28. Xerox Corporation, | § § | |
| DEFENDANTS | § | |

On this the 10th day of May, 2004, came on to be presented Defendant Apple Computer Inc.'s Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Complaint of Compression Labs, Incorporated, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Complaint of Compression Labs, Incorporated be granted and that the deadline for Apple Computer Inc., to file a response to Plaintiff's Complaint has been extended to July 2, 2004.

SIGNED this 10th day of May, 2004.

_____
T. John Ward
JUDGE PRESIDING