IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INCORPORATED | § § § | |
| VS. | § § | Civil Case No. 2:04-CV-158 |
| 1. ADOBE SYSTEMS INCORPORATED, ET AL | § § | T. JOHN WARD |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Otis Carroll and Wesley Hill enter their appearance in this matter as counsel for Plaintiff Compressions Labs, Incorporated for purposes of receiving notices from the Court.

DATED this ___3rd___ day of May, 2004.

BY: _____
Otis Carroll
State Bar No. 03895700
Wesley Hill
State Bar No. 24032294

IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600
(903) 581-1071 (fax)

ATTORNEYS FOR PLAINTIFF
COMPRESSIONS LABS, INCORPORATED