IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 MAY 10 PM 4: 44

TX EASTERN-MARSHALL

Compression Labs, Incorporated,

    Plaintiff,

VS.

1. Adobe Systems Incorporated,
2. Agfa Corporation,
3. Apple Computer, Incorporated,
4. Axis Communications, Incorporated,
5. Canon, USA, Incorporated,
6. Concord Camera Corporation,
7. Creative Labs, Incorporated,
8. Eastman Kodak Company,
9. Fuji Photo Film U.S.A.,
10. Fujitsu Computer Products of America,
11. Gateway, Incorporated,
12. Hewlett-Packard Company,
13. JASC Software,
14. JVC Americas Corporation,
15. Kyocera Wireless Corporation,
16. Macromedia, Incorporated,
17. Matsushita Electric Corporation of America,
18. Mitsubishi Digital Electronics America, Incorporated,
19. Océ North America, Incorporated,
20. Onkyo U.S.A. Corporation,
21. PalmOne, Incorporated,
22. Panasonic Communications Corporation of America,
23. Panasonic Mobile Communications Development Corporation of USA,
24. Ricoh Corporation,
25. Riverdeep, Incorporated (d/b/a Broderbund),
26. Savin Corporation,
27. Thomson S.A.,
28. Xerox Corporation,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CASE NO. 2:04CV-158 (TJW)
BY_____

JURY

LON:137289.1
1.815

Dockets.Justia.com

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter for Plaintiff, Compression Labs, Incorporated, for the purpose of receiving notices and orders from the Court.

DATED this _10th_ day of May, 2004.

Respectfully submitted,

By: _S. Calvin Capshaw_

S. Calvin Capshaw
State Bar No. 03783900
Brown McCarroll, LLP
1127 Judson Road, Suite 220,
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com

Otis W. Carroll
State Bar No. 03895700
Ireland, Carroll and Kelley, P.C.
6101 S. Broadway, Suite 500 (75703)
P. O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
E-mail: nancy@icklaw.com

Franklin Jones, Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 W. Houston Street (75670)
P. O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
E-mail: maiezieh@millerfirm.com

Stephen G. Rudisill (Attorney-in-Charge)
Illinois State Bar No. 2417049
Texas State Bar No. 17376050
Russell J. Genet
Illinois State Bar No. 6255982
Justin D. Swindells
Illinois Bar No. 6255982
John C. Gatz
Illinois State Bar No. 6237140
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, Illinois 60606-3418
Telephone:  (312) 425-3900
Facsimile:  (312) 425-3909
E-mail:  srudisill@jenkens.com
E-mail:  rgenet@jenkens.com
E-mail:  jgatz@jenkens.com
E-mail:  jswindells@jenkens.com


Carl R. Roth
State Bar No. 17312000
Michael Charles Smith
State Bar No. 18650410
Law Office of Carl R. Roth
115 N. Wellington, Suite 200
P. O. Box 876
Marshall, Texas 75670
Telephone:  (903) 935-1665
Facsimile:  (903) 935-1797
E-mail:  cr@rothfirm.com
E-mail:  ms@rothfirm.com


ATTORNEYS FOR PLAINTIFF

LON:137289.1
1.815