IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED - CLERK
U.S. DISTRICT COURT

04 MAY 11 PM 3:59

TX EASTERN-MARSHALL

| | |
|---|---|
| Compression Labs, Incorporated, | § |
| Plaintiff, | § CASE NO. 2:04CV-158-(TJW) |
| VS. | § JURY |
| 1. Adobe Systems Incorporated, <br> 2. Agfa Corporation, <br> 3. Apple Computer, Incorporated, <br> 4. Axis Communications, Incorporated, <br> 5. Canon, USA, Incorporated, <br> 6. Concord Camera Corporation, <br> 7. Creative Labs, Incorporated, <br> 8. Eastman Kodak Company, <br> 9. Fuji Photo Film U.S.A., <br> 10. Fujitsu Computer Products of America, <br> 11. Gateway, Incorporated, <br> 12. Hewlett-Packard Company, <br> 13. JASC Software, <br> 14. JVC Americas Corporation, <br> 15. Kyocera Wireless Corporation, <br> 16. Macromedia, Incorporated, <br> 17. Matsushita Electric Corporation of America, <br> 18. Mitsubishi Digital Electronics America, Incorporated, <br> 19. Ocè North America, Incorporated, <br> 20. Onkyo U.S.A. Corporation, <br> 21. PalmOne, Incorporated, <br> 22. Panasonic Communications Corporation of America, <br> 23. Panasonic Mobile Communications Development Corporation of USA, <br> 24. Ricoh Corporation, <br> 25. Riverdeep, Incorporated (d/b/a) Broderbund), <br> 26. Savin Corporation, <br> 27. Thomson S.A., <br> 28. Xerox Corporation, <br> Defendants. | § |

Notice of Appearance

LON:137306.1
1.815

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Franklin Jones, Jr., enters his appearance in this matter for Plaintiff, Compression Labs, Incorporated, for the purpose of receiving notices and orders from the Court.

DATED this 10th day of May, 2004.

Respectfully submitted,

By: _____
Franklin Jones, Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 W. Houston Street (75670)
P. O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
E-mail: maiezieh@millerfirm.com

Otis W. Carroll
State Bar No. 03895700
Ireland, Carroll and Kelley, P.C.
6101 S. Broadway, Suite 500 (75703)
P. O. Box 7879
Tyler, Texas 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
E-mail: nancy@icklaw.com

S. Calvin Capshaw
State Bar No. 03783900
Brown McCarroll, LLP
1127 Judson Road, Suite 220,
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email: ccapshaw@mailbmc.com

        Stephen G. Rudisill (Attorney-in-Charge)
        Illinois State Bar No. 2417049
        Texas State Bar No. 17376050
        Russell J. Genet
        Illinois State Bar No. 6255982
        Justin D. Swindells
        Illinois Bar No. 6255982
        John C. Gatz
        Illinois State Bar No. 6237140
        Jenkens & Gilchrist
        225 W. Washington Street, Suite 2600
        Chicago, Illinois 60606-3418
        Telephone: (312) 425-3900
        Facsimile: (312) 425-3909
        E-mail: srudisill@jenkens.com
        E-mail: rgenet@jenkens.com
        E-mail: jgatz@jenkens.com
        E-mail: jswindells@jenkens.com

        Carl R. Roth
        State Bar No. 17312000
        Michael Charles Smith
        State Bar No. 18650410
        Law Office of Carl R. Roth
        115 N. Wellington, Suite 200
        P. O. Box 876
        Marshall, Texas 75670
        Telephone: (903) 935-1665
        Facsimile: (903) 935-1797
        E-mail: cr@rothfirm.com
        E-mail: ms@rothfirm.com


        ATTORNEYS FOR PLAINTIFF

LON:137306.1
1.815