

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 2:04cv158 |
| | § | |
| 1.  Adobe Systems Incorporated, | § | |
| 2.  Agfa Corporation | § | |
| 3.  Apple Computer, Incorporated, | § | |
| 4.  Axis Communications, Incorporated, | § | |
| 5.  Canon USA, Incorporated, | § | |
| 6.  Concord Camera Corporation, | § | |
| 7.  Creative Labs, Incorporated, | § | |
| 8.  Eastman Kodak Company, | § | |
| 9.  Fuji Photo Film U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America, | § | |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § | |
| 19. Océ North America, Incorporated, | § | |
| 20. Onkyo U.S.A. Corporation, | § | |
| 21. palmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America, | § | |
| 23. Panasonic Mobile Communications of America, | § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a Broderbund, | § | |
| 26. Savin Corporation, | § | |
| 27. Thomson, S.A., | § | |
| 28. Xerox Corporation, | § | |
| | § | |
| Defendants | § | |

## NOTICE OF APPEARANCE

COME NOW Nicholas H. Patton and Robert W. Schroeder III, of PATTON, TIDWELL & SCHROEDER, L.L.P., and hereby enter their appearance as attorneys of record for Defendant Eastman Kodak Company in the above styled and numbered cause.

Respectfully Submitted,

PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
903.792.7080
903.792.8233 (Facsimile)

By: _____
Nicholas H. Patton
Texas Bar No. 15631000
Robert W. Schroeder III
Texas Bar No. 24029190

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Agreed Stipulation and Joint Motion for Entry of Agreed Stipulation were served by first-class mail this 14th day of May, 2004 upon each of the parties listed below:

Calvin Capshaw
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Attorney for Plaintiff

Adobe Systems Incorporation
Attention: Legal Department
345 Park Avenue
San Jose, CA 95110

Agfa Corporation
Attention: Legal Department
100 Challenger Road
Ridgefield Park, NJ 07660

Herschel Tracy Crawford
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, TX 75702
Attorney for: Apple Computer, Incorporated

Axis Communications, Incorporated
Attention: Legal Department
100 Apollo Drive
Chelmsford, MA 01824

Canon U.S.A., Incorporated
Attention: Legal Department
One Canon Plaza, Lake Success
New York, NY 11042

Concord Camera Corporation
Attention: Legal Department
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL 33021

Creative Labs
Attention: Legal Department
1901 McCarthy Boulevard
Milpitas, CA 95035

Fuji Photo Film U.S.A.
Attention: Legal Department
200 Summit Lake Drive
Valhalla, NY 10595

Fujitsu Computer Products of America
Attention: Legal Department
2904 Orchard Parkway
San Jose, CA 95134

Gateway, Incorporated
Attention: Legal Department
14303 Gateway Place
Poway, CA 92064

Hewlett-Packard Company
Attention: Legal Department
3000 Hanover Street
Palo Alto, CA 94304

JASC Software
Attention: Legal Department
7905 Fuller Road
Eden Prairie, MN 55344

JVC Americas Corporation
Attention: Legal Department
1700 Valley Road, Suite 1
Wayne, NJ 07470

Kyocera Wireless Corporation
Attention: Legal Department
10300 Campus Point Drive
San Diego, CA 92121

Macromedia Incorporated
Attention: Legal Department
600 Townsend Street
San Francisco, CA 94103

Matsushita Electric Corporation of America
Attention: Legal Department
1 Panasonic Way
Secaucus, NJ 07094

Mitsubishi Digital Electronics America, Incorporated
Attention: Legal Department
9351 Jeronimo Road
Irvine, CA 92618

Océ North America, Incorporated
Attention: Legal Department
5450 North Cumberland Avenue
Chicago, IL 60656

Onkyo U.S.A. Corporation
Attention: Legal Department
18 Parkway
Upper Saddle River, NJ 07458

palmOne, Incorporated
Attention: Legal Department
400 North McCarthy Boulevard
Milpitas, CA 95035

Panasonic Communications Corporation of America
Attention: Legal Department
7625 Panasonic Way
San Diego, CA 92154

Panasonic Mobile Communications Development Corporation of U.S.A.
Attention: Legal Department
1225 Northbrook Parkway
Suite 2-352
Suwanee, GA 30024

Ricoh Corporation
Attention: Legal Department
5 Dedrick Place
West Caldwell, NJ 07006

Riverdeep, Incorporated
(d.b.a. Broderbund)
Attention: Legal Department
500 Redwood Boulevard
Novato, CA 94947

Savin Corporation
Attention: Legal Department
333 Ludlow Street
Stamford, CT 06902

Thomson S.A.
Attention: Legal Department
10330 North Meridian Street
Indianapolis, IN 46290

Xerox Corporation
Attention: Legal Department
800 Long Ridge Road
Stamford, CT 06904

_____
Nicholas H. Patton