IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Compression Labs, Incorporated §
§
*Plaintiff,* §
§
1.  Adobe Systems Incorporated, § CIVIL ACTION NO. 2:04-CV-158
2.  Agfa Corporation, §
3.  Apple Computer, Incorporated, § JURY
4.  Axis Communications, Incorporated, §
5.  Cannon, USA, Incorporated, §
6.  Concord Camera Corporation, §
7.  Creative Labs, Incorporated, §
8.  Eastman Kodak Company, §
9.  Fuji Photo Film U.S.A., §
10. Fujitsu Computer Products of America, §
11. Gateway, Incorporated, §
12. Hewlett-Packard Company, §
13. JASC Software, §
14. JVC Americas Corporation, § <u>UNCONSENTED MOTION FOR OCÉ</u>
15. Kyocera Wireless Corporation, § <u>NORTH AMERICA, INC. TO EXTEND</u>
16. Macromedia, Incorporated, § <u>TIME TO ANSWER, MOVE, OR</u>
17. Matsushita Electric Corporation of § <u>OTHERWISE RESPOND TO THE</u>
    America, § <u>COMPLAINT OF COMPRESSION</u>
18. Mitsubishi Digital Electronics America, § <u>LABS, INCORPORATED</u>
    Incorporated, §
19. Oce North America, Incorporated, §
20. Onkyo U.S.A. corporation, §
21. PalmOne, Incorporated, §
22. Panasonic Communications Corporation §
    of America, §
23. Panasonic Mobile Communications §
    Development Corporation of USA, §
24. Ricoh Corporation, §
25. Riverdeep, Incorporated (d.b.a. §
    Broderbund), §
26. Savin Corporation, §
27. Thomson S.A. §
28. Xerox Corporation, §
§
DEFENDANTS §

Defendant Océ North America, Inc. ("Océ"), without waiving any defenses described or referred to in Rule 12 Fed. R. Civ. P., moves the Court to enlarge the time within which Defendant Océ is required to move, answer or otherwise respond to the Complaint by Compression Labs, Inc. ("Compression Labs") to and including July 6, 2004. During a telephone conversation on May 11, 2004 between Elizabeth L. DeRieux, one of counsel for Plaintiff Compression Labs, and Frederick H. Colen, one of counsel for Defendant Océ, Ms. DeRieux agreed to the requested extension.

Defendant Océ seeks this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Defendant Océ respectfully prays that the time to answer, move or otherwise respond to Compression Labs' Complaint be enlarged to and including July 6, 2004.

Respectfully submitted,

By: _____
Clyde M. Siebman
State Bar No. 18341600
Siebman, Reynolds & Burg, LLP
421 North Crockett
Sherman, Texas 75090
903/870-0070
903/870-0066 (facsimile)

*by [signature] with permission*

COUNSEL FOR DEFENDANT
OCÉ NORTH AMERICA, INC.

Of Counsel:

Frederick H. Colen
Barry J. Coyne
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
412/288-4164
412/288-3063 (facsimile)

## CERTIFICATE OF CONFERENCE

On May 11, 2004, a telephone conference was held between Elizabeth L. DeRieux, one of counsel for Plaintiff Compression Labs, and Frederick H. Colen, one of counsel for Defendant Océ, Ms. DeRieux agreed to the requested extension.

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of May, 2004, a true and correct copy of the foregoing instrument was placed in the United States mail with proper postage affixed thereon, to the following:

Carl R. Roth
Law Offices of Carl R. Roth
115 N. Wellington Suite 200
P.O. Box 876
Marshall, TX 75670

Stephen G. Rudisill
Jenkens & Gilchrist
225 W. Washington St.
Suite 2600
Chicago, IL 60606-3418

_____
Lawrence A. Phillips

-3-