

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., <br> PLAINTIFF, | § § § § | |
| vs. | § § | CIVIL ACTION NO. 2:04CV-158 <br> (WARD) |
| ADOBE SYSTEMS INC., et al. <br> DEFENDANTS | § § § | |

### KYOCERA WIRELESS CORPORATION'S
### AGREED MOTION FOR EXTENSION TO RESPOND
### TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant Kyocera Wireless Corporation ("Kyocera Wireless"), defendant in the above-entitled cause and files this Agreed Motion to Extend Time to Respond to Plaintiff's Complaint for Patent Infringement and would respectfully show the Court as follows:

1. Kyocera Wireless has requested and Plaintiff has agreed to an extension of Kyocera Wireless's date to respond to Plaintiff's Complaint for Patent Infringement up to and including July 6, 2004.

2. A Proposed Order granting this agreed motion is attached for the Court's convenience.

Respectfully submitted,

_____
Jennifer P. Ainsworth
State Bar No. 00784720
WILSON, SHEEHY, KNOWLES,
  ROBERTSON & CORNELIUS, P.C.
315 East Fifth Street
Tyler, Texas 75701
(903) 593-2561
(903) 593-0686 (facsimile)
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANT
KYOCERA WIRELESS CORPORATION

AGREED and APPROVED:

By: *S Calvin Capshaw* (by permission EB)
———————————————
Counsel for Plaintiffs

Stephen G. Rudisill
John C. Gatz
Justin D. Swindells
Russell J. Genet
JENKENS & GILCHRIST
225 W. Washington St., Suite 2600
Chicago, IL 60606-3418
(312) 425-3900
(312) 425-3909 fax

Carl R. Roth
Michael Charles Smith
LAW OFFICES OF CARL R. ROTH
115 N. Wellington Suite 200
P.O. Box 876
Marshall, TX 75670
(903) 935-1665
(903) 935-1797 fax

Calvin Capshaw
Betty DeRieux
BROWN MCCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, TX 75601-5157
(903) 236-9800
(903) 236-8787 fax

ATTORNEYS FOR PLAINTIFF
COMPRESSION LABS INCORPORATED

3

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was sent to the following counsel of record by U.S. Mail this 19th day of May, 2004.

_____
Jennifer P. Ainsworth



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC. | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:04CV-158 |
| | § | (WARD) |
| ADOBE SYSTEMS INC., et al. | § | |
| DEFENDANTS | § | |

## ORDER GRANTING
## AGREED MOTION TO EXTEND TIME
## TO RESPOND TO COMPLAINT

Before the Court is Defendant Kyocera Wireless Corporation's Agreed Motion to Extend Time to Respond to Plaintiff's Complaint for Patent Infringement. Having considered the matter, the Court GRANTS the motion and extends the date for Kyocera Wireless Corporation to serve a response to Plaintiff's Complaint up to and including July 6, 2004.

ORDERED and SIGNED this _____ day of _____, 2004.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE