IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 MAY 21 AM 10: 47
TX EASTERN-MARSHALL
BY_____

| | | § | |
|---|---|---|---|
| Compression Labs, Incorporated, | | § | |
| | | § | BY |
| | Plaintiff | § | |
| | | § | |
| v. | | § | No. 2:04cv158 |
| | | § | |
| 1. | Adobe Systems Incorporated, | § | |
| 2. | Agfa Corporation | § | |
| 3. | Apple Computer, Incorporated, | § | |
| 4. | Axis Communications, Incorporated, | § | |
| 5. | Canon, USA, Incorporated, | § | |
| 6. | Concord Camera Corporation, | § | |
| 7. | Creative Labs, Incorporated, | § | |
| 8. | Eastman Kodak Company, | § | |
| 9. | Fuji Photo Film U.S.A., Incorporated | § | |
| 10. | Fujitsu Computer Products of America, Inc. | § | |
| 11. | Gateway, Incorporated, | § | |
| 12. | Hewlett-Packard Company, | § | |
| 13. | JASC Software, Incorporated | § | |
| 14. | JVC Americas Corporation, | § | |
| 15. | Kyocera Wireless Corporation, | § | |
| 16. | Macromedia, Incorporated, | § | |
| 17. | Matsushita Electric Corporation of America, | § | |
| 18. | Mitsubishi Digital Electronics America, Incorporated, | § | |
| 19. | Océ North America, Incorporated, | § | |
| 20. | Onkyo U.S.A. Corporation, | § | |
| 21. | palmOne, Incorporated, | § | |
| 22. | Panasonic Communications Corporation of America, | § | |
| 23. | Panasonic Mobile Communications Development Corporation of USA, | § | |
| 24. | Ricoh Corporation, | § | |
| 25. | Riverdeep, Incorporated (d.b.a Broderbund, | § | |
| 26. | Savin Corporation, | § | |
| 27. | Thomson, S.A., | § | |
| 28. | Xerox Corporation, | § | |
| | | § | |
| | Defendants | § | |

Dockets.Justia.com

# **O R D E R**

The Court, having reviewed the Motion for Entry of Agreed Stipulation, finds the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Defendant, Xerox Corporation, is granted to and through July 6, 2004 to answer or otherwise plead in response to Plaintiff's Complaint.

IT IS SO ORDERED.

Signed this _20th_ day of _May_, 2004.

_____
Honorable David Folsom
United States District Court