IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Compression Labs, Incorporated,                    §
                                                   §
            Plaintiff                              §
                                                   §
      v.                                           §        No. 2:04cv158
                                                   §
1.    Adobe Systems Incorporated,                  §
2.    Agfa Corporation                             §
3.    Apple Computer, Incorporated,                §
4.    Axis Communications, Incorporated,           §
5.    Canon USA, Incorporated,                      §
6.    Concord Camera Corporation,                  §
7.    Creative Labs, Incorporated,                 §
8.    Eastman Kodak Company,                       §
9.    Fuji Photo Film U.S.A.,                       §
10.   Fujitsu Computer Products of America,        §
11.   Gateway, Incorporated,                       §
12.   Hewlett-Packard Company,                     §
13.   JASC Software,                               §
14.   JVC Americas Corporation,                    §
15.   Kyocera Wireless Corporation,                §
16.   Macromedia, Incorporated,                    §
17.   Matsushita Electric Corporation of           §
      America,                                     §
18.   Mitsubishi Digital Electronics America,      §
      Incorporated,                                §
19.   Océ North America, Incorporated,             §
20.   Onkyo U.S.A. Corporation,                    §
21.   palmOne, Incorporated,                       §
22.   Panasonic Communications Corporation         §
      of America,                                  §
23.   Panasonic Mobile Communications of           §
      America,                                     §
24.   Ricoh Corporation,                           §
25.   Riverdeep, Incorporated (d.b.a               §
      Broderbund),                                 §
26.   Savin Corporation,                           §
27.   Thomson, S.A.,                               §
28.   Xerox Corporation,                           §
                                                   §
            Defendants                             §
                                                   §

*Motion for Entry of Agreed Stipulation*

Dockets.Justia.com

## MOTION FOR ENTRY OF AGREED STIPULATION

COME NOW, Plaintiff and Defendant Xerox Corporation and file their Motion for Entry of Agreed Stipulation in the above case and would show this Court the following:

1.     Attached hereto as Exhibit "A" is an Agreed Stipulation that has been agreed to and approved by Counsel for Plaintiff and Defendant Xerox Corporation in this case as evidenced by their respective signatures. The Agreed Stipulation extends the date for Defendant Xerox Corporation to answer or otherwise plead in response to Plaintiff's Complaint to and through July 6, 2004; and

2.     The parties ask that the Court approve and sign the proposed Order.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant Xerox Corporation respectfully request that the Court grant the Motion for Entry of Agreed Stipulation and execute the Agreed Stipulation at the Court's first opportunity.

Respectfully Submitted,

BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
903.236.9800
903.236.8787 (Fax)
ccapshaw@mailbmc.com


By:     *Calvin Capshaw - with permission NHP*
Calvin Capshaw
TX Bar No. 03783900


COUNSEL FOR PLAINTIFF

PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
903.792.7080
903.792.8233 (Facsimile)
nickpatton@texarkanalaw.com


By: _____
    Nicholas H. Patton
    TX Bar No. 15631000

    COUNSEL FOR EASTMAN KODAK COMPANY
    Counsel is authorized to sign on behalf of
    Defendant Xerox Corporation

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Motion for Entry of Agreed Stipulation was served by first-class mail this 18th day of May, 2004 upon each of the parties listed below:

Calvin Capshaw
Brown McCarroll LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Attorney for Plaintiff

Adobe Systems Incorporation
Attention: Legal Department
345 Park Avenue
San Jose, CA 95110

Agfa Corporation
Attention: Legal Department
100 Challenger Road
Ridgefield Park, NJ 07660

Herschel Tracy Crawford
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, TX 75702
Attorney for: Apple Computer,
Incorporated

Axis Communications, Incorporated
Attention: Legal Department
100 Apollo Drive
Chelmsford, MA 01824

Canon U.S.A., Incorporated
Attention: Legal Department
One Canon Plaza, Lake Success
New York, NY 11042

Concord Camera Corporation
Attention: Legal Department
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL 33021

Creative Labs
Attention: Legal Department
1901 McCarthy Boulevard
Milpitas, CA 95035

Fuji Photo Film U.S.A.
Attention: Legal Department
200 Summit Lake Drive
Valhalla, NY 10595

Fujitsu Computer Products of America
Attention: Legal Department
2904 Orchard Parkway
San Jose, CA 95134

Gateway, Incorporated
Attention: Legal Department
14303 Gateway Place
Poway, CA 92064

Hewlett-Packard Company
Attention: Legal Department
3000 Hanover Street
Palo Alto, CA 94304

