IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC. | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:04CV-158 |
| | § | (WARD) |
| ADOBE SYSTEMS INC., et al. | § | |
| DEFENDANTS | § | |

## ORDER GRANTING
## AGREED MOTION TO EXTEND TIME
## TO RESPOND TO COMPLAINT

Before the Court is Defendant Kyocera Wireless Corporation's Agreed Motion to Extend Time to Respond to Plaintiff's Complaint for Patent Infringement. Having considered the matter, the Court GRANTS the motion and extends the date for Kyocera Wireless Corporation to serve a response to Plaintiff's Complaint up to and including July 6, 2004.

ORDERED and SIGNED this 21st day of May, 2004.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE