Scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 21 2004

DAVID MALAND, CLERK
By
Deputy_____

| | |
|---|---|
| Compression Labs, Incorporated,  ) | |
| ) | |
| *Plaintiff,*  ) | |
| ) | C.A. No. 02:04CV158 |
| v.  ) | |
| ) | JURY |
| 1.  Adobe Systems Incorporated,  ) | |
| 2.  Agfa Corporation,  ) | |
| 3.  Apple Computer, Incorporated,  ) | |
| 4.  Axis Communications, Incorporated,  ) | |
| 5.  Canon, USA, Incorporated,  ) | |
| 6.  Concord Camera Corporation,  ) | |
| 7.  Creative Labs, Incorporated,  ) | |
| 8.  Eastman Kodak Company,  ) | |
| 9.  Fuji Photo Film U.S.A.,  ) | |
| 10. Fujitsu Computer Products of America,  ) | |
| 11. Gateway, Incorporated,  ) | |
| 12. Hewlett-Packard Company,  ) | |
| 13. JASC Software,  ) | |
| 14. JVC Americas Corporation,  ) | |
| 15. Kyocera wireless Corporation,  ) | |
| 16. Macromedia, Incorporated,  ) | |
| 17. Matsushita Electric Corporation of America,  ) | |
| 18. Mitsubishi Digital Electronics America, Incorporated,  ) | |
| 19. Océ North America, Incorporated,  ) | |
| 20. Onkyo U.S.A. Corporation,  ) | |
| 21. PalmOne, Incorporated,  ) | |
| 22. Panasonic Communications Corporation of America,  ) | |
| 23. Panasonic Mobile Communications, Development Corporation of USA,  ) | |
| 24. Ricoh Corporation,  ) | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund),  ) | |
| 26. Savin Corporation,  ) | |
| 27. Thomson S.A.,  ) | |
| 28. Xerox Corporation,  ) | |
| ) | |
| *Defendants.*  ) | |

HOUSTON 310215v1 22768-00143

Case 2:04-cv-00158-DF   Document 22   Filed 05/21/2004   Page 2 of 3

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Daniel V. Flatten, enters his appearance in this matter for Plaintiff, Compression Labs, Incorporated, for the purpose of receiving notices and orders from the Court.

DATED this __19__ day of May, 2004.

Respectfully submitted,

JENKENS & GILCHRIST
A Professional Corporation

BY: _____
Daniel V. Flatten
State Bar No. 07113000
1401 McKinney, Ste. 2700
Houston, TX 77010
(713) 951-3300 (Telephone)
(713) 951-3314 (Facsimile)

Stephen G. Rudisill (Attorney-in-Charge)
Illinois State Bar No. 2417049
Texas State Bar No. 17376050
Russell Genet
Illinois State Bar No. 6255982
Texas State Bar No. 17376050
Justin D. Swindells
Illinois State Bar No. 6255982
John C. Gatz
Illinois State Bar No. 6237140
JENKENS & GILCHRIST
225 West Washington Street, Suite 2600
Chicago, IL 60606
(312) 425-3900 (Telephone)
(312) 425-3909 (Facsimile)

HOUSTON 310215v1 22768-00143

Franklin Jones, Jr.
State Bar No. 00000055
Jones & Jones, Inc., P.C.
201 W. Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas 75671-1249
(903) 938-4395 (Telephone)
(903) 938-3360 (Facsimile)

S. Calvin Capshaw
State Bar No. 03783900
Brown McCarroll, LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
(903) 236-9800 (Telephone)
(903) 236-8787 (Facsimile)

Otis W. Carroll
State Bar No. 03895700
Wesley Hill
State Bar No. 24032294
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600 (Telephone)
(903) 581-1071 (Facsimile)

ATTORNEYS FOR PLAINTIFF