IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 MAY 24  AM 10: 32
TX EASTERN-MARSHALL
BY_____

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § § | |
| Plaintiff | § § § | |
| v. | § § | No. 2:04cv158 |
| 1. Adobe Systems Incorporated, | § | |
| 2. Agfa Corporation | § | |
| 3. Apple Computer, Incorporated, | § | |
| 4. Axis Communications, Incorporated, | § | |
| 5. Canon, USA, Incorporated, | § | |
| 6. Concord Camera Corporation, | § | |
| 7. Creative Labs, Incorporated, | § | |
| 8. Eastman Kodak Company, | § | |
| 9. Fuji Photo Film U.S.A., Incorporated | § | |
| 10. Fujitsu Computer Products of America, Inc. | § § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, Incorporated | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America, | § § | |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § § | |
| 19. Océ North America, Incorporated, | § | |
| 20. Onkyo U.S.A. Corporation, | § | |
| 21. palmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America, | § § | |
| 23. Panasonic Mobile Communications Development Corporation of USA, | § § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a Broderbund, | § § | |
| 26. Savin Corporation, | § | |
| 27. Thomson, S.A., | § | |
| 28. Xerox Corporation, | § § | |
| Defendants | § | |

## ORDER

The Court, having reviewed Joint Motion for Entry of Agreed Stipulation, finds the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that Defendants, Adobe Systems, Inc., Agfa Corporation, Apple Computer, Inc., Canon USA, Inc., Concord Camera Corporation, Creative Labs, Inc., Eastman Kodak Company, Fuji Photo Film U.S.A., Fujitsu Computer Products of America, Gateway, Inc., Hewlett-Packard Company, JVC Americas Corporation, Matsushita Electric Corporation of America, Mitsubishi Digital Electronics America, Inc., palmOne, Inc., Ricoh Corporation, Riverdeep, Inc., (d.b.a. Broderbund) and Savin Corporation are granted to and through July 6, 2004 to answer or otherwise plead in response to Plaintiff's Complaint.

IT IS SO ORDERED.

Signed this __19th__ day of __May__, 2004.

_T. John Ward_
United States District Court