IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated | § | BY_____ |
| *Plaintiff,* | § | |
| | § | |
| 1.  Adobe Systems Incorporated, | § | CIVIL ACTION NO. 2:04-CV-158 |
| 2.  Agfa Corporation, | § | |
| 3.  Apple Computer, Incorporated, | § | JURY |
| 4.  Axis Communications, Incorporated, | § | |
| 5.  Cannon, USA, Incorporated, | § | |
| 6.  Concord Camera Corporation, | § | |
| 7.  Creative Labs, Incorporated, | § | |
| 8.  Eastman Kodak Company, | § | |
| 9.  Fuji Photo Film U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | [PROPOSED] ORDER |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America, | § | |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § | |
| 19. Oce North America, Incorporated, | § | |
| 20. Onkyo U.S.A. corporation, | § | |
| 21. PalmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America, | § | |
| 23. Panasonic Mobile Communications Development Corporation of USA, | § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), | § | |
| 26. Savin Corporation, | § | |
| 27. Thomson S.A. | § | |
| 28. Xerox Corporation, | § | |
| DEFENDANTS | § | |

-4-

-5-

On this the 19th day of May, 2004, came on to be presented Defendant Océ North America, Inc.'s Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Complaint of Compression Labs, Incorporated, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DEGREED that the Consented to Motion of Océ North America, Inc. to Extend Time to Answer, Move or Otherwise Respond to the Complaint of Compression Labs, Incorporated be granted and that the deadline for Defendant Océ North America, Inc. to file an answer or otherwise respond to Plaintiff's Complaint is extended to July 6, 2004.

SIGNED this 19th day of May, 2004.

_____
JUDGE PRESIDING