IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INCORPORATED | § | |
| | § | |
| V. | § | NO. 2:04CV158 |
| | § | |
| ADOBE SYSTEMS INCORPORATED, | § | |
| ET AL. | § | |

### ORDER OF RECUSAL

The undersigned hereby recuses himself with regard to the above entitled and numbered civil action.

SIGNED this 25th day of May, 2004.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE