IN THE UNTIED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 MAY 25 PM 4: 21

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| 1. Compression Labs, Incorporated § § *Plaintiff*, § § V. § § 1. Adobe Systems, Incorporated; § 2. Agfa Corporation; § 3. Apple Computer, Incorporated; § 4. Axis Communications, Incorporated; § 5. Cannon, USA, Incorporated; § 6. Concord Camera Corporation; § 7. Creative Labs, Incorporated; § 8. Eastman Kodak Company; § 9. Fuji Photo Film U.S.A.; § 10. Fujitsu Computer Products of America; § 11. Gateway, Incorporated; § 12. Hewlett-Packard Company; § 13. JASC Software; § 14. JVC Americas Corporation; § 15. Kyocera Wireless Corporation; § 16. Macromedia, Incorporated; § 17. Matsushita Electric Corporation of America; § 18. Mitsubishi Digital Electronics America, Incorporated; § 19. Oce North America, Incorporated; § 20. Onkya U.S.A. Corporation; § 21. PalmOne Incorporated; § 22. Panasonic Communications Corporation of America; § 23. Panasonic Mobile Communications Development Corporation of USA; § 24. Ricoh Corporation; § 25. Riverdeep, Incorporated (d/b/a Broderbund); § 26. Savin Corporation; § 27. Thomson S.A.; § 28. Xerox Corporation § § *Defendants.* § | CIVIL ACTION NO. 2:04-CV-158 TJW JURY |

Dockets.Justia.com

# MACROMEDIA, INCORPORATED'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT OF COMPRESSION LABS, INCORPORATED

TO THE HONORABLE JUDGE OF SAID COURT:

I.

Defendant, Macromedia, Incorporated, without waving any defenses described or referred to in Rule 12 F.R.C.P, but relying upon and asserting all those defenses, moves the Court to enlarge the time within which Defendant Macromedia Incorporated is required to move, answer or otherwise respond to Plaintiff's Complaint to and including July 6, 2004.

II.

Defendant Macromedia, Incorporated seeks this extension of time not for delay but for good cause and that justice may be served.

III.

WHEREFORE, Macromedia, Incorporated respectfully prays that the time to answer, move or otherwise respond to Compression Labs, Incorporated Complaint be enlarged to and including July 6, 2004.

Respectfully submitted,

GILLAM & SMITH, L.L.P.

_____
Harry L. Gillam, Jr.
Texas State Bar No.07921800
Melissa Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.

110 South Bolivar Street, Suite 204
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257 – Facsimile

AND

Charlene Morrow
CA Bar No. 136411
Fenwick & West, LLP
801 California Street
Mountainview, CA 94041
(415) 252-2000
(415) 626-0554 – Facsimile

ATTORNEYS FOR MACROMEDIA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served to all counsel known of record via certified mail, return receipt requested, on this the 25th day of May, 2004.

Melissa Smith

Stephen G. Rudisill
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, IL 60606-3418
*Attorney for Plaintiff*

Calvin Capshaw
Brown McCarroll, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
*Attorney for Plaintiff*

Carl R. Roth
Law Offices of Carl R. Roth
115 North Wellington, Suite 200
P O Box 876
Marshall, Texas 75670
*Attorney for Plaintiff*

Tracy Crawford
Eric H. Findlay
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
*Attorneys for Apple Computer, Inc.*

Clyde M. Siebman
Siebman, Reynolds, & Burg, LLP
421 North Crockett
Sherman, Texas 75090
*Attorney for Oce North America, Inc.*

Nicholas H. Patton
Robert W. Schroeder, III
Patton, Tidwell & Schroeder, LLP
4605 Texas Blvd.
Texarkana, Texas 75505-5398
*Attorney for Eastman Kodak Company*

Jennifer P. Ainsworth
Wilson, SHeehy, Knowles, Robertson & Cornelius, PC
315 East Fifth Street
Tyler, Texas 75701
*Attorney for Kyocera Wireless Corporation*

### CERTIFICATE OF CONFERENCE

The undersigned counsel for Macromedia, Incorporated has discussed the above Motion with Elizabeth L. DeRieux, counsel for Compression Labs, Incorporated, who indicated they are unopposed to this Motion.

_____
Charlene Morrow w/permission by Malissa Smith