FILED-CLERK
U.S. DISTRICT COURT

04 JUN -2 PM 4: 47

TX EASTERN-MARSHALL

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § § § | |
| Plaintiffs | § § | No. 2:04cv158 |
| v. | § § § | |
| 1. Adobe Systems Incorporated,<br>2. Agfa Corporation<br>3. Apple Computer, Incorporated,<br>4. Axis Communications, Incorporated,<br>5. Canon USA, Incorporated,<br>6. Concord Camera Corporation,<br>7. Creative Labs, Incorporated,<br>8. Eastman Kodak Company,<br>9. Fuji Photo Film U.S.A.,<br>10. Fujitsu Computer Products of America,<br>11. Gateway, Incorporated,<br>12. Hewlett-Packard Company,<br>13. JASC Software,<br>14. JVC Americas Corporation,<br>15. Kyocera Wireless Corporation,<br>16. Macromedia, Incorporated,<br>17. Matsushita Electric Corporation of American,<br>18. Mitsubishi Digital Electronics America, Incorporated,<br>19. Oce´ North America, Incorporated,<br>20. Onkyo U.S.A. Corporation,<br>21. palmOne, Incorporated,<br>22. Panasonic Communications Corporation of America,<br>23. Panasonic Mobile Communications of America,<br>24. Ricoh Corporation,<br>25. Riverdeep, Incorporated (d.b.a Broderbund,<br>26. Savin Corporation,<br>27. Thomson, S.A.,<br>28. Xerox Corporation,<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

## [PROPOSED] ORDER GRANTING JOINT MOTION
## FOR ENTRY OF AGREED STIPULATION

Pending before the Court is the Plaintiff's and Defendant Jasc Software, Inc.'s Joint Motion for Entry of Agreed Stipulation; after considering said pleading:

IT IS HEREBY ORDERED that the Joint Motion for Entry of Agreed Stipulation is GRANTED.

IT IS SO ORDERED.

SIGNED this 1st day of June, 2004.

~~T. JOHN WARD~~ David Folsom
UNITED STATES DISTRICT JUDGE