IN THE UNTIED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION



| | | |
|---|---|---|
| 1.  Compression Labs, Incorporated | § § § | |
| *Plaintiff,* | § | |
| V. | § § | CIVIL ACTION NO. 2:04-CV-158 ~~TJW~~ D F |
| 1.  Adobe Systems, Incorporated; | § | |
| 2.  Agfa Corporation; | § | JURY |
| 3.  Apple Computer, Incorporated; | § | |
| 4.  Axis Communications, Incorporated; | § | |
| 5.  Cannon, USA, Incorporated; | § | |
| 6.  Concord Camera Corporation; | § | |
| 7.  Creative Labs, Incorporated; | § | |
| 8.  Eastman Kodak Company; | § | |
| 9.  Fuji Photo Film U.S.A.; | § | |
| 10. Fujitsu Computer Products of America; | § | |
| 11. Gateway, Incorporated; | § | |
| 12. Hewlett-Packard Company; | § | |
| 13. JASC Software; | § | |
| 14. JVC Americas Corporation; | § | |
| 15. Kyocera Wireless Corporation; | § | |
| 16. Macromedia, Incorporated; | § | |
| 17. Matsushita Electric Corporation of America; | § § | |
| 18. Mitsubishi Digital Electronics America, Incorporated; | § § | |
| 19. Oce North America, Incorporated; | § | |
| 20. Onkya U.S.A. Corporation; | § | |
| 21. PalmOne Incorporated; | § | |
| 22. Panasonic Communications Corporation of America; | § § | |
| 23. Panasonic Mobile Communications Development Corporation of USA; | § § | |
| 24. Ricoh Corporation; | § | |
| 25. Riverdeep, Incorporated (d/b/a Broderbund); | § § | |
| 26. Savin Corporation; | § | |
| 27. Thomson S.A.; | § | |
| 28. Xerox Corporation | § § | |
| *Defendants.* | § | |

**ORDER GRANTING MACROMEDIA, INCORPORATED'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT OF COMPRESSION LABS, INCORPORATED**

On this date came for consideration, Macromedia Incorporated's Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint of Compression Labs, Incorporated and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant be, and hereby is, granted an extension of time within which to respond to Plaintiff Compression Labs, Incorporated Complaint up to and including July 6, 2004 in the above cause.

Signed this 31st day of May, 2004.

_____
JUDGE PRESIDING