UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:04-CV-158 |
| vs. ) | |
| ) | |
| 1.  Adobe Systems Incorporated, ) | |
| 2.  Agfa Corporation, ) | |
| 3.  Apple Computer, Incorporated, ) | |
| 4.  Axis Communications, Incorporated ) | |
| 5.  Cannon, USA, Incorporated ) | |
| 6.  Concord Camera Corporation ) | |
| 7.  Creative Labs, Incorporated, ) | |
| 8.  Eastman Kodak Company, ) | |
| 9.  Fuji Photo Film U.S.A., ) | |
| 10. Fujitsu Computer Products of America, ) | |
| 11. Gateway, Incorporated, ) | **NOTICE OF APPEARANCE** |
| 12. Hewlett-Packard Company, ) | |
| 13. JASC Software, ) | |
| 14. JVC Americas Corporation, ) | |
| 15. Kyocera Wireless Corporation, ) | |
| 16. Macromedia, Incorporated, ) | |
| 17. Matsushita Electric Corporation of America ) | |
| 18. Mitsubishi Digital Electronics America, ) | |
| 19. Oce North America, Incorporated, ) | |
| 20. Onkyo U.S.A. Corporation, ) | |
| 21. PalmOne, Incorporated, ) | |
| 22. Panasonic Communications Corporation of ) | |
|        America ) | |
| 23. Panasonic Mobile Communications ) | |
|        Development Corporation of USA, ) | |
| 24. Ricoh Corporation, ) | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), ) | |
| 26. Savin Corporation, ) | |
| 27. Thomson S.A., ) | |
| 28. Xerox Corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Dockets.Justia.com

Defendant, Gateway, Incorporated, hereby notifies the Court that W. Bryan Farney and Darryl J. Adams of the firm Dewey Ballantine LLP, 401 Congress Avenue, Suite 3200, Austin, Texas 78701, Telephone (512) 226-0300, Facsimile (512) 226-0333, E-mail: bfarney@deweyballantine.com and dadams@deweyballatine.com have entered into this action as counsel on its behalf. In connection with this notice, Mr. Farney and Mr. Adams request that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on them at the above address and contact information.

Dated: June 9, 2004

                                      Respectfully submitted,

                                      By:    /s/W. Bryan Farney

W. Bryan Farney
Texas State Bar No. 06826600 (TX)
Darryl J. Adams
Texas State Bar No. 00796101 (TX)
DEWEY BALLANTINE LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701-2478
Tel:  512 226-0300
Fax:  512 226-0333

Attorneys for Defendant
GATEWAY, INCORPORATED

## Certificate of Service

This is to certify that a true and correct of this document has been forwarded, via the indicated method, to the following on this 9 day of June, 2004:

| | |
|---|---|
| Stephen G. Rudisill<br>Jenkens & Gilchrist<br>225 W. Washington St., Suite 2600<br>Chicago, IL 60606-3418 | **Facsimile and U.S. Mail** |
| Carl R. Roth<br>Law Offices of Carl R. Roth<br>115 N. Wellington, Suite 200<br>P.O. Box 876<br>Marshall, Texas 75670 | **Facsimile and U.S. Mail** |

   /s/W. Bryan Farney

AU1 16191v1