IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, § § | |
| Plaintiff, § § | CASE NO. 2:04CV-158 DF |
| vs. § § | JURY |
| 1. Adobe Systems Incorporated, § § | |
| 2. Agfa Corporation, § | |
| 3. Apple Computer, Incorporated, § | |
| 4. Axis Communications, Incorporated, § | |
| 5. Canon, USA, Incorporated, § | |
| 6. Concord Camera Corporation, § | |
| 7. Creative Labs, Incorporated, § | |
| 8. Eastman Kodak Company, § | |
| 9. Fuji Photo Film U.S.A., § | |
| 10. Fujitsu Computer Products of America, § | |
| 11. Gateway, Incorporated, § | |
| 12. Hewlett-Packard Company, § | |
| 13. JASC Software, § | |
| 14. JVC Americas Corporation, § | |
| 15. Kyocera Wireless Corporation, § | |
| 16. Macromedia, Incorporated, § | |
| 17. Matsushita Electric Corporation of America, § | |
| 18. Mitsubishi Digital Electronics America, Incorporated, § § | |
| 19. Océ North America, Incorporated, § | |
| 20. Onkyo U.S.A. Corporation, § | |
| 21. PalmOne, Incorporated, § | |
| 22. Panasonic Communications Corporation of America, § § | |
| 23. Panasonic Mobile Communications Development Corporation of USA, § § | |
| 24. Ricoh Corporation, § | |
| 25. Riverdeep, Incorporated (d/b/a Broderbund), § § | |
| 26. Savin Corporation, § | |
| 27. Thomson S.A., § | |
| 28. Xerox Corporation, § § | |
| Defendants. § | |

Joint Motion for Entry of Agreed Stipulation

## JOINT MOTION FOR ENTRY OF AGREED STIPULATION

COME NOW Plaintiff and Defendants, Panasonic Communications Corporation of America and Panasonic Mobile Communications of America and for their Joint Motion for Entry of Agreed Stipulation in the above case would show this Court the following:

1.  Attached hereto as Exhibit "A" is an Agreed Stipulation that has been agreed to and approved by Counsel for Plaintiff and Defendants, Panasonic Communications Corporation of America and Panasonic Mobile Communications of America, in this case as evidenced by their respective signatures. The Agreed Stipulation extends the date for Defendants, Panasonic Communications Corporation of America and Panasonic Mobile Communications of America, to answer or otherwise plead in response to Plaintiff's Complaint to and through July 6, 2004; and

2.  The moving parties ask that the Court approve and sign the proposed Order.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants, Panasonic Communications Corporation of America and Panasonic Mobile Communications of America, respectfully request that the Court grant the Joint Motion for Entry of Agreed Stipulation and execute the Agreed Stipulation at the Court's first opportunity.

Respectfully submitted,

BY: *Stephen G. Rudisill* (by permission EAO)
Stephen G Rudisill, Attorney-in-Charge
Texas State Bar No. 17376050
Cynthia K Thompson
Gary E Hood
John C Gatz
Illinois State Bar No. 6237140
Justin D Swindells
Illinois State Bar No. 6257291
R David Donoghue
Russell J Genet
Illinois State Bar No. 6255982
Jenkens & Gilchrist
225 W Washington St

Suite 2600
Chicago, IL 60606-3418
Telephone: (312) 425-3900
Facsimile: (312) 425-3909
E-mail: srudisill@jenkens.com

Carl Roth
Texas State Bar No. 17312000
Michael Charles Smith
Texas State Bar No. 18650410
The Roth Law Firm
115 N Wellington Suite 200
Marshall, Tx 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797
E-mail: cr@rothfirm.com
E-mail: ms@rothfirm.com

Franklin W Jones, Jr
Texas State Bar No. 00000055
Jones & Jones - Marshall
201 W Houston St
PO Drawer 1249
Marshall, TX 75670
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
E-mail: maizieh@millerfirm.com

Otis W Carroll, Jr
Texas State Bar No. 03895700
Jack Wesley Hill
Texas State Bar No. 24032294
Ireland Carroll & Kelley, PC
6101 S Broadway
Suite 500
Tyler, TX 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
E-mail: fedserv@icklaw.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Brown McCarroll LLP
1127 Judson Rd - Ste 220
P.O. Box 3999
Longview, TX 75606-3999

Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@mailbmc.com
ATTORNEYS FOR PLAINTIFF

BY: _____
Morton Amster
Abraham Kasdan
Joseph Casino
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606-2649
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
E-mail: eric@albrittonlawfirm.com
ATTORNEY FOR DEFENDANTS,
Panasonic Communications Corporation
of America and Panasonic Mobile
Communications of America

## CERTIFICATE OF SERVICE

I hereby certify that on the ____4th____ day of ____June____ 2004, a true copy of the foregoing Joint Motion for Entry of Agreed Stipulation was served by first-class mail to the following:

Stephen G. Rudisill
Cynthia K. Thompson
Gary E. Hood
John C. Gatz
Justin D. Swindells
R. David Donoghue
Russell J. Genet
Jenkens & Gilchrist
225 W Washington Street,
Suite 2600
Chicago, Illinois 60606-3418
Attorneys for Plaintiff

Carl R. Roth
The Roth Law Firm
115 N. Wellington, Suite 200
Marshall, Texas 75670
Attorney for Plaintiff

Franklin W. Jones, Jr.
Jones & Jones
P.O. Drawer 1249
Marshall, Texas 75670
Attorney for Plaintiff

Otis W. Carroll, Jr.
Jack Wesley Hill
Ireland Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Attorneys for Plaintiff

S. Calvin Capshaw
Brown McCarroll LLP
P.O. Box 3999
Longview, Texas 75606-3999
Attorney for Plaintiff

Adobe Systems Incorporation
Attention: Legal Department
345 Park Avenue
San Jose, California 95110

Agfa Corporation
Attention: Legal Department
100 Challenger Road
Ridgefield Park, New Jersey 07660

Morton Amster
Abraham Kasdan
Joseph Casino
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, New York 10016
Attorneys for: JVC Americas Corporation, Matshushita Electric Corporation of America, Panasonic Communications Corporation of America, and Panasonic Mobile Communications of America

Herschel Tracy Crawford
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Attorney for: Apple Computer, Incorporated

Barry W. Graham
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P
1300 I Street, N.W.
Washington, D.C. 20005-3315
Attorney for: Axis Communications, Inc.

Canon U.S.A., Incorporated
Attention: Legal Department
One Cannon Plaza, Lake Success
New York, New York 11042

Kerry Sisselman
IP Counsel
400 Hollywood Boulevard,
Suite 659 N.
Hollywood, Florida 33021
Attorney for: Concord Camera
Corporation

Creative Labs
Attention: Legal Department
1901 McCarthy Boulevard
Milpitas, California 95035

Fuji Photo Film U.S.A.
Attention: Legal Department
200 Summit Lake Drive
Valhalla, New York 10595

Michael M. Murray
Christopher Chalsen
Milbank, Tweed, Hadley &
McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Attorneys for: Fujitsu Computer
Products of America

Gateway, Incorporated
Attention: Legal Department
14303 Gateway Place
Poway, California 92064

Hewlett-Packard Company
Attention: Legal Department
3000 Hanover Street
Palo Alto, California 94304

JASC Software
Attention: Legal Department
7905 Fuller Road
Eden Prairie, New Mexico 55344

Kycocera Wireless Corporation
Attention: Legal Department
10300 Campus Point Drive
San Diego, California 92121

Harry Lee Gillam, Jr.
Melissa Richards Smith
Gillam & Smith, LLP
110 South Bolivar, Suite 204
Marshall, Texas 75670
Attorneys for: Macromedia Incorporated

Mitsubishi Digital Electronics America,
Incorporated
Attention: Legal Department
9351 Jeronimo Road
Irvine, California 92618

Clyde Moody Siebman
Siebman Reynolds & Burg LLP
421 N. Crockett
Sherman, Texas 75090
Attorney for: Oce North America,
Incorporated

Onkyo U.S.A. Corporation
Attention: Legal Department
18 Parkway
Upper Saddle River, New Jersey 07458

PalmOne, Incorporated
Attention: Legal Department
400 North McCarthy Boulevard
Milpitas, California 95035

Ricoh Corporation
Attention: Legal Department
5 Dedrick Place
West Caldwell, New Jersey 07006

