Compression Labs Incorporated v. Adobe Systems Incorporated et al  Doc. 34
Case 2:04-cv-00158-DF   Document 34   Filed 06/17/2004   Page 1 of 2

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 17 2004

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated,<br><br>    Plaintiff,<br><br>vs.<br><br>1. Adobe Systems Incorporated,<br>2. Agfa Corporation,<br>3. Apple Computer, Incorporated,<br>4. Axis Communications, Incorporated,<br>5. Canon, USA, Incorporated,<br>6. Concord Camera Corporation,<br>7. Creative Labs, Incorporated,<br>8. Eastman Kodak Company,<br>9. Fuji Photo Film U.S.A.,<br>10. Fujitsu Computer Products of America,<br>11. Gateway, Incorporated,<br>12. Hewlett-Packard Company,<br>13. JASC Software,<br>14. JVC Americas Corporation,<br>15. Kyocera Wireless Corporation,<br>16. Macromedia, Incorporated,<br>17. Matsushita Electric Corporation of America,<br>18. Mitsubishi Digital Electronics America, Incorporated,<br>19. Océ North America, Incorporated,<br>20. Onkyo U.S.A. Corporation,<br>21. PalmOne, Incorporated,<br>22. Panasonic Communications Corporation of America,<br>23. Panasonic Mobile Communications Development Corporation of USA,<br>24. Ricoh Corporation,<br>25. Riverdeep, Incorporated (d/b/a Broderbund),<br>26. Savin Corporation,<br>27. Thomson S.A.,<br>28. Xerox Corporation,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>CASE NO. 2:04CV-158 ~~(TJW)~~ DF<br><br>JURY |

*Order*

## ORDER

WHEREFORE, the Court has considered the Joint Motion for Entry of Agreed Stipulation of Plaintiff and Defendants Panasonic Communications Corporation of America and Panasonic Mobile Communications of America;

IT IS HEREBY ORDERED that the Joint Motion for Entry of Agreed Stipulation is hereby GRANTED.

IT IS SO ORDERED.

SIGNED THIS 17th DAY OF June, 2004.

_____
~~T. John Ward,~~ United States District Judge
David Folsom