

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

04 JUN 16 PM 2:48

TEXAS-EASTERN

BY_____

Compression Labs, Incorporated

  *Plaintiff,*

1.  Adobe Systems Incorporated,
2.  Agfa Corporation,
3.  Apple Computer, Incorporated,
4.  Axis Communications, Incorporated,
5.  Cannon, USA, Incorporated,
6.  Concord Camera Corporation,
7.  Creative Labs, Incorporated,
8.  Eastman Kodak Company,
9.  Fuji Photo Film U.S.A.,
10. Fujitsu Computer Products of America,
11. Gateway, Incorporated,
12. Hewlett-Packard Company,
13. JASC Software,
14. JVC Americas Corporation,
15. Kyocera Wireless Corporation,
16. Macromedia, Incorporated,
17. Matsushita Electric Corporation of America,
18. Mitsubishi Digital Electronics America, Incorporated,
19. Oce North America, Incorporated,
20. Onkyo U.S.A. corporation,
21. PalmOne, Incorporated,
22. Panasonic Communications Corporation of America,
23. Panasonic Mobile Communications Development Corporation of USA,
24. Ricoh Corporation,
25. Riverdeep, Incorporated (d.b.a. Broderbund),
26. Savin Corporation,
27. Thomson S.A.
28. Xerox Corporation,

    DEFENDANTS

CIVIL ACTION NO. 2:04-CV-158 – DF

JURY

## NOTICE OF CHANGE OF NAME AND ADDRESS

The undersigned counsel for Defendant, OCE North America Incorporated,

herein provides this Notice of Change of Name and Address effective immediately for

Siebman, Reynolds & Burg, L.L.P.'s Sherman, Texas address. The new name and address is as follows:

**SIEBMAN, REYNOLDS, BURG & PHILLIPS L.L.P.**
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
Phone: (903) 870-0070
Fax: (903) 870-0066

By this Notice, the undersigned advises this Court and counsel of record to kindly direct any and all correspondence and/or pleadings to the address listed above. Please note that while the firm's name and address has changed, the telephone, email, and facsimile numbers remain the same.

Respectfully submitted,

SIEBMAN, REYNOLDS & BURG, L.L.P.
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
(903) 870-0070
(903) 870-0066 Telefax

By: _____
Clyde M. Siebman
State Bar No. 18341600

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the aforesaid Notice of Change of Address has been sent by U. S. First Class Mail to all counsel of record listed below on this ____ day of June, 2004.

Carl R. Roth
Law Offices of Carl R. Roth
115 N. Wellington Suite 200
P.O. Box 876
Marshall, TX 75670

Stephen G. Rudisill
Jenkens & Gilchrist
225 W. Washington St.
Suite 2600
Chicago, IL 60606-3418

Franklin W. Jones, Jr.
201 W. Houston
P. O. Drawer 1249
Marshall, Texas 75670

Otis W. Carroll, Jr.
Ireland Carroll & Kelley
6101 S. Broadway
Suite 500
Tyler, Texas 75703

Michael Charles Smith
The Roth Law Firm
115 N. Wellington Suite 200
Marshall, Texas 75670

Sidney Calvin Capshaw, III
Brown McCarroll
1127 Judson Rd., Suite 220
P. O. Box 3999
Longview, Texas 75606-3999

Herscel Tracy Crawford
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, TX 75702

Nicholas H. Patton
Patton & Tidwell
4605 Texas Blvd.
P. O. Box 5398
Texarkana, Texas 75505-5398

Harry Lee Gillam, Jr.
Gillam & Smith
110 S. Bolivar
Suite 204
Marshall, Texas 75670

_____
Clyde M. Siebman