IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 JUN 21 PM 3:06

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| Compression Labs, Incorporated, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | C.A. No. 2:04cv158 |
| ) | |
| 1. Agfa Corporation, ) | Judge Folsom |
| 2. Apple Computer, Incorporated, ) | |
| 3. Axis Communications, Incorporated, ) | JURY |
| 4. Canon, USA, Incorporated, ) | |
| ) | |
| 5. Concord Camera Corporation, ) | |
| 6. Creative Labs, Incorporated, ) | |
| 7. Eastman Kodak Company, ) | |
| 8. Fuji Photo Film U.S.A., ) | |
| 9. Fujitsu Computer Products of America, ) | |
| 10. Gateway, Incorporated, ) | |
| 11. Hewlett-Packard Company, ) | |
| 12. JASC Software, ) | |
| 13. JVC Americas Corporation, ) | |
| 14. Kyocera Wireless Corporation, ) | |
| 15. Macromedia, Incorporated, ) | |
| 16. Matsushita Electric Corporation of ) | **FIRST AMENDED COMPLAINT** |
|   America, ) | |
| 17. Mitsubishi Digital Electronics America, ) | |
|   Incorporated, ) | |
| 18. Océ North America, Incorporated, ) | |
| 19. Onkyo U.S.A. Corporation, ) | |
| 20. PalmOne, Incorporated, ) | |
| 21. Panasonic Communications Corporation ) | |
|   of America, ) | |
| 22. Panasonic Mobile Communications ) | |
|   Development Corporation of USA, ) | |
| 23. Ricoh Corporation, ) | |
| 24. Riverdeep, Incorporated (d.b.a. ) | |
|   Broderbund), ) | |
| 25. Savin Corporation, ) | |
| 26. Thomson, Incorporated ) | |
| 27. Xerox Corporation, ) | |
| ) | |
| *Defendants*. ) | |

1

CHICAGO 288571v1 22768-00143

Compression Labs, Inc. ("CLI") for its Complaint against Defendants alleges as follows:

## NATURE OF THE ACTION

1. This is a patent infringement action to stop each Defendant's unauthorized and infringing sale, offers to sell, use and importation of products incorporating CLI's patented technology. CLI seeks injunctive relief to stop Defendants from continuing to infringe CLI's valuable patent rights, as well as monetary damages.

## THE PARTIES

2. Plaintiff, CLI, is a corporation existing and organized under the laws of Delaware and has its principal place of business at 108 Wild Basin Drive, Austin, TX 78746.

3. Defendant Agfa Corporation is a corporation existing and organized under the laws of Delaware and has its principal place of business at 100 Challenger Road, Ridgefield Park, NJ 07660.

4. Defendant Apple Computer, Incorporated is a corporation existing and organized under the laws of California and has its principal place of business at 1 Infinite Loop, Cupertino, CA 95014.

5. Defendant Axis Communications, Incorporated is a corporation existing and organized under the laws of Massachusetts and has its principal place of business at 100 Apollo Drive, Chelmsford, MA 01824.

6. Defendant Canon, U.S.A., Incorporated is a corporation existing and organized under the laws of New York and has its principal place of business at One Canon Plaza, Lake Success, New York, NY 11042.

7. Defendant Concord Camera Corporation is a corporation existing and organized under the laws of New Jersey and has its principal place of business at 4000 Hollywood Boulevard, Suite 650N, Hollywood, FL 33021.

8. Defendant Creative Labs, Incorporated is a corporation existing and organized under the laws of California and has its principal place of business at 1901 McCarthy Boulevard, Milpitas, CA 95035.

CHICAGO 288571v1 22768-00143

9. Defendant Eastman Kodak Company is a corporation existing and organized under the laws of New Jersey and has its principal place of business at 343 State Street, Rochester, NY 14650.

10. Defendant Fuji Photo Film U.S.A. is a corporation existing and organized under the laws of New York and has a place of business at 200 Summit Lake Drive, Valhalla, NY 10595.

11. Defendant Fujitsu Computer Products of America is a corporation existing and organized under the laws of California and has its principal place of business at 2904 Orchard Parkway, San Jose, CA 95134.

12. Defendant Gateway, Incorporated is a corporation existing and organized under the laws of Delaware and has its principal place of business at 14303 Gateway Place, Poway, CA 92064.

13. Defendant Hewlett-Packard Company is a corporation existing and organized under the laws of Delaware and has its principal place of business at 3000 Hanover Street, Palo Alto, CA 94304.

