UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 JUN 21 PM 3: 06

TX EASTERN-MARSHALL

BY_____

COMPRESSION LABS,
INCORPORATED,

        Plaintiff,

v.                                                          CIVIL ACTION NO. 2-04CV-158-DF

ADOBE SYSTEMS,                                              JURY TRIAL DEMANDED
INCORPORATED, et al,

        Defendants.

### NOTICE OF APPEARANCE BY NEIL J. MCNABNAY
### ON BEHALF OF ADOBE SYSTEMS INCORPORATED

Neil J. McNabnay with the law firm of Fish & Richardson P.C., 1717 Main St., Suite 5000, Dallas, TX 75201, hereby provides notice that he appears as counsel of record for Adobe Systems Incorporated.

NOTICE OF APPEARANCE BY NEIL J. MCNABNAY ON BEHALF OF ADOBE SYSTEMS
INCORPORATED -- PAGE 1

Dated: June 21, 2004                    Respectfully submitted,

By: _____/s/ Neil McNabnay_____
Neil J. McNabnay
Attorney in Charge
State Bar No. 24002583
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214-292-4051
Facsimile: 214-747-2091
mcnabnay@fr.com

Robert T. Haslam
CA State Bar No.71134
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-6017
E-mail: rhaslam@hewm.com

ATTORNEYS FOR DEFENDANT,
ADOBE SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the _21_ day of _JUNE_, 2004, a true and correct copy of this document was deposited in the United States Mail, postage prepaid, and addressed to the following counsel of record:

| | |
|---|---|
| Robert T. Halsam<br>Heller Ehrman White & McAuliffe LLP<br>275 Middlefield Road<br>Menlo Park, California 94025-3506 | Eric H. Findlay<br>Ramey & Flock<br>100 E. Ferguson, Suite 500<br>Tyler, Texas 75702 |
| Nicholas H. Patton<br>Patton & Tidwell<br>P.O. Box 5398<br>Texarkana, Texas 75505-5398 | Gil Gillam, Jr.<br>Gillam & Smith LLP<br>100 S. Bolivar Street, Suite 204<br>Marshall, Texas 75670 |
| Clyde Moody Siebman<br>Siebman Reynolds & Burg LLP<br>421 N. Crockett<br>Sherman, Texas 75090 | Jennifer P. Ainsworth<br>Wilson, Sheehy Knowles Robertson & Cornelius<br>P.O. Box 7339<br>Tyler, Texas 75711-7339 |
| Eric M. Albritton<br>Albritton Law Firm<br>P.O. Box 2649<br>Longview, Texas 75606-2649 | Morton Amster<br>Amster, Rothstein & Ebenstein LLP<br>90 Park Avenue<br>New York, New York 10016 |
| Franklin A. Poff, Jr.<br>Crisp Boyd & Poff, LLP<br>P.O. Box 6297<br>Texarkana, Texas 75505 | Kerry Sisselman<br>IP Counsel<br>400 Hollywood Blvd., Suite 659 N.<br>Hollywood, Florida 33021 |
| Michael M. Murray<br>Milbank, Tweed & Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005-1413 | Barry W. Graham<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>1300 I Street, N.W.<br>Washington, D.C. 20005-3315 |
| Mark N. Reiter<br>Jones Day<br>2727 N Harwood<br>Dallas Texas 75102-1515 | Henry Bunsow<br>Howrey Simon Arnold & White<br>525 Market Street, Suite 3600<br>San Francisco, California 94105-2708 |

NOTICE OF APPEARANCE BY NEIL J. MCNABNAY ON BEHALF OF ADOBE SYSTEMS
INCORPORATED -- PAGE 3

| | |
|---|---|
| W. Bryan Farney<br>Dewey Ballantine LLP<br>401 Congress Avenue, Suite 3200<br>Austin, Texas 78701 | Sean C. Cunningham<br>Gray Cary Ware & Freidenrich LLP<br>401 B Street, Suite 2000<br>San Diego, California 92101-4240 |
| Onkyo USA Corporation<br>Attention: Legal Department<br>18 Parkway<br>Upper Saddle River, New Jersey 07458 | Fuji Photo Film<br>Attention: Legal Department<br>200 Summit Lake Drive<br>Valhalla, New York 10595 |
| PalmOne, Incorporated<br>Attention: Legal Department<br>400 N. McCarthy Blvd.<br>Milpitas, California 95035 | Panasonic Communications Corp. of America<br>Attention: Legal Department<br>7625 Panasonic Way<br>San Diego, California 92154 |
| Panasonic Mobile Communication<br>Development Corp. of U.S.A.<br>Attention: Legal Department<br>1225 Northbrook Parkway, Suite 2-352<br>Suwance, Georgia 30024 | Ricoh Corporation<br>Attention: Legal Department<br>5 Dedrick Place<br>West Caldwell, New Jersey 07006 |
| Thomson S.A.<br>Attention: Legal Department<br>10330 North Meridian Street<br>Indianapolis, Indiana 46290 | Savin Corporation<br>Attention Legal Department<br>333 Ludlow Street<br>Stamfford, Connecticut 06902 |
| Riverdeep Incorporated<br>(d/b/a Broderbund)<br>Attention: Legal Department<br>500 Redwood Blvd.<br>Novato, California 94947 | Mitsubishi Digital Electronics<br>America, Inc.<br>Attention: Legal Department<br>9351 Jeronimo Road<br>Irvine, California 92618 |
| Stephen G. Rudisill<br>John C. Gatz<br>Russell J Genet<br>Justin D. Swindells<br>Gary E. Hood<br>R. David Donoghue<br>Cynthia K. Thompson<br>Jenkens & Gilchrist<br>225 W Washington St<br>Suite 2600<br>Chicago, IL 60606-3418 | Franklin W. Jones, Jr.<br>Jones & Jones - Marshall<br>201 W Houston St<br>P. O. Drawer 1249<br>Marshall, TX 75670 |

NOTICE OF APPEARANCE BY NEIL J. MCNABNAY ON BEHALF OF ADOBE SYSTEMS
INCORPORATED -- PAGE 4

| | |
|---|---|
| Otis W. Carroll, Jr<br>Jack Wesley Hill<br>Ireland Carroll & Kelley, PC<br>6101 S Broadway<br>Suite 500<br>Tyler, TX 75703 | S. Calvin Capshaw<br>Brown McCarroll, L.L.P.<br>P.O. Box 3999<br>Longview, TX 75606-3999 |
| Carl Roth<br>The Roth Law Firm<br>115 N Wellington Suite 200<br>Marshall, TX 75670 | |

_____
Neil J. McNabnay

**NOTICE OF APPEARANCE BY NEIL J. MCNABNAY ON BEHALF OF ADOBE SYSTEMS INCORPORATED -- PAGE 5**