UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **COMPRESSION LABS, INCORPORATED,** | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2-04CV-158-DF |
| **ADOBE SYSTEMS, INCORPORATED**, et al, | JURY TRIAL DEMANDED |
| Defendants. | |

### ORDER OF DISMISSAL WITH PREDJUDICE

CAME ON THIS DAY for consideration the Motion to Dismiss of Plaintiff, COMPRESSION LABS, INCORPORATED, and Defendant, ADOBE SYSTEMS, INCORPORATED, to dismiss with prejudice all claims asserted in this cause, and the Court being apprised of the grounds therefor and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit by Plaintiff, COMPRESSION LABS, INCORPORATED, against Defendant, ADOBE SYSTEMS, INC. are hereby dismissed with prejudice to the right of the parties to assert in the future any such claims.

It is further ORDERED that all attorneys fees and costs are to be borne by the party who incurred them.

SIGNED this 24th day of June 2004.

UNITED STATES DISTRICT JUDGE