

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

O4 JUN 23  PM 3: 47

TX EASTERN-MARSHALL

## APPLICATION TO APPEAR PRO HAC VICE

BY_____

1. This application is being made for the following Case #  2-04CV-158_____Style:
   ____ Compression Labs Incorporated v. Adobe Systems Incorporated, et al _____

2. Applicant is representing the following party/ies:
   _____ Macromedia, Inc. _____

3. Applicant was admitted to practice in California in December 1999.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. There are no pending grievances or criminal matters pending against the applicant.

7. Applicant has been admitted to practice in the following courts: No. District of California, Eastern District of California, Central District of California, Court of Appeals for Federal Circuit.

8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).

10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

    I, HEATHER N. MEWES do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

May 2l, 2004_____
Date

_____
Signature

Name (please print)    Heather N. Mewes
State Bar Number  203690_____
Firm Name: Fenwick & West LLP_____
Address:    801 California Street_____
Telephone #:  650.998.8500_____
Fax #:      650.938.5200_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above.  This

Dockets.Justia.com

application has been approved for the court on this 23rd day of June, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_____

Deputy Clerk

o:/rules/Appendix K/Revised: 3/3/03

FILED-CLERK
DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

04 JUN 23 PM 3: 47

TX EASTERN-MARSHALL

## APPLICATION TO APPEAR PRO HAC VICE

BY_____

1. This application is being made for the following Case # __2-04CV-158_____ Style: _____Compression Labs Incorporated v. Adobe Systems Incorporated, et al_____
2. Applicant is representing the following party/ies: _____Macromedia, Inc._____
3. Applicant was admitted to practice in California_ in December_ 1988___
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts: State of California, Northern District of California, 9th Circuit Court of Appeals, Central District of California, Eastern District of California, District of Arizona, Court of Appeals Federal Circuit, U.S. District Court of Massachusetts_____
8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

    I, _____Charlene M. Morrow_____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

May 21 , 2004_____
Date

_____
Signature
Name (please print) _Charlene M. Morrow_____
State Bar Number __136411_____
Firm Name: Fenwick & West LLP_____
Address: ___801 California Street_____
Telephone #: 650.998.8500_____
Fax #: ___650.938.5200_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on this 23rd day of _June_, 20 04

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_

Deputy Clerk

o:/rules/Appendix K/Revised: 3/3/03

FILED-CLERK
U. DISTRICT COURT

04 JUN 23 PM 3: 47

TX EASTERN-MARSHALL

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

BY_____

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following Case # <u>2-04CV-158</u>          Style: _____
<u>Compression Labs Incorporated v. Adobe Systems Incorporated, et al</u>          
2. Applicant is representing the following party/ies:
   <u>Macromedia, Inc.</u>          
3. Applicant was admitted to practice in California in December 2003.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts: <u>All California State Courts,</u>
<u>Northern District of California, 9th Circuit Court of Appeals</u>          
8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas,
including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in
the case specified above only.

**Application Oath:**

    I, <u>Chien-Ju Alice Chen</u>          do solemnly swear (or affirm) that the
above information is true; that I will discharge the duties of attorney and counselor of this Court
faithfully; that I will demean myself uprightly under the law and the highest ethics of our
profession; and that I will support and defend the Constitution of the United States.

<u>May **21** , 2004</u>
Date

Signature _____

Name (please print) <u>Chien-Ju Alice Chen</u>          
State Bar Number <u>228556</u>          
Firm Name: <u>Fenwick & West LLP</u>          
Address: <u>801 California Street</u>          
Telephone #: <u>650.998.8500</u>          
Fax #: <u>650.938.5200</u>          

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on this 23rd day of _June_, 20 04

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C Hinton_

Deputy Clerk

o:/rules/Appendix K/Revised: 3/3/03

A1000/00102/LIT/1193066.1

FILED-CLERK
DISTRICT COURT

**UNITED STATES DISTRICT COURT** 04 JUN 23 PM 3: 46
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION** TX EASTERN-MARSHALL

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following Case # _2-04CV-158_____ Style:
   _____Compression Labs Incorporated v. Adobe Systems Incorporated, et al_____
2. Applicant is representing the following party/ies:
   __Macromedia, Inc._____
3. Applicant was admitted to practice in California_ in December 1981.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts: California and U.S. District Courts, U.S. Supreme Court, Federal Circuit Court of Appeal, Ninth Circuit Court of Appeal
8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

     I, _____Darryl M. Woo_____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

_May 21_, 2004_
Date

_____
                    Signature
Name (please print) __Darryl M. Woo_____
State Bar Number 100513_____
Firm Name: Fenwick & West LLP_____
Address: ____801 California Street_____
Telephone #: 650.998.8500_____
Fax #: ___650.938.5200_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on this 23rd day of June, 20 04

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By C. Hinton

Deputy Clerk

o:/rules/Appendix K/Revised: 3/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 JUN 23 PM 3:46

TX EASTERN-MARSHALL

APPLICATION TO APPEAR PRO HAC VICE

BY_____

1. This application is being made for the following Case # 2-04CV-158 _____ Style:
Compression Labs Incorporated v. Adobe Systems Incorporated, et al _____
2. Applicant is representing the following party/ies:
____ Macromedia, Inc. _____
3. Applicant was admitted to practice in California in December 1997 _____ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts: All California State Courts,
Northern District of California, Eastern District of California; Eastern District of Michigan, U.S.
Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Ninth Circuit.
8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas,
including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in
the case specified above only.

**Application Oath:**

I, Michael J. Sacksteder _____ do solemnly swear (or
affirm) that the above information is true; that I will discharge the duties of attorney and
counselor of this Court faithfully; that I will demean myself uprightly under the law and the
highest ethics of our profession; and that I will support and defend the Constitution of the United
States.

May 2/, 2004 _____
Date

Signature _____
Name (please print) Michael J. Sacksteder _____
State Bar Number 191605 _____
Firm Name: Fenwick & West LLP _____
Address:  801 California Street _____
Telephone #: 650.998.8500 _____
Fax #:  650.938.5200 _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on this 23rd day of June, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_

Deputy Clerk

o:/rules/Appendix K/Revised: 3/3/03