IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OR TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 JUL -1 PM 1: 23

TX EASTERN-MARSHALL

BY_____

| | | |
|---|---|---|
| 1. | Compression Labs, Incorporated | § |
| | | § |
| | *Plaintiff,* | § |
| | | § |
| V. | | § |
| | | § CIVIL ACTION NO. 2:04-CV-158 |
| | | § |
| 1. | Agfa Corporation; | § JUDGE FOLSOM |
| 2. | Apple Computer, Incorporated; | § |
| 3. | Axis Communications, Incorporated; | §  JURY |
| 4. | Cannon, USA, Incorporated; | § |
| 5. | Concord Camera Corporation; | § |
| 6. | Creative Labs, Incorporated; | § |
| 7. | Eastman Kodak Company; | § |
| 8. | Fuji Photo Film U.S.A.; | § |
| 9. | Fujitsu Computer Products of America; | § |
| 10. | Gateway, Incorporated; | § |
| 11. | Hewlett-Packard Company; | § |
| 12. | JASC Software; | § |
| 13. | JVC Americas Corporation; | § |
| 14. | Kyocera Wireless Corporation; | § |
| 15. | Macromedia, Incorporated; | § |
| 16. | Matsushita Electric Corporation of America; | § |
| 17. | Mitsubishi Digital Electronics America, Incorporated | § |
| 18. | Oce North America, Incorporated; | § |
| 19. | Onkya U.S.A. Corporation; | § |
| 20. | PalmOne Incorporated; | § |
| 21. | Panasonic Communications Corporation of America; | § |
| 22. | Panasonic Mobile Communications Development Corporation of USA; | § |
| 23. | Ricoh Corporation; | § |
| 24. | Riverdeep, Incorporated (d/b/a Broderbund); | § |
| 25. | Savin Corporation | § |
| 26. | Thomson, Incorporated | § |
| 27. | Xerox Corporation | § |
| | | § |
| | *Defendants.* | § |

*Motion to Extend Time*

30729203.1

## THOMSON, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT OF COMPRESSION LABS, INCORPORATED

TO THE HONORABLE JUDGE OF SAID COURT:

I.

Defendant, Thomson, Inc., without waiving any defenses described or referred to in Rule 12 F.R.C.P, but relying upon and asserting all those defenses, moves, the Court to enlarge the time within which Thomson, Inc. is required to move, answer or otherwise respond to Plaintiff's First Amended Complaint to and including July 6, 2004.

II.

Defendant Thomson, Inc. seeks this extension of time not for delay but for good cause and that justice may be served. Plaintiff is unopposed to this motion.

III.

WHEREFORE, Thomson, Inc. respectfully prays that the time to answer, move or otherwise respond to Compression Labs, Incorporated's First Amended Complaint be enlarged to and including July 6, 2004.

Respectfully submitted,

By: _____
Lee Haag
Attorney-in-Charge
State Bar No. 08657700
Federal I.D. No. 10857
Lhaag@fulbright.com
Andrew Price
State Bar No. 24002791
Federal I.D. No. 22348
Aprice@fulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served to all known counsel of record via certified mail, return receipt requested, on this the 29th day of June, 2004.

Stephen G. Rudisill
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, IL 606606-2418
*Attorney for Plaintiff*

Carl R. Roth
Law Offices of Car R. Roth
115 North Wellington, Suite 200
P O box 876
Marshall, Texas 75670
*Attorney for Plaintiff*

Clyde M. Siebman
Siebman, Reynolds, & Burg, LLP
421 North Crockett
Sherman, Texas 75090
*Attorney for Oce North America, Inc.*

Harry L. Gillam, Jr.
GILLAM & SMITH, L.L.P.
Melissa Smith
110 South Bolivar Street, Suite 204
Marshall, Texas 75670

AND

Charlene Morrow
Fenwick & West, LLP
801 California Street
Mountainview, CA 94041
*Attorneys For Macromedia, Inc.*

Calvin Capshaw
Brown McCarroll, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
*Attorney for Plaintiff*

Tracy Crawford
Eric H. Findlay
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
*Attorneys for Apple Computer, Inc.*

Nicholas H. Patton
Robert W. Schroeder, III
Patton, Tidwell & Schroeder, LLP
4605 Texas Blvd.
Texarkana, Texas 75505-5398
*Attorneys for Eastman Kodak Company*

Jennifer P. Ainsworth
Wilson, Sheehy, Knowles, Robertson & Cornelius, PC
315 East Fifth Street
Tyler, Texas 75701
*Attorney for Kyocera Wireless Corporation*

_____
Lee Haag

- 4 -

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Thomson, Inc. has discussed the above Motion with Elizabeth L. DeRieux, counsel for Compression Labs, Incorporated, who indicated they are unopposed to this Motion.

_____
Lee Haag

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OR TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| 1. Compression Labs, Incorporated | § § § *Plaintiff,* § § V. § § 1. Agfa Corporation; § 2. Apple Computer, Incorporated; § 3. Axis Communications, Incorporated; § 4. Cannon, USA, Incorporated; § 5. Concord Camera Corporation; § 6. Creative Labs, Incorporated; § 7. Eastman Kodak Company; § 8. Fuji Photo Film U.S.A.; § 9. Fujitsu Computer Products of America; § 10. Gateway, Incorporated; § 11. Hewlett-Packard Company; § 12. JASC Software; § 13. JVC Americas Corporation; § 14. Kyocera Wireless Corporation; § 15. Macromedia, Incorporated; § 16. Matsushita Electric Corporation of America; § 17. Mitsubishi Digital Electronics America, Incorporated § 18. Oce North America, Incorporated; § 19. Onkya U.S.A. Corporation; § 20. PalmOne Incorporated; § 21. Panasonic Communications Corporation of America; § 22. Panasonic Mobile Communications Development Corporation of USA; § 23. Ricoh Corporation; § 24. Riverdeep, Incorporated (d/b/a Broderbund); § 25. Savin Corporation § 26. Thomson, Incorporated § 27. Xerox Corporation § § *Defendants.* | | CIVIL ACTION NO. 2:04-CV-158<br><br>JUDGE FOLSOM<br><br>JURY |

*Order* (signature)

30729203.1

- 2 -

# ORDER GRANTING THOMSON, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT OF COMPRESSION LABS, INCORPORATED

On this date came for consideration, Thomson, Inc.'s Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the First Amended Complaint of Compression Labs, Incorporated and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant be, and hereby is granted an extension of time within which to respond to Plaintiff Compression Labs, Incorporated's First Amended Complaint up to and including July 6, 2004 in the above cause.

Signed this _____ of _____, 2004.

_____
JUDGE PRESIDING