IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OR TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL – 2 2004

DAVID J. MALAND, CLERK
BY
DEPUTY

| | | §  |
|---|---|---|
| 1. | Compression Labs, Incorporated | § |
| | *Plaintiff*, | § |
| | | § |
| V. | | § |
| | | § CIVIL ACTION NO. 2:04-CV-158 |
| 1. | Agfa Corporation; | § |
| 2. | Apple Computer, Incorporated; | § JUDGE FOLSOM |
| 3. | Axis Communications, Incorporated; | § |
| 4. | Cannon, USA, Incorporated; | § JURY |
| 5. | Concord Camera Corporation; | § |
| 6. | Creative Labs, Incorporated; | § |
| 7. | Eastman Kodak Company; | § |
| 8. | Fuji Photo Film U.S.A.; | § |
| 9. | Fujitsu Computer Products of America; | § |
| 10. | Gateway, Incorporated; | § |
| 11. | Hewlett-Packard Company; | § |
| 12. | JASC Software; | § |
| 13. | JVC Americas Corporation; | § |
| 14. | Kyocera Wireless Corporation; | § |
| 15. | Macromedia, Incorporated; | § |
| 16. | Matsushita Electric Corporation of America; | § |
| 17. | Mitsubishi Digital Electronics America, Incorporated | § |
| 18. | Oce North America, Incorporated; | § |
| 19. | Onkya U.S.A. Corporation; | § |
| 20. | PalmOne Incorporated; | § |
| 21. | Panasonic Communications Corporation of America; | § |
| 22. | Panasonic Mobile Communications Development Corporation of USA; | § |
| 23. | Ricoh Corporation; | § |
| 24. | Riverdeep, Incorporated (d/b/a Broderbund); | § |
| 25. | Savin Corporation | § |
| 26. | Thomson, Incorporated | § |
| 27. | Xerox Corporation | § |
| | *Defendants.* | § |

30729203.1

## ORDER GRANTING THOMSON, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT OF COMPRESSION LABS, INCORPORATED

On this date came for consideration, Thomson, Inc.'s Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to the First Amended Complaint of Compression Labs, Incorporated and the Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that Defendant be, and hereby is granted an extension of time within which to respond to Plaintiff Compression Labs, Incorporated's First Amended Complaint up to and including July 6, 2004 in the above cause.

Signed this 2nd of July, 2004.

_____
JUDGE PRESIDING