UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION



| | |
|---|---|
| 1. COMPRESSION LABS INCORPORATED § § *Plaintiff,* § § vs. § § 1. ADOBE SYSTEMS, INCORPORATED, § ET AL, § § *Defendants.* § | 2:04cv00158DF |

FILED
JUL 2 2004
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DAVID MALAND, CLERK
By _____ Deputy

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as counsel on behalf of Defendant CANON USA, INC. and for purposes of receiving notices from this Court.

        Jack B. Baldwin (Texas Bar No. 01623800)
        Baldwin & Baldwin, L.L.P.,
        400 West Houston Street
        Marshall, Texas 75670
        (903) 935-4131
        (903) 935-1397 – Fax

        Respectfully submitted,

        By: _/s/ Jack Baldwin_
        Jack Baldwin
        State Bar No. 01625330

**BALDWIN & BALDWIN, L.L.P.**
400 West Houston Street
P.O. Drawer 1349
Marshall, Texas 75671
(903) 935-4131 - Telephone
(903) 935-9538 – Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon the attached service list, via facsimile and regular mail, on this ____ day of July, 2004.

_____
JACK B. BALDWIN

SERVICE LIST
2:04cv00158DF


**Jack O'Brien**
Fitzpatrick, Cella, Harper & Scinto
300 Rockefeller Plaza
New York, N.Y. 10112-3800
**Lead Attorney for Defendant, Canon USA, Inc.**


**Brian Klock**
Fitzpatrick, Cella, Harper & Scinto
1900 K Street NW
Washington, D.C. 20006
(202) 721-5427
(202) 530-1055 - Fax
**Attorney for Defendant, Canon USA, Inc.**


**Herschel Tracy Crawford**
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, TX 75702
(903)597—3301
(903)597-2413 – fax
tcrawford@rameyflock.com
**Attorney for Defendant, Apple Computer Incorporated**


**Harry Lee Gillam, Jr.**
Gillam & Smith, L.L.P.
110 South Bolivar, Suite 204
Marshall, Tx. 75670
(903) 934-8450
(903) 934-9257 – Fax
gil@gillamsmithlaw.com
**Lead Attorney**
**Attorney for Defendant, Macromedia Incorporated**

**Melissa Richards Smith**
Gillam & Smith, L.L.P.
110 South Bolivar, Suite 204
Marshall, Tx. 75670
(903) 934-8450
(903) 934-9257 – Fax
melissa@gillamsmithlaw.com
**Attorney for Defendant, Macromedia Incorporated**


**Nicholas H. Patton**
Patton & Tidwell
4605 Texas Blvd.
PO Box 5398
Texarkana, TX 75505-5398
(903) 792-7080
(903) 792-8233 –Fax
nickpatton@texarkanalaw.com
**Lead Attorney for Defendant, Eastman Kodak Company**


**Robert William Schroeder, III**
Patton & Tidwell
4605 Texas Blvd.
PO Box 5398
Texarkana, TX 75505-5398
(903) 792-7080
(903) 792-8233 –Fax
schroeder@texarkanalaw.com
**Attorney for Defendant, Eastman Kodak Company**


**Clyde Moody Siebman**
Siebman Reynolds & Burg LLP
421 N. Crockett
Sherman, TX 75090
(903) 870-0070
(903) 870-0066 – Fax
siebmanecfin@texoma.net
**Lead Attorney for Defendant, Oce North America Incorporated**

**Stephen G. Rudisill**
Jenkens & Gilchrist
225 W. Washington St., Ste. 2600
Chicago, IL  60606-3418
(312) 425-3900
(312) 425-3909 – Fax
srudisill@jenkens.com
**Lead Attorney for Plaintiff, Compression Labs Incorporated**


**R. David Donoghue**
Jenkens & Gilchrist
225 W. Washington St., Ste. 2600
Chicago, IL  60606-3418
(312) 425-3900
(312) 425-3909 – Fax
ddonoghue@jenkens.com
**Attorney for Plaintiff, Compression Labs Incorporated**


**John C. Gatz**
Jenkens & Gilchrist
225 W. Washington St., Ste. 2600
Chicago, IL  60606-3418
(312) 425-3900
(312) 425-3909 – Fax
**Attorney for Plaintiff, Compression Labs Incorporated**


**Russell J. Genet**
Jenkens & Gilchrist
225 W. Washington St., Ste. 2600
Chicago, IL  60606-3418
(312) 425-3900
(312) 425-3909 – Fax
**Attorney for Plaintiff, Compression Labs Incorporated**


**Gary E. Hood**
Jenkens & Gilchrist
225 W. Washington St., Ste. 2600
Chicago, IL  60606-3418
(312) 425-3900
(312) 425-3909 – Fax
**Attorney for Plaintiff, Compression Labs Incorporated**

**Justin D. Swindells**
Jenkens & Gilchrist
225 W. Washington St., Ste. 2600
Chicago, IL 60606-3418
(312) 425-3900
(312) 425-3909 – Fax
jswindells@jenkens.com
**Attorney for Plaintiff, Compression Labs Incorporated**


**Cynthia K. Thompson**
Jenkens & Gilchrist
225 W. Washington St., Ste. 2600
Chicago, IL 60606-3418
(312) 425-3900
(312) 425-3909 – Fax
**Attorney for Plaintiff, Compression Labs Incorporated**


**Sidney Calvin Capshaw, III**
Brown McCarroll, Longview
1127 Judson Rd., Ste. 220
P.O. Box 3999
Longview, TX 75606-3999
ccapshaw@mailbmc.com
(903) 236-9800
(903) 236-8787 or (903) 233-4886 – Fax.
**Attorney for Plaintiff, Compression Labs Incorporated**


**Franklin W. Jones, Jr.**
Jones & Jones – Marshall
201 W. Houston St.
PO Drawer 1249
Marshall, TX 75670
(903) 938-4395
(903)938-3360 – Fax
maizieh@millerfirm.com
**Attorney for Plaintiff, Compression Labs Incorporated**

**Carl R. Roth**
The Roth Law Firm
115 N. Wellington, Suite 200
PO Box 876
Marshall, TX  75670
(903) 935-1665
(903) 935-1797 – Fax
**Attorney for Plaintiff, Compression Labs Incorporated**


**Michael Charles Smith**
The Roth Law Firm
115 N. Wellington, Suite 200
PO Box 876
Marshall, TX  75670
(903) 935-1665
(903) 935-1797 – Fax
ms@rothfirm.com
**Attorney for Plaintiff, Compression Labs Incorporated**


**Otis W. Carroll, Jr.**
Ireland Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas  75703
(903) 561-1600
(903) 581-1071 –Fax
fedserv@icklaw.com
**Attorney for Plaintiff, Compression Labs Incorporated**


**Jack Wesley Hill**
Ireland Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas  75703
(903) 561-1600
(903) 581-1071 –Fax
fedserv@icklaw.com
**Attorney for Plaintiff, Compression Labs Incorporated**