# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.***,** § | |
| § | |
| **Defendants.** § | |

## **ORDER**

Defendants Concord Camera Corp. and Creative Labs, Inc.'s Joint Motion to Dismiss, shall be, and is hereby, GRANTED.

SIGNED the _____ day of _____, 2004.

_____
HONORABLE DAVID FOLSOM