IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

– – – – – – – – – – – – – – – – – – – –x

| | |
|---|---|
| Compression Labs, Incorporated, | : |
| Plaintiff, | : |
| v. | : |
| | : |

C.A. No. 2:04CV-158 DF

1. Agfa Corporation,
2. Apple Computer, Incorporated,
3. Axis Communications, Incorporated,
4. Canon USA, Incorporated,
5. Concord Camera Corporation,
6. Creative Labs, Incorporated,
7. Eastman Kodak Company,
8. Fuji Photo Film U.S.A.,
9. Fujitsu Computer Products of America, Inc.
10. Gateway, Incorporated,
11. Hewlett-Packard Company,
12. JASC Software,
13. JVC Americas Corporation,
14. Kyocera Wireless Corporation,
15. Macromedia, Incorporated,
16. Matsushita Electric Corporation of America,
17. Mitsubishi Digital Electronics America, Incorporated,
18. Océ North America, Incorporated,
19. Onkyo U.S.A. Corporation,
20. PalmOne, Incorporated,
21. Panasonic Communications Corporation of America,
22. Panasonic Mobile Communications Development Corporation of USA,
23. Ricoh Corporation,
24. Riverdeep, Incorporated (d.b.a. Broderbund),
25. Savin Corporation,
26. Thomson, Incorporated,
27. Xerox Corporation,

Defendants.

– – – – – – – – – – – – – – – – – – – –x

## ORDER

The Motion to Dismiss filed by the defendants shall be, and is hereby,

GRANTED.

1

SIGNED the _____ day of _____, 2004.

_____
Honorable David Folsom

Case 2:04-cv-00158-DF   Document 45   Filed 07/06/2004   Page 3 of 3