**Compression Labs, Incorporated v. Agfa Corporation et al.,
C.A. No. 2:04CV-158 DF**

**Motion to Dismiss Under Fed. R. Civ. P. 12(b)(7), or,
in the Alternative, Motion to Transfer**

**Attachment C to the
Declaration of Joseph M. Casino**



Decide with Confidence

# Business Information Report

To save report(s) to your PC, click here for instructions.        📄 Print this Report

View interactive format: web links, parent company hot links, SEC filings and more.

Copyright 2004 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 001001821L

ATTN: **dgoldberg99997/59**                    Report Printed: JUN 28 2004
**In Date**

### BUSINESS SUMMARY

**COMPRESSION LABS INC**
**2800 Wells Branch Pkwy**
**Austin, TX 78728**

> **Now Included with this Report**    NEW!
> **D&B's Credit Limit Recommendation**
> D&B's industry and risk-based limit guidance
> ▸ Learn More                    ▸ View Now

**Rating Change**

Our information indicates this business is no longer active at this location. If you have reason to believe this business is currently operating, please call our Customer Service Center at the phone number listed below to request an investigation.

| | | | |
|---|---|---|---|
| This is a **single** location. | | **D-U-N-S Number:** | 92-761-3497 |
| **Telephone:** | UNKNOWN | **D&B Rating:** | NQ<br>Formerly<br>DS |
| **SIC:** | 9999 | | |

### SPECIAL EVENTS

07/02/1999
On July 2, 1999, attempts to locate this business were unsuccessful. The telephone number has been disconnected and directory assistance has no new listing for this business. Extent of on-going operations, if any, is undetermined.

### SUMMARY ANALYSIS

**D&B Rating:NQ**

The NQ rating stands for Not Quoted. This is generally assigned when a business has been confirmed as no longer active at the location, or when D&B is unable to confirm active operations. It may also appear on some branch reports, when the branch is located in the same city as the headquarters. For more information, see the D&B Rating Key.

### CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

### SIC & NAICS

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

99992222    Duns Support Record, nonclassifiable establishment

**NAICS:**
999990   Unclassified Establishments

### PAYMENTS

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.

D&B receives nearly 400 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

### BANKING & FINANCE

D&B has researched this company and found no information available at this time.

### PUBLIC FILINGS

A check of D&B's public records database indicates that no filings were found for COMPRESSION LABS INC at 2800 Wells Branch Pkwy, Austin TX.

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

Copyright 2004 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 001001821L