**Compression Labs, Incorporated v. Agfa Corporation et al.,
C.A. No. 2:04CV-158 DF**

**Motion to Dismiss Under Fed. R. Civ. P. 12(b)(7), or,
in the Alternative, Motion to Transfer**

**Attachment E to the
Declaration of Joseph M. Casino**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:  )
                       )
Wen-hsiung Chen, Daniel Klenke)
                       )
Ser. No.: 06/923,630   )
                       )
Filed: 86/10/27        )
                       )
For:   CODING SYSTEM FOR )
       REDUCING REDUNDANCY )

December 2, 1986

LETTER OF TRANSMITTAL

Commissioner of Patents
  and Trademarks
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is a VERIFIED STATEMENT CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(c)) - SMALL BUSINESS CONCERN.

Respectfully submitted,

David E. Lovejoy
Reg. No. 22,748

David E. Lovejoy
Fliesler, Dubb, Meyer & Lovejoy
Four Embarcadero Center, Suite 1740
San Francisco, CA 94111-4156
(415) 362-3800

CMPL5/017                                      86/12/02-1
Atty. Docket No.: CMPL5110DEL