Compression Labs, Incorporated v. Agfa Corporation et al.,
C.A. No. 2:04CV-158 DF


Motion to Dismiss Under Fed. R. Civ. P. 12(b)(7), or,
in the Alternative, Motion to Transfer


Attachment L to the
Declaration of Joseph M. Casino

Dockets.Justia.com



**MPEG-2**

# THE PATENT LIST

This is the list of patents (Attachment 1) covered by the MPEG-2 Patent Portfolio License as of April 1, 2004.

**ALCATEL**

US 4,970,590
DE 68924764
FR 0374548
GB 0374548
IT 1228109
JP 3,011,338
SE 0374548

DE 69011422
FR 0401638
GB 0401638
IT 1,230,235
SE 0401638

**CANON INC.**

US 4,982,270
JP 2,674,059

**COLUMBIA UNIVERSITY**

US Re 35,093
CA 2,096,431-C
DE 69129595
DE 69130329
FR 0564597
FR 0630157
GB 0564597
GB 0630157
JP 2,746,749

**FRANCE TELECOM R&D**

US 4,796,087
DE 3767919
FI 86241
FR 2599577
GB 0248711
IT 0248711
SE 0248711

**FUJITSU**

US 5,235,618
CA 2,029,320
DE 69030056.5
FR 0431319
GB 0431319

1

JP 2,787,599

**GE TECHNOLOGY DEVELOPMENT, INC.**

US 4,706,260

US 4,813,056
DE 3855203 T2
FR 0395709
GB 0395709
HK 1,004,307
JP 2,790,509
SG 63561

US 5,426,464

US 5,486,864
CN 1,060,003
DE 69421444
ES 2,140,477
FR 0624983
GB 0624983
IT 0624983
KR 291492
MX 188411
RU 2,115,261
SG 82528
TR 28291
TW NI-092150

US 5,491,516
AT 167015
BR PI 9405710-9
CA 2,153,886
CN ZL 94191176.4
DE 69410781.6
ES 2,117,252
FR 0679316
GB 0679316
IN 183230
IT 50123 BE 98
KR 282981
MX 187475
MY 109889-A
PH 1-1993-47458
PT 0679316
RU 2,115,258
SE 0679316
TR 27398
TW NI-66422
VN 526

US 5,600,376
IN 181018

US 5,796,743
CN ZL 94112956.X
DE P693 31 606.3-08
ES 732 028
FR 732 028
GB 732 028
IT 732 028

2

KR 283710
MX 201309
MY 112121
PT 732 028
TW NI-070615

**GENERAL INSTRUMENT CORPORATION**

US 4,394,774†

US 4,698,672

US 5,068,724
AU 627421-B2
CA 2044118-6
HK 1013759
NO 179890-C
TW NI-52990

US 5,091,782
AT 139402-T1
AU 627684-B2
BE 0451545
CA 2,038,043-C
CH 0451545
DE 69120139-T2
DK 0451545 T3
ES 2088440-T3
FR 0451545
GB 0451545
GR 3020736
HK 1008410
IE 74861
IT 0451545
JP 2,795,420
KR 188423
NL 0451545
NO 178419-C
NO 178420-C
SE 0451545
TW NI-50643

US 5,093,720

† Expired December 15, 1998

**HITACHI, LTD.**

JP 2,666,793

JP 2,907,072

JP 3,085,289

JP 3,173,508

JP 3,191,935

JP 3,265,287

3

JP 3,303,869

**KDDI CORPORATION**

JP 1,835,550

JP 3,201,079

**LG ELECTRONICS**

US Re 37,568

**MATSUSHITA**

US Re 35,910
AU 612543-B2
CA 2,016,523-C
CH 0397402
DE 69027710
ES 2091790
FR 0397402
GB 0397402
IT 0397402
JP 1,949,701
JP 2,695,244
KR 63,477
NL 0397402
SE 0397402

US Re 36,015

US Re 36,507

US 5,223,949

US 5,412,430
FR 0526163
GB 0526163
JP 2,699,703
NL 0526163

US 5,784,107
DE 69330903
FR 599,529
GB 599,529
IT 599,529
JP 2,684,941
NL 599,529

JP 2,524,044

JP 2,794,899

JP 2,828,095

JP 2,882,161

JP 2,899,478

4

JP 3,186,685

JP 3,265,290

**MITSUBISHI**

US 4,954,892
CA 2,000,156-C
DE 68913508-T2
FR 0382892
GB 0382892
HK 1008133
IT 0382892
JP 2,100,607
KR 58,957
SE 0382892

US 5,072,295
AU 625476-B2
CA 2,023,543-C
DE 69027820-T2
FI 98421-B
FR 0414193
GB 0414193
HK 1008129
IT 0414193
JP 2,128,624
KR 77,808
NL 0414193
NO 306749
SE 0414193
SG 45452

