**Compression Labs, Incorporated v. Agfa Corporation et al.,
C.A. No. 2:04CV-158 DF**

Motion to Dismiss Under Fed. R. Civ. P. 12(b)(7), or,
in the Alternative, Motion to Transfer

Attachment N to the
Declaration of Joseph M. Casino

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **DELAWARE** | | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,362 | 2,028 | 1,004 | 1,303 | 1,033 | 898 | U.S. | Circuit |
| | Terminations | | 1,507 | 1,478 | 1,020 | 955 | 861 | 764 | | |
| | Pending | | 1,836 | 1,999 | 1,477 | 1,502 | 1,154 | 988 | | |
| | % Change in Total Filings | Over Last Year | -32.9 | | | | | | 91 | 6 |
| | | Over Earlier Years | | 35.7 | 4.5 | 31.8 | 51.7 | | 8 | 1 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | 1.9 | 3.1 | .0 | .0 | .0 | 11.7 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 340 | 507 | 251 | 326 | 258 | 225 | 73 | 4 |
| | | Civil | 306 | 462 | 233 | 307 | 240 | 198 | 57 | 4 |
| | | Criminal Felony | 25 | 38 | 18 | 19 | 18 | 27 | 93 | 6 |
| | | Supervised Release Hearings** | 9 | 7 | - | - | - | - | 77 | 3 |
| | Pending Cases | | 459 | 500 | 369 | 376 | 289 | 247 | 25 | 2 |
| | Weighted Filings** | | 319 | 462 | 265 | 298 | 242 | 221 | 86 | 5 |
| | Terminations | | 377 | 370 | 255 | 239 | 215 | 191 | 65 | 4 |
| | Trials Completed | | 23 | 18 | 16 | 19 | 13 | 21 | 28 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.3 | 9.8 | 8.0 | 6.6 | 6.0 | 6.2 | 60 | 3 |
| | | Civil** | 11.2 | 8.2 | 12.6 | 10.9 | 11.5 | 10.5 | 75 | 5 |
| | From Filing to Trial** (Civil Only) | | 24.0 | 22.5 | 21.0 | 24.0 | 19.7 | 19.0 | 54 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 66 | 99 | 77 | 70 | 38 | 45 | | |
| | | Percentage | 3.9 | 5.4 | 5.5 | 4.9 | 3.5 | 5.0 | 53 | 2 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.1 | 1.3 | 1.2 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 34.98 | 33.84 | 32.68 | 35.75 | 30.23 | 29.22 | | |
| | | Percent Not Selected or Challenged | 24.0 | 24.4 | 19.9 | 28.5 | 15.1 | 18.5 | | |

| 2003 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 1225 | 25 | 4 | 352 | 5 | 7 | 27 | 86 | 66 | 156 | 141 | 3 | 353 |
| Criminal* | 99 | 7 | 2 | 38 | - | 4 | 14 | ** | - | 25 | - | 6 | 3 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

1

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| TEXAS EASTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 4,072 | 3,610 | 3,452 | 3,604 | 5,807 | 5,210 | U.S. | Circuit |
| | Terminations | | 3,487 | 4,458 | 4,819 | 4,568 | 5,957 | 5,440 | | |
| | Pending | | 3,358 | 2,825 | 3,706 | 5,076 | 5,975 | 6,269 | | |
| | % Change in Total Filings | Over Last Year | 12.8 | | | | | | 8 | 2 |
| | | Over Earlier Years | | 18.0 | 13.0 | -29.9 | -21.9 | | 90 | 9 |
| Number of Judgeships | | | 8 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months** | | | 4.2 | 19.3 | 10.0 | .0 | 11.8 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 509 | 515 | 493 | 515 | 830 | 744 | 31 | 6 |
| | | Civil | 431 | 444 | 427 | 447 | 762 | 692 | 20 | 4 |
| | | Criminal Felony | 77 | 70 | 66 | 68 | 68 | 52 | 41 | 5 |
| | | Supervised Release Hearings** | 1 | 1 | - | - | - | - | 93 | 9 |
| | Pending Cases | | 420 | 404 | 529 | 725 | 854 | 896 | 43 | 6 |
| | Weighted Filings** | | 602 | 508 | 509 | 507 | 478 | 517 | 21 | 5 |
| | Terminations | | 436 | 637 | 688 | 653 | 851 | 777 | 44 | 6 |
| | Trials Completed | | 26 | 22 | 22 | 28 | 23 | 32 | 19 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.5 | 8.9 | 8.0 | 6.9 | 6.9 | 6.8 | 42 | 7 |
| | | Civil** | 10.9 | 15.0 | 30.9 | 24.3 | 5.9 | 3.9 | 72 | 7 |
| | From Filing to Trial** (Civil Only) | | 17.0 | 14.0 | 15.9 | 15.7 | 14.7 | 14.9 | 13 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 41 | 58 | 881 | 1,878 | 508 | 462 | | |
| | | Percentage | 1.4 | 2.4 | 26.1 | 39.6 | 8.9 | 7.7 | 19 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.7 | 1.4 | 1.7 | 1.6 | 1.4 | 1.8 | | |
| | Jurors | Avg. Present for Jury Selection | 32.49 | 32.40 | 32.25 | 35.12 | 29.93 | 28.99 | | |
| | | Percent Not Selected or Challenged | 33.5 | 33.3 | 35.6 | 35.2 | 34.4 | 28.6 | | |

| 2003 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3449 | 177 | 5 | 1280 | 27 | 15 | 95 | 292 | 960 | 84 | 277 | 6 | 231 |
| Criminal* | 616 | 59 | 6 | 124 | 29 | 16 | 184 | ** | 12 | 109 | 15 | 7 | 55 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

1