Compression Labs, Incorporated v. Agfa Corporation et al.,
C.A. No. 2:04CV-158 DF

Motion to Dismiss Under Fed. R. Civ. P. 12(b)(7), or,
in the Alternative, Motion to Transfer

Attachment O to the
Declaration of Joseph M. Casino

FOCUS - 8 of 10 DOCUMENTS

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

PERSON LOCATOR - P-CNSR

Copyright 2003 infoUSA Inc., All Rights Reserved.

**Name:** KLENKE, DANIEL J (MALE)

**Spouse Name:** KLENKE, ROBIN A (FEMALE), 9/1950

**Address:**
```
1710 MAYAN LN
SAN MARTIN, CA 95046-9649
County: SANTA CLARA
Latitude: 37.08
Longitude:-121.57
Address Type: HOUSE NUMBER & STREET NAME
Address Created: 1989
```

**Birthdate:** 8/1947

FOCUS - 1 of 1 DOCUMENT

THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY

PERSON LOCATOR - P-TRAK

**Name:** CHEN, WEN HSIUNG

**Also Known As:**
 CHEN, WEN HSIUNG; CHEN, WEN H

**Social Security Number:** 510-52-XXXX

**Address:**
 668 INVERNESS WAY
 SUNNYVALE, CA 94087-4611
 Address Updated: 12/1/1997

**Previous Addresses:**
 16255 FIELDCREST COURT
 LA MIRADA, CA 90638-6507
 Address Updated: 11/13/2000


 PO BOX 641853
 SAN JOSE, CA 95164-1853
 Address Updated: 11/13/2000


 1141 PUSATERI WAY
 SAN JOSE, CA 95121-2345
 Address Updated: 7/17/2001

**Telephone:** 732-7048

**On File Since:** 7/1/1980