

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 2:04CV158-DF |
| ) | |
| 1. Adobe Systems Incorporated, ) | JURY TRIAL |
| 2. Agfa Corporation, ) | |
| 3. Apple Computer, Incorporated, ) | |
| 4. Axis Communications, Incorporated, ) | |
| 5. Canon, USA, Incorporated, ) | |
| 6. Concord Camera Corporation, ) | |
| 7. Creative Labs, Incorporated, ) | |
| 8. Eastman Kodak Company, ) | |
| 9. Fuji Photo Film U.S.A., ) | |
| 10. Fujitsu Computer Products of America, ) | |
| 11. Gateway, Incorporated, ) | |
| 12. Hewlett-Packard Company, ) | |
| 13. JASC Software, ) | |
| 14. JVC Americas Corporation, ) | |
| 15. Kyocera Wireless Corporation, ) | |
| 16. Macromedia, Incorporated, ) | **CORPORATE DISCLOSURE** |
| 17. Matsushita Electric Corporation of America, ) | **STATEMENT** |
| 18. Mitsubishi Digital Electronics America, ) | |
|    Incorporated, ) | |
| 19. Oce North America, Incorporated, ) | |
| 20. Onkyo U.S.A. Corporation, ) | |
| 21. PalmOne, Incorporated, ) | |
| 22. Panasonic Communications Corporation ) | |
|    of America, ) | |
| 23. Panasonic Mobile Communications ) | |
|    Development Corporation of USA, ) | |
| 24. Ricoh Corporation, ) | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), ) | |
| 26. Savin Corporation, ) | |
| 27. Thomson S.A., ) | |
| 28. Xerox Corporation, ) | |
| ) | |
| Defendants. ) | |

1

## DEFENDANT XEROX CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Xerox Corporation ("Defendant") discloses that, as of December 31, 2003[1], State Street Bank and Trust Company[2] of Boston, Massachusetts, and Dodge & Cox, Inc., of San Francisco, California, each held more than 10% of Defendant's outstanding common stock.

Respectfully submitted,

DATED: July 6, 2004

**Attorneys for Defendant Xerox Corporation**

James P. Bradley, Attorney-in-Charge
Texas State Bar No. 02826000
JBradley@Sidley.com

**William O. Fifield**
Texas State Bar No. 24005203
Wfifield@Sidley.com

**SIDLEY AUSTIN BROWN & WOOD LLP**
717 North Harwood, Suite 3400
Dallas, Texas 75201
Phone: (214) 981-3300
Fax: (214) 981-3400

**Of Counsel**

**Damon Young**
Texas Bar No. 22176700

**Lance Lee**
Texas Bar No. 240004762

**YOUNG, PICKETT & LEE, L.L.P.**
4122 Texas Blvd.
P.O. Box 1897
Texarkana, Texas 75504
Phone: (903) 794-1303
Fax: (903) 792-5098

---

[1] December 31, 2003 is the most recent date as of which Xerox Corporation has accurate information regarding ownership of Defendant's common stock.
[2] Some or all of the shares held by State Street are held in trust.

2

## CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(e)

I hereby certify that a true and correct copy of the above and foregoing document has been provided to all known counsel of record as indicated below, on the 6th day of July, 2004.

| | |
|---|---|
| Stephen G Rudisill<br>**JENKENS & GILCHRIST**<br>225 W Washington St<br>Suite 2600<br>Chicago, IL 60606-3418 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Carl R Roth<br>**LAW OFFICE OF CARL R ROTH**<br>115 N Wellington Suite 200<br>P O Box 876<br>Marshall, TX 75670 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Franklin W Jones, Jr<br>**JONES & JONES**<br>201 W Houston St<br>PO Drawer 1249<br>Marshall, TX 75670 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Herschel Tracy Crawford<br>**RAMEY & FLOCK**<br>100 E Ferguson<br>Suite 500<br>Tyler, TX 75702 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Otis W Carroll, Jr<br>**IRELAND CARROLL & KELLEY, PC**<br>6101 S Broadway<br>Suite 500<br>Tyler, TX 75703 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Sidney Calvin Capshaw, III<br>**BROWN MCCARROLL**<br>1127 Judson Rd - Ste 220<br>PO Box 3999<br>Longview, TX 75606-3999 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |

*/s/ Lance Lee*
Lance Lee