

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | CASE NO. 2:04cv-158 |
| | § | |
| ADOBE SYSTEMS INC., ET AL, | § | |
| DEFENDANTS | § | |

### SEPARATE DEFENDANT APPLE COMPUTER, INCORPORATED'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Separate Defendant Apple Computer, Incorporated ("Apple") discloses that it is an independent, publicly held corporation having no parents and that no publicly held corporation owns more than 10% of its stock.

Respectfully submitted this 6th day of July, 2004.

                                                Respectfully submitted,

By:  _____
Lance Lee
State Bar No. 24004762
**YOUNG, PICKETT & LEE**
4122 Texas Boulevard
Post Office Box 1897
Texarkana, Arkansas/Texas 75504
Telephone: 903-794-1303
Facsimile: 903-794-5098

## CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(e)

      I hereby certify that a true and correct copy of the above and foregoing document has been provided to all known counsel of record as indicated below, on the 6th day of July, 2004.

| | |
|---|---|
| Stephen G Rudisill<br>**JENKENS & GILCHRIST**<br>225 W Washington St<br>Suite 2600<br>Chicago, IL 60606-3418 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Carl R Roth<br>**LAW OFFICE OF CARL R ROTH**<br>115 N Wellington Suite 200<br>P O Box 876<br>Marshall, TX 75670 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Franklin W Jones, Jr<br>**JONES & JONES**<br>201 W Houston St<br>PO Drawer 1249<br>Marshall, TX 75670 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Herschel Tracy Crawford<br>**RAMEY & FLOCK**<br>100 E Ferguson<br>Suite 500<br>Tyler, TX 75702 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Otis W Carroll, Jr<br>**IRELAND CARROLL & KELLEY, PC**<br>6101 S Broadway<br>Suite 500<br>Tyler, TX 75703 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |
| Sidney Calvin Capshaw, III<br>**BROWN MCCARROLL**<br>1127 Judson Rd - Ste 220<br>PO Box 3999<br>Longview, TX 75606-3999 | ☐ Local Courier Service<br>☐ Hand-delivery<br>☐ Facsimile<br>■ U. S. Mail<br>☐ U. S. Certified Mail<br>☐ Federal Express<br>☐ Other courier service |

                                                                                                                               _/s/ Lance Lee_
                                                                                                                               Lance Lee