**Appendix K**                           Revised: 12/3/03

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:04 CV-158 DF__
Style: __Compression Labs, Inc. v. Agfa Corp., et al.__
2. Applicant is representing the following party/ies: __Apple Computer, Inc.__
3. Applicant was admitted to practice in __California__ (state) on __December 1996__ (date). New York in 1998
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. __None__
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Central District California, Northern District California, Southern District California, 9th Circuit,__
__2nd Circuit, Federal Circuit, California State__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Mark Scarsi__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __July 8, 2004__           Signature __[signed] Mark Scarsi__

Name (please print) Mark Scarsi
State Bar Number 183926
Firm Name: O'Melveny & Myers LLP
Address/P.O. Box: 400 South Hope Street
City/State/Zip: Los Angeles, California 90071
Telephone #: (213) 430-6529
Fax #: (213) 430-6407
E-mail Address: MScarsi@OMM.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 12th day of July, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

LA2:726047.1
DRAFT 7/6/04 5:23 PM