Appendix K                                                                  Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## _Marshall_ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # _2-04 CV-158_

Style: _Compression Labs v. Adobe Systems Incorporated_

2. Applicant is representing the following party/ies:

_Apple Computer, Incorporated_

3. Applicant was admitted to practice in _California_ (state) on _June 13, 1985_ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

_See Attachment A_

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _George A. Riley_ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _July 7, 2004_        Signature _[signed] George A. Riley_

Name (please print) George A. Riley
State Bar Number 118364
Firm Name: O'Melveny & Myers LLP
Address/P.O. Box: 275 Battery Street, Ste. 2600
City/State/Zip: San Francisco, CA 94111
Telephone #: 415/984-8700
Fax #: 415/984-8701
E-mail Address: griley@omm.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 12th day of July, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk

APPLICATION TO APPEAR PRO HAC VICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ATTACHMENT A

BAR HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Supreme Court of California | San Francisco, California | June 13, 1985 |
| U.S. Court of Appeals, 9th Cir. | San Francisco, California | October 12, 1990 |
| U.S. Supreme Court | Washington, D.C. | January 11, 1993 |
| U.S. Dist. Court, Southern Dist. of California | San Diego, California | August 10, 1995 |
| U.S. Court of Appeals, 3rd Cir. | Philadelphia, Pennsylvania | January 4, 2000 |
| U.S. Court of Appeals, 8th Cir. | St. Louis, Missouri | May 15, 2000 |
| U.S. Dist. Court, Northern Dist. of California | San Francisco | November 9, 2001 |
| U.S. Dist. Court, Eastern Dist. of California | Sacramento, California | October 23, 2002 |
| U.S. Court of Appeals, 10th Cir. | Denver, Colorado | April 14, 2004 |

SF1:549882.1