Appendix K

**Revised: 12/3/03**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

04 JUL -9 PM 1:02

1. This application is being made for the following: Case #C.A. No. 2:04CV-158 DF
Style: <u>Compression Labs, Incorporated v. Adobe Systems Incorporated, et al.</u>

2. Applicant is representing the following party/ies:   Kyocera Wireless Corporation

3. Applicant was admitted to practice in California on June 16, 1964.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
(See Attachment)

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, STUART LUBITZ, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date   July 7, 2004           Signature   _[signature]_

Name (please print) :   Stuart Lubitz
State Bar Number:   035471
Firm Name:       Hogan & Hartson L.L.P.
Address:         500 S. Grand Avenue, Suite 1900
                 Los Angeles, CA 90071
Telephone #:     (213) 337-6840
Fax #:           (213) 337-6701
E-mail Address: slubitz@hhlaw.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 9th day of July, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _C. Hinton_____
Deputy Clerk

ATTACHMENT TO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

## ADMISSIONS

| Title of Court: | Date of Admission | Good Standing |
|---|---|---|
| USCA-Ninth Circuit | 1964 | Yes |
| USDC-ND California | 1964 | Yes |
| USDC-CD California | 1966 | Yes |
| USDC-SD California | 1978 | Yes |
| US Court of International Trade | 1981 | Yes |
| USCA for the Federal Circuit | 10/1/1982 | Yes |
| Supreme Court of State of California | 1988 | Yes |

\\\LA - 81941/0001 - 101434 v1