UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| 1. COMPRESSION LABS INCORPORATED | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | 2:04cv00158DF |
| | § | |
| 1. ADOBE SYSTEMS, INCORPORATED, ET AL, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF, CANON U.S.A.'S, RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Canon U.S.A., Inc. discloses that its parent corporation is Canon Inc., a corporation of Japan, and that no publicly held corporation other than Canon Inc. owns 10% or more of Canon U.S.A.'s stock.

Respectfully submitted,

By: /s/Jack B. Baldwin_____
Jack Baldwin
State Bar No. 01625330

**BALDWIN & BALDWIN, L.L.P.**
400 West Houston Street
P.O. Drawer 1349
Marshall, Texas 75671
(903) 935-4131 - Telephone
(903) 935-9538 – Fax
jjb@baldwinlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon the attached service list, via facsimile or electronic mail, on this 15th day of July, 2004.

/s/Jack B. Baldwin_____
JACK B. BALDWIN