UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following Case #2:04CV-158 DF
Style: Compression Labs Incorporated v. Adobe Systems Incorporated, et al

2. Applicant is representing the following party/ies: Macromedia, Inc.

3. Applicant was admitted to practice in ___California___ (state) on _May 30, 2000_____(date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts: California state courts; ND Cal; US Court of Appeals for the Federal Circuit
8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
   I, ____Daniel Richard Brownstone_____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

_July 9, 2004_____
Date

Signature
Name (please print) _Daniel Richard Brownstone____
State Bar Number _206633_
Firm Name: Fenwick & West LLP
Address:    801 California Street
Telephone #: 650.998.8500
Fax #:     650.938.5200

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on this 12th day of July, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____C. Hinton_____
Deputy Clerk

o:/rules/Appendix K/Revised: 3/3/03

A1000/00102/LIT/1196588.1