UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
04 JUL -2 PM 1:09
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case #2-04CV-158

Style: Compression Lab, Incorporated vs. Adobe Systems Incorporated, et al.

2. Applicant is representing the following party: Hewlett Packard Company

3. Applicant was admitted to practice in California (state) on December 1, 1981 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application or admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

     **See Attached List**

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, John Allcock, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean

Gray Cary\SD\1604421.1
100818-52

1

myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 6/29/04

Signature _____

Name (please print) __John Allcock__

State Bar Number __098895__

Firm Name __Gray Cary Ware & Freidenrich LLP__

Address/P.O. Box: __401 B Street, Suite 2000__

City/State/Zip: __San Diego, CA 92101__

Telephone #: __619-699-2828__

Fax #: __619-699-2701__

E-mail Address: __jallcock@graycary.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _f th_ day of __July__, 20 _04_.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: _____
Deputy Clerk

| ADMITTED TO | DATE OF ADMISSION |
|---|---|
| Supreme Court of the State of California | December 1, 1981 |
| United States District Court for the Southern District of California | January 25, 1982 |
| United States Court of Appeals for the Ninth Circuit | August 12, 1983 |
| United States District Court for the Central District of California | January 28, 1991 |
| United States District Court for the Northern District of California | May 8, 1991 |
| United States Court of Appeals for the Federal Circuit | June 28, 1991 |
| United States District Court for the Eastern District of California | October 29, 1991 |
| United States Court of Appeals for the Sixth Circuit | January 27, 1993 |
| United States District Court for the District of Arizona | August 11, 1998 |
| United States District Court for the District of Colorado | September 1, 2000 |