IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | No. 2:04cv158 |
| § | |
| 1.   Adobe Systems Incorporated, § | |
| 2.   Agfa Corporation § | |
| 3.   Apple Computer, Incorporated, § | |
| 4.   Axis Communications, Incorporated, § | |
| 5.   Canon USA, Incorporated, § | |
| 6.   Concord Camera Corporation, § | |
| 7.   Creative Labs, Incorporated, § | |
| 8.   Eastman Kodak Company, § | |
| 9.   Fuji Photo Film U.S.A., § | |
| 10.  Fujitsu Computer Products of America, § | |
| 11.  Gateway, Incorporated, § | |
| 12.  Hewlett-Packard Company, § | |
| 13.  JASC Software, § | |
| 14.  JVC Americas Corporation, § | |
| 15.  Kyocera Wireless Corporation, § | |
| 16.  Macromedia, Incorporated, § | |
| 17.  Matsushita Electric Corporation of § | |
|      America, § | |
| 18.  Mitsubishi Digital Electronics America, § | |
|      Incorporated, § | |
| 19.  Océ North America, Incorporated, § | |
| 20.  Onkyo U.S.A. Corporation, § | |
| 21.  palmOne, Incorporated, § | |
| 22.  Panasonic Communications Corporation § | |
|      of America, § | |
| 23.  Panasonic Mobile Communications of § | |
|      America, § | |
| 24.  Ricoh Corporation, § | |
| 25.  Riverdeep, Incorporated (d.b.a § | |
|      Broderbund), § | |
| 26.  Savin Corporation, § | |
| 27.  Thomson, S.A., § | |
| 28.  Xerox Corporation, § | |
| § | |
| Defendants § | |

## NOTICE OF APPEARANCE

COME NOW Nicholas H. Patton, Robert W. Schroeder III and Kurt Truelove of PATTON, TIDWELL & SCHROEDER, L.L.P., and hereby enter their appearance as attorneys of record for Defendant Gateway, Incorporated in the above styled and numbered cause.

Respectfully submitted,

Nicholas H. Patton          Bar No. 15631000
Robert W. Schroeder III     Bar No. 24029190
Kurt Truelove               Bar No. 24013653
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
Post Office Box 5398
Texarkana, Texas 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

ATTORNEYS FOR DEFENDANT
GATEWAY, INCORPORATED

## CERTIFICATE OF SERVICE

I hereby certify that I have served the following counsel with the foregoing document by facsimile and/or U.S. Mail on this 19ᵀᴴ day of July, 2004:

**COMPRESSION LABS, INC.:**

Stephen G. Rudisill
JENKENS & GILCHRIST
225 West Washington Street, Suite 2600
Chicago, IL 60606

Daniel V. Flatten
JENKENS & GILCHRIST
1401 McKinney, Suite 2700
Houston, Texas 77010

Carl R. Roth
Michael S. Smith
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, TX 75670

S. Calvin Capshaw III
BROWN McCARROLL
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999

Otis W. Carroll, Jr.
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703

Franklin W. Jones, Jr.
JONES & JONES
201 W. Houston Street
P.O. Drawer 1249
Marshall, TX 75670

**AGFA CORPORATION:**

H. Michael Hartmann
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

**APPLE COMPUTER, INC.:**

Herschel Tracy Crawford
RAMEY & FLOCK
100 E. Ferguson, Suite 500
Tyler, TX 75702

George Riley
O'MELVENY & MYERS, LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

Mark C. Scarsi
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Blvd.
Texarkana, TX 75503

**AXIS COMMUNCATIONS, INC.:**

Barry Graham
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
1300 I Street, N.W.
Washington, D.C. 20005-3315

**CANNON USA, INC.:**

John O'Brien
FITZPATRICK, CELLA,
HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801

Brian Klock
FITZPATRICK, CELLA,
HARPER & SCINTO
1900 K Street, N.W.
Washington, D.C. 20006

Jack B. Baldwin
BALDWIN & BALDWIN, LLP
400 West Houston Street
Marshall, TX 75670

**CONCORD CAMERA CORP.:**

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606-2649

Kerry P. Sisselman
4000 Hollywood Blvd., Suite 650N
Hollywood, Florida 33021

**CREATIVE LABS :**

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606-2649

Robert Haslam
Heller, Ehrman, White & McAuliffe
275 Middlefield Road
Menlo Park, CA 94025

**EASTMAN KODAK:**

Vivian Kuo
HOWREY, SIMON, ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

**FUJI PHOTO FILM, USA:**

Steven Routh
HOGAN & HARTSON, LLP
555 13th Street N.W
Washington, D.C.

