UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

04 JUL 21 PM 2: 15

TX EASTERN-MARSHALL

BY_____

| | |
|---|---|
| Compression Labs, Incorporated, § § *Plaintiff*, § v. § § 1. Agfa Corporation, § 2. Apple Computer, Incorporated, § 3. Axis Communications, Incorporated, § 4. Canon, USA, Incorporated, § 5. Concord Camera Corporation, § 6. Creative Labs, Incorporated, § 7. Eastman Kodak Company, § 8. Fuji Photo Film U.S.A., § 9. Fujitsu Computer Products of America, § 10. Gateway, Incorporated, § 11. Hewlett-Packard Company, § 12. JASC Software, § 13. JVC Americas Corporation, § 14. Kyocera Wireless Corporation, § 15. Macromedia, Incorporated, § 16. Matsushita Electric Corporation of America, § 17. Mitsubishi Digital Electronics America, Incorporated § 18. Océ North America, Incorporated, § 19. Onkyo U.S.A. Corporation, § 20. PalmOne, Incorporated, § 21. Panasonic Communications Corporation of America, § 22. Panasonic Mobile Communications of America, § 23. Ricoh Corporation, § 24. Riverdeep, Incorporated (d.b.a. Broderbund), § 25. Savin Corporation, § 26. Thomson, S.A., § 27. Xerox Corporation, § § *Defendants*. § § | Civil Action No. 2:04cv158DF |

## DEFENDANT MACROMEDIA, INCORPORATED'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Macromedia, Incorporated discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Date: July 21, 2004

Respectfully submitted,

By: /s/ Harry L. Gillam, Jr.

Harry L. Gillam, Jr.
Texas State Bar No.07921800
Melissa Smith
Texas State Bar No. 24001351
**GILLAM & SMITH, L.L.P.**
110 South Bolivar Street, Suite 204
Marshall, Texas 75670
(903) 934-8450
(903) 934-9257 – Facsimile

AND

Charlene Morrow
CA Bar No. 136411
**FENWICK & WEST, L.L.P.**
801 California Street
Mountainview, CA 94041
(415) 252-2000
(415) 626-0554 – Facsimile

**ATTORNEYS FOR DEFENDANT
MACROMEDIA, INCORPORATED**

## CERTIFICATE OF SERVICE

I hereby certify that I have served the following counsel of record with the foregoing **Defendant Macromedia, Incorporated's Rule 7.1 Disclosure Statement** via U.S. Mail delivery on this _21_ day of July, 2004:

_____
HARRY L. GILLAM, JR.

**COMPRESSION LABS, INC.:**

Stephen G. Rudisill
JENKENS & GILCHRIST
225 West Washington Street, Suite 2600
Chicago, IL 60606

Daniel V. Flatten
JENKENS & GILCHRISTt
1401 McKinney, Suite 2700
Houston, TX 77010

Carl R. Roth
Michael S. Smith
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, TX 75670

S. Calvin Capshaw III
BROWN MCCARROLL
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999

Otis W. Carroll, Jr.
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703

Franklin W. Jones, Jr.
JONES & JONES
201 W. Houston Street
Marshall, TX 75670

**APPLE COMPUTER, INC.:**

Herschel Tracy Crawford
RAMEY & FLOCK
100 E. Ferguson, Suite 500
Tyler, TX 75702

George Riley
O'MELVENEY & MYERS, LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

Mark C. Scarsi
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Blvd.
Texarkana, TX 75503

**AXIS COMMUNICATIONS, INC.:**

Barry Graham
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
1300 I Street, N.W.
Washington, D.C. 20005-3315

**AGFA CORPORATION:**

H. Michael Hartmann
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

**CONCORD CAMERA CORP.:**

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606-2649

Kerry P. Sisselman
4000 Hollywood Blvd., Suite 650N
Hollywood, FL 33021

**CREATIVE LABS:**

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606-2649

Robert Haslam
HELLER, EHRMAN, WHITE & MCAULIFFE
275 Middlefield Road
Menlo Park, CA 94025

**EASTMAN KODAK:**

Vivian Kuo
HOWREY, SIMON, ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

**CANNON USA, INC.:**

John O'Brien
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801

Brian Klock
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, N.W.
Washington, D.C. 20006

Jack B. Baldwin
BALDWIN & BALDWIN, LLP
400 West Houston Street
Marshall, TX 75670

**JASC SOFTWARE::**

Franklin A. Poff, Jr.
CRISP, BOYD & POFF, LLP
2301 Moores Lane
Texarkana, TX 75505-6297

Daniel W. McDonald
MERCHANT & GOULD, PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**GATEWAY, INC.:**

W. Bryan Farney
DEWEY BALLANTINE, LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701-2478

**FUJI PHOTO FILM, USA:**

Steven Routh
HOGAN & HARTSON, LLP
555 13th Street N.W.
Washington, D.C.

