# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.***,** § | |
| § | |
| **Defendants.** § | |

## RIVERDEEP INC., A DELAWARE LIMITED LIABILITY COMPANY'S RULE 7.1 DISCLOSURE STATEMENT

Riverdeep Inc., a Delaware Limited Liability Company, defendant in the above-entitled and numbered civil action, discloses pursuant to Fed. R. Civ. P. 7.1(a) that its parent corporation is Riverdeep Interactive Learning USA, Inc., a Delaware Corporation, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

_____
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)

1

Of Counsel:

M. Matthews Hall
Oregon State Bar No. 99277
hall@khpatent.com
Peter E. Heuser
Oregon State Bar No. 81128
heuser@khpatent.com
Kolisch Hartwell, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, Oregon 97204
(503) 224-6655 (phone)
(503) 295-6679 (fax)

*Counsel for Riverdeep Inc., A Delaware Limited Liability Company*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 27th day of July, 2004.

_____
Eric M. Albritton