# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| **Compression Labs, Incorporated,** | § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 2:04-CV-158-DF |
| **Agfa Corporation,** *et al.*, | § § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE

Riverdeep Inc., a Delaware Limited Liability Company, defendant in the above-entitled and numbered civil action, hereby notifies the court and all parties that the following persons are appearing as counsel of record and the "attorney-in-charge." It is requested that each of the following receive electronic notices from the Court.

    Eric M. Albritton
    Attorney-in-Charge
    Texas State Bar No. 00790215
    P.O. Box 2649
    Longview, Texas 75606
    (903) 757-8449 (phone)
    (903) 758-7397 (fax)
    eric@albrittonlawfirm.com

    M. Matthews Hall
    Oregon State Bar No. 99277
    Kolisch Hartwell, P.C.
    200 Pacific Building
    520 S.W. Yamhill Street
    Portland, Oregon 97204
    (503) 224-6655 (phone)
    (503) 295-6679 (fax)
    hall@khpatent.com

Peter E. Heuser
Oregon State Bar No. 81128
Kolisch Hartwell, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, Oregon 97204
(503) 224-6655 (phone)
(503) 295-6679 (fax)
heuser@khpatent.com

Respectfully submitted,

_____
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)

Of Counsel:

M. Matthews Hall
Oregon State Bar No. 99277
hall@khpatent.com
Peter E. Heuser
Oregon State Bar No. 81128
heuser@khpatent.com
Kolisch Hartwell, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, Oregon 97204
(503) 224-6655 (phone)
(503) 295-6679 (fax)

*Counsel for Riverdeep, Inc., A Delaware Limited Liability Company*

2

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 27th day of July, 2004.

_____
Eric M. Albritton