# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.***,** § | |
| § | |
| **Defendants.** § | |

## FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Fujitsu Computer Products of America, Inc., defendant in the above-entitled and numbered civil action, discloses pursuant to Fed. R. Civ. P. 7.1(a) that it is a wholly owned subsidiary of Fujitsu America, Inc. and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

_____
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Christopher E. Chalsen
New York Registration No. CC3305
cchalsen@milbank.com
Michael M. Murray
New York Registration No. 2711625
mmurray@milbank.com
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5380 (phone)
(212) 822-5380 (fax)

*Counsel for Fujitsu Computer Products of America, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 27th day of July, 2004.

_____
Eric M. Albritton

2