# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation**, *et al*., § | |
| § | |
| **Defendants.** § | |

## AXIS COMMUNICATIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Axis Communications, Inc., defendant in the above-entitled and numbered civil action, discloses pursuant to Fed. R. Civ. P. 7.1(a) that it is a wholly owned subsidiary of Axis Communications AB, a Swedish company. Axis Communications AB is wholly owned by Axis AB. Axis AB is publicly traded on the Stockholm Stock Exchange. Skanditek AB is a publicly traded company on the Stockholm Stock Exchange and owns 13.8% of Axis AB stock.

Respectfully submitted,

_____
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

Of Counsel:

Barry W. Graham
Washington DC Bar No. 291278
barry.graham@finnegan.com
Elizabeth A. Niemeyer
Washington DC Bar No. 473963
elizabeth.niemeyer@finnegan.com
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
(202) 408-4017 (phone)
(202) 408-4400 (fax)

*Counsel for Axis Communications, Inc.*

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 27th day of July, 2004.

_____
Eric M. Albritton