# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation**, *et al*., § | |
| § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE

Creative Labs, Inc., defendant in the above-entitled and numbered civil action, hereby notifies the court and all parties that the following persons are appearing as counsel of record and the "attorney-in-charge." It is requested that each of the following receive electronic notices from the Court.

    Eric M. Albritton
    Attorney-in-Charge
    Texas State Bar No. 00790215
    P.O. Box 2649
    Longview, Texas 75606
    (903) 757-8449 (phone)
    (903) 758-7397 (fax)
    eric@albrittonlawfirm.com

    Robert Haslam
    California State Bar No. 71134
    Heller Ehrman White & McAuliffe LLP
    275 Middlefield Road
    Menlo Park, CA  94025
    (650) 324-7000 (phone)
    (650) 324-0638 (fax)
    rhaslam@hewm.com

Respectfully submitted,

*(signature)*

Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

Of Counsel:

Robert Haslam
California State Bar No. 71134
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA 94025
(650) 324-7000 (phone)
(650) 324-0638 (fax)
rhaslam@hewm.com

*Attorneys for Defendant Creative Labs, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 27th day of July, 2004.

*(signature)*

Eric M. Albritton