Appendix K                                                    Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #2:04CV-158 DF

Style:   Compression Labs, Incorporated v. Agfa Corporation, et al.

2. Applicant is representing the following party: Axis Communications, Incorporated

3. Applicant was admitted to practice in Georgia in 1977 and in Washington, DC in 1979. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).
   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: U.S. District Court for the N. D. of Georgia, U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Federal Circuit, U.S. Supreme Court, U.S. Court of Federal Claims

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

   I, Barry W. Graham do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 7-15-04           Signature _____

Name (please print) Barry W. Graham
State Bar Number DC 291278; GA304200
Firm Name:   Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
Address/P.O. Box:   1300 I Street, N.W.
City/State/Zip:   Washington, DC 20005
Telephone #:   202.408.4000
Fax #:   202.408.4400
E-mail Address: Barry.Graham@finnegan.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 20 day of July, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By   C. Hinta
Deputy Clerk

Appendix K                                                                                       Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #2:04CV-158 DF

Style:   Compression Labs, Incorporated v. Agfa Corporation, et al.

2. Applicant is representing the following party: Axis Communications, Incorporated.

3. Applicant was admitted to practice in Washington, DC in July 2001 and Virginia in October 2000.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).
   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Court of Appeals for the Federal Circuit.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

   I, Elizabeth A. Niemeyer do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  July 10, 2004        Signature   E. Niemeyer

Name (please print) <u>Elizabeth A. Niemeyer</u>
State Bar Number <u>DC 473963; VA 45704</u>
Firm Name:    <u>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.</u>
Address/P.O. Box:   <u>1300 I Street, N.W.</u>
City/State/Zip:   <u>Washington, DC 20005</u>
Telephone #:   <u>202.408.4000</u>
Fax #:   <u>202.408.4400</u>
E-mail Address: <u>elizabeth.niemeyer@finnegan.com</u>


Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 26 day of July, 20 04.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By     *C. Hinton*
Deputy Clerk