RECEIVED-CLERK
U.S. DISTRICT COURT

2004 JUL 26 PM 8:04

TX EASTERN-MARSHALL

**FILED**
U.S. DISTRICT COURT
Eastern District of Texas

JUL 2 6 2004

DAVID MALAND, CLERK
By
Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

Compression Labs, Incorporated,                    )
                                                    )
          *Plaintiff,*                              )
                                                    )
     v.                                             )     C.A. No. 2:04-CV-158-DF
                                                    )
  1. Agfa Corporation,                              )
  2. Apple Computer, Incorporated,                  )
  3. Axis Communications, Incorporated,             )
  4. Canon, USA, Incorporated,                      )
  5. Concord Camera Corporation,                    )
  6. Creative Labs, Incorporated,                   )   **PLAINTIFF'S OPPOSITION TO**
  7. Eastman Kodak Company,                         )   **DEFENDANTS CONCORD CAMERA**
  8. Fuji Photo Film U.S.A.,                        )   **CORP. AND CREATIVE LABS, INC'S**
  9. Fujitsu Computer Products of America,          )   **MOTION TO DISMISS PURSUANT**
 10. Gateway, Incorporated,                         )   **TO FED. R. CIV. P. 12(B)(7), OR, IN**
 11. Hewlett-Packard Company,                       )   **THE ALTERNATIVE, TO TRANSFER**
 12. JASC Software,                                 )   **PURSUANT TO 28 USC § 1404(a)**
 13. JVC Americas Corporation,                      )
 14. Kyocera Wireless Corporation,                  )
 15. Macromedia, Incorporated,                      )
 16. Matsushita Electric Corporation of            )
     America,                                       )
 17. Mitsubishi Digital Electronics America,        )
     Incorporated,                                  )
 18. Océ North America, Incorporated,               )
 19. Onkyo U.S.A. Corporation,                      )
 20. PalmOne, Incorporated,                         )
 21. Panasonic Communications Corporation          )
     of America,                                    )
 22. Panasonic Mobile Communications               )
     Development Corporation of USA,                )
 23. Ricoh Corporation,                             )
 24. Riverdeep, Incorporated (d.b.a.               )
     Broderbund),                                   )
 25. Savin Corporation,                             )
 26. Thomson, Incorporated                          )
 27. Xerox Corporation,                             )
                                                    )
          *Defendants.*                             )

CHICAGO 291092v1 22768-00143

Dockets.Justia.com

## TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ...........................................................................................................1

II.   CONCORD AND CREATIVE LABS CONCEDE THAT THEIR CONTACTS WITH
      DELAWARE ARE MINIMAL ........................................................................................1

III.  CONCLUSION.............................................................................................................2

i

## I.     INTRODUCTION

Compression Labs, Inc. ("CLI") responds to the motion of Defendants Concord Camera Corp. ("Concord") and Creative Labs, Inc. ("Creative") to dismiss pursuant to Rule 12(b)(7) of the Federal Rules of Civil Procedure, and, in the alternative, to transfer pursuant to 28 U.S.C. § 1404(a).  Most of the other defendants ("Agfa Defendants") named in this action filed a separate motion to dismiss or transfer, and CLI filed a response to that motion ("Agfa Response") concurrently with this Response.[1]  CLI adopts and incorporates herein its Agfa Response.  In the Agfa Response, CLI explained that the motion to dismiss should be denied in its entirety because CLI alone has the sole, exclusive, and unrestricted right and power to litigate, license, and defend the patent-in-suit[2] in the JPEG field-of-use.  General Instruments ("GI") released to CLI all of its rights with respect to the JPEG field-of-use and therefore cannot be made a party to his action, by joinder or otherwise.  CLI further provided at least five reasons why the Agfa Defendants' motion to transfer based on the first-to-file rule should be denied.  Finally, CLI explained that the Agfa Defendants' motion to transfer pursuant to Section 1404(a) presented no compelling reasons for denying CLI its choice of forum.

## II.    CONCORD AND CREATIVE LABS CONCEDE THAT THEIR CONTACTS WITH DELAWARE ARE MINIMAL

Concord and Creative Labs argue that if the Agfa Defendants are transferred to Delaware, they should also be transferred to Delaware.  They concede that their contacts with Delaware are "minimal" but contend that the interests of "justice" would compel transfer.  Just as the Agfa Defendants' motion to transfer based on the first-to-file rule and Section 1404(a) should be

---

[1] Concord and Creative adopted Sections I, II, and III(A) of the Agfa Defendants' motion.

