# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## MATSUSHITA ELECTRIC COPORORATION OF AMERICA'S RULE 7.1 DISCLOSURE STATEMENT

Matsushita Electric Corporation of America, defendant in the above-entitled and numbered civil action, discloses pursuant to Fed. R. Civ. P. 7.1(a) that it is a wholly-owned subsidiary of Matsushita Electric Industrial Co., Ltd., a Japanese corporation, and no other corporation owns 10 percent or more of its stock.

Respectfully submitted,

Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Morton Amster
New York Registration No. 1193689
mamster@arelaw.com
Abraham Kasdan
New York Registration No. 2040772
akasdan@arelaw.com
Joseph Casino
New York Registration No. 2835338
jcasino@arelaw.com
David A. Boag
New York Registration No. 4052486
dboag@arelaw.com
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000 (phone)
(212) 336-8001 (fax)

*Counsel for Matsushita Electric Corporation of America*

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 28th day of July, 2004.

Eric M. Albritton