IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OR TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| 1. | Compression Labs, Incorporated | § |
| | | § |
| | *Plaintiff,* | § |
| | | § |
| | | § |
| V. | | § CIVIL ACTION NO. 2:04-CV-158 |
| | | § |
| 1. | Agfa Corporation; | § JUDGE FOLSOM |
| 2. | Apple Computer, Incorporated; | § |
| 3. | Axis Communications, Incorporated; | § JURY |
| 4. | Cannon, USA, Incorporated; | § |
| 5. | Concord Camera Corporation; | § |
| 6. | Creative Labs, Incorporated; | § |
| 7. | Eastman Kodak Company; | § |
| 8. | Fuji Photo Film U.S.A.; | § |
| 9. | Fujitsu Computer Products of America; | § |
| 10. | Gateway, Incorporated; | § |
| 11. | Hewlett-Packard Company; | § |
| 12. | JASC Software; | § |
| 13. | JVC Americas Corporation; | § |
| 14. | Kyocera Wireless Corporation; | § |
| 15. | Macromedia, Incorporated; | § |
| 16. | Matsushita Electric Corporation of America; | § |
| 17. | Mitsubishi Digital Electronics America, Incorporated | § |
| 18. | Oce North America, Incorporated; | § |
| 19. | Onkya U.S.A. Corporation; | § |
| 20. | PalmOne Incorporated; | § |
| 21. | Panasonic Communications Corporation of America; | § |
| 22. | Panasonic Mobile Communications Development Corporation of USA; | § |
| 23. | Ricoh Corporation; | § |
| 24. | Riverdeep, Incorporated (d/b/a Broderbund); | § |
| 25. | Savin Corporation | § |
| 26. | Thomson, Incorporated | § |
| 27. | Xerox Corporation | § |
| | | § |
| | *Defendants.* | § |

Corporate Disclosure

30760297.1

## PLAINTIFF THOMSON, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Thomson, Inc. discloses that its parent corporation is Thomson SA, a publicly traded French company, and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

By: _____Lee Haag_____
Lee Haag
Attorney-in-Charge
State Bar No. 08657700
Federal I.D. No. 10857
Lhaag@fulbright.com
Andrew Price
State Bar No. 24002791
Federal I.D. No. 22348
Aprice@fulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

OF COUNSEL:

Guy N. Harrison
217 North Center Street
P.O. Box 2845
Longview, Texas 75606
Telephone: (903) 758-7361
Facsimile: (903) 753-9557
Email: gnharrison@att.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served to counsel for Plaintiff via certified mail, return receipt requested and via regular mail to all other counsel of record on this the ___ day of July, 2004.

| | |
|---|---|
| Stephen G. Rudisill<br>Jenkens & Gilchrist<br>225 W. Washington Street, Suite 2600<br>Chicago, IL 606606-2418 | Calvin Capshaw<br>Brown McCarroll, LLP<br>1127 Judson Road, Suite 220<br>Longview, TX 75601-5157 |
| Carl R. Roth<br>Law Offices of Carl R. Roth<br>115 North Wellington, Suite 200<br>P O Box 876<br>Marshall, TX 75670 | Daniel V. Flatten<br>Jenkins & Gilchrist<br>1401 McKinney, Suite 2700<br>Houston, TX 77010 |
| Otis W. Carroll, Jr.<br>Jack Wesley Hill<br>Ireland, Carroll & Kelley, PC<br>6101 S. Broadway, Suite 500<br>Tyler, TX 75703 | Franklin W. Jones, Jr.<br>Jones & Jones<br>201 W. Houston Street<br>P.O. Drawer 1249<br>Marshall, TX 75670 |
| H. Michael Hartman<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601 | Robert Sabourin<br>Agfa Corporation<br>Law & Patent Department<br>200 Ballardvale St.<br>Wilmington, DE 01887-0169 |
| Tracy Crawford<br>Eric H. Findlay<br>Ramey & Flock, P.C.<br>100 East Ferguson, Suite 500<br>Tyler, TX 75702 | George Riley<br>O'Melveny & Myers, LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111-3305 |
| Mark C. Scarsi<br>O'Melveny & Myers, LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 | Lance Lee<br>Young, Pickett & Lee<br>4122 Texas Blvd.<br>Texarkana, TX 75503 |
| Barry Graham<br>Finnegan, Henderson, Farabow<br>   Garrett & Dunner, LLP<br>1300 I Street, N.W.<br>Washington, D.C. 20005-3315 | John O'Brien<br>Fitzpatrick, Cella, Harper & Scinto<br>30 Rockefeller Plaza<br>New York, NY 10112-3801 |
| Brian Block<br>Fitzpatrick, Cella, Harper & Scinto<br>1900 K Street, N.W.<br>Washington, D.C. 20006 | Jack B. Baldwin<br>Baldwin & Baldwin, LLP<br>400 West Houston Street<br>Marshall, TX 75670 |

