✎AO 440  (Rev. 10/93)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE AUGUST 2, 2004 |
|---|---|
| NAME OF SERVER *(PRINT)* TOM FREDERICKS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____ BY _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other _____ *SEE BELOW _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $110.00 | TOTAL $110.00 |
|---|---|---|

### DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  _8-2-04_          _[signature]_
　　　　　　Date          *Signature of Server*

　　　　　　　TOM FREDERICKS, PROCESS SERVER

　　　　　　_____
　　　　　　*Address of Server*

*SERVED SUMMONS AND FIRST AMENDED COMPLAINT TO TORU KAWAGUCHI, TREASURER WHO ACCEPTED SERVICE.    SERVED AT ONKYO USA CORPORATION, 18 PARKWAY, UPPER SADDLE RIVER, NEW JERSEY  07458 AT 2:50 PM.  201-785-2606.

### ESQUIRE DEPOSITION SERVICES, INC.
Legal Support Services
1880 J. F. KENNEDY BLVD.
15TH FLOOR
PHILA., PA  19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

℀AO 440 (Rev. 10/93) Summons in a Civil Action

RECEIVED-CLERK
U.S. DISTRICT COURT

2004 AUG -3 PM 5:49

TX EASTERN-MARSHALL

# UNITED STATES DISTRICT COURT

Eastern _____    District of _____    Marshall

Compression Labs, Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE        02-04-CV158-DF

Agfa Corporation, et al

TO: (Name and address of Defendant)

Onkyo USA Corporation
Registered Agent, Hidekuni Fukami
18 Parkway
Upper Saddle River, New Jersey 07458

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and

Mr. Stephen Rudisill
Jenkens & Gilchrist, P.C.
225 West Washington Street, Suite 2600
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

7-30-04

CLERK
C. Hinton

DATE

(By) DEPUTY CLERK