Appendix K Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __2:04-CV-00158-DF__

   Style: __Compression Labs Inc. v. Adobe, et al.__

2. Applicant is representing the following party/ies:

   __Fujitsu Computer Products of America, Inc.__

3. Applicant was admitted to practice in __NY__ (state) on __April 1984__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    __Federal Circuit Court of Appeals, Eastern District of NY, Southern District of NY, New York, 1st Department,__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Christopher E. Chalsen__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __July 27, 2004__   Signature _[signature]_

Name (please print) Christopher E. Chalsen

State Bar Number 1916485

Firm Name: Milbank, Tweed, Hadley & McCloy LLP

Address/P.O. Box: 1 Chase Manhattan Plaza

City/State/Zip: New York, New York 10005-1413

Telephone #: 212-530-5380

Fax #: 212-822-5380

E-mail Address: cchalsen@milbank.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 29th day of July, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  C. Hinton

Deputy Clerk

Appendix K                                                                Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL  DIVISION
## APPLICATION TO APPEAR PRO HAC VICE



04 JUL 29 PM 4: 10

1. This application is being made for the following: Case #  2:04-CV-00158-DF

   Style: Compression Labs Inc. v. Adobe, et al.

2. Applicant is representing the following party/ies:

   Fujitsu Computer Products of America, Inc.

3. Applicant was admitted to practice in  MA  (state) on  December, 1988  (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).  If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: U.S. Distrcit Court, District of Mass. 1990, New York State, 1996; Southern and Eastern Districts of New York, 1996; U.S. Court of Appeals, Federal Circuit, 1990

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

   I, ___Michael M. Murray___ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  July 27, 2004          Signature  _[signature]_

Name (please print) __Michael M. Murray__
State Bar Number __2711265__
Firm Name: __Milbank, Tweed, Hadley & McCloy, LLP__
Address/P.O. Box: __One Chase Manhattan Plaza__
City/State/Zip: __New York, NY 10005__
Telephone #: __212-530-5424__
Fax #: __212-822.5424__
E-mail Address: __MMurray@milbank.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this __29th__ day of __July__, 20__04__.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____C. Hinton_____
Deputy Clerk