IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

– – – – – – – – – – – – – – – – – – – – – – – – x

| | |
|---|---|
| Compression Labs, Incorporated, | : |
| Plaintiff, | : : : |
| v. | : |
| 1.  Agfa Corporation, | : |
| 2.  Apple Computer, Incorporated, | : |
| 3.  Axis Communications, Incorporated, | : |
| 4.  Canon USA, Incorporated, | : |
| 5.  Concord Camera Corporation, | : |
| 6.  Creative Labs, Incorporated, | : |
| 7.  Eastman Kodak Company, | : |
| 8.  Fuji Photo Film U.S.A., | : |
| 9.  Fujitsu Computer Products of America, Inc. | : |
| 10. Gateway, Incorporated, | : |
| 11. Hewlett-Packard Company, | : |
| 12. JASC Software, | : |
| 13. JVC Americas Corporation, | : |
| 14. Kyocera Wireless Corporation, | : |
| 15. Macromedia, Incorporated, | : |
| 16. Matsushita Electric Corporation of America, | : |
| 17. Mitsubishi Digital Electronics America, Incorporated, | : : |
| 18. Océ North America, Incorporated, | : |
| 19. Onkyo U.S.A. Corporation, | : |
| 20. PalmOne, Incorporated, | : |
| 21. Panasonic Communications Corporation of America, | : : |
| 22. Panasonic Mobile Communications Development Corporation of USA, | : : |
| 23. Ricoh Corporation, | : |
| 24. Riverdeep, Incorporated (d.b.a. Broderbund), | : |
| 25. Savin Corporation, | : |
| 26. Thomson, Incorporated, | : |
| 27. Xerox Corporation, | : |
| Defendants. | : : |

Civil Action No. 2:04CV-158-DF

**ORDER**

The defendants' Agreed Motion for Extension of Time to File Reply shall be, and is hereby, GRANTED.

SIGNED the _____ day of _____, 2004.

_____
HONORABLE DAVID FOLSOM
UNITED STATES DISTRICT JUDGE