

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated<br><br>*Plaintiff,*<br><br>1.  Agfa Corporation,<br>2.  Apple Computer, Incorporated,<br>3.  Axis Communications, Incorporated,<br>4.  Cannon, USA, Incorporated,<br>5.  Concord Camera Corporation,<br>6.  Creative Labs, Incorporated,<br>7.  Eastman Kodak Company,<br>8.  Fuji Photo Film U.S.A.,<br>9.  Fujitsu Computer Products of America,<br>10. Gateway, Incorporated,<br>11. Hewlett-Packard Company,<br>12. JASC Software,<br>13. JVC Americas Corporation,<br>14. Kyocera Wireless Corporation,<br>15. Macromedia, Incorporated,<br>16. Matsushita Electric Corporation of America,<br>17. Mitsubishi Digital Electronics America, Incorporated,<br>18. Oce North America, Incorporated,<br>19. Onkyo U.S.A. corporation,<br>20. PalmOne, Incorporated,<br>21. Panasonic Communications Corporation of America,<br>22. Panasonic Mobile Communications Development Corporation of USA,<br>23. Ricoh Corporation,<br>24. Riverdeep, Incorporated (d.b.a. Broderbund),<br>25. Savin Corporation,<br>26. Thomson S.A.<br>27. Xerox Corporation,<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:04-CV-158<br><br>JURY<br><br><br><br>**PLAINTIFF OCÉ NORTH AMERICA, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

*Corporate Disclosure*

## PLAINTIFF OCÉ NORTH AMERICA, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Océ North America, Inc. discloses that it is a wholly owned subsidiary of Océ-USA Holding, Inc., which is wholly owned by Océ N.V., a Netherlands company. Océ N.V. is publicly traded on the Amsterdam Stock Exchange and has ADRs listed for trading on the NASDAQ Stock Exchange.

Respectfully submitted,

By: /s/ Clyde M. Siebman (by JMP with permission)
Clyde M. Siebman
State Bar No. 18341600
Siebman, Reynolds & Burg, LLP
421 North Crockett
Sherman, Texas 75090
903/870-0070
903/870-0066 (facsimile)

COUNSEL FOR DEFENDANT
OCÉ NORTH AMERICA, INC.

Of Counsel:

Frederick H. Colen
Barry J. Coyne
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
412/288-4164
412/288-3063 (facsimile)

Dated: July 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that I have served the following counsel with the foregoing document by facsimile and/or U.S. Mail on this 27th day of July 2004.

**COMPRESSION LABS, INC.:**

Stephen G. Rudisill
JENKENS & GILCHRIST
225 West Washington Street, Suite 2600
Chicago, IL 60606

Daniel V. Flatten
JENKENS & GILCHRIST
1401 McKinney, Suite 2700
Houston, TX 77010

Carl R. Roth
Michael S. Smith
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, TX 75670

S. Calvin Capshaw III
BROWN McCARROLL
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX 75606-3999

Otis W. Carroll, Jr.
IRELAND, CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703

Franklin W. Jones, Jr.
JONES & JONES
201 W. Houston Street
P.O. Drawer 1249
Marshall, TX 75670

**AGFA CORPORATION:**

H. Michael Hartmann
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

**APPLE COMPUTER, INC.:**

Herschel Tracy Crawford
RAMEY & FLOCK
100 E. Ferguson, Suite 500
Tyler, TX 75702

George Riley
O'MELVENY & MYERS, LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

Mark C. Scarsi
O'MELVENY & MYERS, LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Blvd.
Texarkana, TX 75503

**AXIS COMMUNICATIONS, INC.:**

Barry Graham
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
1300 I Street, N.W.
Washington, DC 20005-3315

**CANNON USA, INC.:**

John O'Brien
FITZPATRICK, CELLA, HARPER
& SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801

Brian Klock
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, NW
Washington, DC 20006

Jack B. Baldwin
BALDWIN & BALDWIN, LLP
400 West Houston Street
Marshall, TX 75670

**CONCORD CAMERA CORP.:**

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606-2649

Kerry P. Sisselman
4000 Hollywood Blvd., Suite 650N
Hollywood, FL 33021

**CREATIVE LABS:**

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606-2649

Robert Haslam
Heller, Ehrman, White & McAuliffe
275 Middlefield Road
Menlo Park, CA 94025

**EASTMAN KODAK:**

Vivian Kuo
HOWREY, SIMON, ARNOLD WHITE, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

