Compression Labs Incorporated v. Adobe Systems Incorporated et al Doc. 83
Case 2:04-cv-00158-DF Document 83 Filed 08/09/2004 Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | C.A. No. 2:04CV158-DF |
| ) | |
| 1. Adobe Systems Incorporated, ) | JURY TRIAL |
| 2. Agfa Corporation, ) | |
| 3. Apple Computer, Incorporated, ) | |
| 4. Axis Communications, Incorporated, ) | |
| 5. Canon, USA, Incorporated, ) | |
| 6. Concord Camera Corporation, ) | |
| 7. Creative Labs, Incorporated, ) | |
| 8. Eastman Kodak Company, ) | |
| 9. Fuji Photo Film U.S.A., ) | |
| 10. Fujitsu Computer Products of America, ) | |
| 11. Gateway, Incorporated, ) | |
| 12. Hewlett-Packard Company, ) | |
| 13. JASC Software, ) | |
| 14. JVC Americas Corporation, ) | |
| 15. Kyocera Wireless Corporation, ) | |
| 16. Macromedia, Incorporated, ) | **NOTICE OF APPEARANCE** |
| 17. Matsushita Electric Corporation of America, ) | |
| 18. Mitsubishi Digital Electronics America, ) | |
| Incorporated, ) | |
| 19. Oce North America, Incorporated, ) | |
| 20. Onkyo U.S.A. Corporation, ) | |
| 21. PalmOne, Incorporated, ) | |
| 22. Panasonic Communications Corporation ) | |
| of America, ) | |
| 23. Panasonic Mobile Communications ) | |
| Development Corporation of USA, ) | |
| 24. Ricoh Corporation, ) | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), ) | |
| 26. Savin Corporation, ) | |
| 27. Thomson S.A., ) | |
| 28. Xerox Corporation, ) | |
| *Defendants.* ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Lance Lee of the firm of YOUNG, PICKETT & LEE hereby enters his appearance as co-counsel, on behalf of Apple Computer, Inc. and Xerox Corporation in the above-referenced proceeding. Counsel hereby requests notice and copies of all communications and other documents filed in the above-referenced proceeding. Copies should be emailed, mailed by U.S. Mail or faxed to Lance Lee, co-counsel for the Defendants at the address set forth below. DATED this 9th day of August, 2004.

Respectfully submitted,

YOUNG, PICKETT & LEE
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:    903/794-1303
Facsimile:    903/794-5098

By: _____
Lance Lee
wlancelee@aol.com
Texas Bar No.  24004762

# CERTIFICATE OF SERVICE
## PURSUANT TO LOCAL RULE CV-5(e)

I hereby certify that a true and correct copy of the above and foregoing document has been provided to all known counsel of record as indicated below, on the 9th day of August, 2004.

Stephen G Rudisill
**JENKENS & GILCHRIST**
225 W Washington St
Suite 2600
Chicago, IL 60606-3418

☐ Local Courier Service
☐ Hand-delivery
☐ Facsimile
■ U. S. Mail
☐ U. S. Certified Mail
☐ Federal Express
☐ Other courier service

Carl R Roth
**LAW OFFICE OF CARL R ROTH**
115 N Wellington Suite 200
P O Box 876
Marshall, TX 75670

☐ Local Courier Service
☐ Hand-delivery
☐ Facsimile
■ U. S. Mail
☐ U. S. Certified Mail
☐ Federal Express
☐ Other courier service

Franklin W Jones, Jr
**JONES & JONES**
201 W Houston St
PO Drawer 1249
Marshall, TX 75670

☐ Local Courier Service
☐ Hand-delivery
☐ Facsimile
■ U. S. Mail
☐ U. S. Certified Mail
☐ Federal Express
☐ Other courier service

Herschel Tracy Crawford
**RAMEY & FLOCK**
100 E Ferguson
Suite 500
Tyler, TX 75702

☐ Local Courier Service
☐ Hand-delivery
☐ Facsimile
■ U. S. Mail
☐ U. S. Certified Mail
☐ Federal Express
☐ Other courier service

Otis W Carroll, Jr
**IRELAND CARROLL & KELLEY, PC**
6101 S Broadway
Suite 500
Tyler, TX 75703

☐ Local Courier Service
☐ Hand-delivery
☐ Facsimile
■ U. S. Mail
☐ U. S. Certified Mail
☐ Federal Express
☐ Other courier service

Sidney Calvin Capshaw, III
**BROWN MCCARROLL**
1127 Judson Rd - Ste 220
PO Box 3999
Longview, TX 75606-3999

☐ Local Courier Service
☐ Hand-delivery
☐ Facsimile
■ U. S. Mail
☐ U. S. Certified Mail
☐ Federal Express
☐ Other courier service

*/s/ Lance Lee*
Lance Lee