# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al*., § | |
| § | |
| **Defendants.** § | |

## RICOH CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Ricoh Corporation, defendant in the above-entitled and numbered civil action, discloses pursuant to Fed. R. Civ. P. 7.1(a) that it is a wholly-owned subsidiary of Ricoh Co., Ltd., a Japanese corporation.

Respectfully submitted,

_____
Eric M. Albritton
Attorney-in-Charge
Texas State Bar No. 00790215
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Robert J. Hollingshead
Morgan, Lewis & Bockius L.L.P.
Shin-Tokyo Building 9th Floor
3-1, Marunouchi 3 chome
Chiyoda-ku, Tokyo 100-0005, Japan
81-3-5219-2505 (phone)
81-3-5219-2505 (fax)
rhollingshead@morganlewis.com


Anthony C. Roth
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5188 (phone)
(202) 739-3001 (fax)
aroth@morganlewis.com


*Counsel for Ricoh Corporation and
Savin Corporation*


## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 13th day of August, 2004.

_____
Eric M. Albritton