IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC.,<br>PLAINTIFF, | §<br>§<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 2:04CV-158<br>(FOLSOM) |
| ADOBE SYSTEMS INC., et al.<br>DEFENDANTS | §<br>§ | |

**KYOCERA WIRELESS CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), defendant Kyocera Wireless Corporation hereby discloses that its parent corporation is Kyocera International Inc., a non-publicly owned corporation, which in turn is wholly owned by Kyocera Corporation, a publicly held corporation.

Respectfully submitted,

*/s/ Stuart Lubtiz*_____
Stuart Lubitz
HOGAN & HARTSON, L.L.P.
Biltmore Tower
500 South Grand Avenue, Suite 1900
Los Angeles, California 90071
(213) 337-6700 telephone
(213) 337-6701 fax
slubtiz@hhlaw.com

AND

Jennifer P. Ainsworth
State Bar No. 00784720
WILSON, SHEEHY, KNOWLES,
 ROBERTSON & CORNELIUS, P.C.
315 East Fifth Street
Tyler, Texas 75701
(903) 593-2561
(903) 593-0686 (facsimile)
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANT
KYOCERA WIRELESS CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 17th day of August, 2004.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth