# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

00614.1 Notice of Appearance.doc

Barry J. Bendes
New York State Bar No. 1518513
Wolf, Block, Schorr and Solis-Cohen LLP
250 Park Avenue
New York, New York 10177
(212) 883-4965 (phone)
(212) 672-1165 (fax)

                                              Respectfully submitted,

                                              /s/Scott E. Stevens
Scott E. Stevens
Texas State Bar No. 00792024
P.O. Box 3969
Longview, Texas 75606
(903) 238-9700 (phone)
(903) 238-9704 (fax)
sstevens@bwslawfirm.com

Of Counsel:

Kenneth G. Roberts
New York State Bar No. 1871888
Barry J.Bendes
New York State Bar No. 1518513
Wolf, Block, Schorr and Solis-Cohen LLP
250 Park Avenue
New York, New York 10177
(212) 883-4914 (phone)
(212) 672-1114 (fax)

*Counsel for Onyko U.S.A. Corporation*

CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 19th day of August, 2004.

                                              /s/ Scott E. Stevens
                                               Scott E. Stevens