# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

00614.1 Disclosure Statement                                1

Of Counsel:

Barry J. Bendes
New York Bar No. 1518513
Kenneth G. Roberts
New York Bar No. 1871888
*Attorneys for Defendant Onkyo U.S.A. Corporation*
Wolf, Block, Schorr & Solis-Cohen LLP
250 Park Avenue
New York, NY 10177
(212) 986-1116 (phone)
(212) 986-0406 (fax)
bbendes@wolfblock.com
kroberts@wolfblock.com
*Attorneys for Defendant Onkyo U.S.A. Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed. to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 23rd day of August, 2004.

　/s/ Scott E. Stevens　
Scott E. Stevens