IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § § § | |
| Plaintiffs | § § | No. 2:04cv158 |
| v. | § § § | |
| 1. Adobe Systems Incorporated, | § | |
| 2. Agfa Corporation | § | |
| 3. Apple Computer, Incorporated, | § | |
| 4. Axis Communications, Incorporated, | § | |
| 5. Canon USA, Incorporated, | § | |
| 6. Concord Camera Corporation, | § | |
| 7. Creative Labs, Incorporated, | § | |
| 8. Eastman Kodak Company, | § | |
| 9. Fuji Photo Film U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of American, | § | |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § § | |
| 19. Oce´ North America, Incorporated, | § | |
| 20. Onkyo U.S.A. Corporation, | § | |
| 21. palmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America, | § § | |
| 23. Panasonic Mobile Communications of America, | § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a Broderbund, | § | |
| 26. Savin Corporation, | § | |
| 27. Thomson, S.A., | § | |
| 28. Xerox Corporation, | § § | |
| Defendants | § | |

## NOTICE OF APPEARNCE

COMES NOW Franklin A. Poff, Jr. of CRISP, BOYD & POFF, LLP, 2301 Moores Lane, Texarkana, Texas 75503, Phone 903.838.6123, Fax 903.832.8489, Email: fpoff@cbplaw.com and hereby enters his appearance as attorney of record for Defendant Jasc Software, Inc. in the above styled and numbered cause. In connection with this notice, Mr. Poff requests that all future pleadings and other papers filed in this action be served on him at the above address and contact information.

Respectfully,

\_\_\_/s/ Frank Poff_____
Franklin A. Poff, Jr. TSB#16085800
Crisp, Boyd & Poff, L.L.P.
2301 Moores Lane
P.O. Box 6297
Texarkana, Texas   75505-6297
Telephone Number: 903-838-6123
Facsimile Number:  903-832-8489

## CERTIFICATE OF SERVICE

I hereby certify that I have served the following counsel with the foregoing document by U.S. Mail on this 24th day of August 2004.

\_\_\_\_\_/s/ Frank Poff_____
Franklin A. Poff, Jr.

**COUNSEL ADDRESS/EMAIL LIST**

| ATTORNEY | CLIENT | PHONE | FAX |
|---|---|---|---|
| **Stephens G. Rudisill**<br>Jenkens & Gilchrist<br>225 W. Washington St.<br>Suite 2600<br>Chicago, IL 60606-3418<br>srudisill@jenkens.com | Compression Labs, Incorporated | 312.425.3900 | 312.425.3909 |
| **Carl R. Roth**<br>**Michael Charles Smith**<br>Law Office of Carl R. Roth<br>115 N. Wellington Suite 200<br>PO Box 876<br>Marshall, TX 75670<br>cr@rothfirm.com<br>ms@rothfirm.com | Compression Labs, Incorporated | 903.935.1665 | 903.935.1797 |
| **Cynthia K Thompson**<br>**Gary E Hood**<br>**John C Gatz**<br>**Justin D Swindells**<br>**R David Donoghue**<br>**Russell J Genet**<br>Jenkens & Gilchrist<br>225 W Washington St<br>Suite 2600<br>Chicago, IL 60606-3418<br>jswindells@jenkens.com<br>ddonoghue@jenkens.com | Compression Labs, Incorporated | 312.425.3900 | 312.425.3909 |
| **Franklin W Jones, Jr**<br>Jones & Jones - Marshall<br>201 W Houston St<br>PO Drawer 1249<br>Marshall, TX 75670<br>maizieh@millerfirm.com | Compression Labs, Incorporated | 903.938.4395 | 903.938.3360 |
| **Jack Wesley Hill**<br>**Otis W Carroll, Jr.**<br>Ireland Carroll & Kelley, PC<br>6101 S Broadway<br>Suite 500<br>Tyler, TX 75703<br>fedserv@icklaw.com | Compression Labs, Incorporated | 903.561.1600 | 903.581.1071 |
| **Sidney Calvin Capshaw, III**<br>Brown McCarroll - Longview<br>1127 Judson Rd - Ste 220<br>PO Box 3999<br>Longview, TX 75606-3999<br>ccapshaw@mailbmc.com | Compression Labs, Incorporated | 903.236.9800 | 903.236.8787 |
| **Neil J McNabnay**<br>Fish & Richardson - Dallas<br>1717 Main St<br>5000 Bank One Center<br>Dallas, TX 75201 mcnabnay@fr.com | Adobe Systems Incorporated | 214.747.5070 | 1.214.747.2091 |
| **H. Michael Hartmann**<br>LEYDIG,VOIT & MAYER, LTD<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601 | Agfa Corporation | | |

