Appendix K

Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT
04 AUG 19 PM 4:38
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # 2:04-CV-00158-DF   BY_____

Style: Compression Labs Inc. v. Adobe Systems, Inc., et al

2. Applicant is representing the following party/ies:
Onyko U.S.A. Corporation

3. Applicant was admitted to practice in New York (state) on March 1975 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
please see attached schedule

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Barry J. Bendes _____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date August 18, 2004    Signature _____

Name (please print) __Barry J. Bendes__

State Bar Number __NY - 1518513__

Firm Name: __Wolf Block Schorr & Solis-Cohen LLC__

Address/P.O. Box: __250 Park Avenue__

City/State/Zip: __New York, New York  10177__

Telephone #: __212-883-4965__

Fax #: __212-672-1165__

E-mail Address: __bbendes@wolfblock.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this __30__ day of __August__, 20__04__.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____C. Hinton_____
Deputy Clerk

Schedule to Application for Leave to Appear Pro Hac Vice

Admissions

| | |
|---|---|
| New York State Supreme Court | March 1975 |
| New Jersey Supreme Court | December 19, 1988 |
| U.S. District Court, Southern District of New York | April 8, 1975 |
| U.S. District Court, Eastern District of New York | April 30, 1975 |
| U.S. District Court of New Jersey | December 19, 1988 |
| U.S. Court of Appeals 2nd Circuit | July 11, 1975 |
| U.S. Court of Appeals 3rd Circuit | October 7, 1999 |
| U.S. Court of Appeals 7th Circuit | August 15, 1997 |
| U.S. Tax Court | November 8, 1988 |
| U.S. Court of International Trade | October 30, 1985 |



DSN:230738_1/ONK002-221191

**Appendix K**                                                                              Revised: 12/3/03

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

04 AUG 19 PM 4:38

TX EASTERN-MARSHALL

BY_____

1. This application is being made for the following: Case # 2:04-CV-158-DF
   Style: Compression Labs, Inc. v. AGFA Corp. et al.

2. Applicant is representing the following party/ies:
   Onkyo U.S.A. Corporation

3. Applicant was admitted to practice in CA & NY (state) on 11/30/82 & 11/8/82 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
    C.D. Calif.; S.D.N.Y.; W.D. Mich.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Kenneth G. Roberts, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date August 18, 2004        Signature _/s/ Kenneth Roberts_

006141

Name (please print) Kenneth G. Roberts

State Bar Number CA 106945; NY 1871888

Firm Name: Wolf, Block, Schorr and Solis-Cohen LLP

Address/P.O. Box: 250 Park Avenue

City/State/Zip: New York, NY 10177

Telephone #: (212) 883-4914

Fax #: (212) 672-1114

E-mail Address: KRoberts@wolfblock.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 20th day of August, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By   C. Hinton

Deputy Clerk