IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC. | § | |
| | § | |
| | § | |
| VS. | § | Civil Case No. 2:04-CV-158 (DF) |
| | § | |
| ADOBE SYSTEMS, INC., et al. | § | |

### (PROPOSED) ORDER ON PLAINTIFF'S MOTION FOR ORDER TO CONDUCT FED. R. CIV. P. 26(f) CONFERENCE

Before the Court is Plaintiff's motion for order to confer pursuant to Fed. R. Civ. P. 26(f). Having considered the matter, the Court GRANTS the motion and orders that the parties confer as required by Rule 26(f) on or before September 3, 2004.

ORDERED and SIGNED this _____ day of _____, 2004.

_____
David Folsom
United States District Judge