**Appendix K**                                                 **Revised: 12/3/03**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT

04 AUG 24 PM 3: 29

TX EASTERN-MARSHALL

1. This application is being made for the following: Case #02-04-158

Style: <u>Compression Labs, Inc., v. Agfa Corp., et al.</u>

2. Applicant is representing the following party/ies: <u>Compression Labs, Inc.</u>    BY

3. Applicant was admitted to practice in <u>Illinois</u> (state) on <u>November 6, 2003</u> (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: <u>Northern District of Illinois; the State Court of Illinois.</u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

      I, Brian N. Anderson do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date August 20, 2004        Signature _____

CHICAGO 293057v1 22768-00143

Name (please print) ___Brian N. Anderson_____

State Bar Number ___6280794_____

Firm Name:       ___Jenkens & Gilchrist, P.C._____

Address/P.O. Box:   _225 West Washington Street, Suite 2600___

City/State/Zip: ____Chicago, IL 60606_____

Telephone #:     ___312-425-3900_____

Fax #:           ___312-425-3909_____

E-mail Address: ___banderson@jenkens.com_____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _24_day of _August_____, 20 _04_.

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By          _____

Deputy Clerk