IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 2:04-CV-158-DF |
| ) | |
| AGFA CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE REGARDING
DEFENDANT MACROMEDIA, INC.

This matter having come before the Court on the pleadings of record and it being represented that plaintiff Compression Labs, Inc. ("CLI") and defendant Macromedia, Inc. ("Macromedia") have reached final agreement on settlement of the claims made in this action by CLI against Macromedia, and, based upon the agreement, consent and approval of CLI and Macromedia, IT IS HEREBY STIPULATED as follows:

1. This Court has personal jurisdiction over CLI and Macromedia and over the subject matter of this action;

2. All claims in this action brought by CLI against Macromedia are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1);

3. CLI and Macromedia are to bear their own attorneys' fees and costs with respect to the dismissed claims; and

1

4. The Court retains jurisdiction to enforce the terms of the Confidential Settlement Agreement of August 20, 2004 by and between Compression Labs, Inc., Forgent Networks, Inc., and Macromedia, Inc., and any amendments thereto.

Dated: August 31, 2004

Respectfully submitted,

By: _____
Harry Lee Gillam, Jr.
Melissa Smith
Gillam & Smith LLP
110 South Bolivar Street
Suite 204
Marshall, Texas 75670

ATTORNEYS FOR MACROMEDIA, INC.

Dated: August 31, 2004

By: _____
Stephen G. Rudisill (*attorney-in-charge*)
  Illinois Bar No.: 2417049
  Texas Bar No.: 17376050
  srudisill@jenkens.com
John C. Gatz
  Illinois Bar No.: 6237140
  jgatz@jenkens.com
Russell J. Genet
  Illinois Bar No.:6255982
  rgenet @jenkens.com
Justin D. Swindells
  Illinois Bar No.: 6257291
  jswindells@jenkens.com
JENKENS & GILCHRIST, P.C.
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
Tel.   (312) 425-3900
Fax    (312) 425-3909

S. Calvin Capshaw III
  Texas Bar No.: 03783900

2

ccapshaw@mailbmc.com
BROWN, McCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
Tel. (903) 236-9800
Fax. (903) 236-8787

Franklin Jones, Jr.
   Texas Bar No.: 00000055
   maiezieh@millerfirm.com
JONES & JONES, Inc., P.C.
201 West Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas 75670-1249
Tel. (903) 938-4395
Fax. (903) 938-3360

Otis Carroll
   Texas Bar No.: 03895700
Jack Wesley Hill
   Texas Bar No.: 24032294
   nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Tel. (903) 561-1600
Fax. (903) 581-1071

Carl R. Roth
   Texas Bar No.: 17312000
   cr@rothfirm.com
Michael C. Smith
   Texas Bar No.: 18650410
   ms@rothfirm.com
THE ROTH LAW FIRM
115 North Wellington, Suite 200
P.O. Box 876
Marshall, Texas 75670
Tel. (903) 935-1665
Fax (903) 935-1797

ATTORNEYS FOR COMPRESSION LABS, INC.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 31 day of August, 2004.

HARRY L. GILLAM, JR.

4