IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC. | § | |
| | § | |
| | § | |
| VS. | § | Civil Case No. 2:04-CV-158 (DF) |
| | § | |
| ADOBE SYSTEMS, INC., et al. | § | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR
ORDER TO CONDUCT FED. R. CIV. P. 26(f) CONFERENCE**

On August 24, 2004, Plaintiff filed its Motion for Order to Conduct Fed. R. Civ. P. 26(f) Conference (Docket # 96). Having pursued this matter further with counsel for Defendants, Plaintiff hereby withdraws its motion.

Respectfully submitted,

/s/ Stephen G. Rudisill (by permission Wesley Hill)
Stephen G. Rudisill (Attorney-in-charge)
Tex. Bar. No. 17376050
John C. Gatz
Ill. Bar No. 6237140
Russell J. Genet
Ill. Bar No. 6255982
Justin D. Swindells
Ill. Bar No. 6257291
JENKENS & GILCHRIST
225 West Washington St., Ste. 2600
Chicago, IL 60606
Tel: (312) 425-3900
Fax: (312) 425-3909
Email: srudisill@jenkens.com

OF COUNSEL:

Otis W. Carroll
Tex. Bar No. 03895700
Wesley Hill
Tex. Bar No. 24032294
IRELAND, CARROLL & KELLEY, P.C

6101 S. Broadway, Suite 500
Tyler, Texas 75703
Telephone: (903) 561-1600
Facsimile: (903) 581-1071
Email:  fedserv@icklaw.com

Franklin Jones, Jr.
Tex. Bar No. 00000055
JONES AND JONES, INC., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, Texas 75671-1249
Telephone: (903) 938-4395
Facsimile: (903) 938-3360
E-mail: maizieh@millerfirm.com

S. Calvin Capshaw
Tex. Bar No. 03783900
Elizabeth L. DeRieux
Tex. Bar. No. 05770585
BROWN McCARROLL, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-Mail: ccapshaw@mailbmc.com

Carl Roth
The Roth Law Firm
115 N. Wellington, Suite 200
Marshall, TX 75670
Tel: (903) 935-1665
Fax: (903) 935-1797

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via electronic delivery or United States mail this 7th day of September, 2004.

/s/ Wesley Hill