**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Compression Labs, Incorporated, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | C.A. No. 2:04-CV-158-DF |
| ) | |
| Agfa Corporation, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S OPPOSITION TO ONKYO U.S.A. CORPORATION'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7) OR, IN THE ALTERNATIVE, TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

I.   **INTRODUCTION**

Defendant Onkyo U.S.A. Corporation's ("Onkyo") Motion to Dismiss or Transfer relies entirely upon the Motions to Dismiss or Transfer that were filed by the remaining defendants in this case on July 6, 2004, and incorporates by reference all of the arguments made in those motions.  Accordingly, Plaintiff Compression Labs, Inc. ("CLI") asks that this motion be denied in its entirety for the reasons detailed in CLI's Opposition Brief[1] filed on July 26, 2004 and in CLI's Surreply Brief[2] filed on August 25, 2004, both of which are hereby incorporated by reference.

---

[1] *PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(7), OR, IN THE ALTERNATIVE, MOTION TO TRANSFER* (Dkt. # 70) (hereafter referred to as "CLI's Opposition Brief")

[2] *PLAINTIFF'S SURREPLY BRIEF IN DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(7), OR, IN THE ALTERNATIVE, MOTION TO TRANSFER* (Dkt. # 98) (hereafter referred to as "CLI's Surreply Brief").

CHICAGO 294005v1 22768-00143

## II.    DISMISSAL UNDER RULE 12(B)(7) IS NOT PROPER

Onkyo argues that this case should be dismissed because General Instrument Corp. ("GI") is not a party in this lawsuit. This argument fails for several reasons. First, CLI alone has the sole, exclusive, and unrestricted right and power to litigate, license, and defend the patent-in-suit[3] in the JPEG field-of-use. GI is therefore not an indispensable party. Second, even if GI is a necessary and indispensable party, this case can only be dismissed if it is **not feasible** to join GI under Rule 19 of the Federal Rules of Civil Procedure. Joinder of GI under Rule 19 **is feasible** in this case. Therefore, at most, Rule 19 provides Onkyo with a remedy in the form of an order that GI be joined as a party. But, even this remedy is unwarranted because GI is not a necessary party, much less an indispensable one. CLI's detailed analysis of these issues are provided in CLI's Opposition Brief and Surreply Brief.

## III.    THIS COURT IS THE APPROPRIATE FORUM FOR THIS CASE

Onkyo's motion to transfer this case to the District of Delaware pursuant to 28 U.S.C. § 1404 also fails because Onkyo has not carried its heavy burden of showing that the interest of justice and the convenience of the witnesses and parties will be better served by transferring this action. *See Z-Tel Communications, Inc. v. SBC Communications, Inc.*, --- F.Supp.2d ----, 2004 WL 1895110 at *3, 11 (E.D.Tex. Aug 06, 2004) (*citing and quoting Syndicate 420 at Lloyd's London v. Early American Ins. Co.,* 796 F.2d 821, 828 (5th Cir.1986) ("the next step is to proceed to a balancing of the public and private interest factors, bearing always in mind that 'unless the balance is strongly in favor of the defendant, the plaintiff's choice of forum should rarely be disturbed.'")); *see also Datamize, Inc. v. Fidelity Brokerage Services, LLC*, 2004 WL 1683171 at *12 (E.D.Tex.2004) ("the private and public interest factors of 28 U.S.C § 1404(a) weigh against transfer of this case").

---

[3] U.S. Patent No. 4,698,672, hereafter "the '672 Patent."

CLI's detailed analysis of the factors considered for a transfer under § 1404(a) are detailed in CLI's Opposition Brief.

## IV. CONCLUSION

For reasons set forth and detailed in CLI's Opposition Brief and Surreply Brief, CLI requests that this Court deny Onkyo's motion to dismiss and deny Onkyo's motion to transfer this case to the District of Delaware.

                                    Respectfully submitted,
                                    Compression Labs, Inc.

Dated: September 7, 2004        By: */s/ Michael Smith*

                                    Stephen G. Rudisill (*attorney-in-charge*)
                                        Illinois Bar No.: 2417049
                                        Texas Bar No.: 17376050
                                        srudisill@jenkens.com
                                  John C. Gatz
                                        Illinois Bar No.: 6237140
                                        jgatz@jenkens.com
                                  Russell J. Genet
                                        Illinois Bar No.:6255982
                                        rgenet @jenkens.com
                                  Justin D. Swindells
                                        Illinois Bar No.: 6257291
                                        jswindells@jenkens.com
                                  JENKENS & GILCHRIST, P.C.
                                  225 West Washington Street, Suite 2600
                                  Chicago, Illinois  60606
                                  Tel.   (312) 425-3900
                                  Fax   (312) 425-3909

                                  S. Calvin Capshaw III
                                        Texas Bar No.: 03783900
                                        ccapshaw@mailbmc.com
                                  BROWN, McCARROLL, L.L.P.
                                  1127 Judson Road, Suite 220
                                  Longview, Texas  75601-5157
                                  Tel.   (903) 236-9800
                                  Fax.  (903) 236-8787

Franklin Jones, Jr.
    Texas Bar No.: 00000055
    maiezieh@millerfirm.com
JONES & JONES, Inc., P.C.
201 West Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas  75670-1249
Tel.    (903) 938-4395
Fax.    (903) 938-3360

Otis Carroll
    Texas Bar No.: 03895700
Jack Wesley Hill
    Texas Bar No.: 24032294
    nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas  75703
Tel.    (903) 561-1600
Fax.    (903) 581-1071

Carl R. Roth
    Texas Bar No.: 17312000
    cr@rothfirm.com
Michael C. Smith
    Texas Bar No.: 18650410
    ms@rothfirm.com
THE ROTH LAW FIRM
115 North Wellington, Suite 200
P.O. Box 876
Marshall, Texas 75670
Tel.    (903) 935-1665
Fax    (903) 935-1797

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 7th day of September, 2004.

                  */s/ Michael Smith*
                  _____