# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

Compression Labs, Incorporated,    )
                                   )
     *Plaintiff*,                )
  v.                               )   C.A. No. 2:04-CV-158-DF
                                   )
Agfa Corporation, *et al.,*        )
                                   )
     *Defendants*.              )

## ORDER DENYING DEFENDANT ONKYO'S MOTION TO DISMISS

CAME ON TO BE HEARD this day Defendant Onkyo U.S.A. Corporation's Motion to Dismiss or Transfer. Having reviewed the motion and response thereto, the Court finds that the Defendant's motion is not well-taken, and should be DENIED.

It is, therefore, ORDERED that Defendant Onkyo's Motion to Dismiss or Transfer Venue is in all things DENIED.

Signed this _____ day of _____, 2004.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE