IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC. | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 2:04-CV-158-DF |
| AGFA CORPORATION, et al., | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

PURSUANT TO STIPULATION, CLI's claims against Macromedia in this matter are hereby dismissed with prejudice, with CLI and Macromedia to bear their own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the August 20, 2004 Confidential Settlement Agreement by and between CLI and Macromedia, and any amendments thereto.

IT IS SO ORDERED.

SIGNED this 7th day of Sept., 2004.

_____
UNITED STATES DISTRICT JUDGE

CHICAGO 293557v1 22768-00143