**Appendix K**

**Revised 12/3/01**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
Marshall    **DIVISION**
**APPLICATION TO APPEAR PRO HAC VICE**

CLERK
U.S. DISTRICT COURT

04 SEP 10  PM 3: 22

TX EASTERN-MARSHALL

BY

1. This application is being made for the following: Case # 2:04cv158

Style: Compression Labs, Inc. v. Agfa Corp., et al.

2. Applicant is representing the following party/ies:

Matsushita Electric Corp. of America; JVC Americas Corp.; Panasonic Comm. Corp. of America; Panasonic Mobile Comm. Dev. Corp. of U.S.A.

3. Applicant was admitted to practice in New York (state) on 2002 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

U.S. District Court for the Southern District of New York.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, David A. Boag do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 9-7-04    Signature _____

Dockets.Justia.com

Name (please print) ___David A. Boag___

State Bar Number ___4052486___

Firm Name: ___Amster Rothstein & Ebenstein LLP___

Address/P.O. Box: ___90 Park Avenue___

City/State/Zip: ___New York, NY 10016___

Telephone #: ___(212) 336-8030___

Fax #: ___(212) 335-8001___

E-mail Address: ___dboag@arelaw.com___

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _10th_ day of ___Sept___, 20 _04_

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____C. Hinton_____

Deputy Clerk

**Appendix K**

Revised 12/3/02

CLERK
U.S. DISTRICT COURT

04 SEP 10 PM 3: 22

TX EASTERN-MARSHALL

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
Marshall___ DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

1.This application is being made for the following: Case # 2:04cv158_____

Style:___ Compression Labs, Inc. v. Agfa Corp., et al._____ BY___

2. Applicant is representing the following party/ies:

___Matsushita Electric Corp. of America; JVC Americas Corp.; Panasonic Comm. Corp. of America; Panasonic Mobile Comm. Dev. Corp. of U.S.A.

3.Applicant was admitted to practice in _New York_ (state) on ___1952_____ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).    If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: U.S. District Court for the District of Columbia; U.S. District Court for the Eastern District of New York; U.S. District Court for the Southern District of New York.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

        I, _Morton Amster_____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _9/8/04_____                Signature _____

Name (please print) ___ Morton Amster _____

State Bar Number ___ 1193689 _____

Firm Name: _____ Amster Rothstein & Ebenstein LLP _____

Address/P.O. Box: ___ 90 Park Avenue _____

City/State/Zip: _____ New York, NY 10016 _____

Telephone #: _____ (212) 336-8030 _____

Fax #: _____ (212) 335-8001 _____

E-mail Address: _____ mamster@arelaw.com _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _10th_ day of ___Sept___, 20_04_

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____ C Hinton _____

Deputy Clerk

**Appendix K**

Revised: 12/3/03

FILED CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
Marshall **DIVISION**

04 SEP 10 PM 3: 22

TX EASTERN-MARSHALL

### APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:04cv158

Style: Compression Labs, Inc. v. Agfa Corp., et al.                    BY

2. Applicant is representing the following party/ies:

Matsushita Electric Corp. of America; JVC Americas Corp.; Panasonic Comm. Corp. of America; Panasonic Mobile Comm. Dev. Corp. of U.S.A.

3. Applicant was admitted to practice in New York (state) on 1986 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).    If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: U.S. District Court for the District of New Jersey; U.S. District Court for the Eastern District of New York; U.S. District Court for the Southern District of New York.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Abraham Kasdan                    do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date Sept. 7, 2004                Signature Abraham Kasdan

| | |
|---|---|
| Name (please print) | Abraham Kasdan |
| State Bar Number | 2040772 |
| Firm Name: | Amster Rothstein & Ebenstein LLP |
| Address/P.O. Box: | 90 Park Avenue |
| City/State/Zip: | New York, NY 10016 |
| Telephone #: | (212) 336-8030 |
| Fax #: | (212) 335-8001 |
| E-mail Address: | akasdan@arelaw.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this _10th_ day of _Sept_____, 20_04_

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

**Appendix K**

Revised 12/3/03

FILED CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
_____Marshall_____ **DIVISION**

04 SEP 10 PM 3: 22

**APPLICATION TO APPEAR PRO HAC VICE**

TX EASTERN-MARSHALL

1.This application is being made for the following: Case # __2:04cv158__

Style: __Compression Labs, Inc. v. Agfa Corp., et al.__

BY_____

2. Applicant is representing the following party/ies:

__Matsushita Electric Corp. of America; JVC Americas Corp.; Panasonic Comm. Corp. of America; Panasonic Mobile Comm. Dev. Corp. of U.S.A.__

3.Applicant was admitted to practice in __New York__ (state) on __1997__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

U.S. District Court for the Eastern District of New York; U.S. District Court for the Southern District of New York.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Joseph Casino__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __9 / 7 / 04__        Signature __Joseph Casino__

| | |
|---|---|
| Name (please print) | Joseph Casino |
| State Bar Number | 2835338 |
| Firm Name: | Amster Rothstein & Ebenstein LLP |
| Address/P.O. Box: | 90 Park Avenue |
| City/State/Zip: | New York, NY  10016 |
| Telephone #: | (212) 336-8030 |
| Fax #: | (212) 335-8001 |
| E-mail Address: | jcasino@arelaw.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 10th day of Sept , 20 04 .

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By          C. Hinton

Deputy Clerk