# United States District Court
# Eastern District of Texas

**COMPRESSION LABS, INC.**                                               **NOTICE**

**V.**

**ADOBE SYSTEMS**                                               **CASE NUMBER: 2:04-CV-158**

TYPE OF CASE:        **X ___ CIVIL**           ___ **CRIMINAL**

_**X**___ TAKE NOTICE that a proceeding in this case has been set for the place, date, & time set forth below:

| PLACE | DATE & TIME |
|---|---|
| United States Courthouse<br>100 E. Houston ST.<br>Marshall, Texas 75670 | Monday, October 4, 2004, at 11:15 am |

TYPE OF PROCEEDING:

**MANAGEMENT CONFERENCE**

____TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE & TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE & TIME |
|---|---|---|
|  |  |  |

                                                        Honorable David Folsom
                                                        U.S. DISTRICT JUDGE

September 22, 2004                              (by) Mel Martin, Courtoom Deputy
DATE

To:   PTY ATTYS OF RECORD
      COURT REPORTER
      COURT COORDINATOR
      CSO