IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 2:04-CV-158-DF** |
| § | |
| § | |
| **Agfa Corporation, et al.,** § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE OF COUNSEL

Fuji Photo Film USA, Defendant in the above-captioned case, files this Notice of Appearance of Counsel as follows:

1. Defendant, pursuant to Local Rule CV-11, hereby designates Steven J. Routh, Hogan & Hartson, L.L.P., 555 13th Street N.W., Washington, DC 20004-1109, phone: (202) 637-5600, fax: (202) 637-5910, and e-mail address: SJRouth@HHLAW.com, as the attorney in charge.

2. Defendant, pursuant to Local Rule CV-11, hereby designates William C. Gooding, Texas State Bar #08151500, Gooding & Crittenden, L.L.P., 2005 Moores Lane, P.O. Box 6168, Texarkana, Texas 75505-6168, phone: (903) 794-3125, fax: (903) 792-4708, and e-mail address: billgooding@gooding-crittenden.com, as additional counsel for Defendants.

3. Defendant certifies that this Notice has been served upon all other counsel of record, and Defendant requests the Clerk take notice of this appearance of counsel.

Case 2:04-cv-00158-DF    Document 108    Filed 09/23/2004    Page 2 of 2

Compression Labs, Incorporated v. Agfa Corporation, et al.
NOTICE OF APPEARANCE OF COUNSEL
Page 2

Respectfully submitted,

By: *William C. Gooding* (signature)
William C. Gooding
TSB # 08151500
GOODING & CRITTENDEN, L.L.P.
2005 Moores Lane
P. O. Box 6168
Texarkana, TX 75505-6168
Telephone: 903/794-3125
Fax: 903/792-4708

ATTORNEY FOR DEFENDANT
FUJI PHOTO FILM USA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF APPEARANCE OF COUNSEL** been served on all counsel of record via:

| | |
|---|---|
| _____ | Hand Delivery |
| _____ | Regular Mail |
| _____ | Certified Mail—Return Receipt Requested |
| _____ | Facsimile |
| _____ | Overnight Mail |
| _____ | Federal Express |
| ✓ | E-File |

on this the 23 day of September, 2004.

*William C. Gooding* (signature)
William C. Gooding