IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation, et al.,** § | |
| Defendants. § | |

### DEFENDANT FUJI PHOTO FILM U.S.A., INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Fuji Photo Film U.S.A., Inc. hereby discloses that it is 100-percent owned by FUJIFILM America, Inc., which in turn is 100-percent owned by Fuji Photo Film Co., Ltd., a publicly-held corporation.

Respectfully submitted,

By: _/s/ William C. Gooding_
William C. Gooding
TSB # 08151500
GOODING & CRITTENDEN, L.L.P.
2005 Moores Lane
P. O. Box 6168
Texarkana, TX 75505-6168
Telephone: 903/794-3125
Fax: 903/792-4708

Attorneys for Defendant Fuji Photo Film USA

Of Counsel:
Steven J. Routh
HOGAN & HARTSON, LLP
555 13th Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-6472

\\\DC - 83367/0002 - 1997075 v1

Dockets.Justia.com

Compression Labs, Incorporated v. Agfa Corporation, et al.
DEFENDANT FUJI PHOTO FILM USA, INC.'S RULE 7.1 DISCLOSURE STATEMENT
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT FUJI PHOTO FILM U.S.A., INC.'S RULE 7.1 DISCLOSURE STATEMENT** has been served on all counsel of record via:

|  |  |
|---|---|
| _____ | Hand Delivery |
| _____ | Regular Mail |
| _____ | Certified Mail—Return Receipt Requested |
| _____ | Facsimile |
| _____ | Overnight Mail |
| _____ | Federal Express |
| ✓ | E-File |

on this the  23  day of September, 2004.

_____
William C. Gooding

\\\DC - 83367/0002 - 1997075 v1