# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

------------------------------------ x

Compression Labs, Incorporated,

                Plaintiff,

            v.

Civil Action No. 2:04-CV-158 DF

Jury Demanded

1. Agfa Corporation,
2. Apple Computer, Incorporated,
3. Axis Communications, Incorporated,
4. Canon USA, Incorporated,
5. Concord Camera Corporation,
6. Creative Labs, Incorporated,
7. Eastman Kodak Company,
8. Fuji Photo Film U.S.A.,
9. Fujitsu Computer Products of America, Inc.
10. Gateway, Incorporated,
11. Hewlett-Packard Company,
12. JASC Software,
13. JVC Americas Corporation,
14. Kyocera Wireless Corporation,
15. Matsushita Electric Corporation of America,
16. Mitsubishi Digital Electronics America, Incorporated,
17. Océ North America, Incorporated,
18. Onkyo U.S.A. Corporation,
19. PalmOne, Incorporated,
20. Panasonic Communications Corporation of America,
21. Panasonic Mobile Communications Development Corporation of USA,
22. Ricoh Corporation,
23. Riverdeep, Incorporated (d.b.a. Broderbund),
24. Savin Corporation,
25. Thomson, Incorporated, and
26. Xerox Corporation,

                Defendants.

------------------------------------ x

## **ORDER**

The Motion to Stay Discovery Pending Resolution of Their Motion to Dismiss or Transfer filed by the defendants shall be, and is hereby, GRANTED.

1

2

SIGNED the _____ day of _____, 2004.

_____
HONORABLE DAVID J. FOLSOM
UNITED STATES DISTRICT JUDGE