# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC., <br>          Plaintiff, <br><br> v. <br><br> 1. Agfa Corporation <br> 2. Apple Computer, Incorporated, <br> 3. Axis Communications, Incorporated, <br> 4. Canon USA, Incorporated, <br> 5. Concord Camera Corporation, <br> 6. Creative Labs, Incorporated, <br> 7. Eastman Kodak Company, <br> 8. Fuji Photo Film U.S.A., <br> 9. Fujitsu Computer Products of America, <br> 10. Gateway, Incorporated, <br> 11. Hewlett-Packard Company, <br> 12. JASC Software, <br> 13. JVC Americas Corporation, <br> 14. Kyocera Wireless Corporation, <br> 15. Macromedia, Incorporated, <br> 16. Matsushita Electric Corporation of America, <br> 17. Mitsubishi Digital Electronics America, Incorporated, <br> 18. Océ North America, Incorporated, <br> 19. Onkyo U.S.A. Corporation, <br> 20. palmOne, Incorporated, <br> 21. Panasonic Communications Corporation of America, <br> 22. Panasonic Mobile Communications of America, <br> 23. Ricoh Corporation, <br> 24. Riverdeep, Incorporated (d.b.a Broderbund, <br> 25. Savin Corporation, <br> 26. Thomson, S.A., and <br> 27. Xerox Corporation, <br>          Defendants. | C.A. No. 02:04-CV-158-DF <br><br> **EASTMAN KODAK COMPANY'S NOTICE OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)** |

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(e), Defendant Eastman Kodak Company gives notice that they served their Initial Disclosures on all parties on September 29, 2004, pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule CV-26(b).

Dated:  September 29, 2004

                                         */s/ Nicholas H. Patton*
                                         Nicholas H. Patton
                                         PATTON, TIDWELL & SCHROEDER, LLP
                                         4605 Texas Blvd.
                                         P.O. Box 5398
                                         Texarkana, Texas 75505-5398
                                         903.792.7080
                                         903.792.8233 (Facsimile)
                                         nickpatton@texarkanalaw.com

                                         *COUNSEL FOR EASTMAN KODAK COMPANY*

OF COUNSEL:

Joseph P. Lavelle
lavellej@howrey.com
Kenneth W. Donnelly
donnellyk@howrey.com
Vivian S. Kuo
kuov@howrey.com
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, NW
Washington,  DC  20004
202.783.0800
202.383.6610 (Facsimile)

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P.5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via facsimile and/or U.S. First Class Mail this 29th day of September, 2004.

                                                                /s/ *Nicholas H. Patton*
                                                                Nicholas H. Patton