**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**ISÏò¿á`>„Ÿ&ÂùWä("Dà Øë;ZÝ¢ŒwÉc!4e(0.0gÂ<"¥• FfÞÎ„ŸŸ Ð¹ D9X•6• • Ýƒ IC**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 29th day of September, 2004.

                                             /s/ Scott E. Stevens
                                              Scott E. Stevens