IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INCORPORATED, | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:04-CV-158 |
| v. | § § | JUDGE FOLSOM |
| AGFA CORPORATION, ET AL. | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## NOTICE OF SERVICE OF
## DEFENDANT THOMSON, INC.'S INITIAL DISCLOSURES
## PURSUANT TO FED. R. CIV. P. 26(a)(1)

Please take notice that Defendant Thomson, Inc. served its Initial Disclosures on all parties on September 29, 2004.

Dated: September 29, 2004

Respectfully submitted,

By: _____
E. Lee Haag
Attorney-in-Charge
State Bar No. 08657700
Federal I.D. No. 10857
Lhaag@fulbright.com
Andrew Price
State Bar No. 24002791
Federal I.D. No. 22348
Aprice@fulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

OF COUNSEL:

Guy N. Harrison
217 North Center Street
P.O. Box 2845
Longview, Texas 75606
Telephone: (903) 758-7361
Facsimile: (903) 753-9557
Email: gnharrison@att.net

## CERTIFICATE OF SERVICE

    The undersigned certified that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the foregoing document was served on all counsel who are deemed to have consented to electronic service. Local Role CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 29th day of September, 2004.

_____
E. Lee Haag