# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| **Compression Labs, Incorporated,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 2:04-CV-158-DF |
| | § | |
| **Agfa Corporation**, *et al*., | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF COMPLIANCE WITH RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Concord Camera Corp., defendant in the above-entitled and numbered civil action, certifies that on September 29, 2004, it complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Scott L. Lampert
Florida State Bar No. 0085642
4000 Hollywood Blvd. Ste. 650N
Hollywood, Florida 33021
(954) 331-4200 (phone)
(954) 989-4103 (fax)
kerry_sisselman@concord-camera.com
scott_lampert@concord-camera.com


*Attorneys for Defendant Concord Camera, Corp.*


## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 29th day of September, 2004.

_____
Eric M. Albritton

2