# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.***,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF COMPLIANCE WITH RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Creative Labs, Inc., defendant in the above-entitled and numbered civil action, certifies that on September 29, 2004, it complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Robert Haslam
California State Bar No. 71134
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA  94025
(650) 324-7000 (phone)
(650) 324-0638 (fax)
rhaslam@hewm.com

*Attorneys for Defendant Creative Labs, Inc.*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 29th day of September, 2004.

_____
Eric M. Albritton