IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., <br> PLAINTIFF, | § <br> § <br> § <br> § | |
| vs. | § <br> § | CIVIL ACTION NO. 2:04CV-158 <br> (FOLSOM) |
| ADOBE SYSTEMS INC., et al. <br> DEFENDANTS | § <br> § | |

## DEFENDANT KYOCERA WIRELESS CORPORATION'S
## NOTICE OF INITIAL DISCLOSURE

Pursuant to United States District Court for the Eastern District of Texas Local Rule CV-26(e), Defendant Kyocera Wireless Corporation gives notice that they served their Initial Disclosures on all parties on September 29, 2004, pursuant to Federal Rule of Civil Procedure 26(a)(1) and Local Rule CV-26(b).

September 29, 2004     By: */s/ Stuart Lubitz*
                           Stuart Lubitz
                           HOGAN & HARTSON, L.L.P.
                           Biltmore Tower
                           500 South Grand Avenue, Suite 1900
                           Los Angeles, California 90071
                           (213) 337-6700 telephone
                           (213) 337-6701 fax
                           slubtiz@hhlaw.com

AND

Jennifer P. Ainsworth
State Bar No. 00784720
WILSON, SHEEHY, KNOWLES,
  ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
(903) 509-5000
(903) 509-5092 (facsimile)
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANT
KYOCERA WIRELESS CORPORATION

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 29th day of September, 2004.

          */s/ Jennifer P. Ainsworth*
          Jennifer P. Ainsworth