# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.***,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF COMPLIANCE WITH RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Hewlett-Packard Company, defendant in the above-entitled and numbered civil action, certify that on September 29, 2004, it complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Danny L. Williams
Attorney-in-Charge
Tex. Bar No. 21518050
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Tel. 713-934-7000
Fax. 713-934-7011

Alan D. Albright
Tex. Bar No. 00973659
GRAY CARY WARE & FREIDENRICH LLP
1221 S. MoPac Expressway, Suite 400
Austin, Texas 78746
Tel. 512-457-7000
Fax. 512-457-7001

John Allcock
Sean C. Cunningham
Barry K. Shelton
Bruce H. Watrous, Jr.
GRAY CARY WARE & FREIDENRICH LLP
401 B Street, Suite 2000
San Diego, CA 92101
Tel. 619-699-2700
Fax. 619-699-2701

*Attorneys for Hewlett-Packard Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 29th day of September, 2004.

_____
Eric M. Albritton