# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| **Compression Labs, Incorporated,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 2:04-CV-158-DF |
| | § | |
| **Agfa Corporation,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF COMPLIANCE WITH RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Ricoh Corporation and Savin Corporation, defendants in the above-entitled and numbered civil action, certify that on September 29, 2004, they complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Robert J. Hollingshead
Morgan, Lewis & Bockius L.L.P.
Shin-Tokyo Building 9th Floor
3-1, Marunouchi 3 chome
Chiyoda-ku, Tokyo 100-0005, Japan
81-3-5219-2505 (phone)
81-3-5219-2505 (fax)
rhollingshead@morganlewis.com


Anthony C. Roth
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-5188 (phone)
(202) 739-3001 (fax)
aroth@morganlewis.com


*Counsel for Ricoh Corporation and
Savin Corporation*


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 29th day of September, 2004.

_____
Eric M. Albritton