IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § <br> **Plaintiff,** § <br> § <br> VS. § <br> § <br> **Agfa Corporation, et al.,** § <br> **Defendants.** § | **CIVIL ACTION NO. 2:04-CV-158-DF** |

### DEFENDANT, FUJI PHOTO FILM USA'S NOTICE OF DISCLOSURE

Fuji Photo Film USA, Defendant in the above-captioned and numbered cause, files this Notice of Disclosure, pursuant to Local Court Rule 26(c) for United States District Court for the Eastern District of Texas, and certifies, based on information and documents available at this time and subject to all applicable privileges and motions, that the Disclosures required by Fed.R.Civ.P.26(a)(1) and (a)(2), have taken place.

Respectfully submitted,

By: *William C. Gooding*
William C. Gooding
TSB # 08151500
GOODING & CRITTENDEN, L.L.P.
2005 Moores Lane
P. O. Box 6168
Texarkana, TX 75505-6168
Telephone: 903/794-3125
Fax: 903/792-4708

ATTORNEY FOR DEFENDANT
FUJI PHOTO FILM USA

Case 2:04-cv-00158-DF   Document 123   Filed 09/29/2004   Page 2 of 2

Compression Labs, Incorporated v. Agfa Corporation, et al.
DEFENDANT, FUJI PHOTO FILM USA'S NOTICE OF INITIAL DISCLOSURE
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT, FUJI PHOTO FILM USA'S NOTICE OF INITIAL DISCLOSURE** has been served on all counsel of record via:

|  |  |
|---|---|
| _____ | Hand Delivery |
| _____ | Regular Mail |
| _____ | Certified Mail—Return Receipt Requested |
| _____ | Facsimile |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | E-File |
| ✓ | Electronic Mail by agreement |

on this the 29 day of September, 2004.

_____
William C. Gooding