IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **COMPRESSION LABS, INC.,** § | |
| **PLAINTIFF** § | |
| § | |
| v. § | **CASE NO. 2:04cv-158 (DF)** |
| § | |
| **ADOBE SYSTEMS INC., ET AL,** § | |
| **DEFENDANTS** § | |

### SEPARATE DEFENDANT XEROX CORPORATION'S
### NOTICE OF COMPLIANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Rule CV-26(c) Separate Defendant, Xerox Corporation, files this Notice of Compliance with Local Rule CV-26 Initial Disclosure Requirements. The undersigned certifies that on September 29, 2004, Separate Defendant, Xerox Corporation's Initial Disclosures, as required by Federal Rule of Civil Procedure 26(a), were prepared and submitted to counsel for Plaintiff.

Respectfully submitted,

*/s/ Lance Lee*
Lance Lee
Texas Bar No. 24004762
**YOUNG, PICKETT & LEE**
4122 Texas Blvd.-P.O. Box 1897
Texarkana, TX-AR 75504-1897
Telephone:   903/794-1303
Facsimile:    903/792-5098

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED.R.CIV.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy via email transmission, facsimile and/or U.S. Mail this 29th day of September, 2004.

                            */s/ Lance Lee*
                            Lance Lee