# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## NOTICE OF COMPLIANCE WITH RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Matsushita Electric Corporation of America, Panasonic Communications Corporation of America and Panasonic Mobile Communications Development Corporation of USA, defendants in the above-entitled and numbered civil action, certify that on September 29, 2004, they complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

1

Of Counsel:

Morton Amster
New York Registration No. 1193689
mamster@arelaw.com
Abraham Kasdan
New York Registration No. 2040772
akasdan@arelaw.com
Joseph Casino
New York Registration No. 2835338
jcasino@arelaw.com
David A. Boag
New York Registration No. 4052486
dboag@arelaw.com
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000 (phone)
(212) 336-8001 (fax)

*Counsel for Matsushita Electric Corporation of America, Panasonic Communications Corporation of America, and Panasonic Mobile Communications Development Corporation of USA*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 29th day of September, 2004.

_____
Eric M. Albritton

2