IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | C.A. No. 2:04-CV-158-DF |
| ) | |
| Agfa Corporation, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFF'S NOTICE OF INITIAL DISCLOSURE**

Pursuant to Local Rule CV-26(c), Plaintiff Compression Labs, Incorporated hereby notifies the Court that the Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) have been served on all counsel of record on this 29th day of September, 2004.

Respectfully submitted,
Compression Labs, Inc.

Dated: September 29, 2004    By:  _____/s/_____
Stephen G. Rudisill (*attorney-in-charge*)
 Illinois Bar No.: 2417049
 Texas Bar No.: 17376050
 srudisill@jenkens.com
John C. Gatz
 Illinois Bar No.: 6237140
 jgatz@jenkens.com
Russell J. Genet
 Illinois Bar No.:6255982
 rgenet @jenkens.com
Justin D. Swindells
 Illinois Bar No.: 6257291
 jswindells@jenkens.com
JENKENS & GILCHRIST, P.C.
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
Tel.  (312) 425-3900
Fax  (312) 425-3909

S. Calvin Capshaw III
    Texas Bar No.: 03783900
    ccapshaw@mailbmc.com
BROWN, McCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
Tel.  (903) 236-9800
Fax.  (903) 236-8787

Franklin Jones, Jr.
    Texas Bar No.: 00000055
    maiezieh@millerfirm.com
JONES & JONES, Inc., P.C.
201 West Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas 75670-1249
Tel.  (903) 938-4395
Fax.  (903) 938-3360

Otis Carroll
    Texas Bar No.: 03895700
Jack Wesley Hill
    Texas Bar No.: 24032294
    nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Tel.  (903) 561-1600
Fax.  (903) 581-1071

Carl R. Roth
    Texas Bar No.: 17312000
    cr@rothfirm.com
Michael C. Smith
    Texas Bar No.: 18650410
    ms@rothfirm.com
THE ROTH LAW FIRM
115 North Wellington, Suite 200
P.O. Box 876
Marshall, Texas 75670
Tel.  (903) 935-1665
Fax  (903) 935-1797

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 29th day of September, 2004.

*/s/ Michael Smith*

_____