# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 02:04-CV-158-DF |
| AGFA CORPORATION., et al, | ) |
| Defendants. | ) |

## NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(1)

Defendant palmOne, Inc. certifies that on September 29, 2004, it complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Dated: September 29, 2004

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
M. Craig Tyler

M. Craig Tyler
Attorney-in-Charge
8911 Capital of Texas Hwy.
North Westech 360, Suite 3350
Austin, Texas 78759-7247
Tel: (512) 338-5400
Fax: (512) 338-5499

Of Counsel:

Mark D. Flanagan
Michael Song
Bart E. Volkmer
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Tel:   (650) 493-9300
Fax:   (650) 565-5100

Attorneys for Defendant
palmOne, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel of record who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 29th day of September, 2004.

_____
M. Craig Tyler