IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

——————————————————X
                                                    *
Compression Labs, Incorporated,                     *
            Plaintiff,                              *
                                                    *
        vs.                                         *    Civil Action No. 2:04-CV-158-DF
                                                    *
Agfa Corporation, *et al.*                          *
                                                    *
            Defendants.                             *
                                                    *
                                                    *
                                                    *
——————————————————X

**NOTICE OF DISCLOSURE PURSUANT TO LOCAL RULE CV-26(c)**

Pursuant to Local Rule CV-26(c), Defendant Canon U.S.A., Inc. hereby notifies the Court that it has made its initial disclosures to Plaintiff in accordance with Fed.R.Civ.P. 26(a)(1).

Dated: September 30, 2004            ATTORNEYS FOR DEFENDANT
                                     CANON U.S.A., INC.

                                     By: _____
                                         Jack B. Baldwin
                                         **Baldwin & Baldwin, L.L.P.**
                                         Texas State Bar No. 01625330
                                         400 West Houston Street
                                         P.O. Drawer 1349
                                         Marshall, TX 75671
                                         Telephone: (903) 935-4131
                                         Facsimile: (903) 935-9538

*Of Counsel:*

John A. O'Brien
Nicholas M. Cannella
**Fitzpatrick, Cella, Harper & Scinto**
30 Rockefeller Plaza
New York, New York  10112
Telephone:(212)218-2100
Facsimile:  (212) 218-2200

Brian L. Klock
**Fitzpatrick, Cella, Harper & Scinto**
1900 K Street, N.W.
Washington, DC 20006
Telephone:(202)530-1010
Facsimile:  (202) 530-1055

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all known counsel, via facsimile, on this 30th day of September, 2004.

Jack B. Baldwin