Compression Labs Incorporated v. Adobe Systems Incorporated et al
Case 2:04-cv-00158-DF   Document 131   Filed 09/30/2004   Page 1 of 2
Doc. 131

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated | § | |
| *Plaintiff,* | § § § | |
| 1. Adobe Systems Incorporated, | § | CIVIL ACTION NO. 2:04-CV-158 |
| 2. Agfa Corporation, | § | |
| 3. Apple Computer, Incorporated, | § | JURY |
| 4. Axis Communications, Incorporated, | § | |
| 5. Cannon, USA, Incorporated, | § | |
| 6. Concord Camera Corporation, | § | |
| 7. Creative Labs, Incorporated, | § | |
| 8. Eastman Kodak Company, | § | |
| 9. Fuji Photo Film U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America, | § § | |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § § | |
| 19. Oce North America, Incorporated, | § | |
| 20. Onkyo U.S.A. corporation, | § | |
| 21. PalmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America, | § § | |
| 23. Panasonic Mobile Communications Development Corporation of USA, | § § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), | § § | |
| 26. Savin Corporation, | § | |
| 27. Thomson S.A. | § | |
| 28. Xerox Corporation, | § § | |
| DEFENDANTS | § | |

NOTICE THAT REQUIRED DISCLOSURE HAS TAKEN PLACE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Defendant, Oce' North America, Inc., and files this Notice that

Defendant, Oce'North America, Inc., has made the disclosure required by the Fed. R. Civ. P. 26(a)(1) and (a)(2).

    Respectfully submitted,

    SIEBMAN, REYNOLDS & BURG, L.L.P.
    Federal Courthouse Square
    300 N. Travis Street
    Sherman, Texas  75090
    (903) 870-0070
    (903) 870-0066 Telefax


    By: _____/s/_____
        Clyde M. Siebman
        State Bar No. 18341600

Of Counsel:

Frederick H. Colen
Barry J. Coyne
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
(412_ 288-4164
(412) 288-3063 Telefax

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 29th day of September, 2004, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

    /s/
    Clyde M. Siebman