IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,**<br><br>　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**Agfa Corporation,** *et al.,*<br><br>　　　　　　　　**Defendants.** | Civil Action No: 2:04-CV-158-DF |

NOTICE OF COMPLIANCE WITH RULE 26(a)(1) OF
THE FEDERAL RULES OF CIVIL PROCEDURE

　　Gateway, Incorporated., Defendant in the above-entitled and numbered civil action, certifies that on September 29, 2004, it complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

Dated: September 30, 2004

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　By:　　/s/ Bryan Farney

　　　　　　　　　　　　　　　　　　　　Bryan Farney
　　　　　　　　　　　　　　　　　　　　Attorney-in-Charge
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 06826600 (TX)
　　　　　　　　　　　　　　　　　　　　Darryl J. Adams
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00796101 (TX)
　　　　　　　　　　　　　　　　　　　　DEWEY BALLANTINE LLP
　　　　　　　　　　　　　　　　　　　　401 Congress Avenue, Suite 3200
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701-2478
　　　　　　　　　　　　　　　　　　　　Tel:　512 226-0300
　　　　　　　　　　　　　　　　　　　　Fax:　512 226-0333

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　GATEWAY, INCORPORATED

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to FED. R. CIV. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 30th day of September, 2004.

                                        ___/s/ Bryan Farney_____
                                            Bryan Farney

AU1 17628v1