IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § § *Plaintiff,* § v. § § 1. **Agfa Corporation,** § 2. **Apple Computer, Incorporated,** § 3. **Axis Communications Incorporated,** § 4. **Canon USA, Incorporated,** § 5. **Concord Camera Corporation,** § 6. **Creative Labs, Incorporated,** § 7. **Eastman Kodak Company,** § 8. **Fuji Photo Film U.S.A.,** § 9. **Fujitsu Computer Products of America,** § 10. **Gateway, Incorporated,** § 11. **Hewlett-Packard Company,** § 12. **JASC Software,** § 13. **JVC Americas Corporation,** § 14. **Kyocera Wireless Corporation,** § 15. **Matsushita Electric Corporation of America** § 16. **Mitsubishi Digital Electronics America** § 17. **Océ North America** § 18. **Onkyo U.S.A. Corporation** § 19. **PalmOne** § 20. **Panasonic Communications Corporation of America** § 21. **Panasonic Mobile Communications of America** § 22. **Ricoh Corporation** § 23. **Riverdeep** § 24. **Savin Corporation** § 25. **Thomson** § 26. **Xerox Corporation** § § *Defendants.* § | Civil Action No. 2:04cv158DF |

**[Defendants' Proposed] SCHEDULING ORDER**

Dockets.Justia.com

In accordance with the case scheduling conference held in this action on the ___ day of _____, 200__, the Court finds that the following scheduling and discovery order should issue. It is, therefore, ORDERED that the following schedule of deadlines and limitations on discovery are in effect until further order of this Court:

## SCHEDULE

| DATE | ACTIVITY |
| --- | --- |
| December 6, 2004 | Exchange of Proposed Terms and Elements for Construction |
| January 17, 2005 | Exchange of Preliminary Constructions and Extrinsic Evidence |
| February 14, 2005 | Exchange Expert Reports on Claim Construction Issues |
| March 7, 2005 | Exchange Rebuttal Expert Reports on Claim Construction Issues |
| March 21, 2005 | Deadline to Meet and Confer re: Construction Issues |
| April 4, 2005 | Deadline to File Joint Claim Construction Statement |
| April 25, 2005 | Deadline for Plaintiffs' Opening Markman Brief(s) |
| May 23, 2005 | Deadline for Defendants' Opening Markman Brief(s) and Response(s) in Opposition to Plaintiffs' Markman Brief(s) |
| June 13, 2005 | Deadline for Plaintiffs' Reply(ies) in Support of their Markman Brief(s) and in Opposition to Defendants' Markman Brief(s) |
| June 30, 2005 | Deadline for Defendants' Reply(ies) In Support of their Markman Brief(s) |

| | |
|---|---|
| July 18, 2005 | Markman Hearing |
| January 6, 2006 (45 days before fact discovery closes) | Deadline for Service of Expert Reports by the Party with the Burden of Proof on the Claim or Defense at Issue |
| February 20, 2006 | Close of Fact Discovery |
| March 6, 2006 (2 weeks after fact discovery closes) | Deadline for Service of Rebuttal Expert Reports |
| April 17, 2006 (6 weeks after exchange of responsive reports) | Close of Expert Discovery |
| May 22, 2006 (5 weeks after close of expert discovery) | Deadline for any Dispositive Motions or Daubert Motions |
| June 19, 2006 (4 weeks after dispositive motions) | Deadline for Responses in Opposition to any Dispositive Motions or Daubert Motions filed on May 22, 2006 |
| July 10, 2006 (3 weeks after responses) | Deadline for Replies in Support of any Dispositive Motions or Daubert Motions filed on May 22, 2006 |
| July 31, 2006 (3 weeks after briefing completed) | Hearings on any Dispositive Motions or Daubert Motions filed on May 22, 2006 |
| August 7, 2006 (1 week after hearing) | Deadline for Plaintiffs to submit draft of Pretrial Order and Proposed Jury Instructions to Defendants |
| August 28, 2006 | Deadline for Defendants to submit revisions to draft Pretrial Order and Proposed Jury Instructions to Plaintiffs |
| September 1, 2006 | Deadline to Meet and Confer re: Joint Pretrial Order and Proposed Jury Instructions |
| September 4, 2006 | Deadline for any Motions in Limine |
| September 15, 2006 (6.5 weeks after hearing) | Deadline for Submission of Joint Pretrial Order, Proposed Jury Instructions and Responses in Opposition to Motions in Limine |

| | |
|---|---|
| September 25, 2006 (1.5 weeks after submission of Joint Pretrial Order) | Final Pretrial Conference |
| October 2006 | Trial |

SIGNED this _____ day of _____, 200__


                                                                  _____
                                                                  HONORABLE DAVID FOLSOM
                                                                  UNITED STATES DISTRICT JUDGE