IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., <br> PLAINTIFF, | § § § § | |
| vs. | § | CIVIL ACTION NO. 2:04CV-158-DF |
| AGFA CORPORATION, et al. <br> DEFENDANTS | § § § | |

## NOTICE OF COMPLIANCE PURSUANT TO LOCAL RULE CV-26(C)

The undersigned, one of the attorneys for Defendant Mitsubishi Digital Electronics America, Inc. (MDEA), certifies pursuant to Local Rule CV-26(c) that the Initial Disclosures required of MDEA under Federal Rule of Civil Procedure 26(a)(1) have been made.

Dated: September 30, 2004          */s/ Donald R. Harris*
                                              Donald R. Harris

                                              JENNER & BLOCK LLP
                                              One IBM Plaza
                                              Chicago, Illinois 60611
                                              Telephone: 312-222-9350
                                              Fax: 312-527-0484
                                              Email: dharris@jenner.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail on this the 1st day of October, 2004.

                                         */s/ Donald R. Harris*
                                         Donald R. Harris