

# Jenkens & Gilchrist
A PROFESSIONAL CORPORATION

1401 McKinney
Suite 2600
Houston, Texas 77010-4034

(713) 951-3300
Facsimile (713) 951-3314

www.jenkens.com

Austin, Texas
(512) 499-3800

Chicago, Illinois
(312) 425-3900

Dallas, Texas
(214) 855-4500

Los Angeles, California
(310) 820-8800

New York, New York
(212) 704-6000

Pasadena, California
(626) 578-7400

San Antonio, Texas
(210) 246-5000

Washington, D.C.
(202) 326-1500

Daniel V. Flatten
(713) 951-3394
dflatten@jenkens.com

September 30, 2004

David J. Maland
U.S. District Clerk
Marshall Division
100 E. Houston
Room 125
Marshall, Texas 75670

Re: C.A. No. 2:04-CV-158; *Compression Labs, Incorporated v. Agfa Corporation, et al*; In the United States District Court for the Eastern District of Texas, Marshall Division

Dear Mr. Maland:

Please remove Daniel V. Flatten as counsel of record in the above-styled case.

Very truly yours,

Natalyn R. Wilson
Assistant to Daniel V. Flatten

nrw

## DISTRIBUTION LIST

Re:   C.A. No. 2:04-CV-158; *Compression Labs, Incorporated v. Agfa Corporation, et al*; In the United States District Court for the Eastern District of Texas, Marshall Division

---

Stephen G. Rudisill
Jenkens & Gilchrist
225 W. Washington Street, Suite 2600
Chicago, IL 606606-2418

Carl R. Roth
Law Offices of Carl R. Roth
115 North Wellington, Suite 200
P O Box 876
Marshall, TX 75670

Otis W. Carroll, Jr.
Jack Wesley Hill
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, TX 75703

H. Michael Hartman
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

Tracy Crawford
Eric H. Findlay
Ramey & Flock, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702

Mark C. Scarsi
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Barry Graham
Finnegan, Henderson, Farabow
  Garrett & Dunner, LLP
1300 I Street, N.W.
Washington, D.C. 20005-3315

Brian Block
Fitzpatrick, Cella, Harper & Scinto
1900 K Street, N.W.
Washington, D.C. 20006

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, TX 75606-2649

Calvin Capshaw
Brown McCarroll, LLP
1127 Judson Road, Suite 220
Longview, TX 75601-5157

Daniel V. Flatten
Jenkins & Gilchrist
1401 McKinney, Suite 2700
Houston, TX 77010

Franklin W. Jones, Jr.
Jones & Jones
201 W. Houston Street
P.O. Drawer 1249
Marshall, TX 75670

Robert Sabourin
Agfa Corporation
Law & Patent Department
200 Ballardvale St.
Wilmington, DE 01887-0169

George Riley
O'Melveny & Myers, LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305

Lance Lee
Young, Pickett & Lee
4122 Texas Blvd.
Texarkana, TX 75503

John O'Brien
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112-3801

Jack B. Baldwin
Baldwin & Baldwin, LLP
400 West Houston Street
Marshall, TX 75670

Robert Haslam
Heller, Ehrman, White & McAuliffe
275 Middlefield Road
Menlo Park, CA 94025

30798539.1