IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

TIME 10:00 (OPEN)                              DATE 10/4/04

JUDGE David Folsom                         REPORTER Libby Crawford

| COMPRESSION LABS | § | |
|---|---|---|
| | § | |
| V. | § | CIVIL ACTION NO. 2:04CV294 |
| | § | 2:04CV158 |
| | § | 2:04CV159 |
| ACER | § | STATUS CONFERENCE |

ATTORNEYS FOR PLAINTIFF: Stephen Rudisill; Calvin Capshaw; Carl Roth; Michael Smith; Franklin Jones;

ATTORNEYS FOR DEFENDANT: Eric Albritton; Lance Lee; Danny Williams; Jennifer Doan;

LAW CLERK: Peter Corcoran and Trip Fussell

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD:

10:00 ct opens; ct may carry 3 cases over to March 2005 and ct will set all three of these cases to October 2005; plf opposes to stay discovery; dft lee responds; ct/ may start criminal case in Texarkana that may take 2-3 mos. And local rules say discovery is not stayed because of pending motions; ct/ denies staying discovery; ct/ would like ptys to work through a scheduling order and would like revised order 14 days from todays date; ct/ will set these motion (motion to dismiss and motion to change venue) as quickly as possible; 10:08 Capshaw/ this resolves the issues; Williams for dft add ct and would like to give ct heads up re: discovery; ct/ if plf wants to keep October 2005 trial date then they better provide discovery fast; dfts will have a hard time convincing the ct that 2000 hrs of depositions are needed; ct/ some mention that a technical advisor may be needed; 10:12 recess;

                                               DAVID J. MALAND, CLERK
                                               BY: Mel Martin
                                                    Courtroom Deputy

TIME: 10:12 (ADJOURN)