IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
04 OCT -5 PM 1: 06
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| Compression Labs, Incorporated,<br>Plaintiff, | §<br>§<br>§ |
| VS. | § CIVIL ACTION NO. 2:04-CV-158-DF<br>§ |
| Agfa Corporation, et al.,<br>Defendants. | §<br>§<br>§ |

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is made by Steven J. Routh for the following: Case #2:04-CV-158-DF. Style: Compression Labs, Incorporated vs. Agfa Corporation, et al..

2. Applicant is representing the following party: Fuji Photo Film USA.

3. Applicant was admitted to practice in District of Columbia on December 19, 1983.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

Case 2:04-cv-00158-DF   Document 139   Filed 10/05/2004   Page 2 of 4

Compression Labs, Incorporated v. Agfa Corporation, et al.
APPLICATION TO APPEAR PRO HAC VICE
Page 2

9. Applicant has never been the subject of any charges, arrests or convictions for criminal offense(s). [Omit minor traffic offenses.]

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following United States Courts of Appeals:

> United States Court of Appeals, Fourth Circuit – 1986
> United States Court of Appeals, D.C. Circuit – 1988
> United States Court of Appeals, Second Circuit – 1992
> United States Court of Appeals, Federal Circuit – 1993

Applicant also is a member in good standing of the United States District Court for the District of Columbia (since 1987) as well as of a number of additional federal district courts.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Steven J. Routh, do solemnly swear that the above information is true; that I will discharge the duties of attorney and counsel of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: 9/25/04   Signature: _____

Name (please print): Steven J. Routh

Case 2:04-cv-00158-DF   Document 139   Filed 10/05/2004   Page 3 of 4

Compression Labs, Incorporated v. Agfa Corporation, et al.
APPLICATION TO APPEAR PRO HAC VICE
Page 3

|  |  |
|---|---|
| D.C. Bar Number: | 376068 |
| Firm Name: | Hogan & Hartson, L.L.P. |
| Address: | 555 13th Street N.W. |
| City/State/Zip: | Washington, DC 20004-1109 |
| Telephone #: | (202) 637-5600 |
| Fax #: | (202) 637-5910 |
| E-mail Address: | SJRouth@HHLAW.com |

## APPROVAL OF APPLICATION FOR PRO HAC VICE

Applicant is hereby authorized to enter an appearance as counsel for the party/parties listed above in the case(s) listed above. This application is hereby APPROVED for the court on this 5th day of October, 2004. (See Local Rule AT-l(d)).

David J. Maland
U. S. District Clerk
Eastern District of Texas

BY: C. Hinton
Deputy Clerk

---

[1] Because of the implementation of CM/ECF we are no longer making new monads. Therefore, we need to use *appl* with modifications.