IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:04CV-158-DF |
| | § | |
| AGFA CORPORATION, et al. | § | |
| DEFENDANTS | § | |

## NOTICE OF APPEARANCE OF MELVIN R. WILCOX, III

COMES NOW Defendant, Mitsubishi Digital Electronics America, Inc., (MDEA), and hereby notifies the Court and all parties of record that Melvin R. Wilcox, III, State Bar Number 21454800, of Wilson, Sheehy, Knowles, Robertson & Cornelius, P.C., P.O. Box 7339, Tyler, Texas 75711, (903) 509-5000, will be appearing as attorney-in-charge on its behalf in the above-styled and numbered cause.

Respectfully submitted,

WILSON, SHEEHY, KNOWLES,
  ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Telecopier No. (903) 509-5091
mrw@wilsonlawfirm.com


*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III
State Bar No. 21454800

ATTORNEY FOR DEFENDANT
MITSUBISHI DIGITAL ELECTRONICS
AMERICA, INC. (MDEA)

Of Counsel:

    Donald R. Harris
    JENNER & BLOCK, LLP
    One IBM Plaza
    Chicago, Illinois 60611
    Telephone No. (312) 222-9350
    Telecopier No. (312) 527-0484
    dharris@jenner.com

    John W. Kozak
    Steven P. Petersen
    LEYDIG, VOIT AND MAYER, LTD
    Two Prudential Plaza
    180 North Stetson, Suite 4900
    Chicago, Illinois 60601
    Telephone No. (312) 616-5650
    Telecopier No. (312) 616-5700
    jkozak@leydig.com
    spetersen@leydig.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 12th day of October, 2004.

                        */s/ Melvin R. Wilcox, III*
                        Melvin R. Wilcox, III