Compression Labs Incorporated v. Adobe Systems Incorporated et al                    Doc. 142
Case 2:04-cv-00158-DF   Document 142   Filed 10/13/2004   Page 1 of 61

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| 4 | COMPRESSION LABS INCORPORATED | . DOCKET NO. 2:04CV158 |
| 5 | VS. | . MARSHALL, TEXAS |
| 6 | ADOBE SYSTEMS INCORPORATED, | . OCTOBER 4, 2004 |
| 7 | ET AL | . 10:03 A.M. |
| 8 | | . . . . . . . . . |
| 9 | COMPRESSION LABS INCORPORATED | . |
| 10 | VS. | . DOCKET NO. 2:04CV159 |
| 11 | DELL, INC., ET AL | |
| 12 | | . . . . . . . . . |
| 13 | COMPRESSION LABS, INCORPORATED | . |
| 14 | VS. | . DOCKET NO. 2:04CV294 |
| 15 | ACER AMERICA CORPORATION, | |
| 16 | ET AL | |

MANAGEMENT CONFERENCE

BEFORE THE HONORABLE DAVID FOLSOM,

UNITED STATES DISTRICT JUDGE.

APPEARANCES:

FOR PLAINTIFFS:                     MR. STEPHEN G. RUDISILL

JENKENS & GILCHRIST

225 W. WASHINGTON ST.

SUITE 2600

CHICAGO, IL.  60606-3418

Dockets.Justia.com