**IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Compression Labs, Inc. <br><br> *Plaintiff*, <br><br> v. <br><br> 1. Agfa Corporation <br> 2. Apple Computer, Incorporated, <br> 3. Axis Communications, Incorporated, <br> 4. Canon, USA, Incorporated, <br> 5. Concord Camera Corporation, <br> 6. Creative Labs, Incorporated, <br> 7. Eastman Kodak Company, <br> 8. Fuji Photo Film U.S.A., <br> 9. Fujitsu Computer Products of Am., <br> 10. Gateway, Incorporated, <br> 11. Hewlett-Packard Company, <br> 12. JASC Software, <br> 13. JVC Americas Corporation, <br> 14. Kyocera Wireless Corporation, <br> 15. Matsushita Electric Corporation of America, <br> 16. Mitsubishi Digital Electronics Am., Inc., <br> 17. Oce North America, Incorporated, <br> 18. Onkyo U.S.A. Corporation, <br> 19. palmOne, Incorporated, <br> 20. Panasonic Communications Corp. of America, <br> 21. Panasonic Mobile Communications of America, <br> 22. Ricoh Corporation, <br> 23. Riverdeep, Incorporated (d.b.a Broderbund, <br> 24. Savin Corporation, <br> 25. Thomson, S.A., <br> 26. Xerox Corporation, <br><br> *Defendants* | Civil Action No. 2-04CV-158-DF |

**SCHEDULING ORDER**

| EVENT | DATE |
|---|---|
| In the *Agfa* and *Dell* matters, parties exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). | September 29, 2004 |
| Plaintiff shall serve "Disclosure of Asserted Claims and Preliminary Infringement Contentions" (defined in the accompanying joint report) and supporting documents. | October 18, 2004 |
| In the *Acer* matter, parties to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1). | November 1, 2004 |
| Each party shall simultaneously exchange a list of claim terms, phrases, or clauses which that party contends should be construed by the Court, and identify any claim element which that party contends should be governed by 35 U.S.C. §112(6). | November 17, 2004 |
| Defendants shall serve "Preliminary Invalidity Contentions" (as defined in the accompanying joint report). However, Defendants oppose the mandatory disclosure of documents concurrent with the service of "Preliminary Invalidity Contentions." | December 3, 2004 |
| Parties shall exchange "Preliminary Claim Constructions and Extrinsic Evidence" (as defined in the accompanying joint report). | December 17, 2004 |
| Parties shall simultaneously exchange a preliminary identification of any testimony of percipient and expert witnesses they intend to offer in rebuttal to any testimony of percipient and expert witnesses that the other side identified they contend supports their claim construction. With respect to any such rebuttal witness, percipient or expert, the parties shall also provide a brief description of the substance of that witness' proposed testimony. | January 7, 2005 |
| Deadline for parties to meet and confer regarding claim construction issues. | January 12, 2005 |
| Deadline to complete all discovery relating to claim construction, including any depositions with respect to claim construction of any witness, including experts, identified by a party with their proposed claim constructions or as one of their rebuttal witnesses on claim construction. | January 26, 2005 |
| Plaintiff to serve and file its Opening *Markman* Brief and any evidence supporting its proposed claim construction. | February 2, 2005 |
| Defendants to serve and file their Opening *Markman* Brief(s) and Response(s) in Opposition to Plaintiff's Opening *Markman* Brief, | March 2, 2005 |

| **EVENT** | **DATE** |
|---|---|
| and any evidence supporting its proposed claim construction. | |
| Plaintiff to serve and file its Reply In Support of its *Markman* Brief and Response in Opposition to Defendants' Opening *Markman* Brief(s), and any evidence directly rebutting the supporting evidence contained in Defendants' Response(s). | March 16, 2005 |
| Each Defendant to serve and file its Reply In Support of its *Markman* Brief, and any evidence directly rebutting the supporting evidence contained in Plaintiff's Response in Opposition to Defendant's Opening *Markman* Brief. | March 30, 2005 |
| Technology Tutorial | April 6, 2005 |
| Claim Construction Hearing 9:00 a.m. in Texarkana, Texas | April 7, 2005 |
| In the *Agfa* and *Acer* matters, deadline for parties to agree on the number of expert witnesses. | May 1, 2005 |
| Plaintiff shall serve updated, amended and/or modified "Disclosure of Asserted Claims and Infringement Contentions" in light of the court's ruling on claim construction. | 15 days after entry of the court's ruling on claim construction |
| Defendants shall serve updated, amended and/or modified "Invalidity Contentions" in light of the court's ruling on claim construction. | 30 days after entry of the court's ruling on claim construction |
| Parties to identify expert witnesses | June 1, 2005 |
| Close of Fact Discovery -- All discovery shall be commenced in time to be completed by this date. | June 15, 2005 |
| Deadline for service of expert reports by the party with the burden of proof on the claim or defense at issue | June 15, 2005 or 45 days after entry of the court's claim construction ruling, whichever is later |
| Deadline for Mediation | July 1, 2005 |
| Deadline for service of rebuttal expert reports -- Rebuttal expert testimony shall mean expert testimony that is solely intended to contradict or rebut expert testimony on the same subject matter identified by another party pursuant to Fed. R. Civ. P. 26(a)(c) and Local Rule CV-26(b). | July 15, 2005 or 75 days after entry of the court's claim construction ruling, whichever is later |
| Close of Expert Discovery -- All expert discovery shall be commenced in time to be completed by this date. | August 1, 2005 or 92 days after entry of the court's ruling on claim construction, whichever is later |

Scheduling Order

| EVENT | DATE |
|---|---|
| Parties to submit pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3). | August 29, 2005 |
| Parties to submit objections to pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3). | September 12, 2005 |
| Plaintiff to submit to Defendants its portions of Pretrial Order and Proposed Jury Instructions | September 14, 2005 |
| Parties to file motions *in limine* | September 16, 2005 |
| Defendants to submit to Plaintiff its portions of and revisions to the Pretrial Order, as well as Proposed Jury Instructions | September 21, 2005 |
| Deadline for parties to meet and confer regarding Joint Pretrial Order and Proposed Jury Instructions | September 26, 2005 |
| Submission of Joint Pretrial Order, Proposed Jury Instructions and Verdict Form | September 28, 2005 |
| Parties to file responses to motions *in limine* | September 30, 2005 |
| Final Pretrial Conference 9:00 a.m. in Marshall, Texas | October ___, 2005 |
| Jury Selection 9:00 a.m. in Marshall, Texas | October, ___, 2005 |

SIGNED this _____ day of _____, 2004.

 

_____
HONORABLE DAVID FOLSOM
UNITED STATES DISTRICT JUDGE