# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated,  ) | |
| ) | |
| *Plaintiff*,  ) | |
| v.  ) | C.A. No. 2:04-CV-158-DF |
| ) | |
| Agfa Corporation, *et al.*,  ) | |
| ) | |
| *Defendants*.  ) | |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that Judge Robert M. Parker, First Place, 100 East Ferguson, Suite 1114, Tyler, Texas 75702, telephone number (903) 533-9288 and fax number (903) 533-9687, is hereby appointed as mediator in the above referenced case.  Mediation shall be completed by _____, 20____.

Signed this _____ day of _____, 2004.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE