

Appendix K

Revised: 12/3/03

**FILED**
U. S. DISTRICT COURT
Eastern District of Texas
OCT 1 2 2004
DAVID MALAND, CLERK
By_____ Deputy

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

1. This application is being made for the following: Case #2:04CV158
   Style: Compression Labs v. AGFA Corporation, et al.
2. Applicant is representing the following party/ies:
   Oce' North America, Inc.
3. Applicant was admitted to practice in PA (state) on 11-03-1975 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/~~has not~~ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
    See attached list
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Frederick H. Colen do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 9/23/04        Signature /s/ Frederick H. Colen

Name (please print) Frederick H. Colen

State Bar Number 21833

Firm Name: Reed Smith LLP

Address/P.O. Box: 435 Sixth Avenue

City/State/Zip: Pittsburgh, PA 15219

Telephone #: 412-288-4164

Fax #: 412-288-3063

E-mail Address: fcolen@reedsmith.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 12th day of October, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By    C. Hinton

Deputy Clerk

| Court | Admission Date | Status |
|---|---|---|
| Pennsylvania | 1975 | Active |
| Georgia | 1975 | Active |
| United States District Court for the Western District of Pennsylvania | 1975 | Active |
| U.S. Court of Appeals for the Federal Circuit | 1982 | Active |
| U.S. Court of Appeals for the Third Circuit | 1975 | Active |
| U.S. District Court of Georgia | 1975 | Active |
| U.S. Court of Appeals for the 5th Circuit | 1975 | Active |
| U.S. Patent and Trademark Office | 1976 | Active |
| U.S. Supreme Court | 1981 | Active |