

Revised: 12/3/03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL    DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**FILED**
U. S. DISTRICT COURT
Eastern District of Texas

OCT 1 2 2004

DAVID MALAND, CLERK
By
Deputy _____

1. This application is being made for the following: Case # 2:04CV-158

Style: Compression Labs v. AGFA Corporation, et al.

2. Applicant is representing the following party/ies:

   Oce' North America, Inc.

3. Applicant was admitted to practice in __PA__ (state) on __11-04-1999__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

   U.S. District Court, Western District of PA; United States Patent and Trademark Office

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

   I, __Joshua S. Bish__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __9-23-04__       Signature __Joshua S. Bish__

Dockets.Justia.com

Name (please print) Joshua S. Bish

State Bar Number 84,208

Firm Name: Reed Smith LLP

Address/P.O. Box: 435 Sixth Avenue

City/State/Zip: Pittsburgh, PA 15219

Telephone #: 412-288-7288

Fax #: 412-288-3063

E-mail Address: jbish@reedsmith.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 12th day of October, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  C. Hinton

Deputy Clerk