Appendix K

OCT 21 2004

DAVID J. MALAND, CLERK

Revised: 12/3/03

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED
U.S. DISTRICT COURT
Eastern District of Texas

OCT 21 2004

DAVID MALAND, CLERK
By_____ Deputy

1. This application is being made for the following: Case # C.A. 2:04-CV-158-DF Style: Compression Labs, Incorporated, Plaintiff v. Agfa Corporation, et al., Defendants

2. Applicant is representing the following party: Mitsubishi Digital Electronics America, Inc.

3. Applicant was admitted to practice in Illinois (state) on November 10, 1988 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts: Courts of Appeals for the Sixth and Seventh Circuits, and the Federal District Court for the Northern District of Illinois

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, Terrence J. Truax, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date   October 20, 2004           Signature _____

|  |  |
|---|---|
| Name (please print): | Terrence J. Truax |
| State Bar Number: | 06198872 |
| Firm Name: | Jenner & Block LLP |
| Address/P.O. Box: | One IBM Plaza |
| City/State/Zip: | Chicago, IL 60611 |
| Telephone #: | 312-923-2738 |
| Fax #: | 312-840-7738 |
| E-mail Address: | ttruax@jenner.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 21st day of October, 2004

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By   *C. Hinton*
Deputy Clerk

CHICAGO_1168783_1