IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

Compression Labs, Incorporated,   )
                                  )
                                  )
         *Plaintiff*,             )
                                  )   C.A. No. 02:04CV158
    v.                            )
                                  )   Judge Folsom
Agfa Corporation, et al.          )
                                  )
         *Defendants*.            )

## ORDER

Before the Court is Plaintiff's motion for Leave to File a Supplemental Surreply in Opposition to Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(7), or, In the Alternative, Motion to Transfer. Having considered the matter, the Court GRANTS the motion.

ORDERED and SIGNED this 22nd day of Oct., 2004.

David Folsom
United States District Judge