# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

Revised 12/3/03



FILED
U.S. DISTRICT COURT
Eastern District of Texas
OCT 21 2004
DAVID MALAND, CLERK
By
Deputy

1. This application is being made for the following: Case # C.A. No. 2:04-CV-158-DF Style: Compression Labs, Incorporated, Plaintiff v. Agfa Corporation, et al., Defendants

2. Applicant is representing the following party/ies: Mitsubishi Digital Electronics America, Inc. (MDEA)

3. Applicant was admitted to practice in Illinois (state) on October 25, 1968.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle)
   If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: U.S District Court for the District of Columbia (1968); District of Columbia Court of Appeals (1969); U.S. District Court for the Northern District of Illinois (1969); U.S. Courts of Appeals for the Seventh (1977), Third (1981), Fifth (1981), Eleventh (1981), and Federal (1982) Circuits; U.S. District Court for the Eastern District of Michigan (1994); U.S. District Court for the District of Arizona (1997), Supreme Court of the United States (1997); and the U.S. District Court for Western District of Michigan (1999).

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, John W. Kozak do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date Oct. 18, 2004    Signature _____

Name (please print)  John W. Kozak

State Bar Number   IL #01519670

Firm Name:    Leydig, Voit & Mayer, Ltd.

Address/P.O. Box:   Two Prudential Plaza, Suite 4900

City/State/Zip: Chicago, IL 60601

Telephone #:  (312) 616-5600

Fax #: (312) 616-5700

E-mail Address: jkozak@leydig.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 21st day of October, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By   C. Hinton

Deputy Clerk