# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.***,** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE

Hewlett-Packard Company, defendant in the above-entitled and numbered civil action, hereby notifies the court and all parties that the following persons, in addition to those who gave previous notice, are appearing as counsel of record.

    Danny L. Williams
    Attorney-in-Charge
    Tex. Bar No. 21518050
    Williams, Morgan & Amerson, P.C.
    10333 Richmond, Suite 1100
    Houston, Texas 77042
    (713) 934-7000 (phone)
    (713) 934-7011 (fax)
    dwilliams@wmalaw.com

    Eric M. Albritton
    Texas State Bar No. 00790215
    Albritton Law Firm
    P.O. Box 2649
    Longview, Texas 75606
    (903) 757-8449 (phone)
    (903) 758-7397 (fax)
    eric@albrittonlawfirm.com

Alan D. Albright
Tex. Bar No. 00973659
Elizabeth Brown Fore
Barry K. Shelton
Gray Cary Ware & Freidenrich, LLP
1221 S. MoPac Expressway, Suite 400
Austin, Texas  78746
(512) 457-7000 (phone)
(512) 457-7001 (fax)
aalbright@graycary.com
ebrownfore@graycary.com
bshelton@graycary.com


John Allcock
Sean C. Cunningham
Bruce H. Watrous, Jr.
Gray Cary Ware & Freidenrich, LLP
401 B Street, Suite 2000
San Diego, CA 92101
(619) 699-2700 (phone)
(619) 699-2701 (fax)
jallcock@graycary.com
scunningham@graycary.com
bwatrous@graycary.com

 

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

*Attorney for Defendant Hewlett-Packard Company*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 26th day of October, 2004.

_____
Eric M. Albritton