# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, § | |
| § | |
| *Plaintiff* § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| Agfa Corporation, *et al.*, § | |
| § | |
| *Defendants* § | |
| § | |

## NOTICE OF APPEARANCE
## ON BEHALF OF DEFENDANT XEROX CORPORATION

PLEASE TAKE NOTICE that attorneys James Bradley, William O. Fifield, Thomas Tarnay and Scott W. Hejny hereby enter their appearance in this matter as co-counsel for Defendant Xerox Corporation. Counsel respectfully requests notices, copies, all communications and other documents filed in the in the above-referenced proceeding be mailed, faxed or emailed to the addresses below.

DATED this 28th day of October, 2004.

                 /s/ Scott W. Hejny
                James P. Bradley
                State Bar No. 02826000
                William O. Fifield
                State Bar No. 24005203
                Thomas Tarnay
                State Bar No. 24003032
                Scott W. Hejny
                State Bar No. 24038952

2

        SIDLEY AUSTIN BROWN & WOOD LLP
        717 North Harwood
        Suite 3400
        Dallas, TX  75201
        Phone (214) 981-3300
        Fax (214) 981-3400
        E-mail: jbradley@sidley.com
        E-mail: wfifield@sidley.com
        E-mail: ttarnay@sidley.com
        E-mail: shejny@sidley.com

        ATTORNEYS FOR DEFENDANT
        XEROX CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded to Plaintiffs' counsel via email pursuant to the parties' agreement on this the 28th Day of October, 2004.

      /s/ Scott Hejny
One of the Attorneys for Defendant
Xerox Corporation