# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated, § § *Plaintiff* § § v. § § Agfa Corporation, *et al.*, § § *Defendants* § § | Civil Action No. 2:04-CV-158-DF |

## NOTICE OF APPEARANCE OF THOMAS N. TARNAY
## ON BEHALF OF DEFENDANT XEROX CORPORATION

PLEASE TAKE NOTICE that attorney Thomas N. Tarnay of the firm SIDLEY AUSTIN BROW & WOOD LLP hereby enters his appearance as co-counsel, on behalf of Xerox Corporation in the above-referenced proceeding. Counsel hereby requests notices and copies of all communications and other documents filed in the above-referenced proceeding. Copies should be emailed, mailed by U.S. Mail or faxed to Thomas N. Tarnay, co-counsel for the Defendant at address set forth below.

DATED this 27th Day of October, 2004.

/s/ Thomas N. Tarnay
James P. Bradley
State Bar No. 02826000
William O. Fifield
State Bar No. 24005203
Thomas Tarnay
State Bar No. 24003032
Scott W. Hejny
State Bar No. 24038952


SIDLEY AUSTIN BROWN & WOOD LLP
717 North Harwood
Suite 3400
Dallas, TX  75201
Phone (214) 981-3300
Fax (214) 981-3400
E-mail: jbradley@sidley.com
E-mail: wfifield@sidley.com
E-mail: ttarnay@sidley.com
E-mail: shejny@sidley.com

ATTORNEYS FOR DEFENDANT
XEROX CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded to Plaintiffs' counsel via email pursuant to the parties' agreement on this the 27th Day of October, 2004.

    /s/ Thomas N. Tarnay
One of the Attorneys for Defendant
Xerox Corporation