IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC.,<br><br>                              Plaintiff,<br><br>versus<br><br>1.  AGFA, et al.<br><br>                              Defendants. | Civil Action<br>No. 2:04-CV-158<br>(Judge Folsom) |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, Compression Labs, Incorporated and file this Motion for Entry of Protective Order and would show the Court as follows:

The plaintiff hereby requests the Court enter the Protective Order attached hereto as Exhibit A.

The Protective Order attached as Exhibit A was provided to Plaintiff by counsel for Defendant Apple Computer Incorporated, who indicated that all of the defendants have agreed.  See Exhibit B.  Counsel for Agfa Corporation, Apple Computer Incorporated, Eastman Kodak Company, Fuji Photo Film USA, Inc., Fujitsu Computer Products of America, Inc., JASC Software Inc., JVC Americas Corporation, Kyocera Wireless Corporation, Matsushita Electric Corporation of America, Mitsubishi Digital Electronics America Inc., Oce North America, Onkyo USA Corporation, Panasonic Communications Corporation of America,  Panasonic Mobile Communications of

LON 1427211

America and Thomson Inc. have expressly agreed to the entry of the protective order in the form attached as Exhibit A. The other parties have not responded to Plaintiff's request to file this motion as agreed. Plaintiffs, out of an abundance of caution, are filing this motion as opposed by the remaining defendants.

Wherefore the parties respectfully request that the Court grant this motion and enter the attached Protective Order attached hereto as Exhibit "A" and for such other and further relief as the parties may show themselves justly entitled.

        Respectfully submitted,

        Compression Labs, Inc.

        By: <u>Stephen G. Rudisill by permission S. Calvin Capshaw</u>
            Stephen G. Rudisill (*attorney-in-charge*)
            Illinois Bar No.: 2417049
            Texas Bar No.: 17376050
            srudisill@jenkens.com
            John C. Gatz
            Illinois Bar No.: 6237140
            jgatz@jenkens.com
            Russell J. Genet
            Illinois Bar No.:6255982
            rgenet @jenkens.com
            Justin D. Swindells
            Illinois Bar No.: 6257291
            jswindells@jenkens.com
            JENKENS & GILCHRIST, P.C.
            225 West Washington Street, Suite 2600
            Chicago, Illinois  60606
            Tel.    (312) 425-3900
            Fax    (312) 425-3909

        S. Calvin Capshaw III
        Texas Bar No.: 03783900
        ccapshaw@mailbmc.com
        BROWN, McCARROLL, L.L.P.
        1127 Judson Road, Suite 220
        Longview, Texas  75601-5157
        Tel.    (903) 236-9800
        Fax.   (903) 236-8787

Franklin Jones, Jr.
Texas Bar No.: 00000055
maizieh@millerfirm.com
JONES & JONES, Inc., P.C.
201 West Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas  75670-1249
Tel.    (903) 938-4395
Fax.    (903) 938-3360

Otis Carroll
Texas Bar No.: 03895700
Jack Wesley Hill
Texas Bar No.: 24032294
nancy@icklaw.com
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas  75703
Tel.    (903) 561-1600
Fax.    (903) 581-1071

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF CONFERENCE**

Plaintiff has attempted to confer with each defendant to ascertain whether each defendant agrees to or opposes this motion.  Agfa Corporation, Apple Computer Incorporated, Eastman Kodak Company, Fuji Photo Film USA, Inc., Fujitsu Computer Products of America, Inc., JASC Software Inc., JVC Americas Corporation, Kyocera Wireless Corporation, Matsushita Electric Corporation of America, Mitsubishi Digital Electronics America Inc., Oce North America, Onkyo USA Corporation, Panasonic Communications Corporation of America, Panasonic Mobile Communications of America and Thomson, Inc. do not oppose this motion.  Counsel for the other defendants have not responded to Plaintiff, and therefore Plaintiff cannot represent to the court their position.

