# EXHIBIT B

>>> "Davidson, Michelle" <mdavidson@omm.com> 09/14/2004 12:32:40 PM >>>
In preparation for our Rule 26 conference tomorrow, attached is the
Defendants' Proposed Protective Order to which all of the Defendants
have agreed.  I will send the Defendants' Proposed Case Scheduling Order
and Discovery limitations later today so that we can discuss all of this
tomorrow.

 <<ProtectiveOrder.pdf>>

Michelle Davidson
> O'Melveny & Myers LLP
> 400 S. Hope St.
> Los Angeles, CA 90071
> Direct Tel.: (213) 430-6626
> This message and any attached documents contain information from the
> law firm
> of O'Melveny & Myers LLP that may be confidential and/or privileged.
> If you are
> not the intended recipient, you may not read, copy, distribute, or use
> this
> information. If you have received this transmission in error, please
> notify the
> sender immediately by reply e-mail and then delete this message.
>