# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC.,<br><br>                                       Plaintiff,<br><br>versus<br><br>1. AGFA, et al.<br><br>                                  Defendants. | Civil Action<br>No. 2:04-CV-158<br>(Judge Folsom) |

## ORDER

The Court, having considered Plaintiff's Compression Labs, Incorporated Motion for Entry of Protective Order, is of the opinion that the motion should be GRANTED.

Accordingly, IT IS ORDERED that the Protective Order, in the form attached to the Plaintiff's Motion as Exhibit A is hereby entered.

IT IS SO ORDERED on this the _____ day of _____, 2004.

LON 1427211