Appendix K                                                           Revised: 12/3/03

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
US DISTRICT COURT
04 OCT 27 PM 3:33
TX EASTERN-MARSHALL
BY_____

1. This application is being made for the following: Case #02-04-158 Style: <u>Compression Labs, Inc., v. Agfa Corp., et al.</u>
2. Applicant is representing the following party/ies: <u>Compression Labs, Inc.</u>
3. Applicant was admitted to practice in <u>Illinois</u> (state) on November 1994
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court
6. Applicant has/has not/had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not/ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page
8. Applicant has/has not/been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: Northern District of Illinois; Eastern District of Michigan.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Margo Wolf O'Donnell do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date October 25, 2004        Signature *Margo Wolf O'Donnell*

CHICAGO 297377v1 22768-00143

Name (please print) __Margo Wolf O'Donnell__
State Bar Number 6225758
Firm Name:     __Jenkens & Gilchrist, P.C.__
Address/P.O. Box:   _225 West Washington Street, Suite 2600_
City/State/Zip:     __Chicago, IL 60606__
Telephone #:    __312-425-3900__
Fax #:    __312-425-3909__
E-mail Address:   __modonnell@jenkens.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 27th day of October, 2004.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By    C. Hinton
                                                    
Deputy Clerk

CHICAGO 297377v1 22768-00143