# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Compression Labs, Incorporated,<br>　　　　　　　　Plaintiff<br><br>　　　v.<br><br>Afga Corporation, *et al.*<br>　　　　　　　　Defendants | §<br>§<br>§<br>§　C.A. No. 2:04CV-158 DF<br>§<br>§　JURY TRIAL<br>§<br>§<br>§ |

## XEROX CORPORATION'S UNOPPOSED MOTION
## IN SUPPORT OF PROTECTIVE ORDER

Plaintiff Compression Labs, Incorporated ("CLI") filed a Motion for Entry of Protective Order ("CLI's Motion") on October 28, 2004. Defendant Xerox Corporation ("Xerox") has no objection to the proposed Protective Order and therefore files this Unopposed Motion in support of the entry of the Protective Order attached as Exhibit A to CLI's Motion.

DATED: November 1, 2004　　　　　　　　　　　　/s/ Scott W. Hejny

**James P. Bradley, Attorney-in-Charge**
Texas State Bar No. 02826000
JBradley@Sidley.com

**William O. Fifield**
Texas State Bar No. 24005203
WFifield@Sidley.com

**Scott W. Hejny**
Texas State Bar No. 24038952
SHejny@Sidley.com

**SIDLEY AUSTIN BROWN & WOOD LLP**
717 North Harwood, Suite 3400
Dallas, Texas 75201
Phone: (214) 981-3300
Fax: (214) 981-3400

2

**Of Counsel**

                              **Lance Lee**
                              Texas Bar No. 240004762
                              **YOUNG, PICKETT & LEE, L.L.P.**
                              4122 Texas Blvd.
                              P.O. Box 1897
                              Texarkana, Texas 75504
                              Phone:  (903) 794-1303
                              Fax:  (903) 792-5098

                              **Attorneys for Defendant**
                              **Xerox Corporation**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded to Plaintiffs' counsel via email pursuant to the parties' agreement on this the 1st Day of November, 2004.

      /s/ Scott Hejny
One of the Attorneys for Defendant
Xerox Corporation

**CERTIFICATE OF CONFERENCE**

I certify that on November 1, 2004, the undersigned has conferred with counsel for Plaintiffs regarding the merits of this Motion. Counsel for Plaintiffs stated that they do not oppose the motion; accordingly, it is presented to the Court as unopposed.

      /s/ Scott Hejny
One of the Attorneys for Defendant
Xerox Corporation