# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated,<br>  　　　　　　Plaintiff<br><br>　　v.<br><br>Afga Corporation, *et al.*<br>  　　　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 2:04CV-158 DF<br><br>JURY TRIAL |

## XEROX CORPORATION'S RESPONSE TO
## COMPRESSION LABS, INC.'S MOTION FOR PROTECTIVE ORDER

Plaintiff Compression Labs, Incorporated filed a Motion for Entry of Protective Order ("CLI's Motion") on October 28, 2004. This is to advise the Court that Defendant Xerox Corporation has no objection to the entry of the Protective Order attached as Exhibit A to CLI's Motion.

DATED: November 3, 2004　　　　　　　　　　_____/s/ Scott W. Hejny_____

　　　　　　　　　　　　　　　　　　　　　　**James P. Bradley, Attorney-in-Charge**
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 02826000
　　　　　　　　　　　　　　　　　　　　　　JBradley@Sidley.com

　　　　　　　　　　　　　　　　　　　　　　**William O. Fifield**
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24005203
　　　　　　　　　　　　　　　　　　　　　　WFifield@Sidley.com

　　　　　　　　　　　　　　　　　　　　　　**Scott W. Hejny**
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24038952
　　　　　　　　　　　　　　　　　　　　　　SHejny@Sidley.com

　　　　　　　　　　　　　　　　　　　　　　**SIDLEY AUSTIN BROWN & WOOD LLP**
　　　　　　　　　　　　　　　　　　　　　　717 North Harwood, Suite 3400
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　　　Phone:  (214) 981-3300
　　　　　　　　　　　　　　　　　　　　　　Fax:  (214) 981-3400

**Of Counsel**

                **Lance Lee**
                Texas Bar No. 240004762
                **YOUNG, PICKETT & LEE, L.L.P.**
                4122 Texas Blvd.
                P.O. Box 1897
                Texarkana, Texas 75504
                Phone:  (903) 794-1303
                Fax:  (903) 792-5098

                **Attorneys for Defendant**
                **Xerox Corporation**

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been forwarded to Plaintiffs' counsel via email pursuant to the parties' agreement on this the 3rd Day of November, 2004.

                _____/s/ Scott Hejny_____
                One of the Attorneys for Defendant
                Xerox Corporation