IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § | |
| | § | |
| Plaintiffs | § | No. 2:04cv158-DF |
| | § | |
| v. | § | |
| | § | |
| 1. Adobe Systems Incorporated, | § | |
| 2. Agfa Corporation, | § | |
| 3. Apple Computer, Incorporated, | § | |
| 4. Axis Communications, Incorporated, | § | |
| 5. Canon USA, Incorporated, | § | |
| 6. Concord Camera Corporation, | § | |
| 7. Creative Labs, Incorporated, | § | |
| 8. Eastman Kodak Company, | § | |
| 9. Fuji Photo Film, U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America, | § | |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § | |
| 19. Oce′ North America, Incorporated, | § | |
| 20. Onkyo U.S.A. Corporation, | § | |
| 21. palmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America, | § | |
| 23. Panasonic Mobile Communications of America, | § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), | § | |
| 26. Savin Corporation, | § | |
| 27. Thomson, S.A., | § | |
| 28. Xerox Corporation, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT JASC SOFTWARE, INC.'S MOTION TO SUBSTITUTE COUNSEL

COMES NOW JASC Software, Inc., Defendant in the above-styled and numbered cause, and

moves the court to allow Franklin Albright Poff, Jr. to withdraw as attorney of record and to substitute T. John Ward, Jr., State Bar card number 00794818, whose contact information is as follows:

> T. John Ward, Jr.
> Law Office of T. John Ward, Jr., P.C.
> P.O. Box 1231
> Longview, Texas 75606-1231
> (903) 757-6400 (telephone)
> (903) 757-2323 (facsimile)
> E-mail: jw@jwfirm.com

Defendant is not aware of any deadlines or trial date. Defendant approves the substitution, which is not sought for delay.

WHEREFORE, PREMISES CONSIDERED, Defendant JASC Software requests that the court grant its motion to allow Franklin Albright Poff, Jr. to withdraw and substitute T. John Ward, Jr. as an attorney of record for Defendant JASC Software.

> Respectfully submitted,
>
> /s/ Johnny Ward
>
> T. John Ward, Jr.
> State Bar No. 00794818
>
> Law Office of T. John Ward, Jr., P.C.
> P.O. Box 1231
> Longview, Texas 75606-1231
> (903) 757-6400 (telephone)
> (903) 757-2323 (facsimile)
> E-mail: jw@jwfirm.com
>
> Daniel W. McDonald (Bar No. 321515)
> Deakin T. Lauer (Bar No. 168580)
> MERCHANT & GOULD PC
> 80 South Eighth Street, Suite 3200
> Minneapolis, MN 55402-2215
> (612) 332-5300 (telephone)
> (612) 332-9081 (facsimile)
>
> ATTORNEYS FOR DEFENDANT
> JASC SOFTWARE

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served via electronic delivery, on this the 3rd day of November, 2004 to all counsel of record.

*/s/ Johnny Ward/*

T. John Ward, Jr.