IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | § | |
| | § | |
| Plaintiffs | § | No. 2:04cv158-DF |
| | § | |
| v. | § | |
| | § | |
| 1. Adobe Systems Incorporated, | § | |
| 2. Agfa Corporation, | § | |
| 3. Apple Computer, Incorporated, | § | |
| 4. Axis Communications, Incorporated, | § | |
| 5. Canon USA, Incorporated, | § | |
| 6. Concord Camera Corporation, | § | |
| 7. Creative Labs, Incorporated, | § | |
| 8. Eastman Kodak Company, | § | |
| 9. Fuji Photo Film, U.S.A., | § | |
| 10. Fujitsu Computer Products of America, | § | |
| 11. Gateway, Incorporated, | § | |
| 12. Hewlett-Packard Company, | § | |
| 13. JASC Software, | § | |
| 14. JVC Americas Corporation, | § | |
| 15. Kyocera Wireless Corporation, | § | |
| 16. Macromedia, Incorporated, | § | |
| 17. Matsushita Electric Corporation of America, | § | |
| 18. Mitsubishi Digital Electronics America, Incorporated, | § | |
| 19. Oce′ North America, Incorporated, | § | |
| 20. Onkyo U.S.A. Corporation, | § | |
| 21. palmOne, Incorporated, | § | |
| 22. Panasonic Communications Corporation of America, | § | |
| 23. Panasonic Mobile Communications of America, | § | |
| 24. Ricoh Corporation, | § | |
| 25. Riverdeep, Incorporated (d.b.a. Broderbund), | § | |
| 26. Savin Corporation, | § | |
| 27. Thomson, S.A., | § | |
| 28. Xerox Corporation, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

CAME TO BE CONSIDERED Defendant JASC Software, Inc.'s Motion to Substitute

Counsel. The Court, after considering said Motion, is of the opinion that same should be GRANTED.

It is, therefore, ORDERED by the Court that Franklin Albright Poff, Jr. is hereby given permission to withdraw as counsel of record for Defendant in the above-captioned cause, and T. John Ward, Jr. is hereby substituted as an attorney of record for Defendant.

_____
U.S. DISTRICT JUDGE