## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| Compression Labs, Incorporated, | : | |
| Plaintiff, | : | |
| | : | C.A. No. 2:04-CV-158 DF |
| v. | : | |
| 1.  Agfa Corporation, | : | |
| 2.  Apple Computer, Incorporated, | : | |
| 3.  Axis Communications, Incorporated, | : | |
| 4.  Canon USA, Incorporated, | : | |
| 5.  Concord Camera Corporation, | : | |
| 6.  Creative Labs, Incorporated, | : | |
| 7.  Eastman Kodak Company, | : | |
| 8.  Fuji Photo Film U.S.A., | : | |
| 9.  Fujitsu Computer Products of America, Inc. | : | |
| 10. Gateway, Incorporated, | : | |
| 11. Hewlett-Packard Company, | : | |
| 12. JASC Software, | : | |
| 13. JVC Americas Corporation, | : | |
| 14. Kyocera Wireless Corporation, | : | |
| 15. Matsushita Electric Corporation of America, | : | |
| 16. Mitsubishi Digital Electronics America, Incorporated, | : | |
| 17. Océ North America, Incorporated, | : | |
| 18. Onkyo U.S.A. Corporation, | : | |
| 19. PalmOne, Incorporated, | : | |
| 20. Panasonic Communications Corporation of America, | : | |
| 21. Panasonic Mobile Communications Development Corporation of USA, | : | |
| 22. Ricoh Corporation, | : | |
| 23. Riverdeep, Incorporated (d.b.a. Broderbund), | : | |
| 24. Savin Corporation, | | |
| 25. Thomson, Incorporated, and | | |
| 26. Xerox Corporation, | | |
| Defendants. | | |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO SUPPLEMENTAL SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(7) OR, IN THE ALTERNATIVE, MOTION TO TRANSFER

Dockets.Justia.com

The undersigned Defendants (collectively "Defendants") respectfully submit this Motion for Leave to File Response to Supplemental Surreply in Opposition to Defendants' Motion to Dismiss Under Fed. R. Civ. P. 12(b)(7) or, in the Alternative, Motion to Transfer.  Plaintiff Compression Labs, Inc. ("CLI") consented to Defendants' filing of such a response when Defendants agreed not to oppose CLI's motion for leave to file its supplemental surreply. Defendants' Response is necessary to address the new matter raised in CLI's supplemental surreply.

## RESPONSE TO SUPPLEMENTAL SURREPLY

## I.    THE BELATED ASSIGNMENT FROM GI TO CLI CANNOT ALTER THE FACT THAT THE DELAWARE ACTION IS THE FIRST-FILED CASE.

When CLI filed its complaint in this action, it was not the sole owner of the patent-in-suit.  Despite the well-established rule requiring joinder of all co-owners of the patent-in-suit, CLI chose not to join its co-owner, General Instrument Corp. ("GI").  CLI's decision not to join GI rendered this lawsuit defective as a matter of substantive patent law.  *See, e.g., Ethicon, Inc. v. U.S. Surgical Corp.*, 135 F.3d 1456, 1467 (Fed. Cir. 1998); *Int'l. Nutrition Co. v. Horphag Research Ltd.*, 257 F.3d 1324, 1331 (Fed. Cir. 2001).  An action filed by many Defendants in Delaware in July 2004 (the "Delaware Action") is the first case to have joined all co-owners of the patent-in-suit.  Accordingly, the Delaware Action is the first properly-filed case and has priority over the instant lawsuit.

Because CLI cannot claim a good-faith mistake in its failure to join GI, it instead attempts to rescue this lawsuit by obtaining a purported assignment of GI's patent rights.  By doing so, CLI has tacitly acknowledged that it brought this lawsuit improperly by failing to join GI in the first instance.  The entire basis of CLI's supplemental surreply is that "Defendants' motion [to dismiss or transfer] should be denied because GI is no longer a co-owner of the

