IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS INCORPORATED | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | |
| ADOBE SYSTEMS INCORPORATED, ET AL. | § | 2:04-CV-00158-DF |
| | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF APPEARANCE OF
COUNSEL AND CHANGE OF ATTORNEY IN CHARGE**

Plaintiff Compression Labs, Inc., ("CLI"), pursuant to Local Rule CV-11 of the Local Court Rules, hereby provides notice of the appearance of Godwin Gruber, LLP as counsel for Plaintiff CLI, and a change in the designation of the attorney in charge for CLI in this litigation. The attorney in charge for CLI in this litigation is:

> Eric W. Buether, Esq.
> Texas State Bar No. 03316880
> Godwin Gruber, LLP
> 1201 Elm Street, Suite 1700
> Dallas, Texas 75270
> Phone: (214) 939-4400
> Fax: (214) 760-7332
> ebuether@godwingruber.com

Mr. Buether is a member in good standing with the State Bar of Texas and is admitted to practice before this court.

Dated: November 5, 2004

        Respectfully submitted,

        **GODWIN GRUBER, LLP**

        /s/ Eric W. Buether
        Eric W. Buether, Esq
        Attorney in Charge
        Texas State Bar No. 03316880
        G. Michael Gruber
        Texas State Bar No. 08555400
        William Lewis Sessions
        Texas State Bar No. 18041500
        Christopher M. Joe
        Texas State Bar No. 00787770
        Todd E. Landis
        Texas State Bar No. 24030226

        Renaissance Tower
        1201 Elm Street, Suite 1700
        Dallas, Texas 75270
        (214) 939-4400 - Telephone
        (214) 760-7332 - Facsimile

        **ATTORNEYS FOR PLAINTIFF**
        **COMPRESSION LABS, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 5th day of November, 2004.

                                         /s/ Eric W. Buether

D1072945v1\14017.0002 PLEADINGS