# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| 1. COMPRESSION LABS, INC.,<br><br>                             Plaintiff,<br>VS.<br><br>1. AGFA CORPORATION, ET AL,<br><br>                            Defendants. | Civil Action<br>No. 2:04-CV-158<br>(Judge Folsom) |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

      COME NOW the undersigned counsel and attorneys of record in the above-entitled and numbered cause, and file this, their Motion to Withdraw as counsel of record, and would show the Court as follows:

I.

      The undersigned hereby move the Court to withdraw as counsel of record in the above-entitled and numbered cause. Movants would show the Court that Plaintiff, Compression Labs, Inc., consents and agrees to the withdrawal from representation in this matter.

      WHEREFORE, PREMISES CONSIDERED, the undersigned counsel hereby respectfully move the Court to withdraw as counsel of record in the above-entitled and numbered cause, and for such other and further relief as they may show themselves justly entitled.

LON:143530.1
50987.1

Respectfully submitted,

/s/ S. Calvin Capshaw
S. Calvin Capshaw III
Texas Bar No.: 03783900
ccapshaw@mailbmc.com
BROWN, McCARROLL, L.L.P.
1127 Judson Road, Suite 220
Longview, Texas 75601-5157
Tel. (903) 236-9800
Fax. (903) 236-8787


/s/ Franklin Jones, Jr. by permission S. Calvin Capshaw
Franklin Jones, Jr.
Texas Bar No.: 00000055
maizieh@millerfirm.com
JONES & JONES, INC., P.C.
201 West Houston Street (75670)
P.O. Drawer 1249
Marshall, Texas 75670-1249
Tel. (903) 938-4395
Fax. (903) 938-3360
E-mail: maizieh@millerfirm.com

/s/ Otis Carroll by permission S. Calvin Capshaw
Otis Carroll
Texas Bar No.: 03895700
Jack Wesley Hill
Texas Bar No.: 24032294
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, Texas 75703
Tel. (903) 561-1600
Fax. (903) 581-1071
E-mail: fedserv@icklaw.com

ATTORNEYS FOR PLAINTIFF

LON:143530.1
50987.1

## CERTIFICATE OF CONFERENCE

On November 24, 2004, I spoke with Counsel for Compression Labs, Inc., and they do not oppose this Motion to Withdraw.

/s/ S. Calvin Capshaw

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to the electronic service are being served with a copy of **MOTION TO WITHDRAW FROM REPRESENTATION OF COMPRESSION LABS, INCORPORATED** via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 24th day of November, 2004.

/s/S. Calvin Capshaw

LON:143530.1
50987.1