```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                        EAST...         TEXAS

        IN THE UNITED STATES DISTRICT COURT                DEC 0 6 2004
           FOR THE EASTERN DISTRICT OF TEXAS
                    MARSHALL DIVISION                   DAVID J. MALAND, CLERK
                                                        BY
                                                        DEPUTY
```

COMPRESSION LABS, INC.,

                           Plaintiff,        Civil Action
                                      No. 2:04-CV-158
    versus                                 (Judge Folsom)

1.  AGFA, et al.

                         Defendants.

## ORDER

The Court, having considered Plaintiff's Compression Labs, Incorporated Motion for Entry of Protective Order, is of the opinion that the motion should be GRANTED.

Accordingly, IT IS ORDERED that the Protective Order, in the form attached to the Plaintiff's Motion as Exhibit A is hereby entered.

IT IS SO ORDERED on this the 6th day of Dec, 2004.

                                                      _____
                                                            USDJ

LON 1427211