Compression Labs Incorporated v. Adobe Systems Incorporated et al                                       Doc. 178

Appendix K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

Revised 12/6/03

FILED
U.S. DISTRICT COURT
04 DEC 17 AM 11:05
TX EASTERN-MARSHALL

1. This application is being made for the following: Case # __2-04 CV-158 (DJF)__

Style: __COMPRESSION LABS, INCORPORATED, Plaintiff v. ADOBE SYSTEMS INCORPORATED, et al., Defendants.__

2. Applicant is representing the following party/ies: __Defendants, Matsushita Electric Corporation of America, JVC Americas Corp., Panasonic Communications Corporation of America and Panasonic Mobile Communications Development Corporation of USA__

3. Applicant was admitted to practice in __New York__ (state) on __January 18, 1995__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/ (has not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page

7. Applicant has/ (has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8. Applicant has/ (has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses   None

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
__U.S. Supreme Court; U.S. Court of Appeals, Federal Circuit; Eastern, Southern and Northern Districts of New York__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

295205 1

**Application Oath:**

I, _____Richard S. Mandaro_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __12/1/04__    Signature _____[signature]_____

Name (please print) ___Richard S. Mandaro___
State Bar Number ___RM 2602___
Firm Name: ___Amster Rothstein & Ebenstein LLP___
Address/P.O. Box: ___90 Park Avenue___
City/State/Zip: ___New York, NY 10016___
Telephone #: ___(212) 336-8106___
Fax #: ___(212) 336-8001___
E-mail Address: ___rmandaro@arelaw.com___

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 20__

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____[signature]_____
Deputy Clerk

295205.1