IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COMPRESSION LABS, INC. | § | |
| | § | CASE NO. 2:04cv-158 |
| PLAINTIFF | § | |
| | § | |
| v. | § | |
| | § | |
| ADOBE SYSTEMS INC., ET AL, | § | |
| DEFENDANTS | § | |

## ORDER

_____Before the Court is Defendants' Unopposed Motion for Leave to File Response to Supplemental Surreply in Opposition to Defendants' Motion to Dismiss Under Fed.R.Civ.P. 12(b)(7) or, in the Alternative, Motion to Transfer. After considering the Motion, the Court finds that it well taken. Therefore, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that Defendants' Unopposed Motion for Leave to File Response to Supplemental Surreply in Opposition to Defendants' Motion to Dismiss Under Fed.R.Civ.P. 12(b)(7) or, in the Alternative, Motion to Transfer is **GRANTED.**

**SIGNED** this the 30th day of Dec~~November~~, 2004.

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE