# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Compression Labs, Incorporated,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 2:04-CV-158-DF |
| § | |
| **Agfa Corporation,** *et al.*, § | |
| § | |
| **Defendants.** § | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Barry W. Graham and Elizabeth A. Niemeyer, counsel for defendant Axis Communications, Inc., file this notice of change of address with the clerk of the court and requests that you change your records accordingly.

The new address effective January 18, 2005, will be:

Barry W. Graham
Attorney-in-charge
barry.graham@finnegan.com
Elizabeth A. Niemeyer
elizabeth.niemeyer@finnegan.com
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Avenue, N.W.
Washington D.C. 20001-4413
Tel:  202- 408-4000
Fax:  202-408-4400

The street address and ZIP+4 Code are the only changes. The telephone numbers, fax number, and e-mail addresses remain the same.

All orders, notices, and other correspondence from the court and all parties should be directed to this new address.

1

        Respectfully submitted,

*[signature]*

_____
Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
eric@albrittonlawfirm.com

Of Counsel:

Barry W. Graham
Attorney-in-charge
Washington DC Bar No. 291278
barry.graham@finnegan.com
Elizabeth A. Niemeyer
Washington DC Bar No. 473963
elizabeth.niemeyer@finnegan.com
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington D.C. 20001
(202) 408-4000 (phone)
(202) 408-4400 (fax)

        *Counsel for Axis Communications, Inc*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 14th day of January, 2005.

_____
Eric M. Albritton