IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COMPRESSION LABS, INC., § <br> Plaintiff, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2-04-CV-410 (TJW) <br> CREO, INC. and CREO AMERICAS, INC., § <br> Defendants. § <br> § <br> § | |

## ORDER

On this date, came on to be considered the Plaintiff's Unopposed Motion to Reassign Case to Judge David J. Folsom, or alternatively, Consolidate Pursuant to Local Rule CV-42(A) (Docket No. 11). After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Civil Action No. 2-04-CV-410, styled *Compression Labs, Inc. v. Creo, Inc. and Creo Americas, Inc.*, be consolidated with Civil Action Nos. 2-04-CV-158(DF), 2-04-CV-159(DF), and 2-04-CV-294(DF) pending before Judge Folsom.

SIGNED this 14th day of January, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE