**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** § § § | | |
|     **Plaintiff,** § § | | |
| v. § | **Civil Action No. 2:04-CV-158** | |
| **AGFA CORPORATION**, *et al.*, § § § | | |
|     **Defendants,** § | | |

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** § § § | | |
|     **Plaintiff,** § § | | |
| v. § | **Civil Action No. 2:04-CV-159** | |
| **DELL, INC.**, *et al.*, § § § | | |
|     **Defendants,** § | | |

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** § § § | | |
|     **Plaintiff,** § § | | |
| v. § | **Civil Action No. 2:04-CV-294** | |
| **ACER AMERICA CORPORATION**, *et al.*, § § § | | |
|     **Defendants** § | | |

| | | |
|---|---|---|
| **COMPRESSION LABS, INC.,** § § § | | |
|     **Plaintiff,** § § | | |
| v. § | **Civil Action No. 2:04-CV-410** | |
| **CREO, INC.**, *et al.*, § § § | | |
|     **Defendants.** § | | |

**PLAINTIFF CLI'S WITHDRAWAL OF APPARATUS CLAIM**

Plaintiff Compression Labs, Inc. ("CLI") hereby serves notice of its withdrawal of its claims that Defendants infringe claims 25-35 of the '672 patent.

1

Respectfully submitted,

**GODWIN GRUBER, LLP**

By:   /s/ Eric W. Buether
      Eric W. Buether
      Attorney in Charge
      Texas State Bar No. 03316880
      ebuether@godwingruber.com
      Renaissance Tower
      1201 Elm, Suite 1700
      Dallas, Texas 75270-2084
      214.939.4400
      214.760.7332 Facsimile

      Carl R. Roth (*attorney to be noticed*)
      Texas State Bar No. 17312000
      cr@rothfirm.com
      Michael S. Smith (*attorney to be noticed*)
      Texas State Bar No. 18650410
      ms@rothfirm.com
      THE ROTH LAW FIRM
      115 North Wellington, Suite 200
      Marshall, Texas 75670
      903.935.1665
      903.935.1797 Facsimile

      **ATTORNEYS FOR PLAINTIFF**
      **COMPRESSION LABS, INC.**

D1093846v1\14017.0002 PLEADINGS

SERVICE RE 2:04-CV-158

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 18th day of January, 2005.

/s/ Eric W. Buether

**Jennifer Parker Ainsworth**
Wilson Sheehy Knowles Robertson & Cornelius PC
909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
*Counsel for Defendant Kyocera Wireless Corporation*

**Eric Miller Albritton**
Attorney at Law
P.O. Box 2649
Longview, TX 75606
*Counsel for Defendants Panasonic Communications Corporation of America; Panasonic Mobile Communications Development Corporation of USA; Axis Communications Incorporated; Concord Camera Corporation; Fujitsu Computer Products of America Inc.; Hewlett-Packard Company; JVC Americas Corporation; Matsushita Electric Corporation of America; Ricoh Corporation; Savin Corporation; Creative Labs Incorporated; and Riverdeep Incorporated*

**John Allcock**
**Sean C. Cunningham**
**Bruce H. Watrous, Jr.**
Gray Cary Ware & Freidenrich
401 B Street
Suite 2000
San Diego, CA 92101-4240
*Attorney for Defendant Hewlett-Packard Company*

**Morton Amster**
Amster Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016
*Attorney for Defendants Panasonic Communications Corporation of America; and Panasonic Mobile Communications Development Corporation of USA*

**John 'Jack' Brown Baldwin**
Baldwin & Baldwin
400 W. Houston Street
P.O. Drawer 1349
Marshall, TX 75761-1349
*Attorney for Defendant Canon USA Incorporated*

1

**Barry J. Bendes**
Wolf Block Schorr & Solis-Cohen
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103
*Attorney for Defendant Onkyo USA Corporation*

**Joshua S. Bish**
**Frederick H. Colen**
**Barry J. Coyne**
Reed Smith – Pittsburgh
435 Sixth Avenue
Pittsburgh, PA 15219
*Attorney for Defendant Oce North America Incorporated*

**David A. Boag**
Amster Rothstein & Ebenstein
90 Park Avenue
New York, NY 10016
*Attorney for Defendant Matsushita Electric Corporation of America*

**James Patrick Bradley**
**William O. Fifield**
**Scott Wayne Hejny**
**Thomas N. Tarnay**
Sidley Austin Brown & Wood
717 N. Harwood, Suite 3400
Dallas, TX 75201
*Attorney for Defendant Xerox Corporation*

**Joseph M. Casino**
**Abraham Kasdan**
**Michael J. Kasdan**
**Richard S. Mandaro**
Amster Rothstein & Ebstein
90 Park Avenue
New York, NY 10016
*Attorney for Defendants Panasonic Communications Corporation of America; Panasonic Mobile Communications Development Corporation of USA; JVC Americas Corporation; and Matsushita Electric Corporation of America*

