IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Compression Labs, Inc. | |
| *Plaintiff,* | Civil Action No. 2-04CV-158-DF |
| v. | |
| 1.  Agfa Corporation | |
| 2.  Apple Computer, Incorporated, | |
| 3.  Axis Communications, Incorporated, | |
| 4.  Canon, USA, Incorporated, | **NOTICE OF WITHDRAWAL OF GRAY** |
| 5.  Concord Camera Corporation, | **CARY WARE & FREIDENRICH LLP AS** |
| 6.  Creative Labs, Incorporated, | **OUTSIDE COUNSEL TO DEFENDANT** |
| 7.  Eastman Kodak Company, | **HEWLETT-PACKARD COMPANY** |
| 8.  Fuji Photo Film U.S.A., | |
| 9.  Fujitsu Computer Products of Am., | |
| 10. Gateway, Incorporated, | |
| 11. Hewlett-Packard Company, | |
| 12. JASC Software, | |
| 13. JVC Americas Corporation, | |
| 14. Kyocera Wireless Corporation, | |
| 15. Matsushita Electric Corporation of America, | |
| 16. Mitsubishi Digital Electronics Am., Inc., | |
| 17. Oce North America, Incorporated, | |
| 18. Onkyo U.S.A. Corporation, | |
| 19. palmOne, Incorporated, | |
| 20. Panasonic Communications Corp. of America, | |
| 21. Panasonic Mobile Communications of America, | |
| 22. Ricoh Corporation, | |
| 23. Riverdeep, Incorporated (d.b.a Broderbund, | |
| 24. Savin Corporation, | |
| 25. Thomson, S.A., | |
| 26. Xerox Corporation, | |
| *Defendants* | |

**<u>NOTICE OF WITHDRAWAL OF GRAY CARY WARE & FREIDENRICH LLP AS
OUTSIDE COUNSEL TO DEFENDANT HEWLETT-PACKARD COMPANY</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that the law firm of Gray Cary Ware & Freidenrich LLP (now

DLA Piper Rudnick Gray Cary US LLP) has withdrawn as outside counsel for Defendant

Hewlett-Packard Company in this action.

Please modify all service lists to ensure that all hard copy (mail or facsimile) and/or

electronic documents or notices are no longer distributed to:

Alan D. Albright
Elizabeth Brown Fore
GRAY CARY WARE & FREIDENRICH LLP
1221 S. MoPac Expressway, Suite 400
Austin, TX  78746
Tel. 512-457-7000
Fax. 512-457-7001

John Allcock
Sean C. Cunningham
Barry K. Shelton
Bruce H. Watrous, Jr.
GRAY CARY WARE & FREIDENRICH LLP
401 B Street, Suite 2000
San Diego, CA 92101
Tel. 619-699-2700
Fax.  619-699-2701

Respectfully submitted,

Dated:  January 21, 2005

By: _____

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Tel. 903-757-8449
Fax. 903-758-7397
eric@albrittonlawfirm.com

Nicholas H. Patton
Justin Kurt Truelove
Robert William Schroeder, III
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
Texarkana, Texas 75505-5398
Tel:  903-792-7080
Fax:  903-792-8233

Danny L. Williams
Attorney-in-Charge
Tex. Bar No. 21518050
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond, Suite 1100
Houston, Texas 77042
Tel. 713-934-7000
Fax. 713-934-7011

*Attorneys for Defendant*
*Hewlett-Packard Company*