**IN THE UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Compression Labs, Inc. <br><br> *Plaintiff*, <br><br> v. <br><br> 1. Agfa Corporation <br> 2. Apple Computer, Incorporated, <br> 3. Axis Communications, Incorporated, <br> 4. Canon, USA, Incorporated, <br> 5. Concord Camera Corporation, <br> 6. Creative Labs, Incorporated, <br> 7. Eastman Kodak Company, <br> 8. Fuji Photo Film U.S.A., <br> 9. Fujitsu Computer Products of Am., <br> 10. Gateway, Incorporated, <br> 11. Hewlett-Packard Company, <br> 12. JASC Software, <br> 13. JVC Americas Corporation, <br> 14. Kyocera Wireless Corporation, <br> 15. Matsushita Electric Corporation of America, <br> 16. Mitsubishi Digital Electronics Am., Inc., <br> 17. Oce North America, Incorporated, <br> 18. Onkyo U.S.A. Corporation, <br> 19. palmOne, Incorporated, <br> 20. Panasonic Communications Corp. of America, <br> 21. Panasonic Mobile Communications of America, <br> 22. Ricoh Corporation, <br> 23. Riverdeep, Incorporated (d.b.a Broderbund, <br> 24. Savin Corporation, <br> 25. Thomson, S.A., <br> 26. Xerox Corporation, <br><br> *Defendants* | Civil Action No. 2-04CV-158-DF <br><br><br> **NOTICE OF WITHDRAWAL OF GRAY CARY WARE & FREIDENRICH LLP AS OUTSIDE COUNSEL TO DEFENDANT HEWLETT-PACKARD COMPANY** |

## NOTICE OF WITHDRAWAL OF GRAY CARY WARE & FREIDENRICH LLP AS OUTSIDE COUNSEL TO DEFENDANT HEWLETT-PACKARD COMPANY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that the law firm of Gray Cary Ware & Freidenrich LLP (now DLA Piper Rudnick Gray Cary US LLP) has withdrawn as outside counsel for Defendant Hewlett-Packard Company in this action.

Please modify all service lists to ensure that all hard copy (mail or facsimile) and/or electronic documents or notices are no longer distributed to:

>Alan D. Albright
>Elizabeth Brown Fore
>GRAY CARY WARE & FREIDENRICH LLP
>1221 S. MoPac Expressway, Suite 400
>Austin, TX  78746
>Tel. 512-457-7000
>Fax. 512-457-7001
>
>John Allcock
>Sean C. Cunningham
>Barry K. Shelton
>Bruce H. Watrous, Jr.
>GRAY CARY WARE & FREIDENRICH LLP
>401 B Street, Suite 2000
>San Diego, CA 92101
>Tel. 619-699-2700
>Fax.  619-699-2701

Respectfully submitted,

Dated:  January 21, 2005

By:_____
    Eric M. Albritton
    Texas State Bar No. 00790215
    ALBRITTON LAW FIRM
    P.O. Box 2649
    Longview, Texas 75606
    Tel. 903-757-8449
    Fax. 903-758-7397
    eric@albrittonlawfirm.com

    Nicholas H. Patton
    Justin Kurt Truelove
    Robert William Schroeder, III
    PATTON, TIDWELL & SCHROEDER, L.L.P.
    4605 Texas Blvd.
    Texarkana, Texas 75505-5398
    Tel:  903-792-7080
    Fax:  903-792-8233

    Danny L. Williams
    Attorney-in-Charge
    Tex. Bar No. 21518050
    WILLIAMS, MORGAN & AMERSON, P.C.
    10333 Richmond, Suite 1100
    Houston, Texas 77042
    Tel. 713-934-7000
    Fax. 713-934-7011

    *Attorneys for Defendant*
    *Hewlett-Packard Company*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 25th day of January, 2005.

_____
Eric M. Albritton