AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)   DATE 4/28/04

NAME OF SERVER (PRINT) Jennifer Watkins   TITLE Legal Asst

FILED-CLERK
U.S. DISTRICT COURT
04 APR 30 PM 2:33
TX EASTERN-MARSHALL
BY _____

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Via certified mail RRR # 7003 3110 0001 7926 5623 on Registered agent for service CT Corp System, 350 N. St Paul St., Dallas, TX 75201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/30/04
Date

Signature of Server: Jennifer L Watkins
The Roth Law Firm
115 N Wellington, Suite 200
Marshall, TX 75670
Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hewlett-Packard Co. by and though
CT Corp. System
350 N. St. Paul Street
Dallas, TX 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 28 2004
CT CORPORATION

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0001 7926 5623

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-15

(1) As to who may serve a summons see Rule 4 of the Federal...