AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]    DATE: 4/28/04

NAME OF SERVER (PRINT): Jennifer Watkins    TITLE: Legal Asst

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): via Certified Mail RRR# 7003 3110 0001 7926 5555 to registered agent for service CT Corp System, 350 N. St. Paul, Dallas, TX 75201

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/30/04

Signature of Server: Jennifer L Watkins
The Roth Law Firm
115 N. Wellington, Suite 200
75670

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
AGFA Corp. by & through by and through CT Corp
1 Street
201

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X ☐ Agent ☐ Addressee
B. Received by (Printed Name):   C. Date of Delivery: APR 28 2004
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below: CT CORPORATION

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7003 3110 0001 7926 5555

PS Form, August 2001, Domestic Return Receipt, 102595-02-M-1540