

# The State of Texas
## Secretary of State

FILED-CLERK
US DISTRICT COURT
04 MAY 24 PM 1:42
TX EASTERN-MARSHALL
BY_____

2004-093165-6

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Complaint in the cause styled:

> Compression Labs, Inc., VS Adobe Systems Incorporated, et al
> United States District Court, Eastern District of Texas, Marshall Division
> 204CV158

was received by this office on May 3, 2004, and that a copy was forwarded on May 5, 2004, by CERTIFIED MAIL, return receipt requested to:

> Gateway, Inc.
> Registered Agent, The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange St
> Wilmington, DE 19801

The RETURN RECEIPT was received in this office dated May 10, 2004, bearing the Signature Of Addressee's Agent.



Date issued: May 17, 2004



Geoffrey S. Connor
Secretary of State

ST\lsv