

# The State of Texas

### Secretary of State

2004-093165-5

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Complaint in the cause styled:

> Compression Labs, Inc., VS Adobe Systems Incorporated, et al
> United States District Court, Eastern District of Texas, Marshall Division
> 204CV158

was received by this office on May 3, 2004, and that a copy was forwarded on May 5, 2004, by CERTIFIED MAIL, return receipt requested to:

> Jasc Software
> Registered Agent, Robert Voit
> 7905 Fuller Rd
> Eden Prairie, MN 55344

The RETURN RECEIPT was received in this office dated May 10, 2004, bearing the Signature Of Addressee's Agent.



Date issued: May 17, 2004



Geoffrey S. Connor
Secretary of State

ST\lsv