## The State of Texas
### Secretary of State

FILED-CLERK
US DISTRICT COURT
04 MAY 24 PM 1:43
TX EASTERN-MARSHALL
BY_____

2004-093165-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Complaint in the cause styled:

    Compression Labs, Inc., VS Adobe Systems Incorporated, et al
    United States District Court, Eastern District of Texas, Marshall Division
    204CV158

was received by this office on May 3, 2004, and that a copy was forwarded on May 5, 2004, by CERTIFIED MAIL, return receipt requested to:

    Axis Communications, Inc.
    Registered Agent, The Prentice-Hall Corporation System, Inc.
    84 State St
    1209 Orange St
    Boston, MA 02109

The RETURN RECEIPT was received in this office on May 14, 2004, bearing the Signature Of Addressee's Agent.



Date issued: May 17, 2004



Geoffrey S. Connor
Secretary of State

ST\lsv