

# The State of Texas
## Secretary of State

2004-093165-7

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Complaint in the cause styled:

Compression Labs, Inc., VS Adobe Systems Incorporated, et al
United States District Court, Eastern District of Texas, Marshall Division
204CV158

was received by this office on May 3, 2004, and that a copy was forwarded on May 5, 2004, by CERTIFIED MAIL, return receipt requested to:

Onkyo U.S.A. Corporation
Registered Agent, Hidekuni Fukami
200 Williams Dr
Ramsey, NJ 07446

The PROCESS was returned to this office on May 24, 2004, bearing the notation Unable To Forward.



Date issued: May 25, 2004



Geoffrey S. Connor
Secretary of State

ST\lsv