UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. Applicant's address: 387 Colket Lane, Stafford, Chester County, PA 19087
2. This applications is being made for the following case: Compression Labs, Inc. v. AECA Corporation, et al.
representing the following party/ies: Hewlett-Packard
3. Applicant was admitted to practice in

| State | Date of Admission |
|---|---|
| State of New York | 1990 |
| Commonwealth of Pennsylvania | 1992 |
| State of New Jersey | 1992 |

4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts:
United States Circuit Courts of Appeal, the Supreme Court of the United States, and/or other tribunals on the dates indicated for each, and is presently a member in good standing of the bars of said courts:

| Tribunal | Date of Admission |
|---|---|
| District of New Jersey | 1992 |
| Eastern District of Pennsylvania | 1993 |
| United States Court of Appeals for the Third Circuit | 1997 |
| United States Court of Appeals for the Fourth Circuit | 2002 |

8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, John Francis Schultz do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

February 1, 2005

*John F. Schultz*
Signature
Name (please print) John Francis Schultz
State Bar Number 67331
Firm Name: Drinker Biddle & Reath LLP
Address: One Logan Square, 18th & Cherry Streets, Philadelphia, PA 19103
Telephone #: (215) 988-2700
Fax #: (215) 988-2757

PHLIT\516269\1

Compression Labs Incorporated v. Adobe Systems Incorporated et al    Doc. 206
Dockets.Justia.com

Applicant is hereby authorized to enter an appearance as counsel for the party/parties listed above in the case(s) listed above. This application is hereby APPROVED for the court on this 7th Day of Feb, 2005 (see Local Rule AT-1(d)).

                        DAVID J. MALAND, CLERK
                        EASTERN DISTRICT OF TEXAS

By _____