Compression Labs Incorporated v. Adobe Systems Incorporated et al
Case 2:04-cv-00158-DF   Document 207   Filed 02/07/2005   Page 1 of 2
Doc. 207

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U S DISTRICT COURT
05 FEB -7 AM 8:13
TX EASTERN-MARSHALL
BY_____

1. Applicant's address: 413 Huntington Drive, Chester County, Wayne, PA 19087
2. This applications is being made for the following case: Compression Labs, Inc. v. AGFA Corporation, et al.
representing the following party/ies: Hewlett-Packard
3. Applicant was admitted to practice in Commonwealth of Pennsylvania in 1987.
4. Applicant is in good standing and is otherwise eligible to practice law before this court
5. Applicant is not currently suspended or disbarred in any other court
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| United States District Court Eastern District of Pennsylvania | 1987 |
| United States District Court for Middle District of Pennsylvania | 1996 |
| United States Court of Appeals for the Third Circuit | 1988 |
| United States Court of Appeals for the Ninth Circuit | 1994 |

8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Michael J. Holston do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

February 1, 2005

Signature: MJH
Name (please print) Michael J Holston
State Bar Number: 51572
Firm Name: Drinker Biddle & Reath LLP
Address: One Logan Square, 18th & Cherry Streets, Philadelphia, PA 19103
Telephone #: (215) 988-2700
Fax #: (215) 988-2757

PHLIT\516270\1

Applicant is hereby authorized to enter an appearance as counsel for the party/parties listed above in the case(s) listed above. This application is hereby APPROVED for the court on this ____ Day of _____, 2005 (see Local Rule AT-1(d)).

                              DAVID J. MALAND, CLERK
                              EASTERN DISTRICT OF TEXAS

By _____

PHLIT\516270\1

- 2 -