# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

FILED - CLERK
U.S. DISTRICT COURT

05 FEB -7 AM 8: 13

TX EASTERN-MARSHALL

1. Applicant's address: <u>98 Washington Street, Apartment 1, Marblehead, MA 01945</u>
2. This applications is being made for the following case: <u>Compression Labs, Inc. v. AEGA</u>
<u>Corporation, et al.</u>
representing the following party/ies: <u>Hewlett-Packard</u>
3. Applicant was admitted to practice in

| State | Date of Admission |
|---|---|
| Commonwealth of Pennsylvania | 1998 |
| State of New Jersey | 1998 |
| Commonwealth of Massachusetts | 2004 |

4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. There are no pending grievances or criminal matters pending against the applicant.
7. Applicant has been admitted to practice in the following courts:

| Court | Date of Admission |
|---|---|
| United States District Court Eastern District of Pennsylvania | 1998 |
| United States District Court District of New Jersey | 1998 |
| United States District Court Western District of Pennsylvania | 2000 |

8. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
9. Applicant has included the requisite $25 fee (see Local Rule AT-1(d).
10. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

     I, Amy E. Pizzutillo do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this Court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

<u>February / , 2005</u>

<u>Amy E. Pizzutillo</u>
Signature
Name (please print) Amy E. Pizzutillo
State Bar Number 82545
Firm Name: Drinker Biddle & Reath LLP
Address: One Logan Square, 18th & Cherry
         Streets, Philadelphia, PA 19103
Telephone #: (215) 988-2700
Fax #: (215) 988-2757

Dockets.Justia.com

Applicant is hereby authorized to enter an appearance as counsel for the party/parties listed above in the case(s) listed above. This application is hereby APPROVED for the court on this ___ Day of _____, 2005 (see Local Rule AT-1(d)).

DAVID J. MALAND, CLERK
EASTERN DISTRICT OF TEXAS

By _____