UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

05 FEB 10 PM 12:59

TX EASTERN-MARSHALL

BY_____

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case 2:04-CV-158-DF

   Style: *Compression Labs, Incorporated v. Agfa Corporation, et al*

2. Applicant is representing the following party: Hewlett-Packard Company

3. Applicant was admitted to practice in California on December 9, 1998.

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has not had an application for admission to practice before another court denied.

7. Applicant has not ever had the privilege to practice before another court suspended.

8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

    U.S. District Court, Southern District of California: December 9, 1998
    U.S. District Court, Central District of California: December 18, 2001
    U.S. District Court, Eastern District of California: February 1, 2002
    U.S. District Court, Northern District of California: April 12, 2002
    U.S. Court of Appeals for the Federal Circuit: January 31, 2002
    U.S. Court of Appeals for the Ninth Circuit: February 25, 2002

    *Admitted to practice pro hac vice*:
    U.S. District Court, Eastern District of Texas, Sherman Division (Microtune)
    U.S. District Court, Northern District of New York: May 23, 2002
        (Bar Roll No. 503040)
    U.S. District Court, Western District of Washington (ERM)
    U.S. District Court, Western District of Texas (Crossroads)
    U.S. District Court, Delaware (AGFA v. CLI)

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14  Applicant understands that he is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Barry K. Shelton do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  2-8-05                    Signature  _____

                                Barry K. Shelton
                                California State Bar No. 199307
                                FISH & RICHARDSON P.C.
                                111 Congress Avenue, 4th Floor
                                Austin, Texas 78701
                                Telephone: 512-391-4929
                                Facsimile: 512-391-6837
                                Email: shelton@fr.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of _____, 2005.

                                David J. Maland, Clerk
                                U.S. District Court, Eastern District of Texas

By:  _____
                                Deputy Clerk