JASC Software
Attention: Legal Department
7905 Fuller Road
Eden Prairie, MN 55344

JVC Americas Corporation
Attention: Legal Department
1700 Valley Road, Suite 1
Wayne, NJ 07470

Kyocera Wireless Corporation
Attention: Legal Department
10300 Campus Point Drive
San Diego, CA 92121

Macromedia Incorporated
Attention: Legal Department
600 Townsend Street
San Francisco, CA 94103

Matsushita Electric Corporation of America
Attention: Legal Department
1 Panasonic Way
Secaucus, NJ 07094

Mitsubishi Digital Electronics America,
Incorporated
Attention: Legal Department
9351 Jeronimo Road
Irvine, CA 92618

Océ North America, Incorporated
Attention: Legal Department
5450 North Cumberland Avenue
Chicago, IL 60656

Onkyo U.S.A. Corporation
Attention: Legal Department
18 Parkway
Upper Saddle River, NJ 07458

palmOne, Incorporated
Attention: Legal Department
400 North McCarthy Boulevard
Milpitas, CA 95035

Panasonic Communications Corporation of
America
Attention: Legal Department
7625 Panasonic Way
San Diego, CA 92154

Panasonic Mobile Communications
Development Corporation of U.S.A.
Attention: Legal Department
1225 Northbrook Parkway
Suite 2-352
Suwanee, GA 30024

Ricoh Corporation
Attention: Legal Department
5 Dedrick Place
West Caldwell, NJ 07006

Riverdeep, Incorporated
(d.b.a. Broderbund)
Attention: Legal Department
500 Redwood Boulevard
Novato, CA 94947

Savin Corporation
Attention: Legal Department
333 Ludlow Street
Stamford, CT 06902

Thomson S.A.
Attention: Legal Department
10330 North Meridian Street
Indianapolis, IN 46290

Xerox Corporation
Attention: Legal Department
800 Long Ridge Road
Stamford, CT 06904


Nicholas H. Patton

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| v. | § | No. 2:04cv158 |
| | § | |
| 1.    Adobe Systems Incorporated, | § | |
| 2.    Agfa Corporation | § | |
| 3.    Apple Computer, Incorporated, | § | |
| 4.    Axis Communications, Incorporated, | § | |
| 5.    Canon USA, Incorporated, | § | |
| 6.    Concord Camera Corporation, | § | |
| 7.    Creative Labs, Incorporated, | § | |
| 8.    Eastman Kodak Company, | § | |
| 9.    Fuji Photo Film U.S.A., | § | |
| 10.   Fujitsu Computer Products of America, | § | |
| 11.   Gateway, Incorporated, | § | |
| 12.   Hewlett-Packard Company, | § | |
| 13.   JASC Software, | § | |
| 14.   JVC Americas Corporation, | § | |
| 15.   Kyocera Wireless Corporation, | § | |
| 16.   Macromedia, Incorporated, | § | |
| 17.   Matsushita Electric Corporation of America, | § | |
| 18.   Mitsubishi Digital Electronics America, Incorporated, | § | |
| 19.   Océ North America, Incorporated, | § | |
| 20.   Onkyo U.S.A. Corporation, | § | |
| 21.   palmOne, Incorporated, | § | |
| 22.   Panasonic Communications Corporation of America, | § | |
| 23.   Panasonic Mobile Communications of America, | § | |
| 24.   Ricoh Corporation, | § | |
| 25.   Riverdeep, Incorporated (d.b.a Broderbund), | § | |
| 26.   Savin Corporation, | § | |
| 27.   Thomson, S.A., | § | |
| 28.   Xerox Corporation, | § | |
| | § | |
| Defendants | § | |



EXHIBIT
A

## AGREED STIPULATION

Plaintiff and Defendant Xerox Corporation by and through their signatures below have stipulated that the above named Defendant Xerox Corporation has until July 6, 2004 to answer or otherwise plead in response to Plaintiff's Complaint.

Respectfully Submitted,

BROWN MCCARROLL, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
903.236.9800
903.236.8787 (Fax)
ccapshaw@mailbmc.com

By:  *Calvin Capshaw - with permission NHP*

Calvin Capshaw
TX Bar No. 03783900

COUNSEL FOR PLAINTIFF

PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
903.792.7080
903.792.8233 (Facsimile)
nickpatton@texarkanalaw.com

By:  *Nicholas H. Patton*

Nicholas H. Patton
TX Bar No. 15631000

COUNSEL FOR EASTMAN KODAK COMPANY
Counsel is authorized to sign on behalf of
Defendant Xerox Corporation