Riverdeep, Incorporated
(d.b.a. Broderbund)
Attention: Legal Department
500 Redwood Boulevard
Novato, California 94947

Savin Corporation
Attention: Legal Department
333 Ludlow Street
Stamford, Connecticut 06902

Thomson S.A.
Attention: Legal Department
10330 North Meridian Street
Indianapolis, Indiana 46290

Xerox Corporation
Attention: Legal Department
800 Long Ridge Road
Stamford, Connecticut 06904

_____
Eric M. Albritton

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § § | |
| Plaintiff, | § § | CASE NO. 2:04CV-158 DF |
| vs. | § § | JURY |
| 1. Adobe Systems Incorporated,<br>2. Agfa Corporation,<br>3. Apple Computer, Incorporated,<br>4. Axis Communications, Incorporated,<br>5. Canon, USA, Incorporated,<br>6. Concord Camera Corporation,<br>7. Creative Labs, Incorporated,<br>8. Eastman Kodak Company,<br>9. Fuji Photo Film U.S.A.,<br>10. Fujitsu Computer Products of America,<br>11. Gateway, Incorporated,<br>12. Hewlett-Packard Company,<br>13. JASC Software,<br>14. JVC Americas Corporation,<br>15. Kyocera Wireless Corporation,<br>16. Macromedia, Incorporated,<br>17. Matsushita Electric Corporation of America,<br>18. Mitsubishi Digital Electronics America, Incorporated,<br>19. OcéNorth America, Incorporated,<br>20. Onkyo U.S.A. Corporation,<br>21. PalmOne, Incorporated,<br>22. Panasonic Communications Corporation of America,<br>23. Panasonic Mobile Communications Development Corporation of USA,<br>24. Ricoh Corporation,<br>25. Riverdeep, Incorporated (d/b/a) Broderbund),<br>26. Savin Corporation,<br>27. Thomson S.A.,<br>28. Xerox Corporation,<br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |



## AGREED STIPULATION

Plaintiff and Defendants, Panasonic Communications Corporation of America and Panasonic Mobile Communications of America, by their signatures below have stipulated that Defendants, Panasonic Communications Corporation of America and Panasonic Mobile Communications of America have until July 6, 2004 to answer or otherwise plead in response to Plaintiff's complaint.

Respectfully submitted,

BY: *Stephen G Rudisill* (by permission CKT)
Stephen G Rudisill, Attorney-in-Charge
Texas State Bar No. 17376050
Cynthia K Thompson
Gary E Hood
John C Gatz
Illinois State Bar No. 6237140
Justin D Swindells
Illinois State Bar No. 6257291
R David Donoghue
Russell J Genet
Illinois State Bar No. 6255982
Jenkens & Gilchrist
225 W Washington St
Suite 2600
Chicago, Illinois 60606-3418
Telephone: (312) 425-3900
Facsimile: (312) 425-3909
E-mail: srudisill@jenkens.com

Carl Roth
Texas State Bar No. 17312000
Michael Charles Smith
Texas State Bar No. 18650410
The Roth Law Firm
115 N Wellington Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797
E-mail: cr@rothfirm.com
E-mail: ms@rothfirm.com

Franklin W Jones, Jr
Texas State Bar No. 00000055
Jones & Jones
201 W Houston St
P.O. Drawer 1249
Marshall, Texas 75670
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
E-mail: maizieh@millerfirm.com

Otis W Carroll, Jr
Texas State Bar No. 03895700
Jack Wesley Hill
Texas State Bar No. 24032294
Ireland Carroll & Kelley, PC
6101 S Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
E-mail: fedserv@icklaw.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Brown McCarroll LLP
1127 Judson Rd - Ste 220
P.O. Box 3999
Longview, Texas 75606-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@mailbmc.com
ATTORNEYS FOR PLAINTIFF

BY: /s/ Morton Amster
Morton Amster
Abraham Kasdan
Joseph Casino
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

Eric M. Albritton
Texas State Bar No. 00790215

Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606-2649
Telephone: (903) 757-8449
Facsimile: (903) 758-7397
E-mail: Eric@albrittonlawfirm.com
ATTORNEY FOR DEFENDANTS,
Panasonic Communications Corporation
of America and Panasonic Mobile
Communications of America