14. Defendant JASC Software is a corporation existing and organized under the laws of Minnesota and has its principal place of business at 7905 Fuller Road, Eden Prairie, MN 55344.

15. Defendant JVC Americas Corporation is a corporation existing and organized under the laws of Delaware and has its principal place of business at 1700 Valley Road, Suite 1, Wayne, NJ 07470.

16. Defendant Kyocera Wireless Corporation is a corporation existing and organized under the laws of Delaware and has its principal place of business at 10300 Campus Point Drive, San Diego, CA 92121.

17. Defendant Macromedia, Incorporated is a corporation existing and organized under the laws of Delaware and has its principal place of business at 600 Townsend Street, San Francisco, CA 94103.

CHICAGO 288571v1 22768-00143

18. Defendant Matsushita Electric Corporation of America is a corporation existing and organized under the laws of Delaware and has its principal place of business at 1 Panasonic Way, Secaucus, NJ 07094.

19. Defendant Mitsubishi Digital Electronics America, Incorporated is a corporation existing and organized under the laws of Delaware and has its principal place of business at 9351 Jeronimo Road, Irvine, CA 92618.

20. Defendant Océ North America, Incorporated is a corporation existing and organized under the laws of Delaware and has its principal place of business at 5450 North Cumberland Avenue, Chicago, IL 60656.

21. Defendant Onkyo U.S.A. Corporation is a corporation existing and organized under the laws of New Jersey and has its principal place of business at 18 Parkway, Upper Saddle River, NJ 07458.

22. Defendant PalmOne, Incorporated is a corporation existing and organized under the laws of Delaware and has its principal place of business at 400 North McCarthy Boulevard, Milpitas, CA 95035.

23. Defendant Panasonic Communications Corporation of America is a corporation existing and organized under the laws of Delaware and has its principal place of business at 7625 Panasonic Way, San Diego, CA 92154.

24. Defendant Panasonic Mobile Communications Development Corporation of USA is a corporation existing and organized under the laws of Delaware and has its principal place of business at 1225 Northbrook Parkway, Suite 2-352, Suwanee, GA 30024.

25. Defendant Ricoh Corporation is a corporation existing and organized under the laws of Delaware and has its principal place of business at 5 Dedrick Place, West Caldwell, NJ 07006.

26. Defendant Riverdeep, Incorporated (d.b.a. Broderbund) is a corporation existing and organized under the laws of Delaware and has its principal place of business at 500 Redwood Boulevard, Novato, CA 94947.

CHICAGO 288571v1 22768-00143

27. Defendant Savin Corporation is a corporation existing and organized under the laws of Delaware and has its principal place of business at 333 Ludlow Street, Stamford, CT 06902.

28. Defendant Thomson, Incorporated is a corporation existing and organized under the laws of Delaware and has its principal place of business at 10330 North Meridian Street, Indianapolis, IN 46290.

29. Defendant Xerox Corporation is a corporation existing and organized under the laws of New York and has its principal place of business at 800 Long Ridge Road, Stamford, CT 06904.

## JURISDICTION AND VENUE

30. This action for patent infringement arises under the Patent Laws of the United States, 35 U.S.C. §§ 1 et seq., and in particular 35 U.S.C. §§ 271, 281, 283, 284 and 285. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. 1338(a).

31. This Court has personal jurisdiction over each of the Defendants and venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400.

## COUNT 1 – PATENT INFRINGEMENT

32. This case involves technology used to process digital signals. CLI owns patents relating to such technology, and CLI invested substantial amounts in related research and development.

33. United States Patent No. 4,698,672 entitled "Coding System for Reducing Redundancy" (hereinafter "the '672 patent"), was duly and legally issued on October 6, 1987. CLI is an owner of the '672 patent and, pursuant to an agreement with its co-owner, has the exclusive rights to sue and recover for infringement thereof with respect to the Accused Devices, as hereinafter defined. A copy of the '672 patent is attached as Exhibit A.

34. Defendants offer to sell, sell, use, and/or import into the United States devices, at least portions of which are designed to be at least partly compliant with the JPEG standard as defined by CCITT Recommendation T.81 approved on September 18, 1992, entitled

5

"Information Technology—Digital Compression and Coding of Continuous Tone Still Images—Requirements and Guidelines," the identical text of which is also published as ISO/IEC International Standard 10918-1, or with any version or variance thereof defining a lossy compression scheme (hereinafter referred to as "the Accused Devices"). The Accused Devices are covered by, and carry out methods that are covered by, one or more claims of the '672 patent.