US 5,949,489
BE 0984635
CA 2,234,391
CH 0984635
DE 69232993
DK 984635
ES 0984635
FR 0984635
GB 0984635
HK 1025864
IT 72763 BE 2002
JP 2,924,431
JP 3,127,956
NL 0984635
SE 0984635

US 5,963,258
BE 0984636
CA 2,234,387
CH 0984636
DE 69233167
DK 984636
ES 0984636
FR 0984636
GB 0984636
IT 70264 BE 2003
NL 0984636
SE 0984636
SG 65597

5

US 5,970,175
NO 310,849

US 5,990,960

US 6,002,439

US 6,097,759
CA 2,327,489
NO 310,850

US 6,188,794

US 6,307,973

JP 1,869,940

JP 2,510,456

JP 2,577,745

JP 2,814,819

JP 2,924,430
CA 2,065,803
NO 307200
SG 64870

JP 3,019,827

**NIPPON TELEGRAPH AND
TELEPHONE CORPORATION (NTT)**

JP 1,939,084

JP 2,562,499

**PHILIPS**

US 4,849,812
CN 1013425-B
DE 3871998-T2
FR 0282135-B
GB 0282135-B
IT 0282135-B
JP 2,534,534-B2
KR 9700364-B1
TW 29492-B

US 4,901,075
AT 260748-B
CN 1011459B
DE 3750206-C0
FR 0260748-B
GB 0260748-B
IT 0260748-B
JP 2,711,665
KR 118698
NL 0260748-B

SE 0260748-B
TW 35350-B

US 5,021,879
DE 3855114-B
FR 0290085-B
GB 0290085-B
JP 2,630,809-B

US 5,027,206
AT E 131335
AU 634173-B
BE 0359334-B
CH 0359334-B
CN 1018695-B
DE 68925011-B
ES 0359334-B
FI 92127
FR 0359334
GB 0359334-B
GR 0359334-B
HK 96-1695-B
IT 0359334-B
JP 2,961,131
KR 153275
LU 0359334
NL 0359334
SE 0359334
SG 9692026

US 5,128,758
CA 2,018,031
JP 2,791,822
MX 172405-B

US 5,179,442
CA 2,304,917

US 5,333,135
DE 69415698
FR 0609936
GB 0609936
KR 290326
MX 185421

US 5,606,539
AT E157830-B
BE 0460751-B
DE 69127504-B
DK 0460751-B
FR 0460751-B
GB 0460751-B
IT 0460751-B
JP 3,162,110
KR 239837
NL 0460751-B
SE 0460751-B

US 5,608,697

US 5,699,476
AU 641726

CA 2,036,585
DE 69109346.6
DK 0443676
FI 101442
FR 0443676
GB 0443676
HK 96-615
IT 0443676
JP 3,174,586
NL 0443676
SE 0443676
SG 9690467.7

US 5,740,310
CA 2,043,670

US 5,844,867

**ROBERT BOSCH GMBH**

DE 3769306
FR 0279053
GB 0279053
IT 0279053
NL 0279053

**SAMSUNG ELECTRONICS CO., LTD.**

US 5,461,421
JP 3,159,853
KR 0166722

US 5,467,086
JP 2,665,127
KR 166716

US 5,654,706
DE 69321781
FR 0580454
GB 0580454
HK 1008711
JP 3,369,422
JP 3,442,028
KR 95,631

US 6,680,975

KR 132895

**SANYO ELECTRIC CO., LTD.**

JP 2,812,446

**SCIENTIFIC ATLANTA**

US 5,418,782
AU 683134
CA 2,180,363
JP 2,940,638
MX 190,776

8

US 5,420,866
AU 687844
CA 2,186,368
JP 2,940,639

US 5,457,701
AU 680680
CA 2,180,342
JP 2,937,301

**SHARP KABUSHIKI KAISHA**

JP 2,951,861

**SONY**

US Re 37,222
DE 69031107
DE 69033782
FR 0424026
FR 0713340
GB 0424026
GB 0713340
JP 3,159,310

US 4,864,393
DE 3854171-T2
GB 2205710-B2

US 5,191,436
DE 69127224
FR 0456433
GB 0456433
HK 1,014,415
JP 2,874,745
JP 2,877,225
JP 2,969,782
KR 221,889

US 5,291,486
GB 2289194-B2
GB 2289195-B2

US 5,298,991
DE 69229153
FR 0527011
GB 0527011

US 5,343,248
JP 2,977,104

US 5,428,396

US 5,461,420
AU 672812
CN 1,043,945
KR 297,654

US 5,481,553
AT 185663
AU 673244-B2

9

BE 0638218
BF 10108
BJ 10108
BR 9404321-1
CF 10108
CG 10108
CH 0638218
CI 10108
CM 10108
CN 1,076,935
DE 69421135
DK 0638218
EG 20330
ES 2,137,358
FR 0638218
GA 10108
GB 0638218
GN 10108
GR 3,032,133
GW 10108
HK 1,013,575
HU 217744
IE 0638218
IL 108787
IN 188,824
IT 0638218
KR 287490
LU 0638218
MC 0638218
ML 10108
MR 10108
MX 197,778
MY 110794
NE 10108
NL 0638218
NZ 261907-B
PL 173287
PT 0638218
RU 2,119,727
SE 0638218
SN 10108
TD 10108
TG 10108
TR 28436-B
TW 66605-B