William (Bill) Gooding
GOODING & DODSON
2005 Moores Lane
P.O. Box 1877
Texarkana, TX 75504-1877

**FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.:**

Christopher Chalsen
Michael Murray
MILBANK, TWEED, HADLEY & McCOY
One Chase Manhattan Plaza
New York, NY 10005-1413

**HEWLETT-PACKARD COMPANY:**

Danny Williams
WILLIAMS, MORGAN & AMERSON
10333 Richmond, Suite 1100
Houston, Texas 77042

John Allcock
GRAY, CARY, WARE & FREIDENRICH
401 B Street, Suite 2000
San Diego, CA 92101

Alan Albright
GRAY, CARY, WARE & FREIDENRICH
1221 S. MoPac Expressway, Suite 400
Austin, TX 78746

**JASC SOFTWARE:**

Franklin A. Poff, Jr.
CRISP, BOYD & POFF, LLP
2301 Moores Lane * P.O. Box 6297
Texarkana, Texas 75505-6297

Daniel W. McDonald
MERCHANT & GOULD, PC
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402

**JVC AMERICAS CORPORATION:**

Morton Amster
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, NY 10016

**KYOCERA WIRELESS CORPORATION:**

Jennifer P. Ainsworth
WILSON, SHEEHY, KNOWLES
ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701

Stuart Lubitz
HOGAN & HARTSON, LLP
Biltmore Tower
500 South Grand Avenue, Suite 1900
Los Angeles, CA 90071

**MACROMEDIA, INCORPORATED:**

Harry L. ("Gil") Gillam, Jr.
GILLAM SMITH, LLP
110 South Bolivar, Suite 204
Marshall, Texas 75670

Charlene M. Morrow
FENWICK & WEST, LLP
801 California Street
Mountain View, CA 94041

**MATSUSHITA ELECTRIC
CORPORATION OF AMERICA:**

Morton Amster
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, NY 10016

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606-2649

**MITSUBISHI DIGITAL ELECTRONICS
AMERICA, INCORPORATED:**

John W. Kozak
LEYDIG, VOIT & MAYER, LTD
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, Illinois 60601

**OCE NORTH AMERICA, INC.:**

Clyde M. Siebman
SIEBMAN, REYNOLDS, BURG & PHILLIPS
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090

Frederick H. Colen
REED SMITH, LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219

**ONKYO USA CORPORATION:**

Unknown

**PALMONE, INC.:**

Mark Flanagan
WILSON, SONSINI, GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94303-1050

M. Craig Tyler
WILSON, SONSINI GOODRICH & ROSATI
8911 Capital of Texas Hwy. North
Westech 360, Suite 3350
Austin, TX 78759-7247

**PANASONIC COMMUNICATIONS
CORPORATION OF AMERICA and
PANASONIC MOBILE
COMMUNICATIONS OF AMERICA:**

Morton Amster
AMSTER, ROTHSTEIN & EBENSTEIN, LLP
90 Park Avenue
New York, NY 10016

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606-2649

**RICOH CORPORATION and
SAVIN CORPORATION:**

Anthony Roth
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Robert J. Hollingshead
MORGAN, LEWIS & BOCKIUS, LLP
Shin-Tokyo Building, 9th Floor
3-1, Marunouchi 3 chome
Chiyoda-ku, Tokyo 100-0005, Japan

**RIVERDEEP, INC.:**

Matthews Hall
KOLISCH HARTWELL, PC
200 Pacific Building
520 S.W Yamhill Street
Portland, Oregon 97204

**THOMSON, INCORPORATED:**

Lee Haag
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Guy Harrison
Attorney at Law
217 North Center
Longview, Texas 75601

**XEROX CORPORATION:**

James Bradley
SIDLEY, AUSTIN, BROWN & WOOD, LLP
717 North Harwood
Dallas, Texas 75201

Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Blvd.
Texarkana, TX 75503