William (Bill) Gooding
GOODING & DODSON
2005 Moores Lane
Texarkana, TX 75504-1877

**KYOCERA WIRELESS CORPORATION:**

Jennifer P. Ainsworth
WILSON, SHEEHY, KNOWLES,
ROBERTSON & CORNELIUS PC
909 ESE Loop 323, Suite 400
Tyler, TX 75701

Stuart Lubitz
HOGAN & HARTSON, LLP
Biltmore Towser 500 South Grand Avenue, Suite 1900
Los Angeles, CA 90071

**MATSUSHITA ELECTRIC CORPORATION OF AMERICA:**

Morton Amster
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606-2649

**FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.:**

Christopher Chalsen
Michael Murray
MILBANK, TWEED, HADLEY & MCCOY
One Chase Manhattan Plaza
New York, NY 10005-1413

**JVC AMERICAS CORPORATION:**

Morton Amster
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016

**HEWLETT-PACKARD COMPANY:**

Nicholas H. Patton
PATTON, TIDWELL & SCHROEDER LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, TX 75505-5398

Danny Williams
WILLIAMS, MORGAN & AMERSON
10333 Richmond, Suite 1100
Houston, TX 77042

John Allcock
Sean Cunningham
Bruce Watrous
GRAY, CARY, WARE & FREIDENRICH
401 B Street, Suite 2000
San Diego, CA 92101

Alan Albright
Elizabeth Brown Fore
GRAY, CARY, WARE & FREIDENRICH
1221 S. MoPac Expressway, Suite 400
Austin, TX 78746

**MITSUBISHI DIGITAL ELECTRONICS AMERICA, INCORPORATED:**

John W. Kozak
LEYDIG, VOIT & MAYER, LTD
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601

**ONKYO USA CORPORATION:**

Robert F. Zielinski
WOLF, BLOCK SCHORR and SOLIS-COHEN LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103

Barry J. Bendes
WOLF, BLOCK SCHORR and SOLIS-COHEN LLP
250 Park Avenue
New York, NY 10177

**PALMONE, INC.:**

Mark Flanagan
WILSON, SONSINI, COODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94303-1050

M. Craig Tyler
WILSON, SONSINI GOODRICH & ROSATI
8911 Capital of Texas Hwy. North
Westech 360, Suite 3350
Austin, TX 78759-72474

**OCE NORTH AMERICA, INC.:**

Clyde M. Siebman
SIEBMAN, REYNOLDS, BURG & PHILLIPS
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090

Frederick H. Colen
REED SMITH, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**PANASONIC COMMUNICATIONS CORPORATION OF AMERICA and PANASONIC MOBILE COMMUNICATIONS OF AMERICA:**

Morton Amster
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606-2649

**RIVERDEEP, INC.:**

Matthews Hall
KOLISCH HARTWELL, PC
200 Pacific Building
520 S.W. Yamhill Street
Portland, OR 97204

**RICOH CORPORATION and SAVIN CORPORATION:**

Anthony Roth
MORGAN, LEWIS & BOCKIUS, LLP
111 Pennsylvania Ave, NW
Washington, DC  2000

Robert J. Hollingshead
MORGAN, LEWIS & BOCKIUS, LLP
Shin-Tokyo Building, 9th Floor
3-1, Marunouchi 3 chome
Chiyoda-ku, Tokyo 100-0005, Japan

**THOMSON, INCORPORATED:**

Lee Haag
FULLBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Guy Harrison
Attorney at Law
217 North Center
Longview, TX  75601

**XEROX CORPORATION:**

James Bradley
SIDLEY, AUSTIN, BROWN & WOOD, LLP
717 North Harwood
Dallas, TX  75201

Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Blvd.
Texarkana, TX  75503