[2] U.S. Patent No. 4,698,672, hereafter "the '672 Patent."

denied for the reasons set forth in CLI's Agfa Response, so too Concord and Creative Labs' motion to transfer should be denied for the same reasons.

## III.    CONCLUSION

For the reasons given above and in CLI's Agfa Response, Concord and Creative Labs' motion to dismiss or transfer should be denied.

Respectfully submitted,
Compression Labs, Inc.

Dated: July 26, 2004                    By: _Stephen Rudisill by SCC by permission_

Stephen G. Rudisill (*attorney-in-charge*)
     Illinois Bar No.: 2417049
     Texas Bar No.: 17376050
     srudisill@jenkens.com
John C. Gatz
     Illinois Bar  No.: 6237140
     jgatz@jenkens.com
Russell J. Genet
     Illinois Bar No.:6255982
     rgenet @jenkens.com
Justin D. Swindells
     Illinois Bar No.: 6257291
     jswindells@jenkens.com
JENKENS & GILCHRIST, P.C.
225 West Washington Street, Suite 2600
Chicago, Illinois  60606
Tel.    (312) 425-3900
Fax    (312) 425-3909

S. Calvin Capshaw III
     Texas Bar No.: 03783900
     ccapshaw@mailbmc.com
BROWN, McCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas  75601-5157
Tel.    (903) 236-9800
Fax    (903) 236-8787

2

Franklin Jones, Jr.
     Texas Bar No.: 00000055
     maiezieh@millerfirm.com
JONES & JONES, Inc., P.C.
201 West Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas  75670-1249
Tel.    (903) 938-4395
Fax.   (903) 938-3360

Otis Carroll
     Texas Bar No.: 03895700
Jack Wesley Hill
     Texas Bar No.: 24032294
     nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas  75703
Tel.    (903) 561-1600
Fax.   (903) 581-1071

Carl R. Roth
     Texas Bar No.: 17312000
     cr@rothfirm.com
Michael C. Smith
     Texas Bar No.: 18650410
     ms@rothfirm.com
THE ROTH LAW FIRM
115 North Wellington, Suite 200
P.O. Box 876
Marshall, Texas 75670
Tel.    (903) 935-1665
Fax    (903) 935-1797

ATTORNEYS FOR PLAINTIFF

3

## CERTIFICATE OF SERVICE

I hereby certify that on the $2b^{th}$ day of July , 2004, a true and correct copy of the foregoing document was deposited in the United States Mail, postage prepaid, and addressed to the following counsel of record:

Agfa Corporation
H. Michael Hartmann
Wesley O. Mueller
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Apple Computer, Incorporated
Herschel Tracy Crawford
Eric H. Findlay
Ramey & Flock
100 East Ferguson, Suite 500
Tyler, Texas 75702

George A. Riley
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305

Mark C. Scarsi
Michelle L. Davidson
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899

Lance Lee
Young, Pickett & Lee
4122 Texas Boulevard
Texarkana, Texas 75503

Axis Communications, Incorporated
Barry W. Graham
Elizabeth A. Niemeyer
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606-2649

Canon U.S.A., Incorporated
Jack O'Brien
Nicholas M. Cannella
Fitzpatrick, Cella, Harper & Scinto
300 Rockefeller Plaza
New York, New York 10112-3800

Brian Klock
Fitzpatrick, Cella, Harper & Scinto
1900 K Street NW
Washington, D.C. 20006

Jack B. Baldwin
Baldwin & Baldwin, LLP
400 West Houston Street
Marshall, Texas 75670

Concord Camera Corporation
Kerry Sisselman
400 Hollywood Boulevard
Suite 659 North
Hollywood, Florida 33021

Creative Labs, Incorporated
Attention: Legal Department
1901 McCarthy Boulevard
Milpitas, California 95035

Eastman Kodak Company
Joseph P. Lavelle
Kenneth W. Donnelly
Vivan S. Kuo
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Nicholas H. Patton
Robert W. Schroeder, III
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505

Fuji Photo Film U.S.A.
Steven J. Routh
Hogan & Hartson LLP
555 13th Street N.W.
Washington, D.C. 20004

William C. Gooding
Gooding & Dodson
2005 Moores Lane
P.O. Box 1877
Texarkana, Texas 75504

Fujitsu Computer Products of America
Michael M. Murray
Christopher Chalsen
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005-1413