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, TX 75606-2649

Robert Haslam
Heller, Ehrman, White & McAuliffe
275 Middlefield Road
Menlo Park, CA 94025

Steven Routh
Hogan & Hartson, LLP
555 13th Street N.W.
Washington, DC 20004-1109

William Gooding
Gooding & Gooding
2005 Moores Lane
P.O. Box 1877
Texarkana, TX 75504-1877

Christopher Chalsen
Michael Murray
Milbank, Tweed, Hadley & McCoy
One Chase Manhatten Plaza
New York, NY 10005-1413

W. Bryan Farney
Dewey Ballantine, LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701-2478

Danny Williams
Williams, Morgan & Amerson
10333 Richmond, Suite 1100
Houston, TX 77042

John Allcock
Gray, Cary, Ware & Freidenrich
401 B Street, Suite 2000
San Diego, CA 92101

Alan Albright
Gray, Cary, Ware & Freidenrich
1221 S. MoPac Expressway, Suite 400
Austin, TX 78746

Franklin A. Poff, Jr.
Crips, Boyd & Poff, LLP
2301 Moores Lane * P.O. Box 6297
Texarkana, TX 75505-6297

Daniel W. McDonald
Merchant & Gould, PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Morton Amster
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Stuart Lubitz
Hogan & Hartson, LLP
Biltmore Tower
500 South Grand Avenue, Suite 1900
Los Angeles, CA 90071

John W. Kozak
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601

Frederick H. Colen
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Mark Flanagan
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94303-1050

M. Craig Tyler
Wilson, Sonsini, Goodrich & Rosati
8911 Capital of Texas Hwy. North
Westech 360, Suite 3350
Austin, TX 78759-7247

Anthony Roth
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Robert J. Hollingshead
Morgan, Lewis & Bockius, LLP
Shin-Tokyo Bldg., 9th Floor
3-1, Marunouchi 3 Chome
Chiyoda-ku, Tokyo 100-0005, Japan

Matthews Hall
Kolisch Hartwell, PC
200 Pacific Bldg.
520 S.W. Yamhill Street
Portland, Oregon 97204

- 5 -

| | |
|---|---|
| Clyde M. Siebman<br>Siebman, Reynolds, & Burg & Phillips<br>300 N. Travis Street<br>Sherman, TX 75090 | Nicholas H. Patton<br>Robert W. Schroeder, III<br>Patton, Tidwell & Schroeder, LLP<br>4605 Texas Blvd.<br>Texarkana, TX 75505-5398 |
| Harry L. Gillam, Jr.<br>GILLAM & SMITH, L.L.P.<br>Melissa Smith<br>110 South Bolivar Street, Suite 204<br>Marshall, TX 75670 | Jennifer P. Ainsworth<br>Wilson, Sheehy, Knowles, Robertson &<br>   Cornelius, PC<br>315 East Fifth Street<br>Tyler, TX 75701 |
| Charlene Morrow<br>Fenwick & West, LLP<br>801 California Street<br>Mountainview, CA 94041 | James Bradley<br>Sidley, Austin, Brown & Wood, LLP<br>717 North Harwood<br>Dallas, TX 75201 |

_____
Lee Haag