**FUJI PHOTO FILM, USA:**

Steven Routh
HOGAN & HARTSON, LLP
555 13th Street NW
Washington, DC 20004

William (Bill) Gooding
GOODING & DODSON
2005 Moores Lane
P.O. Box 1877
Texarkana, TX 75504-1877

**FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.:**

Christopher Chalsen
Michael Murray
MILBANK, TWEED, HADLEY & McCOY
One Chase Manhattan Plaza
New York, NY 10005-1413

**HEWLETT-PACKARD COMPANY:**

Danny Williams
WILLIAMS, MORGAN & AMERSON
10333 Richmond, Suite 1100
Houston, TX 77042

John Allcock
GRAY, CARY, WARE & FREIDENRICH
401 B Street, Suite 2000
San Diego, CA 92101

Alan Albright
GRAY, CARY, WARE & FREIDENRICH
1221 S. MoPac Expressway, Suite 400
Austin, TX 78746

**JASC SOFTWARE:**

Franklin A. Poff, Jr.
CRISP, BOYD & POFF, LLP
2301 Moores Lane *P.O. Box 6297
Texarkana, TX 75505-6297

Daniel W. McDonald
MERCHANT & GOULD, PC
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**JVC AMERICAS CORPORATION:**

Morton Amster
AMSTER, ROTHSTEIN & EVENSTEIN, LLP
90 Park Avenue
New York, NY 10016

**KYOCERA WIRELESS CORPORATION:**

Jennifer P. Ainsworth
WILSON, SHEEHY, KNOWLES ROBERTSON
 & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701

Stuart Lubitz
HOGAN & HARTSON, LLP
Biltmore Tower
500 South Grand Avenue, Suite 1900
Los Angeles, CA 90071

**MACROMEDIA, INCORPORATED:**

Harry L. ("Gil") Gillam, Jr.
GILLAM SMITH, LLP
110 South Bolivar, Suite 204
Marshall, TX 75670

Charlene M. Morrow
FENWICK & WEST, LLP
801 California Street
Mountain View, CA 94041

**MATSUSHITA ELECTRIC CORPORATION
OF AMERICA:**

Morton Amster
AMSTER, ROTHSTEIN & EVENSTEIN, LLP
90 Park Avenue
New York, NY 10016

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606-2649

**MITSUBISHI DIGITAL ELECTRONICS
AMERICA, INCORPORATED:**

John W. Kozak
LEYDIG, VOIT & MAYER, LTD
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, IL 60601

**OCÉ NORTH AMERICA, INC.:**

Clyde M. Siebman
SIEBMAN, REYNOLDS, BURG & PHILLIPS
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090

Frederick H. Colen, Esq.
REED SMITH, LLP
435 Sixth Avenue
Pittsburgh, PA 15219

**ONKYO USA CORPORATION:**

Unknown

**PALMONE, INC.:**

Mark Flanagan
WILSON, SONSINI, GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94303-1050

M. Craig Tyler
WILSON, SONSINI, GOODRICH & ROSATI
8911 Capital of Texas Hwy. North
Westech 360, Suite 3350
Austin, TX 78759-7247

**PANASONIC COMMUNICATIONS
CORPORATION OF AMERICA and
PANASONIC MOBILE COMMUNICATIONS
OF AMERICA:**

Morton Amster
AMSTER, ROTHSTEIN & EVENSTEIN, LLP
90 Park Avenue
New York, NY 10016

Eric M. Albritton
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX 75606-2649

**RICOH CORPORATION and SAVIN CORPORATION:**

Anthony Roth
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

Robert J. Hollingshead
MORGAN, LEWIS & BOCKIUS, LLP
Shin-Tokyo Building, 9th Floor
3-1, Marunouchi 3 chome
Chiyoda-ku, Tokyo 100-0005, Japan

**RIVERDEEP, INC.:**

Matthews Hall
KOLISCH HARTWELL, PC
200 Pacific Building
520 S.W. Yamhill Street
Portland, OR 97204

**THOMSON, INCORPORATED:**

Lee Haag
FULBRIGHT & JAWORSKI, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Guy Harrison
Attorney at Law
217 North Center
Longview, TX 75601

**XEROX CORPORATION:**

James Bradley
SIDLEY, AUSTIN, BROWN & WOOD, LLP
717 North Harwood
Dallas, TX 75201
Lance Lee
YOUNG, PICKETT & LEE
4122 Texas Blvd.
Texarkana, TX 75503