| | | | |
|---|---|---|---|
| **Herschel Tracy Crawford**<br>**Eric Hugh Findlay**<br>Ramey & Flock<br>100 E Ferguson<br>Suite 500<br>Tyler, TX 75702<br>tcrawford@rameyflock.com<br>efindlay@rameyflock.com | Apple Computer Incorporated | 903.597.3301 | 903.597.2413 |
| **Lance Lee**<br>Young Pickett & Lee<br>4122 Texas Blvd<br>PO Box 1897<br>Texarkana, TX 75504-1897<br>wlancelee@aol.com | Apple Computer Incorporated | 903.794.1303 | 903.794.5098 |
| **Mark Scarsi**<br>**Michelle Davidson**<br>**George A Riley**<br>O'Melveny & Myers<br>400 South Hope Street<br>Los Angeles, Ca 90071-2899<br>MScarsi@omm.com<br>MDavidson@omm.com<br>griley@omm.com | Apple Computer Incorporated | 213.430.6626 | 213.430.6407 |
| **Barry W Graham**<br>**Elizabeth A Niemeyer**<br>Finnegan Henderson Farabow et al - Washington<br>1300 I St NW<br>Washington, DC 20005<br>barry.graham@finnegan.com<br>elizabeth.niemeyer@finnegan.com | Axis Communications Incorporated | 202.408.4017 | |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Axis Communications Incorporated | 903.757.8449 | 1.903.758.7397 |
| **John 'Jack' Brown Baldwin**<br>Baldwin & Baldwin<br>400 W Houston Street<br>PO Drawer 1349<br>Marshall, TX 75761-1349<br>jbb@baldwinlaw.com | Canon USA Incorporated | 903.935.4131 | 1.903.935.1397 |
| **John O'Brien**<br>**Brian Klock**<br>Fitzpatrick, Cella, Harper & Scinto<br>30 Rockfeller Plaza<br>New York, NY 10112-3801 | Canon USA Incorporated | | |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Concord Camera Corporation | 903.757.8449 | 1.903.758.7397 |
| **Kerry P. Sisselman**<br>4000 Holly Blvd. Suite 650 N<br>Hollywood, FL 33021 | Concord Camera Corporation | | |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Creative Labs Incorporated | 903.757.8449 | 1.903.758.7397 |

| | | | |
|---|---|---|---|
| **Robert Haslam**<br>Heller, Ehrman, White & McAuliffe<br>275 Middlefield Road<br>Menlo Park, CA 94025 | Creative Labs Incorporated | | |
| **Nicholas H Patton**<br>**Robert William Schroeder, III**<br>Patton & Tidwell<br>4605 Texas Blvd<br>PO Box 5398<br>Texarkana, TX 75505-5398<br>nickpatton@texarkanalaw.com<br>schroeder@texarkanalaw.com | Eastman Kodak Company | 903.792.7080 | 903.792.8233 |
| **Steven Routh**<br>Hogan & Hartson, LLP<br>555 13th Street N.W.<br>Washington, D.C. 20004 | Fuji Photo Film USA Inc | | |
| **William Gooding**<br>Gooding & Crittenden<br>2005 Moores Lane<br>PO Box 1877<br>Texarkana, TX 75504-1877 | Fuji Photo Film USA Inc | 903.794.3121 | 903.793.4801 |
| **Christopher E Chalsen**<br>Milbank Tweed Hadley & McCloy - New York<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>cchalsen@milbank.com | Fujitsu Computer Products of America Inc | 212.530.5380 | 212.822.5380 |
| **Michael M Murray**<br>Milbank Tweed Hadley & McCloy - New York<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>MMurray@milbank.com | Fujitsu Computer Products of America Inc | 212.530.5424 | 212.822.5424 |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Fujitsu Computer Products of America Inc | 903.757.8449 | 1.903.758.7397 |
| **Nicholas H Patton**<br>**Robert William Schroeder, III**<br>**Justin Kurt Truelove**<br>Patton & Tidwell<br>4605 Texas Blvd<br>PO Box 5398<br>Texarkana, TX 75505-5398<br>nickpatton@texarkanalaw.com<br>schroeder@texarkanalaw.com<br>ktruelove@texarkanalaw.com | Gateway Incorporated | 903.792.7080 | 903.792.8233 |
| **William Bryan Farney**<br>Dewey Ballantine - Austin<br>401 Congress Ave<br>Suite 3200<br>Austin, TX 78701<br>bfarney@deweyballantine.com | Gateway Incorporated | 512.226.0300 | 512.226.0333 |