/s/ S. Calvin Capshaw

LON 1427211

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of October, 2004, a true and correct copy of the above and foregoing document was served by CM/ECF on the following counsel of record.

           /s/S. Calvin Capshaw

| | | |
|---|---|---|
| **Agfa Corporation** | represented by | **Melvin R Wilcox, III** <br> Wilson Sheehy Knowles <br> Robertson & Cornelius PC <br> 909 ESE Loop 323 <br> Suite 400 <br> P.O. Box 7339 <br> Tyler, TX 75711-7339 |
| **Apple Computer Incorporated** | represented by | **Herschel Tracy Crawford** <br> Ramey & Flock <br> 100 E Ferguson <br> Suite 500 <br> Tyler, TX 75702 |
| | | **Eric Hugh Findlay** <br> Ramey & Flock <br> 100 E Ferguson <br> Suite 500 <br> Tyler, TX 75702-0629 |
| | | **George A Riley** <br> O'Melveny & Myers <br> 400 South Hope Street <br> Los Angeles, Ca 90071-2899 |
| | | **Lance Lee** <br> Young Pickett & Lee <br> 4122 Texas Blvd <br> PO Box 1897 <br> Texarkana, TX 75504-1897 |
| | | **Mark Scarsi** <br> O'Melveny & Myers <br> 400 South Hope Street <br> Los Angeles, Ca 90071-2899 |
| | | **Michelle Davidson** <br> O'Melveny & Myers <br> 400 South Hope Street <br> Los Angeles, Ca 90071-2899 |

LON 1427211

| | | |
|---|---|---|
| **Axis Communications Incorporated** | represented by | **Barry W Graham**<br>Finnegan Henderson Farabow et al - Washington<br>1300 I St NW<br>Washington, DC 20005<br><br>**Elizabeth A Niemeyer**<br>Finnegan Henderson Farabow Garrett & Dunner - Washington<br>1300 I St NW<br>Washington, DC 20005<br><br>**Eric Miller Albritton**<br>Attorney at Law<br>PO Box 2649<br>Longview, TX 75606 |
| **Canon USA Incorporated** | represented by | **John 'Jack' Brown Baldwin**<br>Baldwin & Baldwin<br>400 W Houston Street<br>PO Drawer 1349<br>Marshall, TX 75761-1349 |
| **Concord Camera Corporation** | represented by | **Eric Miller Albritton**<br>(See above for address) |
| **Creative Labs Incorporated** | represented by | **Eric Miller Albritton**<br>(See above for address) |
| **Eastman Kodak Company** | represented by | **Nicholas H Patton**<br>Patton & Tidwell<br>4605 Texas Blvd<br>PO Box 5398<br>Texarkana, TX 75505-5398<br><br>**Kenneth W Donnelly**<br>Howrey Simon Arnold & White - Washington<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004-2402<br><br>**Robert William Schroeder, III**<br>Patton, Tidwell & Schroeder<br>4605 Texas Blvd |

|  |  |  |
|---|---|---|
|  |  | PO Box 5398<br>Texarkana, TX 75505-5398 |
|  |  | **Vivian S Kuo**<br>Howrey Simon Arnold & White - Washington<br>1299 Pennsylvania Ave NW<br>Washington, DC 20004-2402 |
| **Fuji Photo Film USA Inc** | represented by | **Steven J Routh**<br>Hogan & Hartson - Washington<br>555 Thirteenth St. N.W.<br>Washington, DC 20004 |
|  |  | **William Carroll Gooding**<br>Gooding & Crittenden<br>2005 Moores Lane<br>P O Box 6168<br>Texarkana, TX 75505-6168 |
| **Fujitsu Computer Products of America Inc** | represented by | **Christopher E Chalsen**<br>Milbank Tweed Hadley & McCloy - New York<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 |
|  |  | **Michael M Murray**<br>Milbank Tweed Hadley & McCloy - New York<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413 |
|  |  | **Eric Miller Albritton**<br>(See above for address) |
| **Gateway Incorporated** | represented by | **Justin Kurt Truelove**<br>Patton & Tidwell<br>4605 Texas Blvd<br>PO Box 5398<br>Texarkana, TX 75505-5398 |
|  |  | **Nicholas H Patton**<br>(See above for address) |
|  |  | **Robert William Schroeder, III**<br>(See above for address) |