1

patent-in-suit" by virtue of the October 6, 2004, purported assignment. (Supplemental Surreply at pp. 1-5.) But even granting CLI's premise that GI is no longer a necessary party to this patent dispute, CLI's maneuvers cannot alter the fact that, for the reasons given in Defendants' earlier briefs, the Delaware Action was the first properly-filed case in this litigation. *See Gaia Techs., Inc. v. Reconversion Techs., Inc.*, 93 F.3d 774, 779 (Fed. Cir. 1996) (holding that patent assignment executed after plaintiff filed infringement suit was insufficient "to confer standing on [plaintiff] retroactively"). CLI should not be able to profit from its tactical decision to ignore the requirements of substantive patent law by belatedly obtaining first-filed preference for its improperly-brought lawsuit. *See, e.g., PE Corp. v. Affymetrix, Inc.*, C.A. No. 00-629-SLR, 2001 WL 1180280 (Sept. 27, 2001) (finding it "illogical to essentially determine the proper forum for th[e] litigation based on the fact that the patent owner filed suit in Delaware first, when the patent owner did not have the right to file suit at all.").

Indeed, none of the cases cited by CLI supports its position. For example, CLI cites *IBM v. Conner Peripherals, Inc.*, 30 U.S.P.Q.2d 1315, 1319 (N.D. Cal. 1994), for the proposition that "[c]o-owners may avoid the inconvenience or undesirability of the joinder rule by structuring their interests so that one party is no longer an owner." (Supplemental Surreply at p. 3 (internal quotation marks omitted).) But nothing in *Conner Peripherals* even suggests that such a belated structuring of interests can retroactively confer first-filed status on an improperly-brought lawsuit. 30 U.S.P.Q.2d 1315. To the contrary, *Conner Peripherals* confirms that "[a]ll co-owners of a patent *must join in bringing* a suit for infringement." *Id.* at 1317 (emphasis added). CLI could have joined GI or structured its interests to avoid the joinder rule before the filing of the Delaware Action. Because CLI chose not to do so, it has no claim to first-filed preference for this lawsuit.

In *E-Z Bowz, L.L.C. v. Professional Prod. Research Co.*, cited at page 4 of the supplemental surreply, the question was whether the co-owner of the patents-in-suit might remain an indispensable party once she had assigned her entire interest in the patents.  No. 00-Civ-8670, 2003 WL 22064257, at \*3-5 (S.D.N.Y. Sept. 5, 2003)  The court ruled that the former co-owner was not an indispensable party even though the assignment post-dated the filing of the suit because the present indispensability of a party is based on the current state of affairs.  2003 WL 22064257, at \*4-5.  *E-Z Bowz* is thus premised on the requirement that all patent co-owners must join an infringement suit and merely addresses the proper treatment of a former co-owner after complete divestment of her ownership interest.  It does not address whether a lawsuit, like the one here, that was improperly filed at the outset can be accorded first-filed preference based on a belated assignment.  Other cases that CLI cites are to the same effect.  *See, e.g., Procter & Gamble Co. v. Kimberly-Clark Corp.*, 684 F. Supp. 1403 (N.D. Tex. 1987); *Biovail Labs., Inc. v. Torpharm, Inc.*, No. 01 C 9008, 2002 WL 31687610 (N.D. Ill. Nov. 26, 2002); *Rawlings v. Nat'l Molasses Co.*, 394 F.2d 645 (9th Cir. 1968) (cited in Supplemental Reply at pp. 4-5).  CLI's efforts to show that GI no longer is a necessary party simply demonstrate that CLI's lawsuit was improperly filed in the first place.

## II.    CONCLUSION.

Because CLI chose not to join GI before the filing of the Delaware Action, the Delaware Action is entitled to first-filed preference.  GI's purported assignment of its patent ownership rights to CLI cannot change that fact.  This action thus should be dismissed.  In the alternative, for these reasons and for the independent reasons given in Defendants' earlier briefs, Defendants ask this Court to transfer this case to the District of Delaware.

Dated:  November 4, 2004

Respectfully submitted on behalf of all
Defendants,


  _/s/ Lance Lee_____
Lance Lee
Texas Bar No. 24004762
Young, Pickett & Lee
4122 Texas Blvd.
Texarkana, Texas 75503
Tel: 903-794-1303
Fax: 903-794-5098
wlancelee@aol.com

Counsel for Apple Computer, Inc. and
Xerox Corporation

Eric M. Albritton
Texas Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
903/757-8449 (office)
903/758-7397 (fax)
eric@albrittonlawfirm.com

Counsel for Axis Communications, Inc.; Concord Camera Corp.;
Creative Labs, Inc.; Fujitsu Computer Products of America, Inc.;
Hewlett-Packard Company; JVC Americas;
Matsushita Electric Corporation of America;
Panasonic Communications Corporation of America;
Panasonic Mobile Communications Development Corporation of USA;
Ricoh Corporation; Riverdeep, Inc.; and Savin Corporation

**OF COUNSEL:**

H. Michael Hartmann
mhartmann@leydig.com
Wesley O. Mueller
wmueller@leydig.com
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza; Suite 4900
Chicago, Illinois 60601
Tel:  312-616-5600
Fax:  312-616-5700
(Counsel for Agfa Corp.)