**Christopher E. Chalsen**
**Michael M. Murray**
Milbank Tweed Hadley & McCloy – New York
1 Chase Manhattan Plaza
New York, NY 10005-1413
*Attorney for Defendant Fujitsu Computer Products of America Inc.*

**Herschel Tracy Crawford**
**Eric Hugh Findlay**
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, TX 75702
*Attorney for Defendant Apple Computer Incorporated*

**Michelle Davidson**
**George A. Riley**
**Mark Scarsi**
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899
*Attorney for Defendant Apple Computer Incorporated*

**Kenneth W. Donnelly**
**Vivian S. Kuo**
Howrey Simon Arnold & White – Washington
1299 Pennsylvania Ave NW
Washington, DC 20004-2402
*Attorney for Defendant Eastman Kodak Company*

**William Bryan Farney**
Dewey Ballantine – Austin
401 Congress Avenue, Suite 3200
Austin, TX 78701
*Attorney for Defendant Gateway Incorporated*

**Barry W. Graham**
**Elizabeth A. Niemeyer**
Finnegan Henderson Farabow Garrett & Dunner – Washington
1300 I Street NW
Washington, DC 20005
*Attorney for Defendant Axis Communications Incorporated*

**Edmund Lee Haag**
**Andrew Paul Price**
Fulbright & Jaworski – Houston
1301 McKinney, Suite 5100
Houston, TX 77010
*Attorney for Defendant Thomson Inc.*

**Donald R. Harris**
**Terrence J. Truax**
Jenner & Block – Chicago
One IBM Plaza
Chicago, IL 60611
*Attorney for Defendant Mitsubishi Digital Electronics America Inc.*

**John W. Kozak**
**Steven P. Peterson**
Leydig Voit & Mayer
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
*Attorney for Defendant Mitsubishi Digital Electronics America Inc.*

**Deakin T. Lauer**
**Daniel W. McDonald**
Merchant & Gould
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402
*Attorney for Defendant JASC Software, Inc.*

**Lance Lee**
Young Pickett & Lee
4122 Texas Blvd.
P.O. Box 1897
Texarkana, TX 75504-1897
*Attorney for Defendant Apple Computer Incorporated*

**Stuart Lubitz**
Hogan & Hartson LLP
500 S. Grand Avenue
Suite 1900 Biltmore Tower
Los Angeles, CA 90071
*Attorney for Defendant Kyocera Wireless Corporation*

**Wesley O. Mueller**
**Robert T. Wittmann**
Leydig Voit & Mayer
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
*Attorney for Defendant Agfa Corporation*

**Nicholas H. Patton**
**Robert William Schroeder, III**
Patton & Tidwell
4605 Texas Blvd
P.O. Box 5398
Texarkana, TX 75505-5398
*Attorney for Defendants Eastman Kodak Company; Gateway Incorporated; and Hewlett-Packard Company*

**Kenneth G. Roberts**
Wolf Block Schorr and Solis-Cohen – New York
250 Park Avenue
New York, NY 10177
*Attorney for Defendant Onkyo USA Corporation*

**Carl R. Roth**
**Michael Charles Smith**
Law Office of Carl R. Roth
115 N. Wellington, Suite 200
P.O. Box 876
Marshall, TX 75670
*Attorney for Plaintiff Compression Labs Incorporated*

**Steven J. Routh**
Hogan & Hartson – Washington
555 Thirteenth Street NW
Washington, DC 20004
*Attorney for Defendant Fuji Photo Film USA Inc.*

**Clyde Moody Siebman**
Siebman Reynolds Burg & Phillips LLP
300 N. Travis Street
Sherman, TX 75090
*Attorney for Defendant Oce North America Incorporated*

**Scott English Stevens**
Stevens Law Firm
P.O. Box 807
Longview, TX 75606-0807
*Attorney for Defendant Onkyo USA Corporation*

**Justin Kurt Truelove**
Patton & Tidwell
4605 Texas Blvd
P.O. Box 5398
Texarkana, TX 75505-5398
*Attorney for Defendants Gateway Incorporated; and Hewlett-Packard Company*

**Thomas John Ward, Jr.**
Law Office of T. John Ward Jr PC
P.O. Box 1231
Longview, TX 75606-1231
*Attorney for Defendant JASC Software, Inc.*

**Melvin R. Wilcox, III**
Wilson Sheehy Knowles Robertson & Cornelius PC
909 ESE Loop 323
Suite 400
P.O. Box 7339
Tyler, TX 75711-7339
*Counsel for Defendants Agfa Corporation; and Mitsubishi Digital Electronics America Inc.*

**Danny L. Williams**
Williams, Morgan & Amerson, P.C.
10333 Richmond, Suite 1100
Houston, TX 77042
*Attorney for Defendant Hewlett-Packard Company*

SERVICE RE 2:04-CV-159

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 18th day of January, 2005.