## CERTIFICATE OF SERVICE

I hereby certify that on the ___4th___ day of ___June___ 2004, a true copy of the foregoing Agreed Stipulation was served by first-class mail this to the following:

Stephen G. Rudisill
Cynthia K. Thompson
Gary E. Hood
John C. Gatz
Justin D. Swindells
R. David Donoghue
Russell J. Genet
Jenkens & Gilchrist
225 W Washington Street,
Suite 2600
Chicago, Illinois 60606-3418
Attorneys for Plaintiff

Carl R. Roth
The Roth Law Firm
115 N. Wellington, Suite 200
Marshall, Texas 75670
Attorney for Plaintiff

Franklin W. Jones, Jr.
Jones & Jones
P.O. Drawer 1249
Marshall, Texas 75670
Attorney for Plaintiff

Otis W. Carroll, Jr.
Jack Wesley Hill
Ireland Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Attorneys for Plaintiff

S. Calvin Capshaw
Brown McCarroll LLP
P.O. Box 3999
Longview, Texas 75606-3999
Attorney for Plaintiff

Adobe Systems Incorporation
Attention: Legal Department
345 Park Avenue
San Jose, California 95110

Agfa Corporation
Attention: Legal Department
100 Challenger Road
Ridgefield Park, New Jersey 07660

Morton Amster
Abraham Kasdan
Joseph Casino
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, New York 10016
Attorneys for: JVC Americas Corporation,
Matshushita Electric Corporation of
America, Panasonic Communications
Corporation of America, and Panasonic
Mobile Communications of America

Herschel Tracy Crawford
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Attorney for: Apple Computer, Incorporated

Barry W. Graham
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P
1300 I Street, N.W.
Washington, D.C. 20005-3315
Attorney for: Axis Communications, Inc.

Canon U.S.A., Incorporated
Attention: Legal Department
One Cannon Plaza, Lake Success
New York, New York 11042

Kerry Sisselman
IP Counsel
400 Hollywood Boulevard,
Suite 659 N.
Hollywood, Florida 33021
Attorney for: Concord Camera
Corporation

Creative Labs
Attention: Legal Department
1901 McCarthy Boulevard
Milpitas, California 95035

Fuji Photo Film U.S.A.
Attention: Legal Department
200 Summit Lake Drive
Valhalla, New York 10595

Michael M. Murray
Christopher Chalsen
Milbank, Tweed, Hadley &
McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Attorneys for: Fujitsu Computer
Products of America

Gateway, Incorporated
Attention: Legal Department
14303 Gateway Place
Poway, California 92064

Hewlett-Packard Company
Attention: Legal Department
3000 Hanover Street
Palo Alto, California 94304

JASC Software
Attention: Legal Department
7905 Fuller Road
Eden Prairie, New Mexico 55344

Kycocera Wireless Corporation
Attention: Legal Department
10300 Campus Point Drive
San Diego, California 92121

Harry Lee Gillam, Jr.
Melissa Richards Smith
Gillam & Smith, LLP
110 South Bolivar, Suite 204
Marshall, Texas 75670
Attorneys for: Macromedia Incorporated

Mitsubishi Digital Electronics America,
Incorporated
Attention: Legal Department
9351 Jeronimo Road
Irvine, California 92618

Clyde Moody Siebman
Siebman Reynolds & Burg LLP
421 N. Crockett
Sherman, Texas 75090
Attorney for: Oce North America,
Incorporated

Onkyo U.S.A. Corporation
Attention: Legal Department
18 Parkway
Upper Saddle River, New Jersey 07458

PalmOne, Incorporated
Attention: Legal Department
400 North McCarthy Boulevard
Milpitas, California 95035

Ricoh Corporation
Attention: Legal Department
5 Dedrick Place
West Caldwell, New Jersey 07006

Riverdeep, Incorporated
(d.b.a. Broderbund)
Attention: Legal Department
500 Redwood Boulevard
Novato, California 94947

Savin Corporation
Attention: Legal Department
333 Ludlow Street
Stamford, Connecticut 06902

Thomson S.A.
Attention: Legal Department
10330 North Meridian Street
Indianapolis, Indiana 46290

Xerox Corporation
Attention: Legal Department
800 Long Ridge Road
Stamford, Connecticut 06904

_____
Eric M. Albritton