35. Through their actions including offering to sell, selling, using and importing the Accused Devices, Defendants have infringed the aforementioned patent and actively induced others to infringe and contributed to the infringement by others of the '672 patent in the United States, including within the jurisdiction of this Court. Certain of the Defendants also have made the Accused Devices in the United States, and such Defendants have also infringed the aforementioned patent by their actions in this regard.

36. CLI is likely to be irreparably harmed by Defendants' infringement, inducement of others to infringe, and contributory infringement of the '672 patent. CLI has no adequate remedy at law.

WHEREFORE, CLI prays for judgment that:

A. United States Patent No. 4,698,672 has been infringed, directly, by inducement, and/or contributorily, by each Defendant;

B. Each Defendant, its officers, agents, servants and employees, and those persons in active concert and participation with any of them, be permanently enjoined from the direct or contributory infringement of, and from inducing others to infringe, United States Patent No. 4,698,672;

C. CLI be awarded damages sufficient to compensate it for each Defendant's infringement, contributory infringement and inducement of others to infringe, that such damages

6

be increased to three times the amount found or assessed pursuant to 35 U.S.C. § 284, and that such damages be awarded to CLI with prejudgment interest;

D.  That this case be declared exceptional pursuant to 35 U.S.C. § 284 and that CLI be awarded its attorney fees, costs and expenses in this action; and

E.  CLI be awarded such other and further relief as the Court may deem just.

CLI DEMANDS A TRIAL BY JURY.

Respectfully submitted,
Compression Labs, Inc.

Dated: June 21, 2004

By: *Stephen G. Rudisill by SCC by permission*
Stephen G. Rudisill (*attorney-in-charge*)
   Illinois Bar No.: 2417049
   Texas Bar No.: 17376050
   srudisill@jenkens.com
John C. Gatz
   Illinois Bar No.: 6237140
   jgatz@jenkens.com
Russell J. Genet
   Illinois Bar No.:6255982
   rgenet @jenkens.com
Justin D. Swindells
   Illinois Bar No.: 6257291
   jswindells@jenkens.com
JENKENS & GILCHRIST, P.C.
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
Tel.   (312) 425-3900
Fax   (312) 425-3909

S. Calvin Capshaw III
   Texas Bar No.: 03783900
   ccapshaw@mailbmc.com
BROWN, McCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
Tel.   (903) 236-9800
Fax.   (903) 236-8787

7

Franklin Jones, Jr.
    Texas Bar No.: 00000055
    maiezieh@millerfirm.com
JONES & JONES, Inc., P.C.
201 West Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas 75670-1249
Tel.   (903) 938-4395
Fax.   (903) 938-3360

Otis Carroll
    Texas Bar No.: 03895700
Jack Wesley Hill
    Texas Bar No.: 24032294
    nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Tel.   (903) 561-1600
Fax.   (903) 581-1071

Carl R. Roth
    Texas Bar No.: 17312000
    cr@rothfirm.com
Michael C. Smith
    Texas Bar No.: 18650410
    ms@rothfirm.com
THE ROTH LAW FIRM
115 North Wellington, Suite 200
P.O. Box 876
Marshall, Texas 75670
Tel.   (903) 935-1665
Fax   (903) 935-1797

ATTORNEYS FOR PLAINTIFF

CHICAGO 288571v1 22768-00143

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2004, a true and correct copy of the foregoing FIRST AMENDED COMPLAINT was deposited in the United States Mail, postage prepaid, and addressed to the following counsel of record:

| | |
|---|---|
| Adobe Systems, Incorporated<br>Robert T. Halsam<br>Heller Ehrman White & McAuliffe LLP<br>275 Middlefield Road<br>Menlo Park, California 94025-3506 | Creative Labs, Incorporated<br>Attention: Legal Department<br>1901 McCarthy Boulevard<br>Milpitas, California 95035 |
| Agfa Corporation<br>Attention: Legal Department<br>100 Challenger Road<br>Ridgefield Park, New Jersey 07660 | Eastman Kodak Company<br>Nicholas H. Patton<br>Robert W. Schroeder, III<br>Patton, Tidwell & Schroeder, LLP<br>4605 Texas Boulevard<br>P.O. Box 5398<br>Texarkana, Texas 75505 |
| Apple Computer Incorporated<br>Herschel Tracy Crawford<br>Eric H. Findlay<br>Ramey & Flock<br>100 East Ferguson, Suite 500<br>Tyler, Texas 75702 | Fuji Photo Film U.S.A.<br>Attention: Legal Department<br>200 Summit Lake Drive<br>Valhalla, New York 10595 |
| Axis Communications, Incorporated<br>Barry W. Graham<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>1300 I Street, N.W.<br>Washington, D.C. 20005-3315 | Fujitsu Computer Products of America<br>Michael M. Murray<br>Christopher Chalsen<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005-1413 |
| Canon U.S.A., Incorporated<br>Attention: Legal Department<br>One Canon Plaza, Lake Success<br>New York, New York 10042 | Gateway, Incorporated<br>W. Bryan Farney<br>Darryl J. Adams<br>Dewey Ballantine LLP<br>401 Congress Avenue<br>Suite 3200<br>Austin, Texas 78701-2478 |
| Concord Camera Corporation<br>Kerry Sisselman<br>400 Hollywood Boulevard<br>Suite 659 North<br>Hollywood, Florida 33021 | Hewlett-Packard Company<br>Sean C. Cunningham<br>Bruce Watrous<br>Gray Cary Ware & Freidenrich LLP<br>401 B Street, Suite 2000<br>San Diego, CA 92101-4240 |