US 5,510,840
AT 0573665
DE 69227185
FR 0573665
GB 0573665
IT 0573665
JP 3,331,351
KR 260,475
NL 0573665

US 5,539,466
AT 0598904
AU 662548-B2
DE 69229229
FR 0598904
GB 0598904
IT 0598904
JP 3,381,167

KR 233,764
KR 272,812

US 5,543,847
JP 3,356,413
JP 3,358,835
KR 265,193

US 5,559,557
AU 669209-B2
CN 1,056,716
HK 1,013,573
JP 3,348,310
JP 3,348,356
KR 289,586

US 5,663,763
AU 667970
CN 1,054,486
KR 335,707

US 5,666,461
AU 670288
CN 1,053,780
JP 3,257,052
KR 345,968
MY 109,945
TW 70,497

US 5,701,164
KR 308,099

US 5,946,042

US 5,982,437

US 6,040,863

US 6,160,849

JP 2,712,645

JP 3,257,643

**THOMSON LICENSING S.A.**

US 4,800,432

US 4,969,055
AT 46238 E
BE 0197126
CA 1,285,064
CH 0197126
DE 3572907
DK 166597
FI 82166
FR 0197126
GB 0197126
HK 42/91
IT 23955 BE 89

11

LI 0197126
LU 0197126
NL 0197126
NO 169419
SE 0197126
SG 9091016-7


US 5,289,276
CA 2,136,616
CN 1051429C
FI 112147
JP 3,267,620
KR 289559
MX 181083


US 5,365,272
CA 2,387,254
DE 69332916
ES 0844792
FR 0844792
GB 0844792
IT 0844792
PT 0844792


US 5,381,181
BR PI 9401963-0
CN 1087559C
KR 338222
MX 188237
MY 111265-A
RU 2,117,411
SG 73957
TR 29198
TW NI-083282


US 5,422,676
AT 140356 E
BE 0608231
CA 2,108,778
CA 2,328,581
CH 0608231
DE 59206755
ES 2090628 T3
FR 0608231
GB 0608231
HK 2088/96
IT 25254 BE 96
JP 3,093,266
KR 333229
LI 0608231
LU 0608231
NL 0608231
SG 50678


US 5,442,400


US 5,459,789
BR PI 9501751-8
CA 2,145,904
CN 1,106,745
DE 69516752
ES 2145173 T3
FR 0679030

GB 0679030
IT 49759 BE 2000
KR 330267
KR 357506
MX 186399
MY 112768-A
PH 1-1995-50216
RU 2,154,353
SG 30349
TR 28866
TW NI-68881
VN 600

US 5,483,287
CA 2306971
CN 1055594
KR 284396

US 5,565,923
MX 198312
RU 2,198,469

US 5,784,110
CN 1099808C
KR 327684
TW NI-070435

DE 3851068
FR 0276985
GB 0276985
HK 821/96
IT 0276985
SG 9690226-7

JP 3,040,410
JP 3,469,232
KR 135,635

JP 3,258,984

**TOSHIBA CORPORATION**

US 5,317,397
JP 2,883,585

US 5,424,779
JP 2,755,851

US 5,467,136
JP 2,758,378

US 5,742,344
JP 2,883,592

US 5,986,713

**VICTOR COMPANY OF JAPAN, LIMITED (JVC)**

US Re 34,965
DE 69024235

```
DE 69030819
FR 0379217-B
FR 0572046-B
GB 0379217-B
GB 0572046-B
HK 1001182
HK 1001183
JP 2,072,546
JP 2,530,217

US Re 35,158
DE 69031045
FR 0584840-B
GB 0584840-B
HK 1000538
JP 2,137,325
NL 0584840-B

US Re 36,822
JP 2,962,012

US 5,175,618
DE 69123705
DE 69131257
FR 0484140-B
FR 0683615
GB 0484140-B
GB 0683615
HK 1000752
HK 1000794
JP 2,830,881
JP 2,921,755
KR 94554

JP 2,808,860
```

**Addendum of Patents Removed From Attachment 1**

**GENERAL INSTRUMENT**

DE P3789273.8 removed as of October 1, 1999
FR 0266049 removed as of October 1, 1999
GB 0266049 removed as of October 1, 1999
IT 0266049 removed as of October 1, 1999

**SONY**

GB 2289196 removed as of October 1, 1999
GB 2259229 removed as of October 1, 1999

**VICTOR COMPANY OF JAPAN, LIMITED (JVC)**

DE 69012405 removed as of October 1, 1999
FR 0395440-B removed as of October 1, 1999
GB 0395440-B removed as of October 1, 1999
NL 0395440-B removed as of October 1, 1999