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

Gateway, Incorporated
W. Bryan Farney
Darryl J. Adams
Dewey Ballantine LLP
401 Congress Avenue
Suite 3200
Austin, Texas 78701-2478

Nicholas Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
Texarkana, Texas 75505-5398

Hewlett-Packard Company
Sean C. Cunningham
Bruce Watrous
John Allcock
Gray Cary Ware & Freidenrich LLP
401 B Street, Suite 2000
San Diego, California 92101-4240

Danny L. Williams
Williams Morgan & Amerson
10333 Richmond, Suite 1100
Houston, Texas 77042

Alan Albright
Elizabeth Brown Fore
Gray Cary Ware & Freidenrich LLP
1221 South MoPac Expressway, Suite 400
Austin, Texas 78746

Nicholas H. Patton
Patton, Tidwell & Schroeder, LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

2

JASC Software
Daniel W. McDonald
Deakin T. Lauer
Merchant & Gould PC
3200 IDS Center
80 South Eighth Street
Minneapolis, Minneapolis 55402

Franklin A. Poff, Jr.
Crisp, Boyd & Poff, LLP
2301 Moores Lane
P.O. Box 6297
Texarkana, Texas 75505

JVC Americas Corporation
Morton Amster
Abraham Kasdan
Joseph Casino
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

Kyocera Wireless Corporation
Stuart Lubitz
Hogan & Hartson, LLP
Biltmore Tower
500 South Grand Avenue, Suite 1900
Los Angeles, California 90071

Jennifer P. Ainsworth
Wilson, Sheehy, Knowles, Robertson &
Cornelius, P.C.
315 East Fifth Street
P.O. Box 7339
Tyler, Texas 75701

Macromedia Incorporated
Charlene Morrow
Heather N. Mewes
Chien-Ju Alice Chen
Darryl M. Woo
Michael J. Sacksteder
Fenwick & West LLP
801 California Street
Mountain Valley, California 94041

Harry Lee Gillam, Jr.
Melissa Smith
Gillam & Smith LLP
110 South Bolivar Street
Suite 204
Marshall, Texas 75670

Matsushita Electric Corporation of America
Morton Amster
Abraham Kasdan
Joseph Casino
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, New York 10016

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606-2649

Mitsubishi Digital Electronics America,
Incorporated
John W. Kozak
Steven P. Petersen
Leydig Voit and Mayer, Ltd.
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, Illinois 60601

3

Oce North America, Incorporated
Frederick H. Colen
Barry J. Coyne
Joshua S. Bish
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Clyde Siebman
Siebman Reynolds, Burg &Phillips, LLP
300 North Travis Street
Sherman, Texas 75090-0070

Onkyo USA Corporation
Robert F. Zielinski
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, Pennsylvania 19103

Barry J. Bendes
Wolf, Block, Schorr and Solis-Cohen LLP
250 Park Avenue
New York, New York 10177

PalmOne, Incorporated
Mark D. Flanagan
Bart E. Volkmer
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94303-1050

M. Craig Tyler
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, Texas 78759-7247

Panasonic Communications Corporation of
America/ Panasonic Mobile
Communications Development Corporation
of U.S.A.
Morton Amster
Abraham Kasdan
Joseph Casino
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, New York 10016

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606-2649

Ricoh Corporation
Anthony C. Roth
Morgan Lewis & Bockius LLP
111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Robert J. Hollingshead
Morgan Lewis & Bockius LLP
Shin-Tokyo Building, 9th Floor
3-1 Marunouchi 3 chome
Chiyoda-ku, Tokyo 100-0005, Japan

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

Riverdeep, Incorporated (d.b.a. Broderbund)
M. Matthews Hall
Kolisch Hartwell, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, Oregon 97204

4

Savin Corporation
Robert J. Hollingshead
Morgan Lewis & Bockius LLP
Shin-Tokyo Building, 9th Floor
3-1 Marunouchi 3 chome
Chiyoda-ku, Tokyo 100-0005, Japan

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606

Thomson Inc.
E. Lee Haag
Marc L. Deflache
Richard S. Zembek
Andrew Price
Fulbright & Jaworski
1301 McKinney
Suite 5100
Houston, TX 77010-3095

Guy N. Harrison
Attorney at Law
217 North Center
Longview, Texas 75601

Xerox Corporation
James P. Bradley
William O. Fifield
Sidley Austin Brown & Wood LLP
717 North Harwood
Dallas, Texas 75201

Lance Lee
Young Pickett & Lee
4122 Texas Boulevard
Texarkana, Texas 75503

S. Calvin Capshaw

5