| | | | |
|---|---|---|---|
| **Bruce H Watrous, Jr**<br>**Sean C. Cunningham**<br>**Bruce H. Watrous, Jr.**<br>**John Allcock**<br>Gray Cary Ware & Freidenrich - San Diego<br>401 B St Suite 2000<br>San Diego, CA 92101<br>bwatrous@graycary.com<br>jallcock@graycary.com | Hewlett-Packard Company | 619.699.2639 | 619.699.2701 |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Hewlett-Packard Company | 903.757.8449 | 1.903.758.7397 |
| **Nicholas H Patton**<br>**Robert William Schroeder, III**<br>**Justin Kurt Truelove**<br>Patton & Tidwell<br>4605 Texas Blvd<br>PO Box 5398<br>Texarkana, TX 75505-5398<br>nickpatton@texarkanalaw.com<br>schroeder@texarkanalaw.com<br>ktruelove@texarkanalaw.com | Hewlett-Packard Company | 903.792.7080 | 903.792.8233 |
| **Daniel W. McDonald**<br>Merchant & Gould PC<br>80 South Eighth Street – Suite 3200<br>Minneapolis, MN 55402-2215<br>dmcdonald@merchant-gould.com | Jasc Software, Inc. | 612.332.5300 | 612.332.9081 |
| **Deakin T. Lauer**<br>Merchant & Gould PC<br>80 South Eighth Street – Suite 3200<br>Minneapolis, MN 55402-2215<br>dlauer@merchant-gould.com | Jasc Software, Inc. | 612.332.5300 | 612.332.9081 |
| **Franklin A. Poff, Jr.**<br>Crisp, Boyd & Poff, L.L.P.<br>2301 Moores Lane<br>Texarkana, TX 75503<br>fpoff@cbplaw.com | Jasc Software, Inc. | 903.838.6123 | 903.832-8489 |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | JVC Americas Corporation | 903.757.8449 | 1.903.758.7397 |
| **Morton Amster**<br>Amster Rothstein & Ebenstein<br>90 Park Ave<br>New York, NY 10016 | JVC Americas Corporation | 212.697.5995 | |
| **Jennifer Parker Ainsworth**<br>Wilson Sheehy Knowles Robertson & Cornelius PC<br>909 ESE Loop 323<br>Suite 400<br>P.O. Box 7339<br>Tyler, TX 75711-7339<br>jainsworth@wilsonlawfirm.com | Kyocera Wireless Corporation | 903.509.5000 | 903.509.5091 |