LON 1427211

|  |  |  |
|---|---|---|
|  |  | **William Bryan Farney**<br>Dewey Ballantine - Austin<br>401 Congress Ave<br>Suite 3200<br>Austin, TX 78701 |
| **Hewlett-Packard Company** | represented by | **Bruce H Watrous, Jr**<br>Gray Cary Ware & Freidenrich - San Diego<br>401 B St<br>Suite 2000<br>San Diego, CA 92101 |
|  |  | **John Allcock**<br>Gray Cary Ware & Freidenrich<br>401 B Street<br>Suite 2000<br>San Diego, CA 92101-4240 |
|  |  | **Sean C Cunningham**<br>Gray Cary Ware & Freidenrich - San Diego<br>401 B St<br>Suite 2000<br>San Diego, CA 92101 |
|  |  | **Justin Kurt Truelove**<br>(See above for address) |
|  |  | **Nicholas H Patton**<br>(See above for address) |
|  |  | **Robert William Schroeder, III**<br>(See above for address) |
|  |  | **Eric Miller Albritton**<br>(See above for address) |
| **JASC Software, Inc** | represented by | **Daniel W McDonald**<br>Merchant & Gould<br>80 S Eighth St<br>3200 IDS Center<br>Minneapolis, MN 55402-2215 |
|  |  | **Deakin T Lauer**<br>Merchant & Gould |

|  |  |  |
|---|---|---|
|  |  | 80 South Eighth St<br>Suite 3200<br>Minneapolis, MN 55402 |
|  |  | **Franklin Albright Poff, Jr**<br>Crisp Boyd Poff<br>2301 Moores Lane<br>Texarkana, TX 75505 |
| **JVC Americas Corporation** | represented by | **Joseph M Casino**<br>Amster Rothstein & Ebenstein<br>90 Park Ave<br>New York, NY 10016 |
|  |  | **Eric Miller Albritton**<br>(See above for address) |
| **Kyocera Wireless Corporation** | represented by | **Jennifer Parker Ainsworth**<br>Wilson Sheehy Knowles<br>Robertson & Cornelius PC<br>909 ESE Loop 323<br>Suite 400<br>P.O. Box 7339<br>Tyler, TX 75711-7339 |
|  |  | **Stuart Lubitz**<br>Hogan & Hartson LLP<br>500 S Grand Ave<br>Ste 1900 Biltmore Tower<br>Los Angeles, CA 90071 |
| **Matsushita Electric Corporation of America** | represented by | **David A Boag**<br>Amster Rothstein & Ebenstein<br>90 Park Ave<br>New York, NY 10016 |
|  |  | **Joseph M Casino**<br>(See above for address) |
|  |  | **Eric Miller Albritton**<br>(See above for address) |
| **Mitsubishi Digital Electronics America Inc** | represented by | **Donald R Harris**<br>Jenner & Block<br>One IBM Plaza |