George A. Riley
griley@omm.com
O'Melveny & Myers L.L.P.
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Tel:  415-984-8700
Fax:  415-984-8701
(Counsel for Apple Computer, Inc.)

Mark C. Scarsi
mscarsi@omm.com
Michelle L. Davidson
mdavidson@omm.com
O'Melveny & Myers L.L.P.
400 South Hope Street
Los Angeles, California 90071-2899
Tel:  213-430-6000
Fax:  213-430-6407
(Counsel for Apple Computer, Inc.)

Herschel Tracy Crawford
tcrawford@rameyflock.com
Eric Hugh Findlay
efindlay@rameyflock.com
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Tel: 903-597-3301
Fax: 903-597-2413
(Counsel for Apple Computer, Inc.)

Barry W. Graham
barry.graham@finnegan.com
Elizabeth A. Niemeyer
Elizabeth.niemeyer@finnegan.com
Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, D.C. 20005-3315
Tel:  202-408-4017
Fax:  202-408-4400
(Counsel for Axis Communications, Inc.)

John A. O'Brien
jo'brien@fchs.com
Nicholas M. Cannella
ncannella@fchs.com
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112-3801
Tel.:  212-218-2100
Fax:  212-218-2200
(Counsel for Canon U.S.A., Inc.)

Brian L. Klock
bklock@fchs.com
Fitzpatrick, Cella, Harper & Scinto
1900 K Street, N.W.
Washington, D.C. 20006
Tel:  202-530-1010
Fax:  202-530-1055
(Counsel for Canon U.S.A., Inc.)

Jack B. Baldwin
jbb@baldwinlaw.com
Baldwin & Baldwin, L.L.P.
400 West Houston Street
Marshall, Texas 75670
Tel:  903-935-4131
Fax:  903-935-1397
(Counsel for Canon U.S.A., Inc.)

Scott L. Lampert
Florida State Bar No. 0085642
4000 Hollywood Blvd. Ste. 650N
Hollywood, Florida 33021
(954) 331-4200 (phone)
(954) 989-4103 (fax)
 scott_lampert@concord-camera.com
(Counsel for Concord Camera Corp.)

Robert Haslam
California State Bar No. 71134
Heller Ehrman White & McAuliffe LLP
275 Middlefield Road
Menlo Park, CA  94025
(650) 324-7000 (phone)
(650) 324-0638 (fax)
rhaslam@hewm.com
(Counsel for Creative Labs, Inc.)

Joseph P. Lavelle
lavellej@howrey.com
Kenneth W. Donnelly
donnellyk@howrey.com
Vivian S. Kuo
kuov@howrey.com
Howrey Simon Arnold & White
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Tel:  202-783-0800
Fax:  202-383-6610
(Counsel for Eastman Kodak Company)

Nicholas H. Patton
nickpatton@texarkanalaw.com
Justin Kurt Truelove
ktruelove@texarkanalaw.com
Robert William Schroeder, III
rschroeder@texarkanalaw.com
Patton, Tidwell & Schroeder, L.L.P.
P.O. Box 5398
Texarkana, Texas 75505
Tel:  903-792-7080
Fax:  903-792-8233
(Counsel for Eastman Kodak Company)

Steven J. Routh
sjrouth@hhlaw.com
Hogan & Hartson, L.L.P.
555 13th Street N.W.
Washington, D.C.  20004
Tel:  202-637-6472
Fax:  202-637-5910
(Counsel for Fuji Photo Film U.S.A.)

William C. Gooding
billgooding@goodingpc.com
Gooding & Dodson
2005 Moores Lane
P.O. Box 1877
Texarkana, Texas 75504
Tel:  903-794-3121
Fax:  903-793-4801
(Counsel for Fuji Photo Film U.S.A.)