/s/ Eric W. Buether

**Eric Miller Albritton**
Attorney at Law
P.O. Box 2649
Longview, TX 75606
*Counsel for Defendant International Business Machines Corporation*

**Henry Charles Bunsow**
**Denise M. DeMory**
Howrey Simon Arnold & White
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
*Attorney for Defendant Toshiba America Inc.*

**Amy H. Candido**
**Keith R. Hummell**
Cravath Swaine & Moore
825 Eighth Avenue
New York, NY 10019
*Attorney for Defendant International Business Machines Corporation*

**Deron R. Dacus**
Ramey & Flock
100 E. Ferguson, Suite 500
Tyler, TX 75702
*Attorney for Defendant Dell, Inc.*

**Harry Lee Gillam, Jr.**
Gillam & Smith, L.L.P.
110 South Bolivar, Suite 204
Marshall, TX 75670
*Attorney for Defendants Toshiba America Consumer Products Inc.; Toshiba America Electronic Components Inc.; Toshiba America Inc.; and Toshiba America Information Systems Inc.*

**Willem G. Schuurman**
**David B. Weaver**
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746
*Attorney for Defendant Dell, Inc.*

1

**SERVICE RE 2:04-CV-294**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 18th day of January, 2005.

/s/ Eric W. Buether

**Eric Miller Albritton**
Attorney at Law
P.O. Box 2649
Longview, TX 75606
*Counsel for Defendants TiVo Inc.; Yahoo! Inc.; and AudioVox Electronics Corporation*

**John R. Alison**
**Elizabeth A. Niemeyer**
**E. Robert Yoches**
Finnegan Henderson Farabow Garrett & Dunner – Washington
1300 I Street NW
Washington, DC 20005
*Attorney for Defendant BenQ America Corporation*

**Brian K. Buss**
**Willem G. Schuurman**
**David B. Weaver**
Vinson & Elkins
2801 Via Fortuna, Suite 100
Austin, TX 78746
*Attorney for Defendants BancTec, Inc.; BenQ America Corporation; Color Dreams, Inc. (d/b/a StarDot Technologies); Sun Microsystems Inc.; and Yahoo! Inc.*

**Jennifer Haltom Doan**
Haltom and Doan LLP
6500 North Summerhill Road
Crown Executive Center Suite 1A
P.O. Box 6227
Texarkana, TX 75505
*Attorney for Defendants Acer America Corporation; BancTec, Inc.; BenQ America Corporation; Color Dreams, Inc. (d/b/a StarDot Technologies); Sun Microsystems Inc.; Yahoo! Inc.; and Google, Inc.*

**Daralyn J. Durie**
**Ryan M. Kent**
Keker & Van Nest
710 Sansome Street
San Francisco, CA 94111
*Attorney for Defendant Google, Inc.*

**Lucas Thomas Elliot**
**Paul E. Krieger**
Fulbright & Jaworski – Houston
1301 McKinney, Suite 5100
Houston, TX 77010
*Attorney for Defendant Acer America Corporation*

**Perry M. Goldberg**
**Adam S. Hoffman**
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
*Attorney for Defendant TiVo Inc.*

**David W. Hansen**
**Donna Hill**
Skadden Slate Arps Meagher & Florn – Palo Alto
525 University, Suite 1100
Palo Alto, CA 94301
*Attorney for Defendant Yahoo! Inc.*

**Carl R. Roth**
**Michael Charles Smith**
Law Office of Carl R. Roth
115 N. Wellington, Suite 200
P.O. Box 876
Marshall, TX 75670
*Attorney for Plaintiff Compression Labs Incorporated*

**Scott English Stevens**
Stevens Law Firm
P.O. Box 807
Longview, TX 75606-0807
*Attorney for Defendant Color Dreams, Inc. (d/b/a StarDot Technologies)*

**Marvin Craig Tyler**
Wilson Sonsini Goodrich & Rosati
8911 Capital of Texas Highway
Westech 360, Suite 3350
Austin, TX 78759-7247
*Attorney for Defendant ScanSoft, Inc.*

**SERVICE RE 2:04-CV-410**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and/or first class mail this 18th day of January, 2005.

           /s/ Eric W. Buether

**Amr O. Aly**
**William P. DiSalvatore**
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
*Attorney for Defendant Creo Americas, Inc. and Creo Inc.*

**Lauren B. Fletcher**
WILMER CUTLER PICKERING HALE & DORR
60 State Street
Boston, MA 02109
*Attorney for Defendant Creo Americas, Inc. and Creo Inc.*

**Jett Williams, III**
DAVIS ORETSKY PC
1415 Louisiana, Suite 4200
Houston, TX 77002
*Attorney for Defendant Creo Americas, Inc. and Creo Inc.*

D1089763v1\14017.0002 PLEADINGS