CHICAGO 288571v1 22768-00143
LON 1387741

| | |
|---|---|
| JASC Software<br>Deakin T. Lauer<br>Merchant & Gould PC<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minneapolis 55402<br><br>Franklin A. Poff, Jr.<br>Crisp, Boyd & Poff, LLP<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, Texas 75505 | Matsushita Electric Corporation of America<br>Morton Amster<br>Abraham Kasdan<br>Joseph Casino<br>Amster, Rothstein & Ebenstein, LLP<br>90 Park Avenue<br>New York, New York 10016<br><br>Eric M. Albritton<br>Albritton Law Firm<br>P.O. Box 2649<br>Longview, Texas 75606-2649 |
| JVC Americas Corporation<br>Attention: Legal Department<br>1700 Valley Road, Suite 1<br>Wayne, New Jersey 07470 | Mitsubishi Digital Electronics America, Incorporated<br>Attention: Legal Department<br>9351 Jeronimo Road<br>Irvine, California 92618 |
| Kyocera Wireless Corporation<br>Jennifer P. Ainsworth<br>Wilson, Sheehy, Knowles, Robertson & Cornelius, P.C.<br>315 East Fifth Street<br>Tyler, Texas 75701 | Oce North America, Incorporated<br>Frederick H. Colen<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br><br>Clyde Siebman<br>Siebman Reynolds Burg & Phillips, LLP<br>Federal Courthouse Square<br>300 N. Travis St.<br>Sherman, Texas 75090 |
| Macromedia Incorporated<br>Charlene Morrow<br>Fenwick & West LLP<br>801 California Street<br>Mountainview, California 94041<br><br>Harry Lee Gillam, Jr.<br>Melissa Smith<br>Gillam & Smith LLP<br>110 South Bolivar Street<br>Suite 204<br>Marshall, Texas 75670 | Onkyo USA Corporation<br>Robert F. Zielinski<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>1650 Arch Street, 22nd Floor<br>Philadelphia, Pennsylvania 19103<br><br>Barry J. Bendes<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>250 Park Avenue<br>New York, New York 10177 |

10

| | |
|---|---|
| PalmOne, Incorporated<br>Attention: Legal Department<br>400 North McCarthy Boulevard<br>Milpitas, California 95035 | Savin Corporation<br>Attention: Legal Department<br>333 Ludlow Street<br>Stamford, Connecticut 06902 |
| Panasonic Communications Corporation of America/ Panasonic Mobile Communications Development Corporation of U.S.A.<br>Morton Amster<br>Abraham Kasdan<br>Joseph Casino<br>Amster, Rothstein & Ebenstein, LLP<br>90 Park Avenue<br>New York, New York 10016<br><br>Eric M. Albritton<br>Albritton Law Firm<br>P.O. Box 2649<br>Longview, Texas 75606-2649 | Thomson, Incorporated<br>Attention: Legal Department<br>10330 North Meridian Street<br>Indianapolis, Indiana 46290 |
| Ricoh Corporation<br>Attention: Legal Department<br>5 Dedrick Place<br>West Caldwell, New Jersey 07006 | Xerox Corporation<br>Attention: Legal Department<br>800 Long Ridge Road<br>Stamford, Connecticut 06904 |
| Riverdeep, Incorporated (d.b.a. Broderbund)<br>Attention: Legal Department<br>500 Redwood Boulevard<br>Novato, California 94947 | |

_S. Calvin Capshaw_ (signed)
S. Calvin Capshaw

11

CHICAGO 288571v1 22768-00143