| | | | |
|---|---|---|---|
| **Stuart Lubitz**<br>Hogan & Hartson LLP<br>500 S Grand Ave<br>Ste 1900 Biltmore Tower<br>Los Angeles, CA 90071<br>slubitz@hhlaw.com | Kyocera Wireless Corporation | 213.337.6700 | 1.213.337.6701 |
| **Harry Lee Gillam, Jr**<br>**Melissa Richards Smith**<br>Gillam & Smith, L.L.P.<br>110 South Bolivar<br>Suite 204<br>Marshall, TX 75670<br>gil@gillamsmithlaw.com<br>melissa@gillamsmithlaw.com | Macromedia Incorporated | 903.934.8450 | 903.934.9257 |
| **Charlene M Morrow**<br>**Chien-Ju Alice Chen**<br>**Daniel Richard Brownstone**<br>**Heather N Mewes**<br>**Michael J Sacksteder**<br>Darryl M Woo<br>Fenwick & West - Mountain View<br>Silicon Valley Center<br>801 California St<br>Mountain Valley, CA 94041<br>cmorrow@fenwick.com<br>achen@fenwick.com<br>dbrownstone@fenwick.com<br>dwoo@fenwick.com<br>hmewes@fenwick.com<br>msacksteder@fenwick.com | Macromedia Incorporated | 650.998.8500 | 650.938.5200 |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Matsushita Electric Corporation of America | 903.757.8449 | 1.903.758.7397 |
| **Morton Amster**<br>Amster Rothstein & Ebenstein<br>90 Park Ave<br>New York, NY 10016 | Matsushita Electric Corporation of America | 212.697.5995 | |
| **John W. Kozak**<br>Ledydig, Voit & Mayer, LTD<br>Two Prudential Plaza<br>180 North Stetson, Suite 4900<br>Chicago, IL 60601 | Mitsubishi Digital Electronics America Inc | | |
| **Clyde Moody Siebman**<br>Siebman Reynolds & Burg LLP<br>421 N Crockett<br>Sherman, TX 75090<br>siebmanecfin@texoma.net | Oce North America Incorporated | 903.870.0070 | 903.870.0066 |
| **Frederick H Colen**<br>**Reed Smith LLP**<br>435 Sixth Avenue<br>Pittsburgh PA  15219 | Oce North America Incorporated | | |
| **Robert F Zielinski**<br>Wolf Block Schorr and Solis-Cohen LLP<br>1650 Arch Street<br>22nd Floor<br>Philadelphia Pennsylvania  19103 | Onkyo USA Corporation | | |

| | | | |
|---|---|---|---|
| **Barry J Bendes**<br>Wolf Block Schorr and Solis-Cohen LLP<br>250 Park Avenue<br>New York New York  10177 | Onkyo USA Corporation | | |
| **Mark Flanagan**<br>**M. Craig Tyler**<br>Wilson, Sonsini, Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94303-1050 | PalmOne Incorporated | | |
| **Morton Amster**<br>**Abraham Kasdan**<br>**Joseph M Casino**<br>Amster Rothstein & Ebenstein<br>90 Park Ave<br>New York, NY 10016 | Panasonic Communications Corporation of America | 212.697.5995 | |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Panasonic Communications Corporation of America | 903.757.8449 | 1.903.758.7397 |
| **Morton Amster**<br>**Abraham Kasdan**<br>**Joseph M Casino**<br>Amster Rothstein & Ebenstein<br>90 Park Ave<br>New York, NY 10016 | Panasonic Mobile Communications Development Corporation of USA | 212.697.5995 | |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Panasonic Communications Corporation of America | 903.757.8449 | 1.903.758.7397 |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Ricoh Corporation | 903.757.8449 | 1.903.758.7397 |
| **Anthony Roth**<br>Morgan, Lewis, & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | Ricoh Corporation | | |
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Riverdeep Incorporated<br>*dba*<br>Broderbund | 903.757.8449 | 1.903.758.7397 |
| **Matthews Hall**<br>Kolisch Hartwell, P.C.<br>200 Pacific Building<br>520 S.W. Yamhill Road<br>Portland, Oregon 97204 | Riverdeep Incorporated<br>*dba*<br>Broderbund | | |
| **Anthony Roth**<br>Morgan, Lewis, & Bockius, LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | Savin Corporation | | |

| | | | |
|---|---|---|---|
| **Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606<br>eric@albrittonlawfirm.com | Savin Corporation | 903.757.8449 | 1.903.758.7397 |
| **Thomason S.A.**<br>Attention: Legal Department<br>10330 North Meridian Street<br>Indianapolis, IN 46290 | Thomson S A | | |
| **Andrew Paul Price**<br>**Edmund Lee Haag**<br>Fulbright & Jaworski<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010-3095<br>lhaag@fulbright.com | Thomson Inc | 713.651.5429 | 1.713.651.5246 |
| **Lance Lee**<br>Young Pickett & Lee<br>4122 Texas Blvd<br>PO Box 1897<br>Texarkana, TX 75504-1897<br>wlancelee@aol.com | Xerox Corporation | 903.794.1303 | 903.794.5098 |
| **James Bradley**<br>Sidley, Austin, Brown & Wood, LLP<br>717 North Harwood<br>Dallas, TX 75201 | Xerox Corporation | | |