LON 1427211

|  |  |  |
|---|---|---|
|  |  | Chicago, IL 60611 |
|  |  | **John W Kozak**<br>Leydig Voit & Mayer<br>Two Prudential Plaza<br>Suite 4900<br>Chicago, IL 60601-6780 |
|  |  | **Steven P Petersen**<br>Leydig Voit & Mayer<br>Two Prudential Plaza<br>Suite 4900<br>Chicago, IL 60601-6780 |
|  |  | **Terrence J Truax**<br>Jenner & Block<br>One IBM Plaza<br>Chicago, IL 60611 |
|  |  | **Melvin R Wilcox, III**<br>(See above for address) |
| **Oce North America Incorporated** | represented by | **Clyde Moody Siebman**<br>Siebman Reynolds Burg & Phillips LLP<br>300 N Travis St<br>Sherman, TX 75090-0070<br>Grays |
|  |  | **Barry J Coyne**<br>Reed Smith - Pittsburgh<br>435 Sixth Ave<br>Pittsburgh, PA 15219 |
|  |  | **Frederick H Colen**<br>Reed Smith - Pittsburgh<br>435 Sixth Ave<br>Pittsburgh, PA 15219 |
|  |  | **Joshua S Bish**<br>Reed Smith - Pittsburgh<br>435 Sixth Ave<br>Pittsburgh, PA 15219 |
| **Onkyo USA Corporation** | represented by | **Barry J Bendes**<br>Wolf Block Schorr & Solis-Cohen<br>1650 Arch St |

|  |  |  |
|---|---|---|
|  |  | 22 Floor<br>Philadelphia, PA 19103 |
|  |  | **Kenneth G Roberts**<br>Wolf Block Schorr and Solis-Cohen - New York<br>250 Park Avenue<br>New York, NY 10177 |
|  |  | **Scott English Stevens**<br>Stevens Law Firm<br>P.O. Box 807<br>Longview, TX 75606-0807 |
| **PalmOne Incorporated** |  | **Mark D. Flanagan**<br>Bart E. Volkmer<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, California 94303-1050 |
|  |  | **Craig Tyler**<br>Wilson Sonsini Goodrich & Rosati<br>8911 Capital of Texas Hwy North.<br>Westech 360, Suite 3350<br>Austin, Texas 78759-7247 |
| **Panasonic Communications Corporation of America** | represented by | **Morton Amster**<br>Amster Rothstein & Ebenstein<br>90 Park Ave<br>New York, NY 10016 |
|  |  | **Abraham Kasdan**<br>Amster Rothstein & Ebenstein<br>90 Park Ave<br>New York, NY 10016 |
|  |  | **Eric Miller Albritton**<br>(See above for address) |
|  |  | **Joseph M Casino**<br>(See above for address) |
| **Panasonic Mobile Communications Development Corporation of USA** | represented by | **Morton Amster**<br>(See above for address) |
|  |  | **Abraham Kasdan** |

LON 1427211

|  |  |  |
|---|---|---|
|  |  | **Eric Miller Albritton**<br>(See above for address) |
|  |  | **Joseph M Casino**<br>(See above for address) |
| **Ricoh Corporation** | represented by | **Eric Miller Albritton**<br>(See above for address) |
| **Riverdeep Incorporated**<br>*dba*<br>Broderbund | represented by | **Eric Miller Albritton**<br>(See above for address) |
| **Savin Corporation** | represented by | **Eric Miller Albritton**<br>(See above for address) |
| **Thomson Inc** | represented by | **Edmund Lee Haag**<br>Fulbright & Jaworski - Houston<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010 |
|  |  | **Andrew Paul Price**<br>Fulbright & Jaworski<br>1301 McKinney<br>Suite 5100<br>Houston, TX 77010-3095 |
| **Xerox Corporation** | represented by | **Lance Lee**<br>(See above for address) |
|  |  | **James Patrick Bradley**<br>Sidley Austin Brown & Wood<br>717 N Harwood<br>Suite 3400<br>Dallas, TX 75201 |
|  |  | **Scott Wayne Hejny**<br>Sidley Austin Brown & Wood<br>717 N Harwood<br>Suite 3400<br>Dallas, TX 75201 |
|  |  | **Thomas N Tarnay**<br>Sidley Austin Brown and Wood<br>717 North Harwood |

LON 1427211

Suite 3400
Dallas, TX 75201

**William O Fifield**
Sidley Austin Brown & Wood - Dallas
717 N Harwood Suite 3400
Dallas, TX 75201

LON 1427211