Christopher E. Chalsen
cchalsen@milbank.com
Michael M. Murray
mmurray@milbank.com
Milbank, Tweed, Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York 10005-1413
Tel:  212-530-5380
Fax:  212-822-5380
(Counsel for Fujitsu Computer Products of America, Inc.)

W. Bryan Farney, P.C.
bfarney@deweyballantine.com
Darryl J. Adams
dadams@deweyballantine.com
Dewey Ballantine LLP
401 Congress Ave., Suite 3200
Austin, Texas 78701-2478
Tel:  512-226-0300
Fax:  512-226-0333
(Counsel for Gateway, Inc.)

Nicholas H. Patton
nickpatton@texarkanalaw.com
Justin Kurt Truelove
ktruelove@texarkanalaw.com
Robert William Schroeder, III
rschroeder@texarkanalaw.com
Patton, Tidwell & Schroeder, L.L.P.
4605 Texas Blvd.
Texarkana, Texas 75505-5398
Tel:  903-792-7080
Fax:  903-792-8233
(Counsel for Gateway, Inc.)

Danny L. Williams
dwilliams@wmalaw.com
Williams, Morgan & Amerson
10333 Richmond, Suite 1100
Houston, Texas 77042
Tel:  713-934-4060
Fax:  713-934-7011
Fax:  903-792-8233
(Counsel for Hewlett-Packard Company)

Nicholas H. Patton
nickpatton@texarkanalaw.com
Justin Kurt Truelove
ktruelove@texarkanalaw.com
Robert William Schroeder, III
rschroeder@texarkanalaw.com
Patton, Tidwell & Schroeder, L.L.P.
4605 Texas Blvd.
Texarkana, Texas 75505-5398
Tel:  903-792-7080
Fax:  903-792-8233
(Counsel for Hewlett-Packard Company)

John Allcock
jallcock@graycary.com
Sean C. Cunningham
scunningham@graycary.com
Bruce H. Watrous
bwatrous@graycary.com
Gray Cary Ware & Freidenrich
401 B Street, Suite 2000
San Diego, California 92101
Tel:  619-699-2700
Fax:  619-699-2701
Fax:  903-792-8233
(Counsel for Hewlett-Packard Company)

Alan  Albright
aalbright@graycary.com
Elizabeth Brown Fore
ebrownfore@graycary.com
1221 S. MoPac Expressway, Suite 400
Austin, Texas 78746
Tel:  512-457-7000
Fax:  512-457-7001
(Counsel for Hewlett-Packard Company)

Daniel W. McDonald
dmcdonald@merchant-gould.com
Deakin T. Lauer
dlauer@merchant-gould.com
Merchant & Gould, P.C.
3200 IDS Center
80 S. 8th Street
Minneapolis, Minnesota 55402
Tel:  612-336-4637
Fax:  612-332-9081
(Counsel for JASC Software, Inc.)

Franklin A. Poff, Jr.
fpoff@cbplaw.com
Crisp, Boyd & Poff, L.L.P.
P.O. Box 6297
Texarkana, Texas 75505
Tel:  903-838-6123
Fax:  903-838-8489
(Counsel for JASC Software, Inc.)

Morton Amster
mamster@arelaw.com
Abraham Kasdan
akasdan@arelaw.com
Joseph Casino
jcasino@arelaw.com
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016
Tel:  212-336-8000
Fax:  212-336-8001
(Counsel for JVC Americas, Matsushita Electric Corporation of America, Panasonic
Communications Corporation of America and Panasonic Mobile Communications Development
Corporation of USA)

Jennifer Parker Ainsworth
jainsworth@wilsonlawfirm.com
Wilson, Sheehy, Knowles, Robertson & Cornelius
P.O. Box 7339
Tyler, Texas 75711
Tel:  903-509-5000
Fax:  903-509-5092
(Counsel for Kyocera Wireless Corporation)

11

Stuart Lubitz
slubitz@HHlaw.com
Hogan & Hartson, L.L.P.
Biltmore Tower
500 South Grand Avenue, Suite 1900
Los Angeles, California 90071
Tel:  213-337-6700
Fax:  213-337-6701
(Counsel for Kyocera Wireless Corporation)

John W. Kozak
jkozak@leydig.com
Steven P. Petersen
spetersen@leydig.com
Leydig, Voit and Mayer, Ltd
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, Illinois  60601
Tel:  312-616-5650
Fax:  312-616-5700
(Counsel for Mitsubishi Digital Electronics America, Inc.)

Donald R. Harris
dharris@jenner.com
Terrence J. Truax
ttruax@jenner.com
Jenner & Block
One IBM Plaza
Chicago, Illinois 60611
Tel: 312-923-2777
Fax: 312-840-7777
(Counsel for Mitsubishi Digital Electronics America, Inc.)

Melvin R. Wilcox, III
Wilson, Sheehy, Knowles, Robertson & Cornelius
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5091
Email: mrw@wilsonlawfirm.com

Frederick H. Colen
fcolen@reedsmith.com
Barry J. Coyne
bcoyne@reedsmith.com
Joshua S. Bish
jbish@reedsmith.com
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
Tel:  412-288-3131
Fax:  412-288-3063
(Counsel for Oce North America, Inc.)

Clyde M. Siebman
clydesiebman@texoma.net
Siebman, Reynolds & Burg
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
Tel:  903-870-0070
Fax:  903-870-0066
(Counsel for Oce North America, Inc.)

Barry J. Bendes
bbendes@wolfblock.com
Wolf Block Schoor & Solis-Cohen
1650 Arch Street, 22 Floor
Philadelphia, Pennsylvania 19103
Tel: 212-883-4965
Fax: 212/672-1165
(Counsel for Onkyo U.S.A. Corporation)

Kenneth G. Roberts
kroberts@wolfblock.com
Wolf Block Schoor & Solis-Cohen
250 Park Avenue
New York, New York 10177
Tel: 212/883-4914
Fax: 212/672-1114
(Counsel for Onkyo U.S.A. Corporation)

Scott E. Stevens
sstevens@bwslawfirm.com
Bunt, Wright & Stevens
P.O. Box 3969
Longview, Texas 75606
Tel: 903-238-9700
Fax: 903-238-9704
(Counsel for Onkyo U.S.A. Corporation)

Mark D. Flanagan
mflanagan@wsgr.com
S. Michael Song
msong@wsgr.com
Bart E. Volkmer
bvolkmer@wsgr.com
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California   94303-1050
Tel:  650-493-9300
Fax:  650-493-6811
(Counsel for palmOne, Inc.)

M. Craig Tyler
ctyler@wsfr.com
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Hwy. North
Westech 360, Suite 3350
Austin, Texas  78759-7247
Tel:  512-338-5400
Fax:  512-338-5499
(Counsel for palmOne, Inc.)

Anthony C. Roth
aroth@morganlewis.com
Morgan, Lewis & Bockius L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel:  202-739-5188
Fax:  202-739-3001
(Counsel for Ricoh Corporation and Savin Corporation)

Robert J. Hollingshead
rhollingshead@morganlewis.com
Morgan, Lewis & Bockius LLP
Shin-Tokyo Building, 9th Floor
3-1, Marunouchi 3 chome
Chiyoda-ku, Tokyo 100-0005, Japan
Tel:  011-81-3-5219-2505
Fax:  202-739-3001
(Counsel for Ricoh Corporation and Savin Corporation)

M. Matthews Hall
hall@khpatent.com
Kolisch Hartwell, P.C.
200 Pacific Building
520 S.W. Yamhill Street
Portland, Oregon 97204
Tel:  503-224-6655
Fax:  503-295-6679
(Counsel for Riverdeep, Inc.)

E. Lee Haag
lhaag@fulbright.com
Marc L. Delflache
mdelftache@fulbright.com
Richard S. Zembek
rzembek@fulbright.com
Andrew Price
aprice@fulbright.com
Fulbright & Jaworski, LLP
1301 McKinney Street
Houston, Texas 77010-3095
Tel:  713-651-5429
Fax:  713-651-5246
(Counsel for Thomson, Incorporated)

Guy N. Harrison
gnharrison@att.net
Attorney at Law
217 North Center
Longview, Texas 75601
Tel:  903-758-7361
Fax:  903-753-9557
(Counsel for Thomson, Incorporated)

James P. Bradley
jbradley@sidley.com
William O. Fifield
wfifield@sidley.com
Sidley Austin Brown & Wood LLP
717 North Harwood
Dallas, Texas 75201
Tel:  214-981-3300
Fax:  214-981-3400
(Counsel for Xerox Corporation)

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 4th day of November, 2004.


_/s/ Lance Lee_____
Lance Lee


17